| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Polebridge** 118 N. Main Street Trumbauersville, PA 18970 | | | **Contingent Unliquidated Disputed** | | | $4,734,102.00 |
| **PNC Equipment Finance** 995 Dalton Avenue Cincinnati, OH 45203-1101 | | **Machinery & Equipment - See Attached List** | | $893,195.00 | $579,500.00 | $893,195.00 |
| **Mike Boyer** 4406 Lowell Road Wilmington, DE 19802 | | | | | | $525,000.00 |
| **PNC Bank NA** 500 First Avenue Pittsburgh, PA 15219 | | | **Contingent** | $441,855.00 | $0.00 | $441,855.00 |
| **PNC Bank NA** 500 First Avenue Pittsburgh, PA 15219 | | **PNC Bank - Checking - Acct# 5876** | | $533,334.00 | $115,751.00 | $417,583.00 |
| **American Express** P.O. Box 650448 Dallas, TX 75265 | | | | | | $298,882.00 |
| **PNC Equipment Finance** 995 Dalton Avenue Cincinnati, OH 45203-1101 | | **Machinery & Equipment - See Attached List** | | $860,052.00 | $579,500.00 | $280,552.00 |
| **Department of the Treasury Tax and Trade Bureau** 1310 G St. NW Washington, DC 20005 | | **Excise Taxes** | | | | $225,963.00 |

Debtor  **Midnight Madness Distilling LLC**  
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Agtech VI, LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza**<br>**Suite 120**<br>**St Thomas, VI 00802** | | | | | | $106,922.00 |
| **Iron Heart Canning Company, LLC**<br>**7130 Golden Ring Road**<br>**Essex, MD 21221** | | referral and packaging agreement | Contingent Unliquidated Disputed | | | $93,925.00 |
| **Merican Mule LLC**<br>**150 The Promenade N**<br>**Long Beach, CA 90802** | | | Contingent Unliquidated Disputed Subject to Setoff | | | $76,813.00 |
| **Berlin Packing, LLC**<br>**525 West Monroe Street**<br>**14 Floor**<br>**Chicago, IL 60661** | | | | | | $57,581.00 |
| **Express Employment Professionals**<br>**19 Jenkins Avenue Suite 200**<br>**Lansdale, PA 19446** | | | | | | $46,666.00 |
| **Pennsylvania Department of Revenue**<br>**Department 280946**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0946** | | State Sales Taxes | | | | $40,751.00 |
| **ETOH Worldwide LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza Suite 120**<br>**St Thomas, VI 00802** | | | | | | $37,896.00 |
| **Classic Services, Inc.**<br>**248 W. Broad Street**<br>**Quakertown, PA 18951** | | | | | | $30,754.21 |
| **Foodarom USA, Inc**<br>**5525 West 1730 South**<br>**Suite 202**<br>**Salt Lake City, UT 84104** | | | | | | $26,324.00 |

Debtor  **Midnight Madness Distilling LLC**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ore Rentals**  **699 N West End**  **Quakertown, PA 18951** | | | | | | $23,953.00 |
| **Internal Revenue Service**  **Bankruptcy Specialist**  **PO Box 7346**  **Philadelphia, PA 19101-7346** | | **Employment Taxes** | | | | $22,573.75 |
| **Sunteck**  **125 Sunteck Lane**  **Cresco, PA 18326** | | | | | | $16,970.00 |