UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING, LLC. | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 21-11750 (MDC) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

**Kevin P. Callahan, Trial Attorney**
**Office of the United States trustee**
**200 Chestnut Street, Suite 502**
**Philadelphia, PA 19106-2912**
**E-Mail: Kevin.P.Callahan@usdoj.gov**
**Tel: (215) 597-4411**
**Fax: (215) 923-1293**

DATED this 22nd day of June, 2021.

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:    */s/ Kevin P. Callahan*
Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912
Tel: 215-597-4411