UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 22, 2021

To:
HARRY J. GIACOMETTI
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103

        In re: Midnight Madness Distilling LLC
        Bankruptcy No. **21-11750**
        Adversary No.
        Chapter **11**

Re: Fee Amount due $1738

The above document(s) were filed in this office on **June 21, 2021.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| (**xx**) | Voluntary Petition |
| () | Adversary Proceeding |
| () | $31.00 Filing Fee for Amendments |
| () | $25.00 Claims Transfer Fee |
| () | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: Jeanette Gilmore
          Deputy Clerk

*Fee Notice*
*(11/26/18)*