# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING LLC | : | Case No. 21-11750 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF PAPERS PURSUANT TO BANKRUPTCY RULES 9010 AND 2002

**NOTICE IS HEREBY GIVEN** that pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned, as counsel for PNC Bank, National Association and PNC Equipment Finance, LLC, creditors in the above captioned matter, hereby requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the following office, address, telephone number and email address:

Jennifer L. Maleski, Esq.<br>
Dilworth Paxson LLP<br>
1500 Market Street, Suite 3500 E<br>
Philadelphia, PA 19102<br>
Telephone: (215) 575-7000<br>
Email: jmaleski@dilworthlaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax or otherwise which affects or seeks to affect in any way any rights or interests of the debtors.

Dated:   June 22, 2021
Philadelphia, Pennsylvania

/s/  Jennifer L. Maleski
**DILWORTH PAXSON LLP**
Jennifer L. Maleski
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7000
Facsimile:  (215) 575-7200

*Counsel for PNC Bank, National Association*

122336507_1