# UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| MIDNIGHT MADNESS DISTILLING LLC | : Case No. 21-11750 (MDC) |
| Debtor. | : |

## CERTIFICATE OF SERVICE

    I, Christine Chapman-Tomlin, hereby certify that I caused a copy of the foregoing notice of Appearance and Request for Service of Papers to be served via postage paid first-class mail and/or the Court's ECF system and that electronic service has been made on the following parties:

| | |
|---|---|
| Harry J. Giacometti, Esq. | Kevin P. Callahan |
| Flaster/Greenberg, P.C. | United States Trustee |
| 1835 Market Street, Suite 1050 | 200 Chestnut Street, Suite 502 |
| Philadelphia, PA 19103 | Philadelphia, PA 19106-2912 |
| *Attorney for the Debtor* | *United States Trustee* |
| (Via CM/ECF) | (Via CM/ECF) |

Dated: June 22, 2021

                                                /s/ Christine Chapman-Tomlin
                                                Christine Chapman-Tomlin, Paralegal