# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Midnight Madness Distilling LLC,** | Case No. 21-11750-mdc |
| Debtor. | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for ETOH Worldwide LLC, and Agtech VI, LLC, creditors in the above-captioned action, and hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone, facsimile number, and email address indicated:

Matthew A. Hamermesh, Esquire
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: (215) 568-6200
F: (215) 568-0300
E: mhamermesh@hangley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

                                      HANGLEY ARONCHICK SEGAL
                                      PUDLIN & SCHILLER

Dated: June 22, 2021             By:   */s/ Matthew A. Hamermesh*
                                              Matthew A. Hamermesh
                                              One Logan Square, 27th Floor
                                              Philadelphia, PA 19103
                                              T: (215) 568-6200
                                              F: (215) 568-0300
                                              E: mhamermesh@hangley.com

                                              *Counsel for Creditors ETOH Worldwide LLC and Agtech VI, LLC*