**EXHIBIT 1**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER(Optional)**
Corporation Service Company-(800) 858-5294

**B. E-MAIL CONTACT AT FILER(optional)**
filingdept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company
COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide the exact ,full Debtor name.Do not omit,modify or abbreviate any part of Debtor's name.

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIDNIGHT MADNESS DISTILLING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 118 NORTH MAIN STREET | TRUMBAUERSVILLE | PA | 18970 | USA |

**2. DEBTOR'S NAME:** Provide the exact , full Debtor name. Do not omit , modify, or abbreviate any part of the Debtor's name.

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PNC Bank, National Association | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 First Avenue | Pittsburgh | PA | 15219 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Collateral includes all assets of the Grantor, of every kind and nature, now existing and hereafter acquired and arising and wherever located, including without limitation, accounts (including health-care-insurance receivables and credit card receivables), deposit accounts, commercial tort claims, letter of credit rights, chattel paper (including electronic chattel paper), documents, instruments, investment property, general intangibles (including payment intangibles), software, goods, inventory, equipment, furniture and fixtures, all supporting obligations of the foregoing, and all cash and noncash proceeds and products (including without limitation insurance proceeds) of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof.

5. Check only if applicable and check only one box:Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
ACBS :JH   [164510586]

International Association of Commercial Administrators(IACA)

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER(Optional)
Corporation Service Company-(800) 858-5294

B. E-MAIL CONTACT AT FILER(optional)
filingdept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide the exact, full Debtor name. Do not omit, modify or abbreviate any part of Debtor's name.

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIDNIGHT MADNESS DISTILLING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 118 NORTH MAIN STREET | TRUMBAUERSVILLE | PA | 18970 | USA |

2. DEBTOR'S NAME: Provide the exact, full Debtor name. Do not omit, modify, or abbreviate any part of the Debtor's name.

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PNC Bank, National Association | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 First Avenue | Pittsburgh | PA | 15219 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

The Collateral includes all assets of the Grantor, of every kind and nature, now existing and hereafter acquired and arising and wherever located, including without limitation, accounts (including health-care-insurance receivables and credit card receivables), deposit accounts, commercial tort claims, letter of credit rights, chattel paper (including electronic chattel paper), documents, instruments, investment property, general intangibles (including payment intangibles), software, goods, inventory, equipment, furniture and fixtures, all supporting obligations of the foregoing, and all cash and noncash proceeds and products (including without limitation insurance proceeds) of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
ACBS:TF [168700914]

International Association of Commercial Administrators(IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)

Filing#: 2019042200768
Date Filed: 04/22/2019
Pennsylvania Department of State

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**
Corporation Service Company-(800) 858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
filingdept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company
COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide the exact, full Debtor name. Do not omit, modify or abbreviate any part of Debtor's name.

1a. ORGANIZATION'S NAME: Midnight Madness Distilling LLC

1c. MAILING ADDRESS: 118 North Main Street
CITY: Trumbauersville
STATE: PA
POSTAL CODE: 18970
COUNTRY: USA

**2. DEBTOR'S NAME:** Provide the exact, full Debtor name. Do not omit, modify, or abbreviate any part of the Debtor's name.

(blank)

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: PNC Equipment Finance, LLC (USD)

3c. MAILING ADDRESS: 995 DALTON AVE
CITY: CINCINNATI
STATE: OH
POSTAL CODE: 45203-1101
COUNTRY: USA

**4. COLLATERAL:** This financing statement covers the following collateral:

The Collateral includes the Debtor's items of equipment, inventory, furniture and/or fixtures that are described below or in the attached Addendum, all general intangibles, software and goods relating to, arising from or embedded in any of the foregoing, all supporting obligations of all of the foregoing, and all cash and non-cash proceeds and products (including without limitation insurance proceeds) of all of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof, in each case whether now existing or hereafter acquired or arising and wherever located: 118 North Main Street, Trumbauersville, PA
SerialNumber Description Quantity UsageCondition ModelYear AssetLocation 86761

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
98985339-1 - 7694952  [162836911]

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ |
|---|
| 9a. ORGANIZATION'S NAME |
| OR 9b. INDIVIDUAL'S SURNAME |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (a or b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**ADDITIONAL SECURED PARTY'S NAME** or **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (a or b)

| a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

| Serial Number | Description | Qty | Condition | Location |
|---|---|---|---|---|
| 3 | HAMRICK MODEL CHALLENGER CASE PACKER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| L177V03620G | 2009 HOYSTER FORK TRUCK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | 36" TURNTABLE BOTTLING LINE PARTS | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | INLINE OVERFLOW FILLER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | GRIPPER RINSER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | SASIB ROTARY LABELER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | AVERY WRAP LABLER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | 6400 GALLON STORAGE TANK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | LABORATORY DENSITY METER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | ULTRA FLOW VALVE ACTUATOR W/ ACCESSORIES | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 361 | SIMONAZZI FILLER/CAPPER W/ ACCESSORIES | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 9812117 | HAMRICK MODEL CHALLENGER CASE PACKER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 57000389893 | CLARK ELECTRIC PALLET JACK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| HD0411 | 24V CHARGER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| T8657 | INDUSTRIAL BATTERY FOR PALLET JACK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | FILTER/ NORYL PLATES | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 1702020010 | AIR COMPRESSOR | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 53292 | THERMA EXCHANGE CYCLING REFRIGERATED DRYER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| K9138662 | ARO DIAPHRAGM PUMP | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | FORK TRUCK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | MILLING MACHINE | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | WINE PLATE FILTER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 96927 | V.Q.C. BOTTLE UNCASER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | TANKS | 5 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | 304 STAINLESS STEEL SHEET 8X8 3/8" THICK | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| 11025014PLUD | VIDEOJET MODEL P3400 LABEL PRINTING APPLICATOR | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| E-80724 | AXON EZ-SEAL SLEEVER WITH HEAT TUNNEL | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | CONTAINER HANDLING PARTS | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | MORRISON SINGLE SLAVE DRIVEN METERING CUSTOM DRIVE ASSEMBLY W/ ACCESSORIES | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | ALCOA MODEL 212-8 ROPP CAPPER | 2 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |
| [No Serial Number] | 75 TON AIR COOLER | 1 | Used | 118 N Main St, TRUMBAUERSVILLE, BUCKS, PA, USA, 18970 |

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (Optional)**
Corporation Service Company-(800) 858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
filingdept@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Corporation Service Company
COUNTER
Springfield
IL 62703
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide the exact, full Debtor name. Do not omit, modify or abbreviate any part of Debtor's name.

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Midnight Madness Distilling LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 118 North Main Street | Trumbauersville | PA | 18970 | USA |

**2. DEBTOR'S NAME:** Provide the exact, full Debtor name. Do not omit, modify, or abbreviate any part of the Debtor's name.

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PNC Equipment Finance, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 995 Dalton Avenue | Cincinnati | OH | 45203 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

The Collateral includes all assets of the Debtor, of every kind and nature, now existing and hereafter acquired and arising and wherever located, including without limitation, accounts (including healthcare-insurance receivables and credit card receivables), deposit accounts, commercial tort claims, letter of credit rights, chattel paper (including electronic chattel paper), documents, instruments, investment property, general intangibles (including payment intangibles), software, goods, inventory, equipment, furniture and fixtures, all supporting obligations of the foregoing, and all cash and noncash proceeds and products (including without limitation insurance proceeds) of the foregoing, and all additions and accessions thereto, substitutions therefor and replacements thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
98985339-2 - 7697951   [164224170]

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/19/12)

Filing #: 2020041600421
Date Filed: 04/10/2020
Pennsylvania Department of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC    1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
cscpa@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

1804 12856
CSC
Acct# 30067

Filed In: Pennsylvania (S.O.S.)

TCO200416DP0477

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2019052000631 05/20/2019

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
- 6a. ORGANIZATION'S NAME: Midnight Madness Distilling, LLC
- 6b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b)
- 7a. ORGANIZATION'S NAME:
- 7b. INDIVIDUAL'S SURNAME / INDIVIDUAL'S FIRST PERSONAL NAME / INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX
- 7c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

**8. ☑ COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:
See attached Exhibit C

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
- 9a. ORGANIZATION'S NAME: PNC Equipment Finance, LLC
- 9b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:** 98985339-3 - 7692555 Debtor: Midnight Madness Distilling, LLC

1804 12856

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



# Exhibit C

**Loan Number: 98985339-3**

Description of Equipment/Fixtures/Inventory/Motor Vehicles (including Location):

| Quantity | Description | VIN/ Serial # | Location Address | City/State |
|---|---|---|---|---|
| 1 | Parts, Accessories, Hoses, Pipes, Pumps, Lines, Service, Screws, Etc. | | 118 North Main St | Trumbauersville, PA |
| 1 | Tank SS550 42x48 FM FN SE FUS | | 118 North Main St | Trumbauersville, PA |
| 2 | Tank SS793 54X54 FN SE FUS STD | | 118 North Main St | Trumbauersville, PA |
| 1 | 2009 Hyster H60FT Gas Forklift | L177V03620G | 118 North Main St | Trumbauersville, PA |
| 1 | TPX201-2 System | | 118 North Main St | Trumbauersville, PA |
| 1 | Custom Designed leak test chamber | | 118 North Main St | Trumbauersville, PA |
| 1 | Velcorin DT 3 Touch | | 118 North Main St | Trumbauersville, PA |
| 1 | 2014 Clark Electric Pallet Jack PWX30 | 57000389893 | 118 North Main St | Trumbauersville, PA |
| 1 | Laboratory Density Meter DMA 4500 M | | 118 North Main St | Trumbauersville, PA |
| 2 | Fiberglass Convertible Hand/Platform Truck | | 118 North Main St | Trumbauersville, PA |
| 1 | Pump and Float Elevator | | 118 North Main St | Trumbauersville, PA |
| 1 | 2014 Trane 155 Ton Air Cooled Chiller | | 118 North Main St | Trumbauersville, PA |
| 1 | PSP 2700-GPD Pumped Commercials RO System w/ Deluxe LCD Controller | | 118 North Main St | Trumbauersville, PA |
| 1 | Two Stage Laco W2V10 High Vacuum Pump | | 118 North Main St | Trumbauersville, PA |
| 1 | .49 lb counting scale | | 118 North Main St | Trumbauersville, PA |
| 1 | Handheld Plug in Ultraviolet Lamp | | 118 North Main St | Trumbauersville, PA |
| 1 | UV 365mm LED Light Curing Spot Gun | | 118 North Main St | Trumbauersville, PA |
| 1 | Pump and Float Elevator | | 118 North Main St | Trumbauersville, PA |
| 1 | Rotator Connecting Ring w/ 4 poles | | 118 North Main St | Trumbauersville, PA |
| 1 | .49 lb counting scale | | 118 North Main St | Trumbauersville, PA |
| 2 | Metro Carts | | 118 North Main St | Trumbauersville, PA |
| 1 | 3 Drawer Fireproof Cabinet | | 118 North Main St | Trumbauersville, PA |
| 2 | Large Office Desk | | 118 North Main St | Trumbauersville, PA |
| 4 | Metro Carts | | 118 North Main St | Trumbauersville, PA |
| 1 | Sullivan Palatek 10m Air Compressor | | 118 North Main St | Trumbauersville, PA |
| 1 | New Wesco 210365 Hand Truck | | 118 North Main St | Trumbauersville, PA |
| 1 | Composite Top Work Bench w/ manual wheel mower | | 118 North Main St | Trumbauersville, PA |
| 1 | 6.2 HP Hydraulic Motor | | 118 North Main St | Trumbauersville, PA |
| 1 | 6.7 HP Hydraulic Motor | | 118 North Main St | Trumbauersville, PA |
| 1 | 9.6 HP Hydraulic Motor | | 118 North Main St | Trumbauersville, PA |
| 1 | 2017 Ram Promoaster | 3C6TRVB68HE534576 | 118 North Main St | Trumbauersville, PA |
| 1 | Hyster W50Z Pallet Jack | D215N02763L | 118 North Main St | Trumbauersville, PA |
| 1 | Ko-00032 WG5 Evolution Series Machine Converter Kit | | 118 North Main St | Trumbauersville, PA |
| 1 | Nitrogen Doser | | 118 North Main St | Trumbauersville, PA |
| 1 | Glass Color Processor | | 118 North Main St | Trumbauersville, PA |
| 1 | Beverage Carbonator | | 118 North Main St | Trumbauersville, PA |