**EXHIBIT 2**

Case 21-11750-mdc    Doc 11-2    Filed 06/22/21    Entered 06/22/21 11:52:37    Desc
Exhibit Proposed Budget    Page 1 of 2

**13 Week Cash Flow**
**Midnight Madness Distilling**

| | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | 30-Aug | 6-Sep | 13-Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales: Well & Faber to Bars | $105,000 | $115,000 | $110,000 | $115,000 | $115,000 | $110,000 | $115,000 | $110,000 | $115,000 | $110,000 | $115,000 | $110,000 | $115,000 |
| Sales: Well & Faber to PLCB | | | | | | | | | $23,100 | | | | |
| Sales: Co-Packaging | $115,000 | $85,000 | $75,000 | $95,000 | $80,000 | $90,000 | $105,000 | $95,000 | $90,000 | $85,000 | $85,000 | $110,000 | $85,000 |
| Sales: Escape Goat | $6,000 | $7,000 | $7,000 | $7,000 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 |
| AR Collections | $10,000 | $10,000 | $10,000 | | $10,000 | | $10,000 | | $10,000 | | | | |
| **TOTAL Revenue** | $236,000 | $217,000 | $202,000 | $217,000 | $212,500 | $207,500 | $237,500 | $212,500 | $245,600 | $202,500 | $207,500 | $227,500 | $207,500 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Cost of Goods Sold | $71,000 | $80,700 | $73,500 | $86,700 | $77,850 | $82,650 | $92,850 | $85,650 | $92,397 | $79,650 | $80,850 | $94,650 | $80,850 |
| Operating Expenses | | | | | | | | | | | | | |
| Payroll (inc. tax/expenses) | | $165,000 | | $165,000 | | $165,000 | | $165,000 | | $165,000 | | $165,000 | |
| Staffing Agent Fees | | $10,000 | | $10,000 | | $10,000 | | $10,000 | | $10,000 | | $10,000 | |
| Employee Health Benefits | | | | | $3,805 | | | | $3,805 | | | | |
| Marketing | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 | $1,246 |
| Repair & Maintenance | $6,800 | $6,800 | $6,800 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 | $8,100 |
| Utilities | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 | $1,631 |
| Travel | $4,000 | $3,073 | $4,000 | $3,073 | $4,000 | $3,073 | $4,000 | $3,073 | $3,073 | $4,000 | $4,000 | $4,000 | $4,000 |
| Taxes & Licenses | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 | $1,923 |
| Shipping & Delivery Expense | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 | $5,771 |
| Insurance | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Office Expenses | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 | $996 |
| Bank & CC Fees | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 | $1,921 |
| PLCB Chargebacks | | $904 | | $904 | | $904 | | $904 | $904 | | | | |
| Non-1099 Small labor | | $550 | | $550 | | $550 | | $550 | | $550 | $550 | $550 | $550 |
| Sales Tax | | | | | $21,500 | | | | $21,500 | | | | $21,500 |
| Legal Fees | $25,000 | | | | | $25,000 | | | | | | | |
| Profesional Fees (non legal) | | $25,000 | | | | | $20,000 | | | | | | |
| Vehicle & Equipment Financing/Leases | $2,519 | $1,331 | $5,345 | $1,918 | $2,519 | $1,331 | $2,063 | $4,148 | $4,437 | $0 | $0 | $0 | $0 |
| PNC Financing | $23,352 | $13,604 | $14,852 | | $23,552 | | $13,604 | $14,852 | $23,352 | | $13,604 | $14,852 | |
| Building/Warehouse Leases & Mortgage | $1,875 | $1,875 | $31,294 | $7,374 | $1,875 | $1,875 | $24,475 | $7,374 | $1,875 | $1,875 | $0 | $0 | $0 |
| **TOTAL PAYMENTS** | $154,428 | $327,530 | $190,918 | $308,399 | $163,083 | $317,176 | $211,117 | $326,662 | $181,243 | $286,538 | $122,592 | $312,640 | $130,488 |
| **Net Cash Flows** | $81,572 | ($110,530) | $11,082 | ($91,399) | $49,417 | ($109,676) | $26,383 | ($114,162) | $64,357 | ($84,038) | $84,908 | ($85,140) | $77,012 |

| **13 Week Net Cash Flow:** | ($200,217) |
|---|---|

| Accrued but not yet owed on Equipment Leases | | | $185,450.00 | | $190,820.00 | | 186344 |