### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

### ORDER GRANTING DEBTOR'S MOTION TO PAY PRE-PETITION WAGES, SALARIES AND OTHER RELATED OBLIGATIONS

Upon consideration of the Debtor's Motion to Pay Pre-Petition Wages, Salaries and Other Related Obligations (the "Motion"), and after an opportunity for hearing on same, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Debtor is permitted to pay pre-petition wages, benefits and related taxes for the payroll periods commencing June 16, 2021 through the Petition Date to the Debtor's employees; and it is further

ORDERED that the aforementioned payments shall not exceed $12,850.00 per employee.

Dated: _____        BY THE COURT:

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

8328676 v1