**Exhibit A**

| Utility Provider Name | Service | Monthly Amount |
|---|---|---|
| PPL Electric | Electric | $1100-$2600 |
| Milford Trumbauersville Sewer | Sewer | $100 |
| Borough of Trumbauersville | Water | $500-$800 |
| Comcast | Internet | $192 |
| Verizon | Internet | $214 |
| At&T | Phone | $700-$2000 |
| UGI | Gas | $500-$1200 |
| Chrin | Trash | $2,308 |