## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | Case No. 21-11750-mdc |
| Debtor. | |

**ORDER SCHEDULING HEARING ON EXPEDITED MOTION (I) APPROVING THE SALE OR SALE OF UP TO SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, (III) SCHEDULING HEARING FOR SUCH RELIEF AND (IV) GRANTING RELATED RELIEF**

AND NOW, this _____ day of _____2021, upon consideration of the Debtor's Expedited Motion for Entry of an Order: (i) Approving the Sale or Sale of up to Substantially all of the Debtor's Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Certain Bidding Procedures, Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (iii) Scheduling Hearings for Such Relief and (iv) Granting Related Relief (the "Motion"); it is hereby

ORDERED that an expedited hearing on the Motion is scheduled for the **14th day of July at 11:00 a.m.** at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert C. Nix, Sr. Federal Building, 900 Market Street, Courtroom No. 2, Philadelphia, PA 19107 (currently being held telephonically pursuant to Standing Order 20-3003); and it is hereby

ORDERED, that responses to the Motion must be electronically filed on or before July 12, 2021 by 4:00 p.m. at the Office of the Clerk of Bankruptcy Court, Robert C. Nix, Sr. Federal

Building, 900 Market Street, Suite 400, Philadelphia, PA 19107, with a copy of the response to

Harry J. Giacometti, Esquire and William J. Burnett, Esquire, Counsel for the Trustee, 1835

Market Street, Suite 1050, Philadelphia, PA 19103; and it is hereby

ORDERED, that any respondent to the Motion may further attend the hearing on the

Motion scheduled above; and it is further

ORDERED that within _____ day(s) of receipt by the undersigned counsel of this Order

entered by this Court setting the hearing, this Order shall be served on: (a) the Office of the

United State Trustee; (b) counsel to PNC, N.A.; (c) all of the creditors listed on the Debtor's

matrix; (d) all applicable federal, state and local taxing and regulatory authorities having

jurisdiction over the Assets and the Pennsylvania Liquor Control Board; (e) all parties known to

the Debtor who hold any lien or security interest in the Debtor's Assets who have filed UCC-1

financing statements against the Debtor, or who, to the Debtor's knowledge, have asserted any

liens on any of the Debtor's Assets; and (f) all parties who have filed a notice of appearance and

request for service of papers pursuant to Bankruptcy Rule 2002.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: _____

8340549 v1