*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                       Chapter: 11
    Midnight Madness Distilling LLC
                 Debtor(s)             Bankruptcy No: 21–11750–mdc

***O R D E R***

**AND NOW,** this 22nd day of June 2021 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 07/6/2021
    Schedule A/B due 7/6/2021
    Schedule D due 7/6/2021
    Schedule E/F due 7/6/2021
    Schedule G due 7/6/2021
    Schedule H due 7/6/2021
    List of Equity Security Holders due 7/6/2021
    Statement of Financial Affairs due 07/6/2021
    Statistical Summary of Certain Liabilities Form B206 due 07/6/2021

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

18
Form 130