## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

## ORDER GRANTING APPLICATION TO EMPLOY
## FLASTER/GREENBERG, P.C. AS DEBTOR'S COUNSEL

AND NOW, this _____ day of _____, 2021, upon consideration of the Application for an Order Authorizing Debtor to Employ Flaster/Greenberg, P.C. as Attorneys *Nunc Pro Tunc* to the Petition Date, pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 (the "Application"), the Court having concluded that the employment of Flaster/Greenberg, P.C. is necessary and is in the best interests of the Debtor and its estate, the Court being satisfied that Flaster/Greenberg, P.C. represents no interest adverse to the Debtor's estate with respect to matters as to which it is to be engaged, that Flaster/Greenberg, P.C. is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is

ORDERED AND DECREED that

1. The Application is APPROVED.

2. The Debtor is hereby authorized to employ Flaster/Greenberg, P.C. effective as of June 21, 2021, pursuant to the terms more fully set forth in the Application, and

8284374 v1

6

3.  Flaster/Greenberg, P.C. may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

          _____
          Magdeline D. Coleman
          Chief United States Bankruptcy Judge

Interested Parties:

Harry J. Giacometti, Esquire
William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103