# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

## CERTIFICATE OF SERVICE

It is hereby certified that on the 22nd day of June, 2021, a true and correct copy of the Application for an Order Authorizing Debtor to Employ Flaster/Greenberg, P.C. as Attorneys *Nunc Pro Tunc* to the Petition Date was served by United States Mail, postage prepaid, first class delivery, upon the parties on the attached list.

Dated: June 22, 2021				FLASTER/GREENBERG P.C.

					By:	/s/Harry J. Giacometti
						Harry J. Giacometti, Esq.
						1835 Market Street, Suite 1050
						Philadelphia, PA  19103
						Proposed Attorneys for the Debtor

| | | |
|---|---|---|
| **Bergey's Commercial Tire Centers**<br>3161 Penn Avenue<br>Hatfield, PA 19440 | **Blank Rome**<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | **Polebridge**<br>118 N. Main Street<br>Trumbauersville, PA 18970 |
| **Betsy Moyer Taxes**<br>105 Chestnut Drive<br>Quakertown, PA 18951 | **Norris McLaughlin**<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101 | **Toyota Industries Commercial Finance**<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **Dutch Valley Food Dist**<br>P.O. Box 465<br>Myerstown, PA 17067 | **Iron Heart Canning Company, LLC**<br>7130 Golden Ring Road<br>Essex, MD 21221 | **Vanguard/Ascensus**<br>P.O. Box 28067<br>New York, NY 10087 |
| **First Western Bank & Trust**<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344 | **Merican Mule LLC**<br>150 The Promenade N<br>Long Beach, CA 90802 | **Jennifer L. Maleski, Esquire**<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| **Isuzu Finance of America**<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | **OK Kosher Certification**<br>391 Tryo Avenue<br>Brooklyn, NY 11213 | Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 |
| **Landis Pallet & Box Co Inc.**<br>P.O. Box 126<br>East Greenville, PA 18041 | **PNC Equipment Finance**<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 | **PNC Bank NA**<br>500 First Avenue<br>Pittsburgh, PA 15219 |
| **Mike Boyer**<br>4406 Lowell Road<br>Wilmington, DE 19802 | **The Cincinnati Insurance Company**<br>334 Jefferson Court<br>Collegeville, PA 19426 | **Soiree Partners**<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 |
| **NIC**<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 | **Kevin P. Callahan, Esquire**<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | **Matthew Hamermesch, Esquire**<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets, 27th Floor<br>Philadelphia, PA 19103-6933 |
| **Berks Plant Design & Maintenance**<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | **Ore Rentals**<br>699 N West End<br>Quakertown, PA 18951 | **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265 |

8335129 v1

| | | |
|---|---|---|
| **Department of the Treasury**<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | **Grain Processing Corp**<br>250 Technology Drive W<br>Clearfield, PA 16830 | **Nationwide**<br>P.O. Box 742522<br>Cincinnati, Ohio 45274-2522 |
| **American Supply Company**<br>2411 N. American Street<br>Philadelphia, PA 19133 | **Ronald Frank**<br>1675 Glouchester Court<br>Sewickley, PA 15143 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| **D.J. Whelan & Co.**<br>100 S. Summit Street<br>Detroit, MI 48209 | **Utica National Insurance**<br>180 Genesee Street<br>New Hartford, NY 13413 | Andrew W. Bonekemper, Equire<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| **Express Employment Professionals**<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | **Pennsylvania Treasury Department**<br>613 North Street<br>Harrisburg, PA 17120 | Albatrans, Inc.<br>149-10 183rd Street<br>Jamaica, NY 11413 |
| **McMaster-Carr Supply Co**<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 | **Agtech VI, LLC**<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas VI 00802 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964 |
| **Trout Brothers**<br>164 Badman Road<br>Green Lane PA 18054 | **Bouder Mechanical Services, Inc.**<br>67 Cooper Avenue<br>Landisville PA 17538 | Classic Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 |
| **Aftek, Inc.**<br>740 Driving Park Avenue<br>Rochester, NY 14613-0000 | **ETOH Worldwide LLC**<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas, VI 00802 | Good Plumbing, Heating, A/C, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| **Berkley Insurance Co.**<br>475 Steamboat Road<br>Floor 1<br>Greenwich, CT 06830 | **Hoover Materials Handling Group**<br>33 W Higgins Road, Ste 3000<br>South Barrington, IL 60010 | KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 |
| **Devault Refrigeration**<br>731 Wambold Road<br>Souderton, PA 18964 | **Technical Beverage Services**<br>120 Leesburg Road<br>Telford, TN 37690 | LANE IP LIMITED<br>The Forum, First Floor<br>33 Gutter Lane<br>London Ec2V8AS |

| | | |
|---|---|---|
| **McCallion Staffing Specialists** | **NYCO Corporation** | PennyPower |
| **601 A Bethlehem Pike** | **1073 S County Line Road #B** | 202 S 3rd Street |
| **Montgomeryville, PA 18936** | **Souderton, PA 18964** | Coopersburg, PA 18036 |
| | | |
| **The Cincinnati Insurance Company** | **Sunteck** | |
| **334 Jefferson Ct.** | **125 Sunteck Lane** | |
| **Collegeville, PA 19426** | **Cresco, PA 18326** | |

8335129 v1