# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

## NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY FLASTER/GREENBERG P.C. AS ATTORNEYS

TO THE UNITED STATES TRUSTEE, DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES REQUESTING NOTICE, NOTICE IS HEREBY GIVEN THAT:

1. Midnight Madness Distilling LLC, as debtor and debtor-in-possession (the "Debtor") has filed an application for authority to employ Flaster/Greenberg P.C. as its attorneys in this chapter 11 case. A true and correct copy of the Application is attached hereto.

2. Any creditor or party-in-interest may file an answer, objection or responsive pleading, or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy on counsel whose name and address appear below, within seven (7) days from the date of this notice.

3. In the absence of any of the foregoing answers, objections, or responsive pleadings, or requests for hearing, the undersigned counsel shall certify to the Court the absence of such filing and serving, and the Court may grant any relief which is appropriate.

Dated: June 22, 2021                FLASTER/GREENBERG P.C.

                        By:   /s/Harry J. Giacometti
                              Harry J. Giacometti, Esq.
                              1835 Market Street, Suite 1050
                              Philadelphia, PA  19103
                              Proposed Attorneys for the Debtor

8284374 v1                            8