# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## ORDER GRANTING APPLICATION OF DEBTOR
## TO EMPLOY WM. F. COMLY & SON, INC. AS MARKETING BROKER
## PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Application of the Debtor to Employ Wm. F. Comly & Son, Inc. as Marketing Broker (the "Application"); and after consideration of any objections or responses to the Application[1]; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the Debtor, its estate, and its creditors; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that the Debtor is hereby authorized to employ Wm. F. Comly & Son, Inc. in accordance with the Application and as of the date of the Application; and it is

ORDERED, that Wm. F. Comly & Son, Inc. shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Interested Parties (on the next page)

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

8316795 v1

William J. Burnett, Esquire
Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

9

8316795 v1