# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## NOTICE OF APPLICATION OF DEBTOR FOR AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY WM. F. COMLY & SON, INC. AS MARKETING BROKER

1.       Midnight Madness Distilling, LLC (the "Debtor"), has filed an application (the "Application") for an order authorizing the Debtor to employ Wm. F. Comly & Son, Inc. as marketing broker pursuant to 11 U.S.C. § 327.

2.       Any creditor or party in interest receiving this notice may file an answer, objection or responsive pleading, or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a copy on counsel whose name and address appears below, within seven (7) days from the date of this notice.

3.       In the absence of any such answers, objections, or responsive pleadings, the Court may, upon consideration of the Application, grant the relief requested therein.

4.       If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named below.

Dated: June 22, 2021          FLASTER/GREENBERG P.C.

By:      /s/ William J. Burnett
         William J. Burnett, Esquire
         1835 Market Street, Suite 1050
         Philadelphia, PA  19103

         *Proposed Attorneys for the Debtor*