**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of June, 2021, true and correct copies of the Application of the Debtor for an Order Authorizing the Debtor to Employ Wm. F. Comly & Son, Inc. as marketing broker, together with the Notice of Application, were served via regular first-class mail, postage prepaid, upon the parties on the attached list.

Dated:  June 22, 2021      /s/ *William J. Burnett*
William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

8316795 v1

| | | |
|---|---|---|
| **Bergey's Commercial Tire Centers**<br>3161 Penn Avenue<br>Hatfield, PA 19440 | **Blank Rome**<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | **Polebridge**<br>118 N. Main Street<br>Trumbauersville, PA 18970 |
| **Betsy Moyer Taxes**<br>105 Chestnut Drive<br>Quakertown, PA 18951 | **Norris McLaughlin**<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101 | **Toyota Industries Commercial Finance**<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **Dutch Valley Food Dist**<br>P.O. Box 465<br>Myerstown, PA 17067 | **Iron Heart Canning Company, LLC**<br>7130 Golden Ring Road<br>Essex, MD 21221 | **Vanguard/Ascensus**<br>P.O. Box 28067<br>New York, NY 10087 |
| **First Western Bank & Trust**<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344 | **Merican Mule LLC**<br>150 The Promenade N<br>Long Beach, CA 90802 | **Jennifer L. Maleski, Esquire**<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| **Isuzu Finance of America**<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | **OK Kosher Certification**<br>391 Tryo Avenue<br>Brooklyn, NY 11213 | Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 |
| **Landis Pallet & Box Co Inc.**<br>P.O. Box 126<br>East Greenville, PA 18041 | **PNC Equipment Finance**<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 | **PNC Bank NA**<br>500 First Avenue<br>Pittsburgh, PA 15219 |
| **Mike Boyer**<br>4406 Lowell Road<br>Wilmington, DE 19802 | **The Cincinnati Insurance Company**<br>334 Jefferson Court<br>Collegeville, PA 19426 | **Soiree Partners**<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 |
| **NIC**<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 | **Kevin P. Callahan, Esquire**<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 | **Matthew Hamermesch, Esquire**<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets, 27th Floor<br>Philadelphia, PA 19103-6933 |
| **Berks Plant Design & Maintenance**<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | **Ore Rentals**<br>699 N West End<br>Quakertown, PA 18951 | **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265 |

8335129 v1

| | | |
|---|---|---|
| **Department of the Treasury**<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | **Grain Processing Corp**<br>250 Technology Drive W<br>Clearfield, PA 16830 | **Nationwide**<br>P.O. Box 742522<br>Cincinnati, Ohio 45274-2522 |
| **American Supply Company**<br>2411 N. American Street<br>Philadelphia, PA 19133 | **Ronald Frank**<br>1675 Glouchester Court<br>Sewickley, PA 15143 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| **D.J. Whelan & Co.**<br>100 S. Summit Street<br>Detroit, MI 48209 | **Utica National Insurance**<br>180 Genesee Street<br>New Hartford, NY 13413 | Andrew W. Bonekemper, Equire<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| **Express Employment Professionals**<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | **Pennsylvania Treasury Department**<br>613 North Street<br>Harrisburg, PA 17120 | Albatrans, Inc.<br>149-10 183rd Street<br>Jamaica, NY 11413 |
| **McMaster-Carr Supply Co**<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 | **Agtech VI, LLC**<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas VI 00802 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964 |
| **Trout Brothers**<br>164 Badman Road<br>Green Lane PA 18054 | **Bouder Mechanical Services, Inc.**<br>67 Cooper Avenue<br>Landisville PA 17538 | Classic Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 |
| **Aftek, Inc.**<br>740 Driving Park Avenue<br>Rochester, NY 14613-0000 | **ETOH Worldwide LLC**<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas, VI 00802 | Good Plumbing, Heating, A/C, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| **Berkley Insurance Co.**<br>475 Steamboat Road<br>Floor 1<br>Greenwich, CT 06830 | **Hoover Materials Handling Group**<br>33 W Higgins Road, Ste 3000<br>South Barrington, IL 60010 | KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 |
| **Devault Refrigeration**<br>731 Wambold Road<br>Souderton, PA 18964 | **Technical Beverage Services**<br>120 Leesburg Road<br>Telford, TN 37690 | LANE IP LIMITED<br>The Forum, First Floor<br>33 Gutter Lane<br>London Ec2V8AS |

8335129 v1

| | | |
|---|---|---|
| **McCallion Staffing Specialists** | **NYCO Corporation** | PennyPower |
| **601 A Bethlehem Pike** | **1073 S County Line Road #B** | 202 S 3rd Street |
| **Montgomeryville, PA 18936** | **Souderton, PA 18964** | Coopersburg, PA 18036 |
| | | |
| **The Cincinnati Insurance Company** | **Sunteck** | |
| **334 Jefferson Ct.** | **125 Sunteck Lane** | |
| **Collegeville, PA 19426** | **Cresco, PA 18326** | |

8335129 v1