UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

### ORDER APPROVING MOTION FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

AND NOW, this __22nd__ day of June, 2021, upon consideration of the Debtor's Motion for Expedited Consideration Pursuant to Local Rule 5070-1(f) of Certain First Day Motions and Related Relief (the "Motion to Expedite"); it is hereby

**ORDERED** that a hearing to consider the First-Day Motions[1] is scheduled for Tuesday, **June 29, 2021, at 11:30 a.m.** (the "Expedited Hearing") in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Courtroom 2, Philadelphia, PA 19107; and it is further

**ORDERED**, that responses or objections to the First-Day Motions may be filed at any time before the Expedited Hearing, at the Office of the Clerk of Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, with a copy of the response to Harry J. Giacometti, Esquire, Proposed Counsel for the Debtor, 1835 Market Street, Suite 1050, Philadelphia PA 19103 (harry.giacometti@flastergreenberg.com); and it is further

**ORDERED** that within one (1) business day of receipt by the undersigned counsel of this Order entered by this Court setting the Expedited Hearing, proposed counsel to the Debtor shall serve this Order and copies of the underlying Motions by overnight carrier, fax or email upon: (a)

---

[1] All capitalized terms shall have the meaning given to them in the Motion to Expedite.

8328795 v1

the Office of the United States Trustee; (b) the twenty largest unsecured creditors; (c) PNC and; (d) the utility providers referenced in the Utilities Motion; and it is further

**ORDERED** that at the time of the Expedited Hearing, the Court will consider the Debtor's request for expedited consideration of the bid procedures order submitted in connection with the 363 Motion.

        BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Court