UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| MIDNIGHT MADNESS DISTILLING LLC | : |
| | : |
| DEBTOR | : BKY. NO. 21-11750-mdc |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Kindly enter the appearance of Michael G. Menkowitz of Fox Rothschild LLP as counsel to Anthony Lorubbio. In accordance with Bankruptcy Rule 2002, counsel requests that all notices and papers served in this case be delivered to and served upon the following, and that the following be added to the general matrix and all special or limited matrices in this matter:

> Michael G. Menkowitz, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, PA  19103
> mmenkowitz@foxrothschild.com

> FOX ROTHSCHILD LLP


> /s/  Michael G. Menkowitz
> Michael G. Menkowitz

123950322.1