## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 24th day of June, 2021, true and correct copies of the following were served via email upon the parties listed below:

1. Debtor's Motion for Expedited Consideration Pursuant to Local Rule 5070-1(f) of Certain First-day Motions and Related Relief.

2. Debtor's Emergency Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. § 363.

3. Motion of Debtor for Entry of Interim and Final Order Determining Adequate Assurance of Payment for Future Utility Services.

4. Debtor's Motion to Pay Pre-Petition Wages, Salaries and Other Related Obligations.

5. Debtor's Expedited Motion for Entry of an order: (I) Approving the Sale or Sale of up to Substantially all of the Debtor's Assets, and the Assumption and Assignment of Certain Executor Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumptions and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Scheduling Hearings for Such Relief and (IV) Granting Related Relief.

6. Signed Order Approving Motion for Expedited Consideration of First Day Motions.

8357311 v1

Dated: June 24, 2021     /s/ Harry Giacometti
Harry Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

## SERVICE LIST

Andrew W. Bonekemper, Esq
Fox Rothschild, LLP
10  Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
abonekemper@foxrothschild.com

Brian A. Berkley, Esq
Fox Rothschild, LLP
10  Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
bberkley@foxrothschild.com

Michael G. Menkowitz, Esq.
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
mmenkowitz@foxrothschild.com