UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRATTORIA SAN DOMENICO, INC., | : | Bankruptcy No. 21-11750 (MDC) |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS PURSUANT TO §1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

NOTICE IS HEREBY GIVEN, pursuant to §1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears on behalf of BET Investments in the above-captioned Chapter 11 case.

NOTICE IS FURTHER GIVEN that Kurtzman | Steady, LLC requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees of their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following:

    Jeffrey Kurtzman, Esquire
    **KURTZMAN | STEADY, LLC**
    **101 N. Washington Avenue, Suite 4A**
    Margate, NJ 08403
    Telephone:  (215) 839-1222
    Email:  kurtzman@kurtzmansteady.com

NOTICE IF FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or property of such debtor.

Dated:  June 24, 2021                                KURTZMAN | STEADY, LLC

By:___*/s/ Jeffrey Kurtzman*_____
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys for BET Investments