United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Midnight Madness Distilling LLC  
    Debtor

Case No. 21-11750-mdc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 22, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

**Name**      **Email Address**

HARRY J. GIACOMETTI  
    on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

JENNIFER L. MALESKI  
    on behalf of Creditor PNC Equipment Finance  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI  
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

KEVIN P. CALLAHAN  
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW A. HAMERMESH  
    on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW A. HAMERMESH  
    on behalf of Creditor Agtech VI  LLC mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jun 22, 2021     Form ID: pdf900     Total Noticed: 1

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
   on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com
   william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

### ORDER APPROVING MOTION FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

AND NOW, this __22nd__ day of June, 2021, upon consideration of the Debtor's Motion for Expedited Consideration Pursuant to Local Rule 5070-1(f) of Certain First Day Motions and Related Relief (the "Motion to Expedite"); it is hereby

**ORDERED** that a hearing to consider the First-Day Motions[1] is scheduled for Tuesday, **June 29, 2021, at 11:30 a.m.** (the "Expedited Hearing") in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Courtroom 2, Philadelphia, PA 19107; and it is further

**ORDERED**, that responses or objections to the First-Day Motions may be filed at any time before the Expedited Hearing, at the Office of the Clerk of Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, with a copy of the response to Harry J. Giacometti, Esquire, Proposed Counsel for the Debtor, 1835 Market Street, Suite 1050, Philadelphia PA 19103 (harry.giacometti@flastergreenberg.com); and it is further

**ORDERED** that within one (1) business day of receipt by the undersigned counsel of this Order entered by this Court setting the Expedited Hearing, proposed counsel to the Debtor shall serve this Order and copies of the underlying Motions by overnight carrier, fax or email upon: (a)

---

[1] All capitalized terms shall have the meaning given to them in the Motion to Expedite.

8328795 v1

the Office of the United States Trustee; (b) the twenty largest unsecured creditors; (c) PNC and; (d) the utility providers referenced in the Utilities Motion; and it is further

**ORDERED** that at the time of the Expedited Hearing, the Court will consider the Debtor's request for expedited consideration of the bid procedures order submitted in connection with the 363 Motion.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Court