**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    CHAPTER 11

MIDNIGHT MADNESS DISTILLING LLC    CASE NO. 21-11750 (MDC)

**AMENDED ORDER GRANTING DEBTOR'S MOTION TO PAY PRE-PETITION**
**WAGES, SALARIES AND OTHER RELATED OBLIGATIONS**

Upon consideration of the Debtor's Motion to Pay Pre-Petition Wages, Salaries and

Other Related Obligations (the "Motion"), and after an opportunity for hearing on same, it is

hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Debtor is permitted to pay pre-petition wages, benefits and related

taxes for the payroll period commencing June 16, 2021 through the Petition Date to the Debtor's

employees; and it is further

ORDERED that the Debtor is permitted to pay outstanding wages, benefits and related

taxes for the payroll period commencing June 2, 2021 through June 15, 2021, in the aggregate

amount of $11,240.28; and it is further

ORDERED that the aforementioned payments shall not exceed $12,850.00 per employee.

Dated: _____          BY THE COURT:


                                        _____
                                        Magdeline D. Coleman
                                        Chief United States Bankruptcy Judge

8369798 v1