UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING, LLC. | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.:  21-11750 (MDC) |

**NOTICE OF TELEPHONE NUMBER FOR SECTION 341(a) MEETING OF CREDITORS**

The Section 341(a) Meeting of Creditors will be held telephonically on **July 26, 2021 at 10:00 A.M. (EST).**

Any party wishing to participate may call the conference line at that time at 1-877-685-3103 authorization code 6249335.

                    ANDREW R. VARA
                    United States trustee
                    for Regions 3 and 9

By:    */s/ Kevin P. Callahan*
           Kevin P. Callahan, Trial Attorney
           Office of the United States Trustee
           200 Chestnut Street, Suite 502
           Philadelphia, PA 19106-2912
           Telephone: (215) 597-4411
           E-Mail: Kevin.P.Callahan@usdoj.gov

DATED:  June 28, 2021