## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, | ) | |
| LLC, | ) | |
| | ) | Case No. 21-11750 (MDC) |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

### RE-NOTICE OF NEW HEARING TIME

        Pursuant to the hearing held on June 29, 2021, Judge Magdeline D. Coleman revised the
time for the hearing on the Debtor's Expedited Motion for Entry of an Order: (i) Approving the
Sale or Sale of up to Substantially all of the Debtor's Assets, and the Assumption and
Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Certain
Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of
Notice Thereof, (iii) Scheduling Hearings for Such Relief and (iv) Granting Related Relief (the
"Motion") Docket No. 4.

        The hearing on the Motion is now scheduled to be held before the Honorable
Magdeline D. Coleman on **July 14, 2021 at 12:30 p.m.** at the United States Bankruptcy Court,
Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Courtroom #2, Philadelphia, PA
19107 (hearing will be telephonic pursuant to Standing Order 20-3003).

                                **FLASTER/GREENBERG P.C.**

Dated: June 29, 2021                  By: */s/ William J. Burnett*
                                      William J. Burnett, Esquire
                                      1835 Market Street, Suite 1050
                                      Philadelphia, PA 19103
                                      Telephone 215-587-5680
                                      Facsimile 215-279-9394

                                      *Counsel for Debtor*

8372640 v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, LLC, | ) ) | |
| | ) | Case No. 21-11750 (MDC) |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 29th day of June, 2021, true and correct

copies of the Notice of Motion, Response Deadline and Hearing Date, were served via regular

first-class mail, postage prepaid, upon the parties on the attached list.


**FLASTER/GREENBERG P.C.**

Dated: June 29, 2021                    By: */s/ William J. Burnett*
                                   William J. Burnett, Esquire
                                   1835 Market Street, Suite 1050
                                   Philadelphia, PA 19103
                                   Telephone 215-587-5680
                                   Facsimile 215-279-9394

                                   *Counsel for Debtor*

8372640 v1