# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, ) | |
| LLC, ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of June, 2021, true and correct copies of the Notice of Motion, Response Deadline and Hearing Date, were served via regular first-class mail, postage prepaid, upon the parties on the attached list.

**FLASTER/GREENBERG P.C.**

Dated: June 29, 2021        By: */s/ William J. Burnett*
William J. Burnett, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Telephone 215-587-5680
Facsimile 215-279-9394

*Counsel for Debtor*

8372640 v1

**SERVICE LIST**

Bergey's Commercial Tire Centers
3161 Penn Avenue
Hatfield, PA 19440

Blank Rome
501 Grant Street
Union Trust Building
Suite 850
Pittsburgh, PA 15219

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

Betsy Moyer Taxes
105 Chestnut Drive
Quakertown, PA 18951

Norris McLaughlin
515 West Hamilton Street
Suite 502
Allentown, PA 18101

Toyota Industries Commercial Finance
1999 Bryan Street
Suite 900
Dallas, TX 75201

Dutch Valley Food Dist
P.O. Box 465
Myerstown, PA 17067

Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221

Vanguard/Ascensus
P.O. Box 28067
New York, NY 10087

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

Merican Mule LLC
150 The Promenade N
Long Beach, CA 90802

Jennifer L. Maleski, Esquire
Dilworth Paxson
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Isuzu Finance of America
2500 Westchester Avenue
Suite 312
Purchase, NY 10577-2578

OK Kosher Certification
391 Tryo Avenue
Brooklyn, NY 11213

Office of Chief Counsel
Pennsylvania Liquor Control Board
401 Northwest Office Building
Harrisburg, PA 17124-0001

Landis Pallet & Box Co Inc.
P.O. Box 126
East Greenville, PA 18041

PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1101

PNC Bank NA
500 First Avenue
Pittsburgh, PA 15219

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802

The Cincinnati Insurance Company
334 Jefferson Court
Collegeville, PA 19426

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

NIC
609 E. King Street
P.O. Box 1985
York, PA 17403

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 500
Philadelphia, PA 19106

Matthew Hamermesch, Esquire
Hangley Aronshick Segal Pudlin Schiller
One Logan Squire
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103-6933

Berks Plant Design & Maintenance
150 Birch Hill Road
Shoemakersville, PA 19555

Ore Rentals
699 N West End
Quakertown, PA 18951

American Express
P.O. Box 650448
Dallas, TX 75265

8335129 v1

**SERVICE LIST**

| | | |
|---|---|---|
| Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | Grain Processing Corp<br>250 Technology Drive W<br>Clearfield, PA 16830 | Nationwide<br>P.O. Box 742522<br>Cincinnati, Ohio 45274-2522 |
| American Supply Company<br>2411 N. American Street<br>Philadelphia, PA 19133 | Ronald Frank<br>1675 Glouchester Court<br>Sewickley, PA 15143 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| D.J. Whelan & Co.<br>100 S. Summit Street<br>Detroit, MI 48209 | Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413 | Andrew W. Bonekemper, Equire<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Express Employment Professionals<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 | Albatrans, Inc.<br>149-10 183rd Street<br>Jamaica, NY 11413 |
| McMaster-Carr Supply Co<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 | Agtech VI, LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas VI 00802 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964 |
| Trout Brothers<br>164 Badman Road<br>Green Lane PA 18054 | Bouder Mechanical Services, Inc.<br>67 Cooper Avenue<br>Landisville PA 17538 | Classic Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 |
| Aftek, Inc.<br>740 Driving Park Avenue<br>Rochester, NY 14613-0000 | ETOH Worldwide LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas, VI 00802 | Good Plumbing, Heating, A/C, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| Berkley Insurance Co.<br>475 Steamboat Road<br>Floor 1<br>Greenwich, CT 06830 | Hoover Materials Handling Group<br>33 W Higgins Road, Ste 3000<br>South Barrington, IL 60010 | KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 |
| Devault Refrigeration<br>731 Wambold Road<br>Souderton, PA 18964 | Technical Beverage Services<br>120 Leesburg Road<br>Telford, TN 37690 | LANE IP LIMITED<br>The Forum, First Floor<br>33 Gutter Lane<br>London Ec2V8AS |

8335129 v1

**SERVICE LIST**

| | | |
|---|---|---|
| McCallion Staffing Specialists<br>601 A Bethlehem Pike<br>Montgomeryville, PA 18936 | NYCO Corporation<br>1073 S County Line Road #B<br>Souderton, PA 18964 | PennyPower<br>202 S 3rd Street<br>Coopersburg, PA 18036 |
| The Cincinnati Insurance Company<br>334 Jefferson Ct.<br>Collegeville, PA 19426 | Sunteck<br>125 Sunteck Lane<br>Cresco, PA 18326 | Berlin Packaging, LLC<br>525 West Monroe Street<br>14th Floor<br>Chicago, IL 60661-0000 |
| Foodarom<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-0000 | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403 | | |