## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

### AMENDED ORDER GRANTING DEBTOR'S MOTION TO PAY PRE-PETITION WAGES, SALARIES AND OTHER RELATED OBLIGATIONS

Upon consideration of the Debtor's Motion to Pay Pre-Petition Wages, Salaries and Other Related Obligations (the "Motion"), and after an opportunity for hearing on same, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Debtor is permitted to pay pre-petition wages, benefits and related taxes for the payroll period commencing June 16, 2021 through the Petition Date to the Debtor's employees; and it is further

ORDERED that the Debtor is permitted to pay outstanding wages, benefits and related taxes for the payroll period commencing June 2, 2021 through June 15, 2021, in the aggregate amount of $11,240.28; and it is further

ORDERED that the aforementioned payments shall not exceed $12,850.00 per employee.

Dated: June 29, 2021

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

8369798 v1