**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## CERTIFICATE OF NO RESPONSE OR OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1.      On June 22, 2021, the Application to Wm. F. Comly as Marketing Broker (the "Application") [Docket No. 21] was filed in the above-captioned matter, together with the Notice of Application [Docket No. 22].

2.      After resolving informal comments from PNC Bank, N.A., the Debtor filed a Revised Proposed Order to the Application on June 30, 2021 [Docket No. 49].

3.      Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

                                        FLASTER/GREENBERG P.C.

Date: June 30, 2021

                              By: */s/ William J. Burnett*
                                        William J. Burnett, Esquire
                                        1835 Market Street, Suite 1050
                                        Philadelphia, PA 19103
                                        Tel: (215) 279-9383
                                        Fax: (215) 279-9394

8376331 v1