United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 21-11750-mdc

Midnight Madness Distilling LLC                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 3

Date Rcvd: Jun 28, 2021                              Form ID: 309F1                            Total Noticed: 75

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| aty | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| aty | + | WILLIAM J. BURNETT, Flaster/Greenberg P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103-2913 |
| 14616725 | + | Aftek, Inc., 740 Driving Park Ave., Rochester, NY 14613-1578 |
| 14616726 | + | Agtech VI, LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14616727 | + | Albatrans, Inc., 149-10 183rd Street, Springfield Gardens, NY 11413-4035 |
| 14616729 | + | Altek Business Systems, Inc., 300 Emien Way, Telford, PA 18969-1722 |
| 14616731 | + | American Supply Company, 2411 N. American Street, Philadelphia, PA 19133-3431 |
| 14616732 | #+ | Anthony Lorubbio, 3014 Franklin Blvd, Upper Unit, Cleveland, OH 44113-2920 |
| 14616733 | + | BDS Souderton, 3443 Bethlehem Pike, Souderton, PA 18964-1031 |
| 14616734 | + | Bergey's Commercial Tire Centers, 3161 Penn Avneue, Hatfield, PA 19440-1728 |
| 14616735 | + | Berkley Insurance Co., 475 Steamboat Rd., Floor 1, Greenwich, CT 06830-7144 |
| 14616736 | | Berlin Packing, LLC, 525 West Monroe Street, 14 Floor, Chicago, IL 60661 |
| 14616737 | + | Betsy Moyer Taxes, 105 Chestnut Drive, Quakertown, PA 18951-2288 |
| 14616738 | + | Blank Rome, 501 Grant Street, Union Trust Building, Suite 850, Pittsburgh, PA 15219-4442 |
| 14616739 | | Bouder Mechanical Services, Inc., 67 Cooper Ave., Landisville, PA 17538 |
| 14616740 | + | Casey Parzych, PO Box 173, Trumbauersville, PA 18970-0173 |
| 14616741 | + | Classic Services, Inc., 248 W. Broad Street, Quakertown, PA 18951-1233 |
| 14616742 | + | D.J. Whelan & Co., 100 S Summit St., Detroit, MI 48209-3286 |
| 14616744 | + | Department of the Treasury, Tax and Trade Bureau, 1310 G St. NW, Washington, DC 20005-3000 |
| 14616745 | + | Devault Refrigeration, 731 Wambold Rd., Souderton, PA 18964-2715 |
| 14616746 | + | Dutch Valley Food Dist, P.O. Box 465, Myerstown, PA 17067-0465 |
| 14616747 | + | ETOH Worldwide LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14616748 | + | Express Employment Professionals, 19 Jenkins Avenue, Suite 200, Lansdale, PA 19446-2559 |
| 14616749 | | Finland Leasing, 2300 Trumbauersville Road, Quakertown, PA 18951 |
| 14616751 | + | Foodarom USA, Inc, 5525 West 1730 South, Suite 202, Salt Lake City, UT 84104-4882 |
| 14616752 | + | Francis E. Stubbs, Maria Del Carmen Nuno, 154 E. Oakland Avenue, Doylestown, PA 18901-4611 |
| 14616753 | + | Good Plumbing, Heating A/C, Inc., 737 Hagey Center Dr. D, Souderton, PA 18964-2404 |
| 14616754 | + | Grain Processing Corp., 250 Technology Drive W, Clearfield, PA 16830-2663 |
| 14616755 | + | Honda Finance, 240 Gibraltar Road, # 200, Horsham, PA 19044-2343 |
| 14616756 | + | Hoover Materials Handling Group, 33 W. Higgins Road, Suite 3000, Barrington, IL 60010-9354 |
| 14616758 | + | Iron Heart Canning Company, LLC, 7130 Golden Ring Road, Essex, MD 21221-3138 |
| 14616759 | | Isuzu Finance of America, 2500 Westchester Avenue, Suite 312, Purchase, NY 10577-2578 |
| 14616760 | + | Keystone Collections, PO Box 559, Irwin, PA 15642-0559 |
| 14616761 | + | KorPack, 290 Madsen Dr. #101, Bloomingdale, IL 60108-2675 |
| 14616762 | + | Landis Pallet & Box Co Inc., P.O. Box 126, East Greenville, PA 18041-0126 |
| 14616764 | + | McCallion Staffing Specialists, 601 A Bethlehem Pike, Montgomeryville, PA 18936-9717 |
| 14616765 | + | Merican Mule LLC, 150 The Promenade N, Long Beach, CA 90802-4750 |
| 14616766 | + | Mike Boyer, 4406 Lowell Road, Wilmington, DE 19802-1106 |
| 14616767 | | Milford Business Centre LP, 2641 Township Line Road, Quakertown, PA 18951 |
| 14616768 | + | Morrison Container, 335 West 194th Street, Glenwood, IL 60425-1501 |
| 14616770 | + | NIC, 609 E. King Street, P.O. Box 1985, York, PA 17405-1985 |
| 14616772 | + | NYCO Corporation, 1073 S County Lind Road #B, Souderton, PA 18964-1028 |
| 14616769 | | Nationwide, P.O. Box 742522, Cincinnati, OH 45274-2522 |
| 14616771 | + | Norris McLaughlin, 515 West Hamilton Street, Suite 502, Allentown, PA 18101-1513 |

Case 21-11750-mdc    Doc 51    Filed 06/30/21    Entered 07/01/21 00:35:01    Desc Imaged
                          Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 309F1 | Total Noticed: 75 |

| | | |
|---|---|---|
| 14616773 | + | OK Kosher Certification, 391 Tryo Avenue, Brooklyn, NY 11213-5322 |
| 14616774 | + | Ore Rentals, 699 N West End, Quakertown, PA 18951-4101 |
| 14617483 | + | PNC Bank, National Association, c/o Gary A. Best, Vice President, 1600 Market Street - F2-F070-22-8, Philadelphia, PA 19103-7211 |
| 14616781 | + | PNC Equipment Finance, 995 Dalton Avenue, Cincinnati, OH 45203-1100 |
| 14616778 | + | Penny Power, 202 S. 3rd Street, Coopersburg, PA 18036-2150 |
| 14616779 | + | Plantation Candies, Inc., 4224 Old Bethlehem Pike, Telford, PA 18969-1199 |
| 14616782 | | Polebridge, 118 N. Main Street, Trumbauersville, PA 18970 |
| 14616783 | + | Ronald Frank, 1675 Glouchester Court, Sewickley, PA 15143-8518 |
| 14616784 | + | Scott Cars, Inc., 3333 Lehigh Street, Allentown, PA 18103-7036 |
| 14616786 | | Soiree Partners, 3401 Liberty Avenue, Pittsburgh, PA 15201-1322 |
| 14616787 | + | Sunteck, 125 Sunteck Lane, Cresco, PA 18326-7410 |
| 14616788 | + | Technical Beverage Services, 120 Leesburg Rd., Telford, TN 37690-2345 |
| 14616789 | + | The Cincinnati Insurance Company, 334 Jefferson Court, Collegeville, PA 19426-2239 |
| 14616790 | | Three Hundred Commerce Drive Associates, 2641 Township Line Road, Quakertown, PA 18951 |
| 14616791 | + | Toyota Industries Commercial Finance, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| 14616792 | + | Trout Brothers, 164 Badman Road, Green Lane, PA 18054-2403 |
| 14616793 | + | Utica National Insurance, 180 Genesee Street, New Hartford, NY 13413-2299 |
| 14616794 | + | Vanguard/Ascensus, P.O. Box 28067, New York, NY 10087-8067 |
| 14616795 | + | Wiggin and Dana, LP, Attn: John Doroghazi, One Century Tower, 265 Church Street, New Haven, CT 06510-7004 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: harry.giacometti@flastergreenberg.com | Jun 28 2021 23:27:00 | HARRY J. GIACOMETTI, Flaster/Greenberg, P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 28 2021 23:27:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14616728 | + | EDI: GMACFS.COM | Jun 29 2021 03:28:00 | Ally, 6985 Union Park Center, Midvale, UT 84047-4177 |
| 14616730 | + | EDI: AMEREXPR.COM | Jun 29 2021 03:28:00 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 14616743 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jun 28 2021 23:27:52 | De Lage Landen Financial Services, 1111 Old Eagle School Road, Wayne, PA 19087 |
| 14616750 | + | Email/Text: ibrahim.hadzihasanovic@firstwesternef.com | Jun 28 2021 23:28:00 | First Western Bank & Trust, 100 Prairie Center Drive, Eden Prairie, MN 55344-5391 |
| 14616757 | | EDI: IRS.COM | Jun 29 2021 03:28:00 | Internal Revenue Service, Bankruptcy Specialist, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14616776 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Jun 28 2021 23:27:00 | PACCAR Financial, 240 Gibraltar Road, # 200, Horsham, PA 19044 |
| 14616775 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Jun 28 2021 23:27:51 | PACCAR Financial, 240 Gibraltar Road, #200, Horsham, PA 19044 |
| 14616780 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:27:00 | PNC Bank NA, 500 First Avenue, Pittsburgh, PA 15219 |
| 14616777 | | EDI: PENNDEPTREV | Jun 29 2021 03:28:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14616777 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2021 23:27:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |

TOTAL: 12

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 28, 2021 | Form ID: 309F1 | Total Noticed: 75

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616763 | | LANE IP Limited, The Forum, First Floor, 33 Gutter Lane, London EC2v8AS |
| 14616785 | | SEE ATTACHED LIST |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY J. GIACOMETTI | on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| JEFFREY KURTZMAN | on behalf of Creditor BET Investments Kurtzman@kurtzmansteady.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC Equipment Finance  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MATTHEW A. HAMERMESH | on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MATTHEW A. HAMERMESH | on behalf of Creditor Agtech VI  LLC mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MICHAEL G. MENKOWITZ | on behalf of Anthony Lorubbio mmenkowitz@frof.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J. BURNETT | on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com |

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Midnight Madness Distilling LLC** <br> Name | EIN: | 45–5493200 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: | 11    6/21/21 |
| Case number: | 21–11750–mdc | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

---

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Midnight Madness Distilling LLC | |
| 2. | **All other names used in the last 8 years** | dba Faber Distilling, fka Theobald and Oppenheimer, LLC | |
| 3. | **Address** | 118 N. Main Street <br> Trumbauersville, PA 18970 | |
| 4. | **Debtor's attorney** <br> Name and address | HARRY J. GIACOMETTI <br> Flaster/Greenberg, P.C. <br> 1835 Market Street <br> Suite 1050 <br> Philadelphia, PA 19103 | Contact phone  (215) 587–5680 <br><br> Email:  harry.giacometti@flastergreenberg.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M; <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone  (215)408–2800 <br><br> Date: 6/28/21 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **July 26, 2021 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |