# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Midnight Madness Distilling LLC**  Case No. **21-11750**

Debtor(s)  Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SEE ATTACHED LIST** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 2, 2021**    Signature **/s/ Casey Parzych**
**Casey Parzych**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## SCHEDULE A
## MEMBERS

### CLASS A MEMBERS

| Name, Address | Initial Capital Contribution | Class A Units | Total Percentage Interest in Company |
|---|---|---|---|
| Casey Parzych<br>P.O. Box 576<br>Trumbauersville, PA 18970 | $4,709.72 | 4,550 | 47.1845% |
| Anthony Lorubbio<br>P.O. Box 116<br>Quakertown, PA | $8,143.83 | 3,798 | 39.3861% |
| Angus Rittenburg<br>P.O. Box 171<br>Trumbauersville PA 18970 | $0 | 330 | 3.4222% |

### CLASS B MEMBERS

| Name, Address | Initial Capital Contribution | Class B Units | Total Percentage Interest in Company |
|---|---|---|---|
| Andrew Schlosser 325 Highland Ave<br>Souderton, PA 18964 | $40,000 | 109 | 1.1304.% |
| Daniel Owen Parker<br>437 W 44th St. Apt FR4<br>New York NY 10036 | $75,000 | 127 | 1.3170% |
| David Schwartz 11317 Southwestern Ave Suite 100B Oklahoma City, OK 73170 | $15,000 | 42 | 0.4355% |
| Tom Frost<br>144 West Manilla Ave<br>Pittsburgh PA 15220 | $15,000 | 42 | 0.4355% |

35

158397.00101/125544886v.1

| | | | |
|---|---|---|---|
| John Greer<br>383 Cobblestone Circle<br>McKees Rocks, PA 15136 | $7,500 | 20 | 0.2074% |
| Vince Silvaggio<br>31 Club Road Rosslyn Farms PA 15106 | $10,000 | 27 | 0.2800% |
| Joe Silvaggio<br>7067 Bennington Woods Dr<br>Pittsburgh PA 15237 | $10,000 | 27 | 0.2800% |
| Steve & Gina Super<br>1135 Greenlawn Dr<br>Pittsburgh PA 15220 | $20,000 | 53 | 0.5496% |

## CLASS C MEMBERS

| **Name, Address** | **Initial Capital Contribution** | **Class C Units** | **Total Percentage Interest in Company** |
|---|---|---|---|
| Carl Lorubbio<br>7670 Brixton Crest<br>Canfield OH 44406 | $20,000 | 56 | 0.5807% |
| Marie Lorubbio<br>375 Edison St<br>Struthers OH 44471 | $5,000 | 15 | 0.1556% |
| Carmen Lorubbio<br>204 Como St<br>Struthers OH 44471 | $3,000 | 9 | 0.0933% |
| Bruce and Dianne Howell<br>511 McEntee Dr<br>Wadsworth OH 44281 | $1,000 | 3 | 0.0311% |
| Tom and Tracy Penrose<br>P.O. Box 515<br>Westfield Center OH 44251 | $3,000 | 8 | 0.0830% |

158397.00101/125544886v.1

| Name, Address | Initial Capital Contribution | Units | Total Percentage Interest |
|---|---|---|---|
| Roberta Richards<br>963 Devonwood Dr<br>Wadsworth OH 44281 | $1,000 | 3 | 0.0311% |
| Angus Rittenburg<br>P.O. Box 171<br>Trumbauersville PA 18970 | $3,000 | 8 | 0.0830 |
| Stephen Browning<br>1538 Bonnett Dr<br>Pittsburgh PA 15237 | $5,000 | 14 | 0.1452% |
| Daniel and Julie Heckmann<br>2014 Highpoint Ct<br>Murrysville PA 15668 | $25,000 | 71 | 0.7363% |
| Stephen and Joyce Heckmann<br>10595 LANDAU DRIVE<br>WEXFORD, PA 15090 | $12,000 | 35 | 0.3630% |

*Class D formerly reserved for "collegiate" investors.*

## CLASS E MEMBERS

| Name, Address | Initial Capital Contribution | Class E Units | Total Percentage Interest in Company |
|---|---|---|---|
|  |  |  |  |

## CLASS F MEMBERS

| Name, Address | Initial Capital Contribution | Class F Units | Total Percentage Interest in Company |
|---|---|---|---|
|  |  |  |  |

37

## CLASS G MEMBERS

| Name, Address | Initial Capital Contribution | Class G Units | Total Percentage Interest in Company |
|---|---|---|---|
| R.F. Culbertson<br>17 Churchill Road<br>Pittsburgh, PA 15235 | $0.00 | 100 | 1.0370% |
| Kenneth Justin Brown<br>1742 Old Bethlehem Rd.<br>Quakertown Pa. 18951 | $0.00 | 50 | 0.5185% |
| Shawn Brown<br>3376 Bingen Rd.<br>Bethlehem Pa. 18015 | $0.00 | 50 | 0.5185% |

## CLASS H MEMBERS

| Name, Address | Initial Capital Contribution | Class H Units | Total Percentage Interest in Company |
|---|---|---|---|
| Doug Heckmann<br>295 S Hudson Ave<br>Unit 12<br>Pasadena CA 91101 | $5,314.83 | 96 | 0.9955% |

| Members | Percentage Interests |
|---|---|
| Class A Members | 89.9927% |
| Class B Members | 4.6355% |
| Class C Members | 2.3022% |
| *Class D Members* | *N/A* |
| Class E Members | 0% |
| Class F Members | 0% |
| Class G Members | 2.0740% |
| Class H Members | 0.9955% |

158397.00101/125544886v.1