UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

**ORDER GRANTING APPLICATION OF DEBTOR
TO EMPLOY WM. F. COMLY & SON, INC. AS MARKETING BROKER
PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE**

AND NOW, upon consideration of the Application of the Debtor to Employ Wm. F. Comly & Son, Inc. as Marketing Broker (the "Application"); and after consideration of any objections or responses to the Application[1]; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the Debtor, its estate, and its creditors; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that except as otherwise provided herein, the Debtor is hereby authorized to employ Wm. F. Comly & Son, Inc. in accordance with the Application and as of the date of the Application; and it is

ORDERED, that except as otherwise provided herein, Wm. F. Comly & Son, Inc. shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court; and it is

ORDERED, that in the event that PNC Bank, N.A. and/or PNC Equipment Finance, LLC (collectively, "PNC"), or any successor-in-interest to PNC, is the winning bidder for the Assets

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

by virtue of a credit bid of PNC's claims, then Comly's entitlement to a commission for the sale shall be subject to further Order of this Court and the rights of PNC (and any other party-in-interest) to object to Comly's request for such a commission are hereby expressly reserved.

July 1, 2021

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE