# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## VERIFIED STATEMENT

In accordance with Bankruptcy Rule 2014, I James W. Comly, hereby certifies as follows:

1. I am the Vice-President of Wm. F. Comly & Son, Inc. and am authorized to execute this verification.

2. To the best of my knowledge, information and belief, neither I nor any of my employees or my business has any adverse interest to the Debtor that would prevent Wm. F. Comly & Son, Inc. from being appointed as the Trustee's marketing broker of the assets as contemplated in the Application.

3. Neither I, my company, nor any employees have ever had any connection whatsoever to the Debtor in this Chapter 11 proceeding.

4. To the best of my knowledge, Wm. F. Comly & Son, Inc. has no connections with creditors, the Debtor or other parties of interest.

5. I agree that Wm. F. Comly & Son, Inc. can only be paid compensation as contemplated in the Application upon court approval.

Respectfully Submitted,

By: _____
James Comly, Vice President
Wm. F. Comly & Son, Inc.

8380024 v1