**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 21-11750 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Ally**
Creditor's Name

**6985 Union Park Center**
**Midvale, UT 84047**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**9/2017**
Last 4 digits of account number
**0275**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 HINO 195 - 5460**

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$22,883.49**    Value: **$65,210.00**

---

**2.2 Ally**
Creditor's Name

**6985 Union Park Center**
**Midvale, UT 84047**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**9/2017**
Last 4 digits of account number
**0275**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**2015 Hino 195 - JHHRDM2H7FK002022**

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount: **$8,247.00**    Value: **$65,210.00**

---

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Western Bank & Trust** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment** | | |

**100 Prairie Center Drive**
**Eden Prairie, MN 55344**
Creditor's mailing address

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Francis E. Stubbs** | **Describe debtor's property that is subject to a lien** | **$301,279.00** | **$675,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **118 N. Main Street, Trumbauersville, PA** | | |

**Maria Del Carmen Nuno**
**154 E. Oakland Avenue**
**Doylestown, PA 18901**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Honda Finance** | **Describe debtor's property that is subject to a lien** | **$13,273.00** | **$30,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **2017 Honda Ridgeline - 5FPYK3F75HB014791** | | |

**240 Gibraltar Road**
**# 200**
**Horsham, PA 19044**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**10/2017**

**Last 4 digits of account number**
**1077**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Isuzu Finance of America** | **Describe debtor's property that is subject to a lien** | $41,168.00 | $65,210.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 HINO 195 - jhhrdm2h3kk007602** | | |

**2500 Westchester Avenue Suite 312**
**Purchase, NY 10577-2578**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **PACCAR Financial** | **Describe debtor's property that is subject to a lien** | $22,078.00 | $83,850.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Kenworth 370 - 3BKJHM7X6HF581594** | | |

**240 Gibraltar Road #200**
**Horsham, PA 19044**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2017**

**Last 4 digits of account number**
**7212**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **PACCAR Financial** | **Describe debtor's property that is subject to a lien** | $44,418.00 | $112,341.00 |
|---|---|---|---|---|

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|

**Creditor's Name**
**240 Gibraltar Road**
**# 200**
**Horsham, PA 19044**
Creditor's mailing address

**2018 Kenworth T370 - 2NKHHM7X2JM214870**

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2017**
**Last 4 digits of account number**
**4719**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** **PNC Bank NA**
Creditor's Name

**500 First Avenue**
**Pittsburgh, PA 15219**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2019**
**Last 4 digits of account number**
**4923**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $533,334.00    $147,840.00
**PNC Bank - Checking - Acct# 5876**

**Describe the lien**
**Blanket Lien on all corporate assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **PNC Bank NA**
Creditor's Name

**500 First Avenue**
**Pittsburgh, PA 15219**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/2019**
**Last 4 digits of account number**
**2372**

**Describe debtor's property that is subject to a lien**      $175,000.00    $335,116.00
**90 days or less: Accounts Receivable as of 6/21/2021**

**Describe the lien**
**Blanket Lien on all corporate assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **PNC Bank NA** | **Describe debtor's property that is subject to a lien** | **$441,855.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**500 First Avenue**
**Pittsburgh, PA 15219**
Creditor's mailing address

**Describe the lien**
**Blanket Lien on all corporate assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020 - PPP Loan**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **PNC Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$860,052.00** | **$579,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **Machinery & Equipment - See Attached List** | | |

**995 Dalton Avenue**
**Cincinnati, OH 45203-1101**
Creditor's mailing address

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/2019**
**Last 4 digits of account number**
**3391**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. PNC Equipment Finance**
**2. PNC Equipment Finance**

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.13 | **PNC Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$893,195.00** | **$579,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **Machinery & Equipment - See Attached List** | | |

**995 Dalton Avenue**
**Cincinnati, OH 45203-1101**

---

Debtor **Midnight Madness Distilling LLC**　　　　　　　　　　　　Case number (if known) **21-11750**
　　　　Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Business Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**5/2019** | |
| **Last 4 digits of account number**<br>**3393** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.12** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.14 | **Toyota Industries Commercial Finance** | Describe debtor's property that is subject to a lien<br>**2018 HINO 195 - JHHRDM2H2JK005192** | $15,078.00 | $65,210.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **1999 Bryan Street**<br>**Suite 900**<br>**Dallas, TX 75201** | |
| Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**8/2017** | |
| **Last 4 digits of account number**<br>**9289** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　**$3,371,860.49**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-11750** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Tax and Trade Bureau**<br>**1310 G St. NW**<br>**Washington, DC 20005**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Excise Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$261,739.00** | **$205,963.00** |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**Bankruptcy Specialist**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employment Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$22,573.75** | **$22,573.75** |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Keystone Collections**<br>**PO Box 559**<br>**Irwin, PA 15642** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Pennsylvania Department of Revenue**<br>**Department 280946**<br>**Attn: Bankruptcy Division**<br>**Harrisburg, PA 17128-0946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,751.00** | **$40,751.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**State Sales Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**ACCU Staffing SVCS**<br>**308 W Main Street**<br>**Lansdale, PA 19446** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,722.11** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Aftek, Inc.**<br>**740 Driving Park Ave.**<br>**Rochester, NY 14613** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,931.68** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Agtech VI, LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza  Suite 120**<br>**St Thomas, VI 00802** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$106,922.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Midnight Madness Distilling LLC**     Case number (if known) **21-11750**
Name

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Albatrans, Inc.**<br>**149-10 183rd Street**<br>**Springfield Gardens, NY 11413**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,226.18** |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$298,882.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**American Supply Company**<br>**2411 N. American Street**<br>**Philadelphia, PA 19133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BDS Souderton**<br>**3443 Bethlehem Pike**<br>**Souderton, PA 18964**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,322.33** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Bergey's Commercial Tire Centers**<br>**3161 Penn Avneue**<br>**Hatfield, PA 19440**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,112.45** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Berkley Insurance Co.**<br>**475 Steamboat Rd.**<br>**Floor 1**<br>**Greenwich, CT 06830**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,991.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Berlin Packing, LLC**<br>**525 West Monroe Street**<br>**14 Floor**<br>**Chicago, IL 60661**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,581.00** |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Betsy Moyer Taxes**<br>**105 Chestnut Drive**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $976.00 |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Blank Rome**<br>**501 Grant Street**<br>**Union Trust Building**<br>**Suite 850**<br>**Pittsburgh, PA 15219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **legal fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $10,080.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Bouder Mechanical Services, Inc.**<br>**67 Cooper Ave.**<br>**Landisville, PA 17538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $480.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0287**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $58,673.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Catskill Marketing, LLC**<br>**10 North Street**<br>**Middletown, NY 10940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,500.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Classic Staffing Services, Inc.**<br>**248 W. Broad Street**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $51,135.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**D.J. Whelan & Co.**<br>**100 S Summit St.**<br>**Detroit, MI 48209**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,775.00 |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Devault Refrigeration**<br>**731 Wambold Rd.**<br>**Souderton, PA 18964**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,524.00 |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Dutch Valley Food Dist**<br>**P.O. Box 465**<br>**Myerstown, PA 17067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,324.39 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**ETOH Worldwide LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza Suite 120**<br>**St Thomas, VI 00802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $37,896.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Express Employment Professionals**<br>**19 Jenkins Avenue**<br>**Suite 200**<br>**Lansdale, PA 19446**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $46,666.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Foodarom USA, Inc**<br>**5525 West 1730 South**<br>**Suite 202**<br>**Salt Lake City, UT 84104**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $26,324.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Good Plumbing, Heating A/C, Inc.**<br>**737 Hagey Center Dr. D**<br>**Souderton, PA 18964**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $393.73 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Grain Processing Corp.**<br>**250 Technology Drive W**<br>**Clearfield, PA 16830**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $14,346.00 |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Greenwood**<br>**6280 W. Howard Street**<br>**Niles, IL 60714**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,544.34** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Hoover Materials Handling Group**<br>**33 W. Higgins Road**<br>**Suite 3000**<br>**Barrington, IL 60010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$11,596.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Iron Heart Canning Company, LLC**<br>**7130 Golden Ring Road**<br>**Essex, MD 21221**<br><br>Date(s) debt was incurred **6/2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **referral and packaging agreement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$93,925.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**KorPack**<br>**290 Madsen Dr. #101**<br>**Bloomingdale, IL 60108**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,700.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Labelworx**<br>**51 Runway Road**<br>**Levittown, PA 19057**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,248.60** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Landis Pallet & Box Co Inc.**<br>**P.O. Box 126**<br>**East Greenville, PA 18041**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,425.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**LANE IP Limited**<br>**The Forum, First Floor**<br>**33 Gutter Lane**<br>**London EC2v8AS**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,934.00** |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**McCallion Staffing Specialists**<br>**601 A Bethlehem Pike**<br>**Montgomeryville, PA 18936**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $348.17 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Merican Mule LLC**<br>**150 The Promenade N**<br>**Long Beach, CA 90802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No  ■ Yes | $76,813.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Mike Boyer**<br>**4406 Lowell Road**<br>**Wilmington, DE 19802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $525,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Morrison Container**<br>**335 West 194th Street**<br>**Glenwood, IL 60425**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,708.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Nationwide**<br>**P.O. Box 742522**<br>**Cincinnati, OH 45274-2522**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,563.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Norris McLaughlin**<br>**515 West Hamilton Street**<br>**Suite 502**<br>**Allentown, PA 18101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,860.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**North Industrial Chemicals**<br>**609 E. King Street**<br>**P.O. Box 1985**<br>**York, PA 17403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,226.00 |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**NYCO Corporation**<br>**1073 S County Lind Road #B**<br>**Souderton, PA 18964**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,593.61 |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**O-1 Packaging Solutions, LLC**<br>**One Michael Owens Way Plaza 2**<br>**Perrysburg, OH 43551**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $50,354.90 |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**OK Kosher Certification**<br>**391 Tryo Avenue**<br>**Brooklyn, NY 11213**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,500.00 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Ore Rentals**<br>**699 N West End**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $23,953.00 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Penny Power**<br>**202 S. 3rd Street**<br>**Coopersburg, PA 18036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $445.32 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Polebridge**<br>**118 N. Main Street**<br>**Trumbauersville, PA 18970**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,734,102.00 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Roberts Oxygen Company**<br>**614 Westtown Road #C**<br>**West Chester, PA 19382**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $12,293.50 |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Ronald Frank**<br>**1675 Glouchester Court**<br>**Sewickley, PA 15143**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,245.00** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Soiree Partners**<br>**3401 Liberty Avenue**<br>**Pittsburgh, PA 15201-1322**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$306.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Sunteck**<br>**125 Sunteck Lane**<br>**Cresco, PA 18326**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,970.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Technical Beverage Services**<br>**120 Leesburg Rd.**<br>**Telford, TN 37690**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,918.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**The Cincinnati Insurance Company**<br>**334 Jefferson Court**<br>**Collegeville, PA 19426**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,142.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Trout Brothers**<br>**164 Badman Road**<br>**Green Lane, PA 18054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,988.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Uline Ship Supply**<br>**700 Uline Way**<br>**Allentown, PA 18106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,369.01** |

| Debtor | **Midnight Madness Distilling LLC** | Case number (if known) | **21-11750** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**258 N. West End Blvd**<br>**Quakertown, PA 18951** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,794.68** |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Utica National Insurance**<br>**180 Genesee Street**<br>**New Hartford, NY 13413** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,741.00** |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Vanguard/Ascensus**<br>**P.O. Box 28067**<br>**New York, NY 10087** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$956.25** |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Wiggin and Dana, LP**<br>**Attn: John Doroghazi**<br>**One Century Tower**<br>**265 Church Street**<br>**New Haven, CT 06510** | Line  **3.27**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **325,063.75** |
| **5b. Total claims from Part 2** | 5b. + $ | **6,412,597.25** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **6,737,661.00** |