**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-11750** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| | State the term remaining | | **Agtech VI, LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza  Suite 120**<br>**St Thomas, VI 00802** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox and printing services agreement** | |
| | State the term remaining | **63 months** | **Altek Business Systems, Inc.**<br>**300 Emien Way**<br>**Telford, PA 18969** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Church Street Beverage LLC** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
| | State the term remaining | | **Craft Beer Guild Distributing of NY, LLC**<br>**1214 South Putt Corners**<br>**New Paltz, NY 12561** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Midnight Madness Distilling LLC** | | Case number (*if known*) | **21-11750** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Mitsubishi Forklift** | |
|---|---|---|---|
| | State the term remaining | **30 months** | |
| | List the contract number of any government contract | | **De Lage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **HR Consulting Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DPG Management LLC**<br>**1425 West Schaumburg Road**<br>**# 123**<br>**Schaumburg, IL 60194** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ETOH Worldwide LLC**<br>**6115 Estate Smith Bay**<br>**East End Plaza Suite 120**<br>**St Thomas, VI 00802** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease - 2300 Trumbauersville Road, Quakertown PA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Finland Leasing**<br>**2300 Trumbauersville Road**<br>**Quakertown, PA 18951** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment rental agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hoover Materials Handling Group** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Referral and packaging agreement** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Iron Heart Canning Company, LLC**<br>**7130 Golden Ring Road**<br>**Essex, MD 21221** |
| | List the contract number of any | | |

| Debtor 1 | **Midnight Madness Distilling LLC** | | Case number (*if known*) | **21-11750** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Isuzu FTR - 54DK6S162JSG01744 and other equipment** | |
| | State the term remaining | | **Isuzu Finance of America**<br>**2500 Westchester Avenue**<br>**Suite 312** |
| | List the contract number of any government contract | | **Purchase, NY 10577-2578** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Leak detection equipment lease** | |
| | State the term remaining | **2 months** | **LACO Technologies, Inc.**<br>**1418 Bloomingdale Road** |
| | List the contract number of any government contract | | **Queenstown, MD 21658** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging Agreement** | |
| | State the term remaining | | **Merican Mule LLC**<br>**150 The Promenade N** |
| | List the contract number of any government contract | | **Long Beach, CA 90802** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease for 2600 Milford Square Pike, Quakertown, PA** | |
| | State the term remaining | **month-to-month** | **Milford Business Centre LP**<br>**2641 Township Line Road** |
| | List the contract number of any government contract | | **Quakertown, PA 18951** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Co-packing agreement** | |
| | State the term remaining | | **OK Kosher Certification**<br>**391 Tryo Avenue** |
| | List the contract number of any government contract | | **Brooklyn, NY 11213** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease - 4224 Old Bethlehem Pike, Telford, PA** | **Plantation Candies, Inc.**<br>**4224 Old Bethlehem Pike**<br>**Telford, PA 18969** |

| Debtor 1 | **Midnight Madness Distilling LLC** | | Case number *(if known)* | **21-11750** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Co-Packing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Que Onda Beverage, Inc.**<br>**853 Broadway**<br>**Suite 905**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Volvo XC90 Cross Country** | |
|---|---|---|---|
| | State the term remaining | **21 months** | **Scott Cars, Inc.**<br>**3333 Lehigh Street**<br>**Allentown, PA 18103** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Agreement - Mohegan Sun Arena** | |
|---|---|---|---|
| | State the term remaining | | **SMG**<br>**300 Four Falls Corporate Center**<br>**300 Conshohocken State Road**<br>**Conshohocken, PA 19428** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SmuttyNose Brewing Company** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease - 300 Commerce Drive, Quakertown, PA** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Three Hundred Commerce Drive Associates**<br>**2641 Township Line Road**<br>**Quakertown, PA 18951** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Midnight Madness Distilling LLC** | | Case number *(if known)* | **21-11750** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TJ Sheehan Distributing Inc** |
| | List the contract number of any government contract | | **225 Commerce Blvd** |
| | | | **Liverpool, NY 13088** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tri-Valley Beverage Inc.** |
| | List the contract number of any government contract | | **4925 Route 233** |
| | | | **Westmoreland, NY 13490** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **UB Distributors, LLC** |
| | List the contract number of any government contract | | **1213-1217 Grand Street** |
| | | | **Brooklyn, NY 11211** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Yard ramp rental agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yard Ramps, Inc.** |
| | List the contract number of any government contract | | **19818 W. West Shore Drive** |
| | | | **Mundelein, IL 60060** |