**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-11750** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Anthony Lorubbio** | **3014 Franklin Blvd Upper Unit Cleveland, OH 44113** | **PNC Bank NA** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Anthony Lorubbio** | **3014 Franklin Blvd Upper Unit Cleveland, OH 44113** | **PNC Equipment Finance** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Casey Parzych** | **PO Box 173 Trumbauersville, PA 18970** | **PNC Bank NA** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Casey Parzych** | **PO Box 173 Trumbauersville, PA 18970** | **Ally** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Casey Parzych** | **PO Box 173 Trumbauersville, PA 18970** | **Honda Finance** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Midnight Madness Distilling LLC** | Case number *(if known)* | **21-11750** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Casey Parzych** | **PO Box 173**<br>**Trumbauersville, PA 18970** | **Isuzu Finance of America** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Casey Parzych** | **PO Box 173**<br>**Trumbauersville, PA 18970** | **PACCAR Financial** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Casey Parzych** | **PO Box 173**<br>**Trumbauersville, PA 18970** | **PNC Equipment Finance** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Casey Parzych** | **PO Box 173**<br>**Trumbauersville, PA 18970** | **Toyota Industries Commercial Finance** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |