**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-11750** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................... $ **675,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ **2,015,915.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................................ $ **2,690,915.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **3,371,860.49**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **325,063.75**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **6,412,597.25**

4. **Total liabilities** ....................................................................................................................................... $ **10,109,521.49**
Lines 2 + 3a + 3b