# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MIDNIGHT MADNESS DISTILLING, | ) ) | Case No. 21-11750-MDC |
| | ) | |
| Debtor. | ) | Chapter 11 |

## REQUEST FOR NOTICES

Please take notice that ISUZU FINANCE OF AMERICA, INC. ("Isuzu"), a creditor and party-in-interest in the above-captioned case, files a Request for Notices and requests to be added to the master mailing list. Isuzu hereby requests that notice of all matters which may come before the Court be served upon the following address:

Dennis A. Dressler
Counsel for Isuzu Finance of America, Inc.
Dressler & Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: ddressler@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought

before this Court in this case.

                              ISUZU FINANCE OF AMERICA, INC.,

        By:    /s/ Dennis A. Dressler
               Dennis A. Dressler (IL #6271183)
               Dressler |Peters, LLC
               70 W. Hubbard Street, Suite 200
               Chicago, IL 60654
               Phone: (312) 602-7360
               Fax : (312) 637-9378
               Email: ddressler@dresslerpeters.com

### **CERTIFICATE OF SERVICE**

    I, Rachel McCandless, hereby certify that I have served a copy of the foregoing Request for Notices by ECF Notice of Electronic Filing this 6th day of July, 2021.

               /s/ Rachel McCandless
               Rachel McCandless
               Paralegal