UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

**REVISED INTERIM ORDER FOR DETERMINING ADEQUATE
ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES**

Upon consideration of the Debtor's Motion for the entry of an interim order (the "Interim Order") and a final order ("Final Order") determining adequate assurance of payment for future utility services (the "Motion"), and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; notice of the Motion having been adequate and appropriate under the circumstances, it is hereby

ORDERED that the Motion is **GRANTED** in all respects; and it is further

ORDERED that the Utility Providers, listed on Exhibit "A" to the Motion, which list may be revised and supplemented as set forth herein, are prohibited from altering, refusing, or discontinuing service on account of any unpaid charges or requiring additional adequate assurance of payment pending the entry of the Final Order after a final hearing (the "Final Hearing") on the Motion or this Interim Order becomes a Final Order as set forth below; and it is further

ORDERED that this Interim Order shall be deemed the Final Order with respect to any Utility Provider that does not file an objection to the Motion on or before July 13, 2021 at 5:00 p.m.; and it further

ORDERED that the Final Hearing is set for July 14, 2021 at 12:30 p.m. and if this Interim Order is deemed a Final Order with respect to the Utility Providers, the Final Hearing will be canceled; and it is further

8372439 v1

ORDERED that a Utility Provider shall be deemed to have adequate assurance of payment within the meaning of Section 366 of the Bankruptcy Code unless and until (a) the Debtor, in its sole discretion, agrees to an alternative assurance of payment with the Utility Provider or (b) the Court enters an order at the Final Hearing requiring that additional adequate assurance of payment be provided; and it is further

ORDERED, that the Debtor shall serve a copy of the this Interim Order, the applicable portion of the Utility Service List, and a Final Hearing Notice on each Utility Provider on the Utility Service List no later than three (3) business days after the date this Interim Order is entered, and shall similarly make service upon each Utility Provider subsequently added by the Debtor to the Utility Service List.

BY THE COURT:

Dated: July 7, 2021

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

8372439 v1