## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, ) | |
| LLC, ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

## NOTICE OF HEARING DATE

Pursuant to an Order signed by Judge Magdeline D. Coleman an Order Revised Interim Order for Determining Adequate Assurance of Payment for Future Utility Services Docket No. 71, Final Hearing is July 14, 2021.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **July 13, 2021 at 5:00 p.m.**, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:
                  Office of the Clerk
                  United States Bankruptcy Court
                  Robert N.C. Nix, Sr. Federal Courthouse
                  900 Market Street, Suite 202
                  Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorneys:
                  William J. Burnett, Esquire
                  Flaster/Greenberg P.C.
                  1835 Market Street, Suite 1050
                  Philadelphia, PA  19103
                  Phone:  215-587-5680
                  Fax:  215-279-9394

8386768 v1

      2.      If you or your attorney do not take the steps described in the above paragraphs and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      3.      A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **July 14, 2021 at 12:30 p.m.** at the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Courtroom #2, Philadelphia, PA 19107.

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

                                                          **FLASTER/GREENBERG P.C.**

Dated: July 8, 2021                        By: */s/ William B. Burnett*
                                            William B. Burnett, Esquire
                                            1835 Market Street, Suite 1050
                                            Philadelphia, PA 19103
                                            Telephone 215-587-5680
                                            Facsimile 215-279-9394

                                            *Counsel for Debtor*