### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, LLC, ) ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of July, 2021, true and correct copies of the Notice of Hearing Date, Utility Service List and Revised Interim Order for Determining Adequate Assurance of Payment for Future Utility Services were served via regular first-class mail, postage prepaid, upon the parties on the attached list.

**FLASTER/GREENBERG P.C.**

Dated: July 8, 2021

By: */s/ William B. Burnett*
William B. Burnett, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Telephone 215-587-5680
Facsimile 215-279-9394

8387249 v1

## SERVICE LIST

PPL Electric
2930 State Road
Telford, PA 18969

Milford Trumbauersville Sewer
1845 Rosenberger Road
Quakertown, PA 18951

Borough of Trumbauersville
1 Evergreen Drive
Trumbauersville, PA 18970

Comcast
Once Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103

Verizon
P.O. Box 15124
Albany, NY 12212

AT&T Wireless
P.O. Box 6416
Carol Stream, IL 60197-6416

UGI
P.O. Box 15503
Wilmington, DE 19886-5503

Chrin
1225 Industrial Drive
Easton, PA 18042