# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MIDNIGHT MADNESS DISTILLING, | ) ) | Case No. 21-11750-MDC |
| | ) | |
| Debtor. | ) | Chapter 11 |

## REQUEST FOR NOTICES

Please take notice that TOKYO CENTURY (USA) INC. ("Tokyo Century"), a creditor and party-in-interest in the above-captioned case, files a Request for Notices and requests to be added to the master mailing list. Tokyo Century hereby requests that notice of all matters which may come before the Court be served upon the following address:

Dennis A. Dressler
Counsel for Tokyo Century (USA) Inc.
Dressler & Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: ddressler@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought

before this Court in this case.

                      TOKYO CENTURY (USA) INC.,

By:    /s/ Dennis A. Dressler
        Dennis A. Dressler (IL #6271183)
        Dressler |Peters, LLC
        70 W. Hubbard Street, Suite 200
        Chicago, IL 60654
        Phone: (312) 602-7360
        Fax : (312) 637-9378
        Email: ddressler@dresslerpeters.com

## **CERTIFICATE OF SERVICE**

I, Rachel McCandless, hereby certify that I have served a copy of the foregoing Request for Notices by ECF Notice of Electronic Filing this 8th day of July, 2021.

/s/ Rachel McCandless
Rachel McCandless
Paralegal