UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:

MIDNIGHT MADNESS DISTILLING LLC        NO. 21-11750 MDC
                                       CHAPTER 11

ORDER SUSTAINING THE LIMITED OBJECTION OF PACCAR FINANCIAL CORP
TO DEBTOR'S MOTION TO SELL ASSETS

It is ordered that notwithstanding this Court's Order approving Debtor's Expedited Motion to Sell Substantially of its Assets to ETHO Worldwide LLC [Doc. 4], excluded from the approved sale are TWO (2) Kenworth Model 370 Motor Vehicles, namely VIN Nos. 2NKHHM7X2JM214870 and 3BKJHM7X6HF581594, in which PACCAR Financial Corp has a perfected purchase money security interest. Consequently, these Vehicles remain the asset of Debtor, subject to the lien of PACCAR Financial.

Date:

BY THE COURT:

_____
Chief Bankruptcy Judge