

# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 3BKJHM7X6HF581594 | 17 | KENW | [K370]* | TK | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 10879 | | 77690471 | 0 | PA | 09-23-2017 |

**Full Name of Owner(s)**
MIDNIGHT MADNESS DISTILLING LLC
PO BOX 116
QUAKERTOWN, PA 18951

**Vehicle Brand(s)**

**Liens(s)**
[PACCAR FINANCIAL CORP
240 GIBRALTAR ROAD SUITE 200
HORSHAM, PA 19044]*

Lien Date: 06-26-2017
ELT Number: 91602971201
LTN: ▇▇▇▇▇4719▇▇

**Odometer Brand(s)**

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: TNWHXJWHBW    **THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of Decision Dynamics, Inc.

