

## Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 2NKHHM7X2JM214870 | 18 | KENW | [T370]* | TK | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 10176 | | 78466685 | 3 | PA | 01-13-2018 |

**Full Name of Owner(s)**
MIDNIGHT MADNESS DISTILLING LLC
230 TRUMBAUERSVILLE RD
QUAKERTOWN, PA 18951

**Vehicle Brand(s)**

**Liens(s)**
[PACCAR FINANCIAL CORP
240 GIBRALTAR ROAD SUITE 200
HORSHAM, PA 19044]*

Lien Date: 01-12-2018
ELT Number: 91602971202
LTN: ███████7212██

**Odometer Brand(s)**

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: 4FUKN7OPBV     **THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of Decision Dynamics, Inc.

