**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11750 (MDC) |

## CERTIFICATION OF SERVICE

I, Christine Chapman-Tomlin, Paralegal, hereby certifies that on this 12th day of July, 2021, I electronically filed the Objection of PNC Bank, National Association and PNC Equipment Finance, LLC to Debtor's Motion for Approval of Sale of Assets and Related Sale and Bid Procedures and served via postage paid first-class mail and/or the Court's ECF system as indicated upon the following parties:

*Via CM/ECF*

| | |
|---|---|
| Harry J. Giacometti, Esq.<br>William J. Burnett, Esq.<br>Flaster/Greenberg, P.C.<br>1835 Market Street, Suite 1050<br>Philadelphia, PA 19103<br>*Attorney for the Debtor* | Kevin P. Callahan<br>United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106-2912<br>*United States Trustee* |
| Matthew A. Hamermesh, Esq.<br>Hangley Aronchick Segal<br>Pudlin&Schiller<br>One Logan Square<br>27th Floor<br>Philadelphia, PA 19103-6933 | Jeffrey Kurtzman, Esq.<br>Kurtzman Steady LLC<br>555 City Avenue<br>Ste 480<br>Bala Cynwyd, PA 19004 |

*Via First-Class Mail*

| | |
|---|---|
| Tokyo Century (USA) Inc.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>70 W. Hubbard St.<br>Ste. 200<br>Chicago, IL 60654 | Wm. F. Comly & Son, Inc.<br>1825 E. Boston Street<br>Philadelphia, PA 19125-1296 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Isuzu Finance of America, Inc.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>70 W. Hubbard St.<br>Ste. 200<br>Chicago, IL 60654 |

Dated: July 12, 2021          /s/ Christine Chapman-Tomlin
                              Christine Chapman-Tomlin, Paralegal