# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

### APPLICATION OF DEBTOR TO EMPLOY NORRIS MCLAUGHLIN, P.A. AS SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §§ 327(c) AND 328 AND FED. R. BANKR. P. 2014

Midnight Madness Distilling, LLC (the "Debtor", by and through its undersigned counsel, hereby files this Application (the "Application") for entry of an Order, pursuant to 11 U.S.C. Sections 327 and 328 and Fed. R. Bankr. P. 2014, authorizing the employment of Norris McLaughlin, P.A. ("Norris") as special counsel, effective as of the date of this application, and respectfully represents as follows:

### JURISDICTION

1.    The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F) and (O).

2.    Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory predicate for the relief sought herein is 11 U.S.C. §327.

### BACKGROUND

4.    On June 21, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 7 Case").

5. By this Application, the Debtor seeks to employ Norris McLaughlin, P.A. as special counsel to assist the Debtor with an audit being conducted by the PA Liquor Control Board.

6. Norris has considerable experience in providing these services, and the Debtor believes that it is well qualified to perform the necessary services.

## COMPENSATION STRUCTURE

7. Subject to the approval of this Court, Norris will charge the Debtor for its services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to periodic adjustment. Norris' compensation will be subject to further application and approval by the Court.

## LEGAL AUTHORITY

8. Based upon the Debtor's view and the structure of this transaction, the Debtor submits that the proposed employment as special counsel compensation to Norris is reasonable and appropriate.

9. Section 327(a) of the Bankruptcy Code provides, in relevant part, as follows:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C. § 327(a).

10. Section 328(a) of the Bankruptcy Code provides, in relevant part, as follows:

> The trustee . . . with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis.

11 U.S.C. § 328(a).

8380078 v1

11. Accordingly, this Court is authorized to grant the relief requested in this Application.

## NO ADVERSE INTEREST, DISINTERESTEDNESS

12. Norris McLaughlin P.A. is a "disinterested person" as defined by section 101(14), and used in Section 327(c) of the Bankruptcy Code. As set forth in the Verified Statement of Theodore J. Zeller, attached hereto as Exhibit "A" (the "Zeller Declaration"), Norris has informed the Debtor that it holds no adverse interest to the Debtor or the estate and has no connection to the Debtor's creditors, the Debtor, or other parties-in-interest related to the Debtor that would prevent Norris from being appointed as provided herein.

## NOTICE

13. Notice of this Application has been provided to: (a) United States Trustee for the Eastern District of Pennsylvania; (b) counsel for the Buyer; (c) counsel to PNC Bank, N.A.; and (d) all parties requesting notice pursuant to Fed. R. Bankr. P. 2002. In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is necessary.

## NO PRIOR REQUEST

14. No prior request for the relief sought in this Application has been made to this or any other court.

WHEREFORE, the Debtor respectfully requests an order in the form attached: (i) authorizing the Debtor's retention of Norris McLaughlin, P.A. as special counsel as of the date of this Application; and (ii) granting such other relief as the Court deems appropriate.

Dated: July 13, 2021                 **FLASTER/GREENBERG P.C.**

                                       By: */s/ William J. Burnett*
                                                William J. Burnett, Esquire
                                                1835 Market Street, Suite 1050
                                                Philadelphia, PA 19103
                                                Telephone 215-279-9383
                                                Facsimile 215-279-9394

                                                *Counsel for Debtor*