UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## VERIFIED STATEMENT

In accordance with Bankruptcy Rule 2014, I Theodore J. Zeller, Esquire hereby certifies as follows:

1. I am an attorney with Norris McLaughlin, P.A. and am authorized to execute this verification.

2. Norris McLaughlin, P.A. is a creditor of Debtor in that the firm owes Norris McLaughlin, P.A. for legal services rendered pre-petition, however, to the best of my knowledge, information and belief, neither I nor any of my employees or my business has any adverse interest to the Debtor that would prevent Norris McLaughlin, P.A. from being appointed as the Debtor's special counsel as contemplated in the Application.

3. I agree that Norris McLaughlin, P.A. can only be paid compensation as contemplated in the Application upon court approval.

Respectfully Submitted,

By: _____
Theodore J. Zeller, Esquire
Norris McLaughlin, P.A.

8380078 v1