# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 13th day of July, 2021, a true and correct copy of the Application for an Order Authorizing Debtor to Employ Norris McLaughlin, P.A. as Special Counsel, was served by United States Mail, postage prepaid, first class delivery, upon the parties on the attached list.

*Jennifer Vagnozzi*
**Jennifer Vagnozzi, Paralegal**

**SERVICE LIST**

| | | |
|---|---|---|
| Bergey's Commercial Tire Centers<br>3161 Penn Avenue<br>Hatfield, PA 19440 | Blank Rome<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | Polebridge<br>118 N. Main Street<br>Trumbauersville, PA 18970 |
| Betsy Moyer Taxes<br>105 Chestnut Drive<br>Quakertown, PA 18951 | Norris McLaughlin<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101 | Toyota Industries Commercial Finance<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067 | Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221 | Vanguard/Ascensus<br>P.O. Box 28067<br>New York, NY 10087 |
| First Western Bank & Trust<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344 | Merican Mule LLC<br>150 The Promenade North, Unit 425<br>Long Beach, CA 90802 | Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| Isuzu Finance of America<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | OK Kosher Certification<br>391 Tryo Avenue<br>Brooklyn, NY 11213 | Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 |
| Landis Pallet & Box Co Inc.<br>P.O. Box 126<br>East Greenville, PA 18041 | PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 | PNC Bank NA<br>500 First Avenue<br>Pittsburgh, PA 15219 |
| Mike Boyer<br>4406 Lowell Road<br>Wilmington, DE 19802 | The Cincinnati Insurance Company<br>334 Jefferson Court<br>Trappe, PA 19426 | Soiree Partners<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 |
| NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 | Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street, Suite 500<br>Philadelphia, PA 19106 | Matthew Hamermesch, Esquire<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets, 27th Floor<br>Philadelphia, PA 19103-6933 |
| Berks Plant Design & Maintenance<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | Ore Rentals<br>699 N West End<br>Quakertown, PA 18951 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 |

8335129 v1

**SERVICE LIST**

| | | |
|---|---|---|
| Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | Grain Processing Corp<br>250 Technology Drive W<br>Clearfield, PA 16830 | Nationwide<br>P.O. Box 742522<br>Cincinnati, Ohio 45274-2522 |
| American Supply Company<br>2411 N. American Street<br>Philadelphia, PA 19133 | Ronald Frank<br>1675 Glouchester Court<br>Sewickley, PA 15143 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| D.J. Whelan & Co.<br>100 S. Summit Street<br>Detroit, MI 48209 | Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413 | Andrew W. Bonekemper, Equire<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Express Employment Professionals<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 | Albatrans, Inc.<br>149-10 183rd Street<br>Jamaica, NY 11413 |
| McMaster-Carr Supply Co<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 | Agtech VI, LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas VI 00802 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964 |
| Trout Brothers<br>164 Badman Road<br>Green Lane PA 18054 | Bouder Mechanical Services, Inc.<br>67 Cooper Avenue<br>Landisville PA 17538 | Classic Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 |
| Aftek, Inc.<br>740 Driving Park Avenue<br>Rochester, NY 14613-0000 | ETOH Worldwide LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas, VI 00802 | Good Plumbing, Heating, A/C, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| Berkley Insurance Co.<br>475 Steamboat Road<br>Floor 1<br>Greenwich, CT 06830 | Hoover Materials Handling Group<br>33 W Higgins Road, Ste 3000<br>South Barrington, IL 60010 | KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 |
| Devault Refrigeration<br>731 Wambold Road<br>Souderton, PA 18964 | Technical Beverage Services<br>120 Leesburg Road<br>Telford, TN 37690 | LANE IP LIMITED<br>The Forum, St. Paul's<br>33 Gutter Lane<br>London<br>EC2V 8AS |

8335129 v1

**SERVICE LIST**

| | | |
|---|---|---|
| McCallion Staffing Specialists<br>601 A Bethlehem Pike<br>Montgomeryville, PA 18936 | NYCO Corporation<br>1073 S County Line Road #B<br>Souderton, PA 18964 | PennyPower<br>202 S 3rd Street<br>Coopersburg, PA 18036 |
| The Cincinnati Insurance Company<br>334 Jefferson Ct.<br>Collegeville, PA 19426 | Sunteck<br>125 Sunteck Lane<br>Cresco, PA 18326 | Berlin Packaging, LLC<br>525 West Monroe Street<br>14th Floor<br>Chicago, IL 60661-0000 |
| Foodarom<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-0000 | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403 | Attn: Ally Bank Department<br>AIS Portfolio Services, LP<br>Account:XXXXXXXXX8513<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | ACCU Staffing SVCS<br>308 W. Main Street<br>Lansdale, PA 19446 |
| Catskill Marketing, LLC<br>10 North Street<br>Middletown, NY 10940 | Greenwood<br>6280 W. Howard Street<br>Niles, IL 60714 | Labelworx<br>51 Runway Road<br>Levittown, PA 19057 |
| O-1 Packaging Solutions, LLC<br>One Michael Owens Way Plaza 2<br>Perrysburg, OH 43551 | Roberts Oxygen Company<br>614 Westtown Road #C<br>West Chester, PA 19382 | Uline Ship Supply<br>700 Uline Way<br>Allentown, PA 18106 |
| UPS<br>258 N. West End Blvd.<br>Quakertown, PA 18951 | Dennis A. Dressler<br>Counsel for Isuzu Finance of America, Inc.<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654 | Dennis A. Dressler<br>Counsel for Tokyo Century (USA), Inc.<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654 |
| Finland Leasing Co. Inc.<br>P.O. Box 116<br>Quakertown, PA 18951-0116 | | |

8335129 v1