# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | Case No. 21-11750 (MDC) |

## NOTICE OF REVISED PROPOSED ORDER AND ASSET PURCHASE AGREEMENT

Please see the attached revised proposed Order (**Exhibit "A"**) and Asset Purchase Agreement (**Exhibit "B"**) related to the Debtor's Motion for Entry of an Order: (i) Approving the Sale or Sale of up to Substantially All of the Debtor's Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (ii) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (iii) Scheduling Hearings for Such Relief and (iv) Granting Related Relief filed on June 21, 2021 [Docket No. 4] (the "Motion").

These documents are filed as red-line comparisons of changes to the forms initially filed on June 21, 2021 with the Motion. These documents will be considered along with the hearing on the Motion which has been continued by the Court to July 21, 2021 at 12:30 p.m.

**FLASTER/GREENBERG P.C.**

Dated: July 14, 2021      By: */s/ William J. Burnett*
William J. Burnett, Esquire
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Telephone 215-279-9383
Facsimile 215-279-9394

*Counsel for Midnight Madness Distilling, LLC*

8319795 v1