**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Midnight Madness Distilling LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-11750** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**   Current value of debtor's interest

2. **Cash on hand**    $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | PNC Bank | Checking | 5876 | $147,840.00 |
   | 3.2. | Penn Community Bank | Checking Account | 7714 | $1,686.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $149,526.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Security Deposits with Landlords | $12,574.00 |

Debtor **Midnight Madness Distilling LLC**  Case number *(If known)* **21-11750**
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**  $12,574.00
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  385,381.00  -  50,265.00  = ....  $335,116.00
face amount             doubtful or uncollectible accounts

12. **Total of Part 3.**  $335,116.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Ethanol, Ingredients** | 4/30/2021 | $19,875.00 | | $19,875.00 |
| 20. | **Work in progress** **Packaging Goods** | 4/30/2021 | $0.00 | | $129,673.00 |
| 21. | **Finished goods, including goods held for resale** **Finished Goods** | 4/30/21 | $98,321.00 | Replacement | $98,321.00 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**  $247,869.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No

| Debtor | **Midnight Madness Distilling LLC** | Case number *(If known)* **21-11750** |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Various Office Furniture and Equipment including computers and communications equipment | $48,799.00 | | $48,799.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                               $48,799.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Midnight Madness Distilling LLC** | Case number *(If known)* **21-11750** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | | |
| | 47.1. | **2008 Suzuki Reno - KL5JD66Z38K734235** | $0.00 | Replacement | $14,000.00 |
| | 47.2. | **2019 HINO 195 - jhhrdm2h3kk007602** | $0.00 | Replacement | $65,210.00 |
| | 47.3. | **2015 Hino 195 - JHHRDM2H7FK002022** | $0.00 | Replacement | $65,210.00 |
| | 47.4. | **2018 HINO 195 - JHHRDM2H2JK005192** | $0.00 | Replacement | $65,210.00 |
| | 47.5. | **2015 HINO 195 - JHHRDM2H6FK002044** | $0.00 | Replacement | $65,210.00 |
| | 47.6. | **2017 Dodge Ram - 3C6TRVBG8HE534576** | $0.00 | Replacement | $23,500.00 |
| | 47.7. | **2017 Kenworth 370 - 3BKJHM7X6HF581594** | $0.00 | Replacement | $83,850.00 |
| | 47.8. | **2018 Kenworth T370 - 2NKHHM7X2JM214870** | $0.00 | Replacement | $112,341.00 |
| | 47.9. | **2017 Honda Ridgeline - 5FPYK3F75HB014791** | $0.00 | Replacement | $30,500.00 |
| | 47.10. | **2018 Hino 195 - JHHRDM2H1JK005460** | $0.00 | | $65,000.00 |
| | 47.11. | **2006 Ford Econoline - 1FDSE35L66DB24074** | $0.00 | Replacement | $29,500.00 |
| | 47.12. | **Milk Truck** | $0.00 | Replacement | $8,000.00 |
| | 47.13. | **1988 Mac Truck** | $0.00 | Replacement | $15,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | | |
| 49. | **Aircraft and accessories** | | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Machinery & Equipment - See Attached List** | | $579,500.00 | Appraisal | $579,500.00 |

| Debtor | **Midnight Madness Distilling LLC** | Case number *(If known)* **21-11750** |
|---|---|---|
| | Name | |

| 51. | **Total of Part 8.** | **$1,222,031.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ☐ No
 ■ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

 ☐ No. Go to Part 10.
 ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **118 N. Main Street, Trumbauersville, PA** | **Fee simple** | **$0.00** | **Appraisal** | **$675,000.00** |

| 56. | **Total of Part 9.** | **$675,000.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ☐ No
 ■ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No. Go to Part 11.
 ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Patents** | **$0.00** | | **$0.00** |
| | **See Attached List of Patents and Registered Marks** | **$0.00** | **N/A** | **Unknown** |

Document    Page 6 of 18

Debtor **Midnight Madness Distilling LLC**     Case number *(If known)* **21-11750**
    Name

| | | | | |
|---|---|---|---|---|
| 61. | **Internet domain names and websites** | | | |
| | Domain names and webites - www.theoandopp.com; www.faberspirits.com | $0.00 | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| | Dept of Treasury Tax & Trade Bureau Permit # PA-S-20001 | $0.00 | | Unknown |
| | PA LCB Master Permits, Nos. A36444, I875; IA4481 and IZ875 | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | Design assets for branding projects | $0.00 | | $0.00 |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Midnight Madness Distilling LLC** | Case number *(If known)* **21-11750** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | **Potential Insurance Claim under Cincinnati Insurance Co. policy related to Polebridge claim in the range of $ 4 million** | **Unknown** |
| | Nature of claim       **Insurance** | |
| | Amount requested               **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **99% ownership interest in Splint LLC** | **$0.00** |
| | **99% ownership interest in Brace LLC** | **$0.00** |
| | **99% ownership interest in Cane LLC** | **$0.00** |
| | **50% ownership interest in Crutch LLC** | **$0.00** |
| | **99% ownership interest in Spectre Distributing LLC** | **$0.00** |
| | **Leasehold improvements at leased properties** | **Unknown** |
| | **99% ownership interest in Walker, LLC** | **$0.00** |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Midnight Madness Distilling LLC** | Case number *(If known)* | **21-11750** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $149,526.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,574.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $335,116.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $247,869.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,799.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,222,031.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................>* | | $675,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,015,915.00  + 91b. | $675,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,690,915.00 |

# MIDNIGHT MADNESS DISTILLING COMPANY

## *RECAPITULATION*

| LOCATION | PAGE # | $FMV$ |
|---|---|---|
| 118 North Main Street, Trumbauersville, PA | 10-11 | $249,800.00 |
| 2300 Trumbauersville Road, Quakertown, PA | 12-13 | $105,150.00 |
| 4224 Old Bethlehem Pike, Telford, PA | 14 | $224,550.00 |
| **GRAND TOTAL - FAIR MARKET VALUE** | | **$579,500.00** |

File No.:20815

9

Comly Appraisers

# MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $FMV$ |
|---|---|---|---|---|---|---|---|
| | | | **118 Main Street, Trumbauersville, PA** | | | | |
| 1 | 27 | 1 | Avery Mini Labeler | Good | 12268 | 350 | $8,000.00 |
| 2 | 3 | 1 | US-FIP Impeller Pump | Good | | 13471429327651530 | $2,000.00 |
| 3 | 2 | 1 | PMI Shrink Wrapper w/Heat Tunnel | Good | SI-TW30 | 2498 | $10,000.00 |
| 4 | 7 | 1 | Morrison Screw Worm | Good | 18/81735 | 40-0-81735-001 | $2,000.00 |
| 5 | 6 | 1 | Simonazzi Rotary Filler & Capper | Good | Europa 48/8 | 361 | $14,000.00 |
| 6 | 4-5 | 1 | Axon Sleever | Good | EZ-Seal 100 | SB01 | $12,000.00 |
| | 8 | | w/H&K Inc. Heat Tunnel | | CR-6000 | ME20MS1A-M2 | |
| 7 | 10 | 1 | BFT Inc. Bottle Rinser | Good | ESV3421N04TXC | 13471644334251803 | $19,000.00 |
| 8 | 9,11 | 1 | Sasib Rotary Labeler | Good | QUASAR 540 | 2226 | $75,000.00 |
| 9 | 28 | 1 | Accutek Mini Filler | Good | Mini Pinch | A-17203836 | $3,500.00 |
| 10 | 26 | 1 | Branson Ultrasonic Welder | Good | 8400 | WT60602K | $1,800.00 |
| 11 | | | Air Compression System, Comprising Of: | Good | | | $17,000.00 |
| | 12 | | (1) Sullivan Palatek Air Compressor, 118-PSI | | 40UD VFD | 1W16Z1384420004 | |
| | 12 | | (1) Sullivan Palatek Air Dryer | | SPTX-215A-216 | 53292 | |
| 12 | 16 | 1 | Finnco Vaporizer | Good | AL2FO1 | 97732 | $1,000.00 |
| 15 | 15 | 1 | Dayton Turntable | Good | D15-03125 | 42527H | $500.00 |
| 16 | 14 | 1 | Hamrick Uncaser | Good | | 96-927 | $15,000.00 |
| 17 | 13 | 1 | Hamrick Recaser | Good | CHALL | 87-613 | $12,000.00 |

**MIDNIGHT MADNESS DISTILLING COMPANY**
**118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA**
**2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA**
**4224 OLD BETHLEHEM PIKE, TELFORD, PA**

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $FMV$ |
|---|---|---|---|---|---|---|---|
| 18 | 23 | 1 | Xerox Printer | Good | C70 | R00297477 | $5,000.00 |
| 19 | 25 | 1 | Branson Thermal Processor | Good | TPX-200 | OJ18102-6 | $4,500.00 |
| 20 | 20 | 4 | Custom Industrial Products Elevator Doors S/N: 4516N6372, 5118N1464, 2117N9726, 2117N9719 | Good | E79930 | | $6,000.00 |
| 21 | 24 | 1 | Custom Industrial Products Elevator Panel | Good | M24000 FPS | C1630-199-32D1721 | $2,000.00 |
| 22 | 22 | 1 | Trane, 155-Ton Air Cooled Chiller | Fair | 55 | U14F09612 | $12,500.00 |
| 23 | 17-18 | 2 | Sandpiper Bottling Line Pump S/N: A0215360, AB20A5291 | Good | FC1111/ED2IN | | $5,000.00 |
| 24 | 30 | 2 | Control Technologies Pumps For Glycol S/N: 2193708785, 2193306300 | Good | C200 | | $3,000.00 |
| 25 | 19 | 1 | Linker Pum For Carbocooler | Good | 35-35212 | | $1,000.00 |
| 26 | 21 | 1 | Lennox Large A/C Unit | Fair | KGB120S4BH1Y | 5618D04197 | $3,000.00 |
| 27 | 29 | 1 | Laco Helium Leak Detector | Good | TW04-BXX11 | 90001409981 | $15,000.00 |
| | | | **TOTAL FAIR MARKET VALUE- TRUMBAUERSVILLE, PA** | | | | **$249,800.00** |

Comly Appraisers

File No.:20815

# MIDNIGHT MADNESS DISTILLING COMPANY
## 118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA
## 2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA
## 4224 OLD BETHLEHEM PIKE, TELFORD, PA

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $FMV$ |
|---|---|---|---|---|---|---|---|
| | | | **2300 Trumbauersville Road, Quakertown, PA** | | | | |
| 28 | | | Air Compression System, Comprising Of: | Good | | | $8,500.00 |
| | 48-50 | | (1) Sullivan Palatek Air Compressor (Large) | | D15 | 20DE001084 | |
| | 48-50 | | (1) Penway Inc. Air Compressor (Small) | | M10 | 15KV0877 | |
| | 54 | | (2) Hoover Container Solutions, 893-Gallon Tank<br>S/N: 505008, 505009 | | | | |
| 32 | 38 | 9 | Hoover Container Solutions, 550-Gallon Tank<br>S/N: 355115, 358753, 366938, 500146, 509848, 509819, 509824, 509849, 366941 | Good | 31A | | $9,000.00 |
| 33 | 52 | 2 | Gast/Cleveland Large Batch Mixer | Good | XTLA-2 | 33774-2 | $1,000.00 |
| 34 | 51 | 3 | Optima Bulk Tank Scale, 3-Sets<br>S/N: AE20150503009, AE018084023, AE20141105078 | Good | OP-900A | | $3,750.00 |
| 35 | 56 | 1 | Uline Dumping Hopper | Good | H-2641 | S1692795 | $1,000.00 |
| 36 | 57 | 1 | Uline Platform Ladder | Good | | MO520 | $300.00 |
| 37 | | 1 | Baldor Transfer Pump (Columns) | Good | F1507233253 | | $700.00 |
| 38 | 55 | 1 | Aftek 40" Enotecnica Pillan Large Plate Filter | Good | 40 Noryl Plates | 40x40 | $3,500.00 |
| 39 | 53 | 1 | Clark Electric Pallet Jack & Charger<br>S/N: PWX570-0038-9893-CNF | Good | PWX30 | | $4,000.00 |
| 40 | 64 | 1 | Gerhardt Distillation System For Proofing | Good | VAP 200 | 1-5200-18-001 | $12,000.00 |
| 41 | 65 | 1 | Thermo Scientific Precision Water Bath | Good | TSC1R19 | 300195899 | $600.00 |
| 42 | 66 | 1 | Anton Paar Density Meter | Good | 4500 M-EC | 82798870 | $25,000.00 |
| 43 | 67 | 1 | Sandpiper Transfer/Bladder Pump | Good | | 252838 | $2,500.00 |

**MIDNIGHT MADNESS DISTILLING COMPANY**
**118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA**
**2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA**
**4224 OLD BETHLEHEM PIKE, TELFORD, PA**

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $FMV$ |
|---|---|---|---|---|---|---|---|
| 44 | 62 | 1 | Sandpiper Bladder Pump, 3" (12k Tank) | Good | | 2490308 | $1,500.00 |
| 45 | 68 | 1 | Brecknell Scale | Fair | S-100 | 913000012 | $500.00 |
| 46 | 69 | 1 | Nortec Air Driven Shop Vac 2300 | Fair | N301DCATEX | 275 | $600.00 |
| 47 | 63 | 1 | ARO Ingersoll Rand Large 3" Pump for Bulk Tank | Good | PD30A-ASS-STT-B | K9138662 | $2,500.00 |
| 48 | 61 | 2 | Perry Products Company Bulk Tank #1 & #2 S/N: A7223-2-304, A5031-1-462 | Good | HFX / HF | | $8,000.00 |
| 49 | 73 | 1 | Crown Boiler 2300 | Good | BSI103ELPZZPSU | BoG0583510 | $1,000.00 |
| 50 | 59 | 1 | Hyster Forktruck Hours: 5,335 | Good | H60FT | L177V03620G | $15,000.00 |
| 51 | 70 | 1 | SpectraPure Commercial RO System | Good | PSP2700-GPD | 2550793 | $1,000.00 |
| 52 | 72 | 1 | Ohaus Adventurer Desktop Scale | Good | AX223-E | B90414876 | $700.00 |
| 53 | 71 | 1 | Finish Thompson Air-Powered Drum Pump | Good | W2V10 | 179977B20 | $2,500.00 |
| | | | **TOTAL FAIR MARKET VALUE- QUAKERTOWN, PA** | | | | **$105,150.00** |

Comly Appraisers

File No.:20815

**MIDNIGHT MADNESS DISTILLING COMPANY**
**118 NORTH MAIN STREET, TRUMBAUERSVILLE, PA**
**2300 TRUMBAUERSVILLE ROAD, QUAKERTOWN, PA**
**4224 OLD BETHLEHEM PIKE, TELFORD, PA**

| ITEM # | PHOTO # | QTY | DESCRIPTION | COND. | MODEL # | SERIAL # | $FMV$ |
|---|---|---|---|---|---|---|---|
| | | | **4240 Old Bethlehem Pike, Telford, PA** | | | | |
| 54 | 74 | 1 | Hyster Small Electric Jack | Good | W40XT | A218H07101X | $1,500.00 |
| 55 | | 1 | Crown Electric Upright Forklift | Good | 1A164934 (E Type) | 1A164934 | $2,500.00 |
| 57 | 31 | 1 | APV Heat Exchanger | Good | HX | 16871 | $3,250.00 |
| 58 | 32 | 1 | Mojonnier Deaerator | Good | | | $10,500.00 |
| 59 | 33 | 1 | Vaporman Vaporizer | Good | 125 | | $800.00 |
| 60 | 34 | 1 | 1992 Custom Built Linker Carbonator | Good | | | $50,000.00 |
| 61 | 35 | 1 | 2019 Velcroin Machine | Good | 03 Touch | 90363819 | $60,000.00 |
| 62 | 36-37 | 1 | Bottle Warmer | Good | | | $23,000.00 |
| 63 | 39-40 | 1 | Custom Industrial Products Bottle Filler/Capper/Labeler | Good | | | $25,000.00 |
| 64 | 41 | 1 | Raptor Hot Water Heater | Good | | | $1,500.00 |
| 65 | 42-47 | 1 | Rotary Bottle Filling Line Conveyors | Good | | | $30,000.00 |
| 67 | 60 | 1 | Pail Mueller 5,000 Gal Batch Tank | Good | | | $16,500.00 |
| | | | **TOTAL FAIR MARKET VALUE- TELFORD, PA** | | | | **$224,550.00** |

Comly Appraisers

File No.:20815



# Trade Marks
## on the records of Lane IP

## Midnight Madness Distilling LLC
26 May 2021

Trade Mark Applications in the name of Midnight Madness Distilling LLC
On the records of Lane IP – 26 May 2021

## Pending Applications

| Our Ref. | Country | Mark | Classes | Application No. | Application Date | Status |
|---|---|---|---|---|---|---|
| 0134.0036 | United States of America | BRANDLESS | 33 | 88176047 | 31/10/2018 | Notice of allowance issued; SOU due **3 June 2021**; |
| 0134.0045 | United States of America | FABER | 33 | 88210161 | 29/11/2018 | Notice of allowance issued; SOU due **4 June 2021**; |
| 0134.0049 | United States of America | J.W. TUFTS CO. | 33 | 88280598 | 29/01/2019 | Notice of allowance issued; SOU due **17 November 2021**; |
| 0134.0050 | United States of America | J.W. TUFTS CO. SIPHON (logo) | 33 | 88280571 | 29/01/2019 | Notice of allowance issued; SOU due **11 August 2021**; |
| 0134.0051 | United States of America | J.W. TUFTS CO. SODA WATER (logo) | 33 | 88280585 | 29/01/2019 | Notice of allowance issued; SOU due **11 August 2021**; |
| 0134.0054 | United States of America | J.W. TUFTS CO. SODA WATER (logo) | 32 | 88284156 | 31/01/2019 | Notice of allowance issued; SOU due **11 August 2021**; |
| 0134.0055 | Canada | J.W. TUFTS CO. | 33 | 1944568 | 05/02/2019 | Application filed; Awaiting response from CIPO; |
| 0134.0071 | United States of America | THEOBALD & OPPENHEIMER | 32,33,35 | 88633375 | 27/09/2019 | Under Examination; |
| 0134.0078 | United States of America | Escape Goat | 32,33 | 90075359 | 27 July 2020 | Under Examination; |

Registered Trade Marks - in the name of Midnight Madness Distilling LLC
On the records of Lane IP – 26 May 2021

## Registered Marks

| Our Ref. | Country | Mark | Classes | Application No. | Application Date | Registration No. | Registration Date | Renewal Date |
|---|---|---|---|---|---|---|---|---|
| 0134.0016AR | Argentina | HELVETII | 33 | 3.439.691 | 10/09/2015 | 2.817.446 | 20/07/2016 | 20/07/2026 |
| 0134.0008AR | Argentina | SPECTRE | 33 | 3.385.631 | 09/02/2015 | 2.774.895 | 21/12/2015 | 21/12/2025 |
| 0134.0015BR | Brazil | HELVETII | 33 | 909968640 | 10/09/2015 | 909968640 | 26/12/2017 | 26/12/2027 |
| 0134.0012EM | EUTM | HELVETII | 33 | 014536833 | 09/09/2015 | 014536833 | 28/12/2015 | 09/09/2025 |
| 0134.0012EM | United Kingdom | HELVETII | 33 | UK00914536833 | 09/09/2015 | UK00914536833 | 28/12/2015 | 09/09/2025 |
| 0134.0005EM | EUTM | SPECTRE | 33 | 012914016 | 27/05/2014 | 012914016 | 08/10/2014 | 27/05/2024 |
| 0134.0005EM | United Kingdom | SPECTRE | 33 | UK00912914016 | 27/05/2014 | UK00912914016 | 08/10/2014 | 27/05/2024 |
| 0134.0014CH | Switzerland | HELVETII | 33 | 61054/2015 | 11/09/2015 | 681058 | 01/12/2015 | 11/09/2025 |
| 0134.0006CH | Switzerland | SPECTRE | 33 | 56342/2014 | 28/05/2014 | 662403 | 28/05/2014 | 28/05/2024 |
| 0134.0029 | United States of America | FABER (Supplemental Register) | 33 | 86946578 | 20/03/2016 | 5019589 | 09/08/2016 | 20/03/2026 |
| 0134.0028 | United States of America | FABER INDUSTRY (logo) | 33 | 87213093 | 24/10/2016 | 5289198 | 19/09/2017 | 24/10/2026 |
| 0134.0027 | United States of America | SINGLE PROP | 33 | 87389607 | 28/03/2017 | 5460415 | 01/05/2018 | 28/03/2027 |
| 0134.0037 | United States of America | COMMON WELL | 33 | 88186386 | 08/11/2018 | 88186386 | 11/02/2020 | 11/02/2030 |

Registered Trade Marks - in the name of Midnight Madness Distilling LLC

On the records of Lane IP – 26 May 2021

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0134.0046 | United States of America | SINGLE PROP | 33 | 88212504 | 30/11/2018 | 88212504 | 30/11/2018 | 07/01/2030 |
| 0134.0052 | EUTM | J.W. TUFTS CO. | 33 | 018016056 | 29/01/2019 | 018016056 | 17/05/2019 | 29/01/2029 |
| 0134.0052 | United Kingdom | J.W. TUFTS CO. | 33 | UK00918016056 | 29/01/2019 | UK00918016056 | 17/05/2019 | 29/01/2029 |
| 0134.0057 | Brazil | J.W. TUFTS CO. | 33 | 916816451 | 25/02/2019 | 916816451 | 26/11/2019 | 26/11/2029 |
| 0134.0058 | Argentina | J.W. TUFTS CO. | 33 | 3782737 | 01/03/2019 | 3085208 | 21/07/2020 | 21/07/2030 |
| 0134.0068 | EUTM | THEOBALD & OPPENHEIMER | 32,33,35 | 018046637 | 02/04/2019 | 018046637 | 09/11/2019 | 02/04/2019 |
| 0134.0068 | United Kingdom | THEOBALD & OPPENHEIMER | 32,33,35 | UK00918046637 | 02/04/2019 | UK00918046637 | 09/11/2019 | 02/04/2019 |
| 0134.0056 | WIPO* | J.W. TUFTS CO. | 33 | 1455187 | 14/02/2019 | 1455187 | 14/02/2019 | 14/02/2029 |

* Designating - India, Japan, Republic of Korea, Russian Federation, Switzerland;