# Exhibit A



**Berlin Packaging, L.L.C.**

**Corporate Office**
**525 West Monroe Street 14th Floor**
**Chicago, IL 60661**
**FEIN: 36-4200026**

Over 15 years of on-time delivery!
www.99percentontime.com

| | |
|---|---|
| Invoice No : | 44-0089788 |
| Invoice Date : | 06/01/2021 |
| Due Date : | 07/01/2021 |
| Customer No: | 387060 |
| Payment Terms : | Net 30 Days |

**Bill To:**
Theobald & Oppenheimer
118 N Main St
Trumbauersville PA 18970

**Ship To:**
Theobald & Oppenheimer
300 Commerce Drive
Quakertown PA 18951

**Remit To :**
Berlin Packaging, L.L.C.
P.O. Box 74007164
Chicago, IL 60674-7164
USA

**For billing questions, please call:**

**201-947-7744**

| Ln | Description | Quantity | Unit Price | Cust PO # | Order Date | Frt \ Trans | Net Amount |
|---|---|---|---|---|---|---|---|
| | Berlin Part # \ Cust Part # | UOM | Bill Of Lading | Order # | Ship Date | PRO Num | |
| 1 | 12OZ SLEEK BRITE BPANI ALUMINUM CAN 8,096/PT | 202,400.00 | 0.1875 | 42820-19292 | 05/20/2021 | | 37,950.00 |
| | 293493 | EA | 0440066509-37094 | 0440066509 | 06/01/2021 | | |
| 2 | DELIVERY-OUT WHSE | 1.00 | 1,342.1100 | 42820-19292 | 05/20/2021 | | 1,342.11 |
| | DELIVERY-OUT | EA | 0440066509-37094 | 0440066509 | 06/01/2021 | | |
| 3 | BALL OVERSIZED PLASTIC TIER SHEET 56" X 44" X 1" | 425.00 | 2.7000 | 42820-19292 | 05/20/2021 | | 1,147.50 |
| | BALL-TIERSHEET | EA | 0440066509-37094 | 0440066509 | 06/01/2021 | | |
| 4 | BALL OVERSIZED PLASTIC TOP FRAME 56" X 44" X 2" | 25.00 | 20.0000 | 42820-19292 | 05/20/2021 | | 500.00 |
| | BALL-TOPFRAME | EA | 0440066509-37094 | 0440066509 | 06/01/2021 | | |
| 5 | BALL PLASTIC PALLET FOR BEVERAGE CANS - 44X56 | 25.00 | 62.0000 | 42820-19292 | 05/20/2021 | | 1,550.00 |
| | BALL-PALLET | EA | 0440066509-37094 | 0440066509 | 06/01/2021 | | |

Subtotal: 42,489.61



**Berlin Packaging, L.L.C.**

**Corporate Office**
**525 West Monroe Street 14th Floor**
**Chicago, IL 60661**
**FEIN: 36-4200026**

Over 15 years of on-time delivery!
www.99percentontime.com

| | |
|---|---|
| Invoice No : | 44-0089788 |
| Invoice Date : | 06/01/2021 |
| Due Date : | 07/01/2021 |
| Customer No: | 387060 |
| Payment Terms : | Net 30 Days |

**Bill To:**
**Theobald & Oppenheimer**
**118 N Main St**
**Trumbauersville PA 18970**

**Ship To:**
**Theobald & Oppenheimer**
**300 Commerce Drive**
**Quakertown PA 18951**

**Remit To :**
**Berlin Packaging, L.L.C.**
**P.O. Box 74007164**
**Chicago, IL 60674-7164**
 **USA**

**For billing questions, please call:**

**201-947-7744**

Currency: USD

**WIRE Payments in USD:**
Bank of America
100 West 33rd Street
New York, NY 10001
For the account of
Berlin Packaging LLC
Account #483016989020
ABA Routing #026009593
SWIFT Code #BOFAUS3N

**ACH Instructions:**
Bank of America
1401 Elm Street 2nd Floor
Dallas, TX 75202
For the account of
Berlin Packaging LLC
Account #483016989020
ABA Routing #021000322
SWIFT Code #BOFAUS3N

| Invoice Summary | | | |
|---|---|---|---|
| Pallets | 3,197.50 | Merchandise | 37,950.00 |
| | | Shipping/Handling | 1,342.11 |
| | | Miscellaneous | 0.00 |
| | | Sales Tax | 0.00 |
| **AMOUNT DUE :** | **42,489.61** | **Invoice Total :** | **42,489.61** |

# berlin PACKAGING

**STRAIGHT BILL OF LADING**
ORIGINAL-NOT NEGOTIABLE

| | |
|---|---|
| Bill of Lading Ref No. | 441086241 |
| PO Number | SEE LINE ITEMS |
| SO Number | 0440066509 |
| Ship Date | 05/27/2021 |
| Deliver by | 05/28/2021 |

PRO #

**FROM Shipper:** BERLIN PACKAGING (NEW YORK)
**Address:** 2 Capital Drive, Suite 201
**City/State/Zip:** Cranbury, NJ 08512 US
**Appt Ref #:** 0440066509  **Origin Ref #:** 0440066509
**Pickup Instructions:** Appt required for BERLIN PACKAGING (NEW YORK) Contact Pat Knox to schedule an appointment for all shipments 201-613-0757. Per CTPAT requirements, drivers must provide drivers
**Phone Number:** 201-613-0757

**Vehicle Number:**
**CARRIER:** TREK FREIGHT SERVICES LLC  **SCAC:** TFVL
**EquipType:** VN  **Mode:** TL
**Pro Number:**

**Freight Charges**

| Prepaid | Prepaid & Add | Collect | 3rd Party |
|---|---|---|---|
| | | X | |

**Delivery Stop:** 1  THEOBALD & OPPENHEIMER
**Address:** 300 COMMERCE DR
**City/State/Zip:** QUAKERTOWN, PA 18951 US
**Appt Ref #:** 42820-19292  **Dest Ref #:** 42820-19292
**Delivery Instructions:** NO REEFERS
MUST HAVE PLATED TRUCK, PLATES MUST BE FROM CEILING OF TRAILER TO FLOOR OF TRAILER, CANNOT BE PARTIALLY PLATED!!! TRAILER CANNOT HAVE NAILS OR RACKS ON THE FLOORS OR WALLS OF TRAILER!! SHOULD NOT HAVE BULGING TRAILER WALLS OR FLOORS!!!
BERLIN WILL NOT AGREE TO TONU IF TRUCK IS REFUSED FOR BEING INCORRECT! DO NOT STACK

**Send Freight Bill to:**
TREK FREIGHT SERVICES LLC c/o BERLIN PACKAGING
7337 N Lincoln Ave, SUITE 290
LINCOLNWOOD, IL 60712

**Phone Number:** 484-935-7125  **Customer Number:**

If Shipper nor Consignee is the Payor, provide name and address here: (note - this is not the "Send Freight Bill to" information)

| Name | Address | City Name | State | Zip code |
|---|---|---|---|---|
| BERLIN PACKAGING (NEW YORK) | 2 Capital Drive | Cranbury | NJ | 08512 |

**Contact Name:** ALAINA WILSON  **Phone Number:** 201-613-0836

| Pallets | Pcs | Item Number | Kind of Packages, Description of Articles (If HAZARDOUS MATERIALS-PROPER SHIPPING NAME) | CLASS (or Hazard Class) | NMFC No. | WEIGHT (subject to correction) | PO Number | Cust Ref # | Cust Part # |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 202400 | 293493 | 12OZ SLEEK BRITE BPANI ALUMINUM CAN 8,096/PT | 250 | 21840-3 | 7900 | 42820-19292 | | |
| 25 | 202400 | | | | | **Total Weight** 7900.00 | | | |

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ Per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(signature of Consignor)

Trailer# _____
Seal# 6/1/21

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of the contents of the packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. PER _____

**Driver Signature:** _____  **DATE:** 6/1/21
**Consignee Signature:** Carlos Bueno  **DATE:** 6-01-2021
**Bill of Lading Number:** 441086241