# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-11750-MDC |

## CERTIFICATE OF SERVICE

It is hereby certified that on the 27th day of July 2021, a true and correct copy of the Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(9) filed by Berlin Packaging, L.L.C., was served electronically via the Court's ECF system to all parties who have appeared and are registered to receive service and via U.S. Mail to the parties on the attached list.

Dated: July 27, 2021

BERLIN PACKAGING, L.L.C.

By: /s/ Julie Callsen
     One of Its Attorneys

Julie A. Callsen (PA Bar No. 323883)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Phone: 216.592.5000
E-mail: julie.callsen@tuckerellis.com

and

Thomas R. Fawkes
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Phone: 312.256.9425
E-mail: thomas.fawkes@tuckerellis.com

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LP    BET Investments
0313-2                                   4515 N Santa Fe Ave. Dept. APS               c/o Kurtzman Steady LLC
Case 21-11750-mdc                        Oklahoma City, OK 73118-7901                 Jeffrey Kurtzman, Esquire
Eastern District of Pennsylvania                                                      101 N. Washington Ave
Philadelphia                                                                          Suite 4A
Tue Jul 27 12:26:59 EDT 2021                                                          Margate, NJ 08402-1195

(p)CITY OF PHILADELPHIA LAW DEPARTMENT   Isuzu Finance of America, Inc.               Midnight Madness Distilling LLC
MUNICIPAL SERVICES BUILDING              c/o Dennis A. Dressler                       118 N. Main Street
1401 JOHN F KENNEDY BLVD 5TH FLOOR       Dressler Peters, LLC                         Trumbauersville, PA 18970
PHILADELPHIA PA 19102-1617               70 W. Hubbard St.
                                         Ste. 200
                                         Chicago, IL 60654-5677

Tokyo Century (USA) Inc.                 Wm. F. Comly & Son, Inc.                     Philadelphia
c/o Dennis A. Dressler                   1825 E. Boston Street                        900 Market Street
Dressler Peters, LLC                     Philadelphia, PA 19125-1296                  Suite 400
70 W. Hubbard St.                                                                     Philadelphia, PA 19107-4233
Ste. 200
Chicago, IL 60654-5677

Aftek, Inc.                              Agtech VI, LLC                               Albatrans, Inc.
740 Driving Park Ave.                    6115 Estate Smith Bay                        149-10 183rd Street
Rochester, NY 14613-1578                 East End Plaza  Suite 120                    Springfield Gardens, NY 11413-4035
                                         St Thomas, VI 00802-1324


Ally                                     Ally Bank                                    Altek Business Systems, Inc.
6985 Union Park Center                   AIS Portfolio Services, LP                   300 Emien Way
Midvale, UT 84047-4177                   4515 N Santa Fe Ave. Dept. APS               Telford, PA 18969-1722
                                         Oklahoma City, OK 73118-7901


American Express                         American Supply Company                      Anthony Lorubbio
P.O. Box 650448                          2411 N. American Street                      3014 Franklin Blvd
Dallas, TX 75265-0448                    Philadelphia, PA 19133-3431                  Upper Unit
                                                                                      Cleveland, OH 44113-2920


Anthony Lorubbio                         BDS Souderton                                BET Investments
c/o Michael G. Menkowitz, Esquire        3443 Bethlehem Pike                          c/o Jeffrey Kurtzman, Esquire
Fox Rothschild LLP                       Souderton, PA 18964-1031                     KURTZMAN STEADY, LLC
2000 Market Street, 20th Floor                                                        101 N. Washington Avenue, Suite 4A
Philadelphia, PA 19103-3222                                                           Margate, NJ 08402-1195

Bergey's Commercial Tire Centers         Berkley Insurance Co.                        Berlin Packing, LLC
3161 Penn Avneue                         475 Steamboat Rd.                            525 West Monroe Street
Hatfield, PA 19440-1728                  Floor 1                                      14 Floor
                                         Greenwich, CT 06830-7144                     Chicago, IL 60661


Betsy Moyer Taxes                        Blank Rome                                   Bouder Mechanical Services, Inc.
105 Chestnut Drive                       501 Grant Street                             67 Cooper Ave.
Quakertown, PA 18951-2288                Union Trust Building                         Landisville, PA 17538
                                         Suite 850
                                         Pittsburgh, PA 15219-4442

Casey Parzych                            Charles S. Stahl, Jr.                        Classic Services, Inc.
PO Box 173                               Swanson, Martin & Bell, LLP                  248 W. Broad Street
Trumbauersville, PA 18970-0173           2525 Cabot Drive, Suite 204                  Quakertown, PA 18951-1233
                                         Lisle, IL 60532-3628
```

| | | |
|---|---|---|
| D.J. Whelan & Co.<br>100 S Summit St.<br>Detroit, MI 48209-3286 | (p)DE-LAGE-LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Department of the Treasury<br>Tax and Trade Bureau<br>1310 G St. NW<br>Washington, DC 20005-3000 |
| Devault Refrigeration<br>731 Wambold Rd.<br>Souderton, PA 18964-2715 | Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067-0465 | ETOH Worldwide LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St Thomas, VI 00802-1324 |
| ETOH Worldwide LLC, and Agtech VI, LLC<br>c/o Matthew A. Hamermesh, Esquire<br>Hangley Aronchick Segal Pudlin & Schille<br>One Logan Square, 27th Floor<br>Phladelpha, PA 19103-6910 | Express Employment Professionals<br>19 Jenkins Avenue<br>Suite 200<br>Lansdale, PA 19446-2559 | Finland Leasing<br>2300 Trumbauersville Road<br>Quakertown, PA 18951 |
| First Western Bank & Trust<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344-5391 | Foodarom USA, Inc<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-4882 | Francis E. Stubbs<br>Maria Del Carmen Nuno<br>154 E. Oakland Avenue<br>Doylestown, PA 18901-4611 |
| Good Plumbing, Heating A/C, Inc.<br>737 Hagey Center Dr. D<br>Souderton, PA 18964-2404 | Grain Processing Corp.<br>250 Technology Drive W<br>Clearfield, PA 16830-2663 | Honda Finance<br>240 Gibraltar Road<br># 200<br>Horsham, PA 19044-2343 |
| Hoover Materials Handling Group<br>33 W. Higgins Road<br>Suite 3000<br>Barrington, IL 60010-9354 | Internal Revenue Service<br>Bankruptcy Specialist<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221-3138 |
| Isuzu Finance Of America, Inc.<br>c/o Dennis A. Dressler, Esquire<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Suite 200<br>Chicago,IL 60654-5677 | Isuzu Finance of America<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | Keystone Collections<br>PO Box 559<br>Irwin, PA 15642-0559 |
| KorPack<br>290 Madsen Dr. #101<br>Bloomingdale, IL 60108-2675 | Landis Pallet & Box Co Inc.<br>P.O. Box 126<br>East Greenville, PA 18041-0126 | McCallion Staffing Specialists<br>601 A Bethlehem Pike<br>Montgomeryville, PA 18936-9717 |
| Merican Mule LLC<br>150 The Promenade N<br>Long Beach, CA 90802-4750 | Mike Boyer<br>4406 Lowell Road<br>Wilmington, DE 19802-1106 | Milford Business Centre LP<br>2641 Township Line Road<br>Quakertown, PA 18951 |
| Morrison Container<br>335 West 194th Street<br>Glenwood, IL 60425-1501 | NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17405-1985 | NYCO Corporation<br>1073 S County Lind Road #B<br>Souderton, PA 18964-1028 |

| | | |
|---|---|---|
| Nationwide<br>P.O. Box 742522<br>Cincinnati, OH 45274-2522 | Norris McLaughlin<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101-1513 | OK Kosher Certification<br>391 Tryo Avenue<br>Brooklyn, NY 11213-5322 |
| Ore Rentals<br>699 N West End<br>Quakertown, PA 18951-4101 | (p)PACCAR FINANCIAL CORP<br>P O BOX 1518<br>BELLEVUE WA 98009-1518 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PNC Bank, National Association<br>c/o Gary A. Best, Vice President<br>1600 Market Street - F2-F070-22-8<br>Philadelphia, PA 19103-7211 | PNC Bank, National Association<br>c/o Jennifer L. Maleski, Esquire<br>Dilworth Paxson LLP<br>1500 MarketStreet, Suite 3500 E<br>Philadelphia, PA 19102-2100 | PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1100 |
| Pennsylvania Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Penny Power<br>202 S. 3rd Street<br>Coopersburg, PA 18036-2150 | Plantation Candies, Inc.<br>4224 Old Bethlehem Pike<br>Telford, PA 18969-1199 |
| Polebridge<br>118 N. Main Street<br>Trumbauersville, PA 18970 | Ronald Frank<br>1675 Glouchester Court<br>Sewickley, PA 15143-8518 | Scott Cars, Inc.<br>3333 Lehigh Street<br>Allentown, PA 18103-7036 |
| Soiree Partners<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 | Sunteck<br>125 Sunteck Lane<br>Cresco, PA 18326-7410 | Technical Beverage Services<br>120 Leesburg Rd.<br>Telford, TN 37690-2345 |
| The Cincinnati Insurance Company<br>334 Jefferson Court<br>Collegeville, PA 19426-2239 | The City of Philadelphia<br>c/o Megan N. Harper, Esq.<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1617 | Three Hundred Commerce Drive Associates<br>2641 Township Line Road<br>Quakertown, PA 18951 |
| Tokyo Century (USA) Inc.<br>c/o Dennis A. Dressler, Esquire<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Suite 200<br>Chicago, IL 60654-5677 | Toyota Industries Commercial Finance<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201-3140 | Toyota Industries Commercial Finance, Inc.<br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532-3628 |
| Trout Brothers<br>164 Badman Road<br>Green Lane, PA 18054-2403 | Uline<br>12575 Uline Drive<br>Pleasant Prairie   WI 53158-3686 | United States Trustee<br>Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| United States trustee for Region 3<br>c/o Kevin P. Callahan, Trial Attorney<br>Office of the United States trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, Pa 19106-2908 | Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413-2299 | Vanguard/Ascensus<br>P.O. Box 28067<br>New York, NY 10087-8067 |

| | | |
|---|---|---|
| Wiggin and Dana, LP<br>Attn: John Doroghazi<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510-7004 | HARRY J. GIACOMETTI<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103-2913 | WILLIAM J. BURNETT<br>Flaster/Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103-2913 |