# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-11750-MDC |

**NOTICE OF APPLICATION OF BERLIN PACKAGING, L.L.C. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)**

TO THE UNITED STATES TRUSTEE, DEBOTR'S TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES REQUESTING NOTICE, NOTICE IS HEREBY GIVEN THAT:

1. Berlin Packaging, L.L.C has filed an application for allowance of administrative expense claim in this chapter 11 case. A true and correct copy of the Application is attached hereto.

2. Any creditor or party-in-interest may file an answer, objection, responsive pleading or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy on counsel whose name and address appear below within seven (7) days from the date of this Notice.

3. In the absence of any of the foregoing answers, objections, responsive pleadings or requests for hearing, the undersigned counsel shall certify to the Court the absence of such filing and serving, and the Court may grant any relief which is appropriate.

Dated:  July 27, 2021

**BERLIN PACKAGING, L.L.C.**

By: _/s/ Julie Callsen_
 One of Its Attorneys

Julie A. Callsen (PA Bar No. 323883)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Phone:  216.592.5000
E-mail:  julie.callsen@tuckerellis.com

and

Thomas R. Fawkes
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Phone:  312.256.9425
E-mail:  thomas.fawkes@tuckerellis.com