# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING LLC, | Case No. 21-11750-MDC |
| Debtor. | |

## ORDER GRANTING APPLICATION OF BERLIN PACKAGING, L.L.C. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)

Upon consideration of Berlin Packaging, L.L.C.'s Application for Allowance of Administrative Expenses Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Application") and after consideration of any objections or responses to the Application and after due deliberation of the relief sought in the Application, it is hereby ORDERED:

1. The Application is approved.

2. Berlin Packaging, L.L.C. shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $21,369.00.

3. Payment of the foregoing allowed administrative expense claim shall be subject to further order of the Court..

DATE: _____    BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE