**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11750-MDC |

**CERTIFICATION OF NO RESPONSE OR OBJECTIONS**

1. On July 27, 2021, the *Application of Berlin Packaging, L.L.C. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(9)* (the "Application") [Dkt. 92] was filed in the above-captioned matter, together with the *Notice of Application* [Dkt. 93]. An amended proposed order was filed on July 30, 2021 [Dkt. 99].

2. As of the date of the filing of this certification, the undersigned counsel for Berlin Packaging, L.L.C. has not received nor, to the best of the undersigned's knowledge, been served with any answer, response or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

3. Berlin states that certain revisions to the proposed order granting the Application were requested by the Debtor. Berlin incorporated these revisions into the amended proposed order, thereby resolving any objections the Debtor may have raised.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

5. WHEREFORE, Berlin Packaging, L.L.C. respectfully requests that the Court enter an order approving the Application and any further relief the Court sees fit.

2

Dated: August 4, 2021

**BERLIN PACKAGING, L.L.C.**

By: */s/ Julie A. Callsen*
      One of Its Attorneys

Julie A. Callsen (Bar No. 323883)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Phone: 216.592.5000
E-mail: julie.callsen@tuckerellis.com

and

Thomas R. Fawkes
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Phone: 312.256.9425
E-mail: thomas.fawkes@tuckerellis.com