# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, ) | |
| LLC, ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of August, 2021, a true and correct copy of the Amendment to Voluntary Petition and the Amendment to Schedule F were served via electronic means through the Court's ECF filing system, and by First-Class mail on the party below and on the matrix attached hereto.

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

**FLASTER/GREENBERG P.C.**

Dated: August 11, 2021                By: */s/ Jennifer Vagnozzi*
                                            Jennifer Vagnozzi, Paralegal

8432586 v1