**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 21-11750-MDC |
| | : | |
| MIDNIGHT MADNESS | : | Chapter 11 |
| DISTILLING, LLC | : | |
| Debtor | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Carol E. Momjian, Senior Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE:  August 12, 2021

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA        By:    */s/ Carol E. Momjian*
OFFICE OF ATTORNEY GENERAL                CAROL E. MOMJIAN
The Phoenix Building                              Senior Deputy Attorney General
1600 Arch Street, Suite 300                      PA Attorney No. 49219
Philadelphia, PA 19103
Tel.:  (215) 560-2128                              JASON L. SWARTLEY
Fax:  (717) 772-4526                              Chief Deputy Attorney General
Email:  cmomjian@attorneygeneral.gov        Financial Enforcement Section

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                    :        Bankruptcy No. 21-11750-MDC
                                          :
MIDNIGHT MADNESS                          :        Chapter 11
DISTILLING, LLC                           :
                                  Debtor  :


<u>**CERTIFICATE OF SERVICE**</u>


I, Carol E. Momjian, hereby certify that Entry of Appearance and Request for Notice has

been filed electronically on this day, and is available for viewing and downloading from the Court's

Electronic Case Filing System.

DATE:  August 12, 2021                              Respectfully submitted,

                                                   JOSH SHAPIRO
                                                   ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA      By:    */s/ Carol E. Momjian*
OFFICE OF ATTORNEY GENERAL               CAROL E. MOMJIAN
The Phoenix Building                     Senior Deputy Attorney General
1600 Arch Street, Suite 300              PA Attorney No. 49219
Philadelphia, PA 19103
Tel.:  (215) 560-2128                    JASON L. SWARTLEY
Fax:  (717) 772-4526                     Chief Deputy Attorney General
Email:  cmomjian@attorneygeneral.gov     Financial Enforcement Section