**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750(MDC) |

## NOTICE OF SALE HEARING VIA ZOOM

  Midnight Madness Distillery, LLC, as Debtor and Debtor in possession (collectively, the "Debtor"), is seeking to sell its real and personal property and other related interests (the "Assets"). The Debtor will consider proposals to acquire some or all of the Assets through a sale under section 363 of the Bankruptcy Code. The Debtor has entered into that certain Asset Purchase Agreement by and between the Debtor and ETOH Worldwide, LLC (the "Buyer") dated as of June 21, 2021 (the "APA") for the purchase of the Assets.

  By order, dated August 12, 2021 [Docket No. 110] (the "Bidding Procedures Order"), the Bankruptcy Court approved certain "Bidding Procedures" that govern the sale(s) of, or other transaction(s) to acquire, the Assets by the highest and best bidder. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

  The Bankruptcy Court will conduct a hearing (the "Sale Hearing") to consider the proposed Sale on: **August 27 2021 at 10:30 a.m. (via Zoom) at 10:30 a.m. (ET)**. Below is the Zoom information.

https://www.zoomgov.com/j/1613029423?pwd=UlZZdlJ4SHVaN2xQZUVDUlVUTlFtUT09
OR...
just go to the website ZoomGov.com

and click on JOIN A MEETING
enter the
MEETING ID:  161 302 9423
and
PASSCODE:    024850
-----------------------------------------

8444027 v1

In an absolute emergency,
if you can only appear by telephone,
then dial by nearest location...
      646 828 7666 (US - New York)
      669 254 5252 (US - San Jose)
Meeting ID:    161 302 9423
Participant ID: (skip)
Passcode:    024850
-----------------------------------------

Dated: August 12, 2021                **FLASTER/GREENBERG P.C.**

                                        /s/ *William J. Burnett*
                                        William J. Burnett (Bar No. 75975)
                                        Harry J. Giacometti (Bar No. 55861)
                                        1835 Market Street, Suite 1050
                                        Philadelphia, PA 19103
                                        (215) 279-9383 Telephone
                                        (215) 279-9394 Facsimile
                                        william.burnett@flastergreenberg.com

                                        COUNSEL FOR THE
                                        DEBTOR-IN-POSSESSION

8444027 v1