| Contract Type | Name (and, if available, address) of Contracting Party | Cure Costs |
|---|---|---|
| I.  Equipment Lease | Agtech VI, LLC 6115 Estate Smith Bay East End Plaza, Suite 120 St Thomas, VI 00802 | $390,792.84 |
| II.  Xerox and printing services agreement | Altek Business Systems, Inc. 300 Emien Way Telford, PA 18969 | $0.00 |
| III.  Packaging Agreement | Church Street Beverage LLC 853 Broadway, Suite 905 New York, NY 10003 | $0.00 |
| IV.  Mitsubishi Forklift | De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | $0.00 |
| V.  Equipment Lease | ETOH Worldwide LLC 6115 Estate Smith Bay East End Plaza, Suite 120 St Thomas, VI 00802 | $64,380.00 |
| VI.  Warehouse Lease | Finland Leasing 2300 Trumbauersville Road Quakertown, PA 18951 | $0.00 |
| VII.  Referral and packaging agreement | Iron Heart Canning Company, LLC 7130 Golden Ring Road Essex, MD 21221 | $93,925.20 |
| VIII.  2018 Isuzu FTR -54DK6S162.JSG017 44 | Isuzu Finance of America 2500 Westchester Avenue, Suite 312 Purchase, NY 10577-2578 | $0.00 |
| IX.  Leak detection equipment lease | LACO Technologies, Inc. 1418 Bloomingdale Road Queenstown, MD 21658 | $0.00 |
| X.  Packaging Agreement | Merican Mule LLC 150 The Promenade N Long Beach, CA 90802 | $76,813.43 |
| XI.  Warehouse Lease for 2600 Milford Square | Milford Business Centre LP 2641 Township Line Road Quakertown, PA 18951 | $0.00 |
| XII.  Warehouse Lease - 4224 Old Bethlehem | Plantation Candies, Inc. 4224 Old Bethlehem Pike Telford, PA 18969 | $0.00 |
| XIII.  Volvo XC90 Cross Country | Scott Cars, Inc. 3333 Lehigh Street Allentown, PA 18103 | $0.00 |
| XIV.  Packaging Agreement | SmuttyNose Brewing Company, 105 Towle Farm Road, Hampton, NH 03842 | $0.00 |