### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, ) | |
| LLC, ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| ) | |

## REVISED CERTIFICATE OF SERVICE

The Notice of Assumption, Assignment and Cure Amount was filed on August 12, 2021 and given to a mailing service provider for overnight delivery. That service provider was not able to mail the Notice until August 13, 2021.

The undersigned hereby certifies that on this 13th day of August, 2021, a true and correct copy of the Notice of Assumption, Assignment and Cure Amount was served via Overnight Delivery to the parties attached hereto.

**FLASTER/GREENBERG P.C.**

Dated: August 13, 2021        By: */s/ Jennifer Vagnozzi*
                                                Jennifer Vagnozzi, Paralegal

8445086 v1

| Contract Type | Name (and, if available, address) of Contracting Party | Cure Costs |
|---|---|---|
| I. Equipment Lease | Agtech VI, LLC 6115 Estate Smith Bay East End Plaza, Suite 120 St Thomas, VI 00802 | $390,792.84 |
| II. Xerox and printing services agreement | Altek Business Systems, Inc. 300 Emien Way Telford, PA 18969 | $0.00 |
| III. Packaging Agreement | Church Street Beverage LLC 853 Broadway, Suite 905 New York, NY 10003 | $0.00 |
| IV. Mitsubishi Forklift | De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | $0.00 |
| V. Equipment Lease | ETOH Worldwide LLC 6115 Estate Smith Bay East End Plaza, Suite 120 St Thomas, VI 00802 | $64,380.00 |
| VI. Warehouse Lease | Finland Leasing 2300 Trumbauersville Road Quakertown, PA 18951 | $0.00 |
| VII. Referral and packaging agreement | Iron Heart Canning Company, LLC 7130 Golden Ring Road Essex, MD 21221 | $93,925.20 |
| VIII. 2018 Isuzu FTR -54DK6S162.JSG017 44 | Isuzu Finance of America 2500 Westchester Avenue, Suite 312 Purchase, NY 10577-2578 | $0.00 |
| IX. Leak detection equipment lease | LACO Technologies, Inc. 1418 Bloomingdale Road Queenstown, MD 21658 | $0.00 |
| X. Packaging Agreement | Merican Mule LLC 150 The Promenade N Long Beach, CA 90802 | $76,813.43 |
| XI. Warehouse Lease for 2600 Milford Square | Milford Business Centre LP 2641 Township Line Road Quakertown, PA 18951 | $0.00 |
| XII. Warehouse Lease - 4224 Old Bethlehem | Plantation Candies, Inc. 4224 Old Bethlehem Pike Telford, PA 18969 | $0.00 |
| XIII. Volvo XC90 Cross Country | Scott Cars, Inc. 3333 Lehigh Street Allentown, PA 18103 | $0.00 |
| XIV. Packaging Agreement | SmuttyNose Brewing Company, 105 Towle Farm Road, Hampton, NH 03842 | $0.00 |