B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Midnight Madness Distilling LLC         ,        Case No.  21-11750

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bancshares Realty, LLC | PNC Bank, Equipment Finance LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Jennifer L. Maleski, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Phone:  215-575-7000
Last Four Digits of Acct #:  3391

Court Claim # (if known):  10
Amount of Claim:  $868,904.12 *
Date Claim Filed:  08/06/2021

Phone:  215-575-7000
Last Four Digits of Acct. #:  3391

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jennifer L. Maleski, Esq.        Date: 8/18/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

*Plus post-petition interest, attorney's fees, costs and other charges.