# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| **MIDNIGHT MADNESS DISTILLING LLC,** | * | **Case No. 21-11750-MDC** |
| | * | |
| Debtor. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX, REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), Millstone Spirits Group LLC ("Millstone") hereby appears in the above-captioned case by his counsel, Joel L. Perrell Jr., Esquire, and Miles & Stockbridge P.C.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> Joel L. Perrell Jr., Esquire
> Miles & Stockbridge P.C.
> 100 Light Street, 10th Floor
> Baltimore, Maryland 21202
> Phone:  (410) 385-3762
> Fax:  (410) 698-1354
> Email:  jperrell@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Millstone intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Millstone is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATE:  August 19, 2021

Respectfully submitted:

*/s/ Joel L. Perrell Jr.*
Joel L. Perrell Jr
 PA Bar No. 204803
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3762
Fax: (410) 698-1354
Email: jperrell@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of August, 2021, a copy of the foregoing Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights were served via this Court's CM/ECF electronic noticing system upon the following parties:

- **WILLIAM J. BURNETT**   william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; jeanne.valentino@flastergreenberg.com
- **KEVIN P. CALLAHAN**   kevin.p.callahan@usdoj.gov
- **JULIE A. CALLSEN**   julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com
- **HOWARD GERSHMAN**   hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
- **HARRY J. GIACOMETTI**   harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com
- **MATTHEW A. HAMERMESH**   mhamermesh@hangley.com, ecffilings@hangley.com; kem@hangley.com;mjl@hangley.com
- **MEGAN N. HARPER**   megan.harper@phila.gov, karena.blaylock@phila.gov
- **JEFFREY KURTZMAN**   Kurtzman@kurtzmansteady.com
- **JENNIFER L. MALESKI**   jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
- **MICHAEL G. MENKOWITZ**   mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com
- **CAROL E. MOMJIAN**   cmomjian@attorneygeneral.gov
- **United States Trustee**   USTPRegion03.PH.ECF@usdoj.gov

*/s/ Joel L. Perrell Jr.*
Joel L. Perrell Jr.