**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| **MIDNIGHT MADNESS DISTILLING LLC,** | * | **Case No. 21-11750-MDC** |
| | * | |
| **Debtor.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICIA B. JEFFERSON**

Joel L. Perrell, Jr., Esquire ("Movant") hereby moves this court to enter an Order permitting Patricia B. Jefferson, Esquire to practice *pro hac vice* before the Court in the above-captioned case and to represent Millstone Spirits Group LLC and/or its affiliates. In support of this Motion, Movant respectfully represents as follows:

1. Ms. Jefferson is a principal with Miles & Stockbridge, P.C. and maintains her office at 100 Light Street, Baltimore, MD 21202.

2. Ms. Jefferson is a member in good standing of the bars of the State of Maryland and the District of Columbia. She is admitted to practice, and in good standing, in the Supreme Court of the United States, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of Columbia and the United States District Court for the District of Maryland.

3. Ms. Jefferson has never been disbarred or suspended from the bar of any court or otherwise subjected to professional discipline.

4. Ms. Jefferson is not currently subject to any disciplinary proceedings.

WHEREFORE, Movant respectfully requests that the Court enter the attached order permitting Patricia B. Jefferson, Esquire to appear *pro hac vice* in the above-captioned case.

DATE: August 19, 2021                                  Respectfully submitted:

*w/s/ Joel L. Perrell Jr.*
Joel L. Perrell Jr
 PA Bar No. 204803
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3762
Fax: (410) 698-1354
Email: jperrell@milesstockbridge.com

## **VERIFICATION**

      I, the undersigned, do hereby verify under penalty of perjury that the statements of fact made in the foregoing *Motion for Admission Pro Hac Vice of Patricia B. Jefferson* are true and correct. I understand that the statements herein are made in accordance with Local Bankruptcy Rule 2090-1(c).

                                                                               /s/ Patricia B. Jefferson
                                                                               Patricia B. Jefferson, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of August, 2021, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Patricia B. Jefferson was served via this Court's CM/ECF electronic noticing system upon the following parties:

- **WILLIAM J. BURNETT**    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; jeanne.valentino@flastergreenberg.com
- **KEVIN P. CALLAHAN**    kevin.p.callahan@usdoj.gov
- **JULIE A. CALLSEN**    julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com
- **HOWARD GERSHMAN**    hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
- **HARRY J. GIACOMETTI**    harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com
- **MATTHEW A. HAMERMESH**    mhamermesh@hangley.com, ecffilings@hangley.com; kem@hangley.com;mjl@hangley.com
- **MEGAN N. HARPER**    megan.harper@phila.gov, karena.blaylock@phila.gov
- **JEFFREY KURTZMAN**    Kurtzman@kurtzmansteady.com
- **JENNIFER L. MALESKI**    jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
- **MICHAEL G. MENKOWITZ**    mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com
- **CAROL E. MOMJIAN**    cmomjian@attorneygeneral.gov
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov

*/s/ Joel L. Perrell Jr.*
Joel L. Perrell Jr.

116939\000001\4812-4003-6085.v2