## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| **MIDNIGHT MADNESS DISTILLING LLC,** | * | **Case No. 21-11750-MDC** |
| | * | |
| **Debtor.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF PATRICIA B. JEFFERSON

NOW, this ___ day of _____, 2021, upon consideration of the Motion for *Pro Hac Vice* Admission of Patricia B. Jefferson, Esquire, it is ORDERED that the motion is GRANTED and that Patricia B. Jefferson is admitted *pro hac vice* to the bar of this Court to represent Millstone Spirits Group LLC and/or its affiliates in the above-captioned case and any present or future contested matter or adversary proceeding arising in or related to this case.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

116939\000001\4845-8755-2247.v1