UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:

MIDNIGHT MADNESS DISTILLING LLC    NO. 21-11750 MDC
CHAPTER 11

ORDER SUSTAINING THE LIMITED OBJECTION OF PACCAR FINANCIAL CORP
TO DEBTOR'S MOTION TO AUCTION/SELL ASSETS

It is ordered that notwithstanding this Court's Order approving Debtor's Expedited Motion to Sell Substantially of its Assets to ETHO Worldwide LLC [Doc. 4], excluded from the approved auction and sale are TWO (2) Kenworth Model 370 Motor Vehicles, namely VIN Nos. 2NKHHM7X2JM214870 and 3BKJHM7X6HF581594, in which PACCAR Financial Corp has a perfected purchase money security interest. Consequently, these Vehicles remain the asset of Debtor, subject to the lien of PACCAR Financial.

Date:

BY THE COURT:

_____
Chief Bankruptcy Judge