UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT PENNSYLVANIA

IN RE:

MIDNIGHT MADNESS DISTILLING LLC

NO. 21-11750 MDC
CHAPTER 11

Certificate of Service

I certify that a true and correct copy of the Limited Objection of PACCAR Financial Corp to Debtor's Motion to Sell has been served this date in the noted manner (email) to the following persons:

William J. Burnett, Esquire
Flaster/Greenberg PC
1835 Market Street  Ste. 1050
Philadelphia, PA 19103

   william.burnett@flastergreenberg.com
   harry.giacometti@flastergreenberg.com

Kevin P. Callahan, Esquire
Office of US Trustee
200 Chestnut Street, Ste. 502
Philadelphia, PA 19106
   Kevin.p.callahan@usdoj.gov

Matthew Hammermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square  27th Floor
Philadelphia, PA 19103-6933
   mhammermesh@hangley.com

Jennifer L. Maleski, Esquire
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102
   jmalkeski@dilworthlaw.com

Michael Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, Ste. 1050
Philadelphia, PA 19103
   mmenkowitz@frof.com

Jeffery Kurtzman, Esquire
Kurtzman Steady LLC
555 City Vanue Ste 480
Bala Cynwid, PA 19004
kurtzman@kurtzmansteady.com

Date: August 24, 2021

_____
Howard Gershman