IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING, LLC. | : | |
| | : | |
| Debtor | : | Bankruptcy No.: 21-11750 (MDC) |
| | : | |

**CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that on this 25th day of August, 2021, the United States Trustee's Objection to Debtor's Expedited Motion For Entry of an Order: (I) Approving the Sale or Sale of Up to Substantially All of the Debtor's Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Scheduling Hearings For Such Relief and (IV) Granting Related Relief, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

      Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Attn. Casey Parzych
Midnight Madness Distilling LLC.
118 North Main Street
Trumbauersville, PA 18970
***(Debtor)***
***(By U.S. Mail)***

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103
***(Debtor's Counsel)***
***By Email:*** *harry.giacometti@flastergreenberg.com*

                              BY:    */s/ Nancy Miller*
                                       Nancy Miller, Legal Clerk

**Mailing Information for Case 21-11750-mdc**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **WILLIAM J. BURNETT**    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
- **KEVIN P. CALLAHAN**    kevin.p.callahan@usdoj.gov
- **JULIE A. CALLSEN**    julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com
- **HOWARD GERSHMAN**    hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
- **HARRY J. GIACOMETTI**    harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com
- **MATTHEW A. HAMERMESH**    mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com
- **MEGAN N. HARPER**    megan.harper@phila.gov, karena.blaylock@phila.gov
- **JEFFREY KURTZMAN**    Kurtzman@kurtzmansteady.com
- **JENNIFER L. MALESKI**    jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
- **MICHAEL G. MENKOWITZ**    mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
- **CAROL E. MOMJIAN**    cmomjian@attorneygeneral.gov
- **JOEL L. PERRELL**    jperrell@MilesStockbridge.com
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ally Bank, c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Commonwealth of Pennsylvania**
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**Isuzu Finance of America, Inc.**
c/o Dennis A. Dressler
Dressler Peters, LLC
70 W. Hubbard St.
Ste. 200
Chicago, IL 60654

**Tokyo Century (USA) Inc.**
c/o Dennis A. Dressler
Dressler Peters, LLC
70 W. Hubbard St.
Ste. 200
Chicago, IL 60654

**Uline**
12575 Uline Drive
Pleasant Prairie, WI 53158

**Wm. F. Comly & Son, Inc.**
1825 E. Boston Street
Philadelphia, PA 19125-1296

**THEODORE J. ZELLER**
Norris McLaughlin
515 West Hamilton Suite 502
Allentown, PA 18101

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.