# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

## **VERIFIED STATEMENT**

In accordance with Bankruptcy Rule 2014, I Joseph V. Giordano hereby certifies as follows:

1. I am the President and Managing Director of Whisman Giordano & Associates, LLC and am authorized to execute this verification.

2. To the best of my knowledge, information and belief, neither I nor any of my employees or my business has any adverse interest to the Debtor that would prevent Whisman Giordano & Associates, LLC from being appointed as the Debtor's accountant as contemplated in the Application.

3. Neither I, my firm, nor any employees have ever had any connection whatsoever to the Debtor in this Chapter 11 proceeding.

4. Whisman Giordano & Associates, LLC filed corporate and amended tax returns for the Debtor in 2020, along with a consolidated review of the financial statements, however, to the best of my knowledge, Whisman Giordano & Associates, LLC has no connections with creditors or other parties of interest.

5. I agree that Whisman Giordano & Associates, LLC can only be paid compensation as contemplated in the Application upon court approval.

Respectfully Submitted,

By: _____
Joseph V. Giordano, President and Managing Director
Whisman Giordano & Associates, LLC

8438846 v1