# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING, LLC | CASE NO. 21-11750 (MDC) |

### NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY WHISMAN GIORDANO & ASSOCIATES, LLC AS ACCOUNTANT

TO THE UNITED STATES TRUSTEE, DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES REQUESTING NOTICE, NOTICE IS HEREBY GIVEN THAT:

1. Midnight Madness Distilling LLC, as debtor and debtor-in-possession (the "Debtor") has filed an application for authority to employ Whisman Giordano & Associates, LLC as accountant in this chapter 11 case. A true and correct copy of the Application is attached hereto.

2. Any creditor or party-in-interest may file an answer, objection or responsive pleading, or request for hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy on counsel whose name and address appear below, within seven (7) days from the date of this notice.

3. In the absence of any of the foregoing answers, objections, or responsive pleadings, or requests for hearing, the undersigned counsel shall certify to the Court the absence of such filing and serving, and the Court may grant any relief which is appropriate.

Dated: August 26, 2021　　　　　　　　　　**FLASTER/GREENBERG P.C.**

　　　　　　　　　　　　　　　　　　　　By: */s/ William J. Burnett*
　　　　　　　　　　　　　　　　　　　　William J. Burnett, Esquire
　　　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 1050
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　Telephone 215-279-9383
　　　　　　　　　　　　　　　　　　　　Facsimile 215-279-9394

　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

8438846 v1