*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Midnight Madness Distilling LLC

    Debtor(s)

Case No: 21–11750–mdc
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Motion to Sell Property Free and Clear of Liens under Section 363(f) aPPROVING THE SALE OR SALE OF UP TO SUBSTANTIALLY ALL OF THE DEBTORS ASSETS, AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) APPROVING CERTAIN BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF, (III) SCHEDULING HEARINGS FOR SUCH RELIEF AND (IV) GRANTING RELATED RELIEF Filed by Midnight Madness Distilling LLC Represented by HARRY J. GIACOMETTI

on: 9/15/21

at: 01:30 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/27/21

Timothy B. McGrath
Clerk of Court