*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Midnight Madness Distilling LLC

Debtor(s)

Case No: 21–11750–mdc

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Use Cash Collateral Filed by Midnight Madness Distilling LLC Represented by HARRY J. GIACOMETTI (Counsel).

on: 9/29/21

at: 11:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/27/21

Timothy B. McGrath
Clerk of Court

153 – 11
Form 167