**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | * | **Chapter 11** |
| **MIDNIGHT MADNESS DISTILLING LLC,** | * | **Case No. 21-11750-MDC** |
| | * | |
| Debtor. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER GRANTING ADMISSION *PRO HAC VICE* OF PATRICIA B. JEFFERSON**</u>

NOW, this <u>27th</u> day of <u>August</u> 2021, upon consideration of the Motion for *Pro Hac Vice*

Admission of Patricia B. Jefferson, Esquire, it is ORDERED that the motion is GRANTED and that

Patricia B. Jefferson is admitted *pro hac vice* to the bar of this Court to represent Millstone Spirits

Group LLC and/or its affiliates in the above-captioned case and any present or future contested matter

or adversary proceeding arising in or related to this case.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

116939\000001\4845-8755-2247.v1