**Faber Distilling**
**Balance Sheet**
**As of June 30, 2021**

Cash Basis

|  | Jun 30, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 460,946.93 |
| Accounts Receivable | 2,387.22 |
| Other Current Assets | 755,835.27 |
| **Total Current Assets** | 1,219,169.42 |
| **Fixed Assets** | 3,070,111.64 |
| **TOTAL ASSETS** | **4,289,281.06** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 845.89 |
| Credit Cards | 288,180.98 |
| Other Current Liabilities | 564,514.00 |
| **Total Current Liabilities** | 853,540.87 |
| **Long Term Liabilities** | 3,832,866.27 |
| **Total Liabilities** | 4,686,407.14 |
| **Equity** | -711,986.03 |
| **TOTAL LIABILITIES & EQUITY** | **3,974,421.11** |