**10:33 AM**

**Faber Distilling**

**08/10/21**

# Statement of Cash Flows

### June 21 - 30, 2021

|  | Jun 21 - 30, 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,685.02 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| **Net cash provided by Operating Activities** | 354,071.07 |
| **INVESTING ACTIVITIES** | |
| Accum Depreciation - Building | 3,864.00 |
| Accum Depreciation - Leasehold | 314.00 |
| Accum Depreciation - Ofc Equip | 395.00 |
| Accum Depreciation - Prod Equip | 21,689.00 |
| Accum Depreciation - Vehicles | 7,927.00 |
| **Net cash provided by Investing Activities** | 34,189.00 |
| **FINANCING ACTIVITIES** | -10,253.79 |
| **Net cash increase for period** | 378,006.28 |
| **Cash at beginning of period** | 105,528.50 |
| **Cash at end of period** | **483,534.78** |