| | |
|---|---|
| 10:30 AM | **Faber Distilling** |
| 08/10/21 | **Profit & Loss** |
| **Cash Basis** | **June 21 - 30, 2021** |

|  | Jun 21 - 30, 21 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | 136,699.98 |
|     **Services** | 218,695.53 |
|     **Shipping & Handling** | 569.81 |
|   **Total Income** | 355,965.32 |
|   **Cost of Goods Sold** | |
|     **Cost of Goods Sold** | |
|       **Materials COGS** | |
|         **Aluminum Cans** | 589.44 |
|         **$CO_2$** | 5,493.00 |
|         **Spirits** | 11,091.60 |
|         **Tequila** | 26,000.00 |
|         **Velcorin** | 24,185.86 |
|       **Total Materials COGS** | 67,359.90 |
|     **Total Cost of Goods Sold** | 67,359.90 |
|   **Total COGS** | 67,359.90 |
| **Gross Profit** | 288,605.42 |
|   **Expense** | |
|     **Bank Charges** | |
|       **Credit Card Processing** | 302.32 |
|       **Bank Charges - Other** | 40.00 |
|     **Total Bank Charges** | 342.32 |
|     **Bank Service Charges** | 662.94 |
|     **Depreciation** | 34,189.00 |
|     **Freight & Delivery - Out** | |
|       **Parking Violations** | 76.00 |
|     **Total Freight & Delivery - Out** | 76.00 |
|     **Interest Expense** | 721.54 |
|     **Office Expenses** | 165.68 |
|     **Rent or Lease** | 25,068.47 |
|     **Repair & Maintenance** | 2,502.14 |
|     **Travel** | 109.44 |
|   **Total Expense** | 63,837.53 |
| **Net Ordinary Income** | 224,767.89 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     **Early Pay Discount** | 1,843.13 |
|   **Total Other Income** | 1,843.13 |
| **Net Other Income** | 1,843.13 |
| **Net Income** | **226,611.02** |