10:27 AM
08/10/21

# Faber Distilling
## A/R Aging Summary
### As of June 30, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Barley Creek Brewing | 0.00 | 0.00 | 0.00 | 0.00 | -15.01 | -15.01 |
| Bierstube | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Big Heads Town & Country | 0.00 | 0.00 | 0.00 | 0.00 | -0.22 | -0.22 |
| Blue Mountain Resort | 0.00 | 0.00 | 0.00 | 0.00 | -140.45 | -140.45 |
| Bottle Bar East | 0.00 | 0.00 | 0.00 | 88.64 | 0.00 | 88.64 |
| BRGR Galleria | 0.00 | 0.00 | 290.70 | 0.00 | 0.00 | 290.70 |
| Brodys | 0.00 | 0.00 | 0.00 | 0.00 | 6,951.77 | 6,951.77 |
| Cactus Southwestern Restaurant | 0.00 | 0.00 | -0.11 | 0.00 | 0.00 | -0.11 |
| Cane LLC | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| Cannoneers Sportsman Club | 0.00 | 265.98 | 0.00 | 0.00 | 0.00 | 265.98 |
| CBDelight | 0.00 | 0.00 | 0.00 | 0.00 | 36.04 | 36.04 |
| Champs North | 0.00 | 749.21 | 0.00 | 0.00 | 0.00 | 749.21 |
| Chesire Brewing Co. | 0.00 | 0.00 | 305.07 | 0.00 | 0.00 | 305.07 |
| Cook and Shaker | 0.00 | 0.00 | 89.95 | 0.00 | 0.00 | 89.95 |
| Corky's Pub | 0.00 | -134.94 | 0.00 | 0.00 | 0.00 | -134.94 |
| Define Wireless | 0.00 | 0.00 | 0.00 | 0.00 | 114.48 | 114.48 |
| Derek Grebinger | 0.00 | 16.82 | 0.00 | 0.00 | 0.00 | 16.82 |
| Diesel Nightclub | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| Eagle's Nest (York) | 0.00 | 0.00 | 0.00 | 0.00 | 400.93 | 400.93 |
| Fat Tuesday | 0.00 | 197.45 | 0.00 | 0.00 | 0.00 | 197.45 |
| Fitzwater Station | 0.00 | 0.00 | 43.17 | 0.00 | 0.00 | 43.17 |
| Flanagan's Pub | 0.00 | 179.80 | 0.00 | 0.00 | 0.00 | 179.80 |
| Flourtown Country Club | 0.00 | 0.00 | 0.00 | 0.00 | 610.18 | 610.18 |
| Four Fingers Brewing Co. | 0.00 | -16.95 | 0.00 | 0.00 | 0.00 | -16.95 |
| Gettysburg Eddies | 0.00 | 285.95 | 0.00 | 0.00 | 0.00 | 285.95 |
| Goat's Beard (Wayne) | 0.00 | 0.00 | 0.00 | 0.00 | 89.93 | 89.93 |
| Grain | 0.00 | 0.00 | 220.31 | 0.00 | 0.00 | 220.31 |
| Gravel Pike Pub | 0.00 | 191.31 | 51.33 | 0.00 | 0.00 | 242.64 |
| Great American Saloon | 0.00 | 0.00 | 0.00 | 0.00 | 202.88 | 202.88 |
| Happy Hour Drinks Co. | 5,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,300.00 |
| Happy Hour Tavern | 0.00 | -45.76 | 0.00 | 0.00 | 0.00 | -45.76 |
| Highland Bar | 0.00 | 0.00 | 0.00 | 0.00 | 24.53 | 24.53 |
| HIVE | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Hollywood Casino at PNRC | 0.00 | 0.00 | 269.41 | 0.00 | 0.00 | 269.41 |
| House and Barn | 0.00 | 0.00 | 91.14 | 0.00 | 0.00 | 91.14 |
| Infusion Lounge | 0.00 | 0.00 | 0.00 | -191.94 | 0.00 | -191.94 |
| JJ Boot Leggers | 0.00 | 0.00 | 0.00 | 0.00 | 399.57 | 399.57 |
| Just Good Dudes LLC | 30,037.83 | 0.86 | 0.00 | 0.00 | 0.00 | 30,038.69 |
| Kahuna | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| Kickin Kadilaks | 0.00 | -69.58 | 0.00 | 0.00 | 0.00 | -69.58 |
| Kutztown FOE | 0.00 | 0.00 | 0.00 | 0.00 | -0.40 | -0.40 |
| Lancaster Brewing TAPROOM | 0.00 | 0.00 | 15.77 | 0.00 | 289.03 | 304.80 |
| Lefty's | 0.00 | 101.63 | 0.00 | 0.00 | 164.34 | 265.97 |
| Li'l Dinghy | 0.00 | 13,702.87 | 2,558.79 | 0.00 | 0.00 | 16,261.66 |
| Local 44 | 0.00 | 0.00 | 0.00 | 0.90 | 0.00 | 0.90 |
| Local Tap | 0.00 | 0.00 | 0.00 | 469.24 | 0.00 | 469.24 |
| Main St Pub | 0.00 | 0.00 | 0.00 | 0.00 | 457.28 | 457.28 |
| Mario's Oakland | 0.00 | 0.00 | 0.00 | 3,136.04 | 0.00 | 3,136.04 |
| Market Cross Pub & Brewery | 0.00 | -88.66 | 0.00 | 0.00 | 0.00 | -88.66 |
| Merican Mule | 0.00 | 0.00 | 0.00 | 0.00 | 38,443.84 | 38,443.84 |
| Misconduct Tavern JFK | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 6.00 |
| Molly Maquires | 0.00 | 294.30 | 0.00 | 0.00 | 0.00 | 294.30 |
| Muddy Water | 0.00 | 0.00 | 0.00 | 0.00 | 184.64 | 184.64 |
| Norland Pub | 0.00 | -87.39 | 0.00 | 0.00 | 0.00 | -87.39 |
| Onda | 178,721.52 | 0.00 | 0.00 | 0.00 | 0.00 | 178,721.52 |
| Online orders- individuals | 0.00 | -21.20 | -63.91 | -91.46 | 799.77 | 623.20 |
| Ororkes | 0.00 | -174.77 | 0.00 | 0.00 | 0.00 | -174.77 |
| Ottone Spirits | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Paladar Latin Kitchen | 0.00 | 0.00 | 342.68 | 0.00 | 0.00 | 342.68 |
| Pandora's Box | 0.00 | -88.66 | 0.00 | 0.00 | 0.00 | -88.66 |
| Paradise Stream Resort | 0.00 | 100.40 | 0.00 | 0.00 | 0.00 | 100.40 |
| Parc | 0.00 | 0.00 | 0.00 | 0.00 | 27.63 | 27.63 |
| PLCB Pittsburgh D.C. 2 | 23,138.16 | 0.00 | 0.00 | 0.00 | 0.00 | 23,138.16 |
| Plough and the Stars | 0.00 | 0.00 | 1,077.88 | 0.00 | 0.00 | 1,077.88 |
| Pocono Palace Resort | 0.00 | -61.01 | 0.00 | 0.00 | 0.00 | -61.01 |
| Polebridge LLC | 0.00 | 0.00 | 0.00 | -70,000.00 | -240,501.13 | -310,501.13 |

10:27 AM
08/10/21

# Faber Distilling
## A/R Aging Summary
As of June 30, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **POP Inn** | 0.00 | 0.00 | 0.00 | 0.00 | 396.31 | 396.31 |
| **Porta** | 0.00 | 0.00 | 0.00 | 0.00 | -93.25 | -93.25 |
| **Primanti Bros York** | 0.00 | -88.65 | 0.00 | 0.00 | 0.00 | -88.65 |
| **Quaker City Mercantile.** | 0.00 | 0.00 | 0.00 | 0.00 | 55.08 | 55.08 |
| **Rail Trail Tavern** | 0.00 | 0.00 | 0.00 | 0.00 | 145.11 | 145.11 |
| **Rebound Nutraceuticals / Magic Bullet** | 0.00 | 0.00 | 0.00 | 0.00 | 2,799.00 | 2,799.00 |
| **Rivers Casino** | 0.00 | 258.95 | 0.00 | 0.00 | 0.00 | 258.95 |
| **Rumplebrewskins** | 0.00 | -31.54 | 0.00 | 0.00 | 0.00 | -31.54 |
| **Shogun Hibachi Steakhouse** | 0.00 | 0.00 | 0.00 | 165.36 | 0.00 | 165.36 |
| **Sierra Madre Saloon** | 0.00 | -75.18 | 0.00 | 0.00 | 0.00 | -75.18 |
| **Silence Dogoods** | 0.00 | 0.00 | 0.00 | 0.00 | -3.00 | -3.00 |
| **Sly Fox Taphouse - Wyomissing** | 0.00 | 532.33 | 0.00 | 0.00 | 0.00 | 532.33 |
| **SmuttyNose Brewing Company** | 54,668.88 | 0.00 | 3,091.94 | 0.00 | 0.00 | 57,760.82 |
| **Snitz Creek Brewery (Lebanon)** | 0.00 | -31.61 | 0.00 | 0.00 | 0.00 | -31.61 |
| **Sotto Santi** | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 | 0.60 |
| **South Erie Turners Club** | 0.00 | 0.00 | 0.00 | 0.00 | -0.02 | -0.02 |
| **Split Rail Tavern** | 0.00 | 0.00 | 0.00 | 208.10 | 0.00 | 208.10 |
| **St. Stephen's Green** | 0.00 | 0.00 | 0.00 | 0.00 | -49.02 | -49.02 |
| **Steam Pub** | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 20.00 |
| **Sun Valley Club** | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| **Sunset Social** | 0.00 | 0.00 | 0.00 | 0.00 | 746.49 | 746.49 |
| **Susquehanna Brewing** | 0.00 | 0.00 | 0.00 | 0.00 | -20.35 | -20.35 |
| **The Clubhouse** | 0.00 | 0.00 | -227.53 | 0.00 | 0.00 | -227.53 |
| **The Pub on Passyunk East** | 0.00 | 0.00 | 0.00 | 0.00 | -58.25 | -58.25 |
| **Tick Tock** | 0.00 | 0.00 | 0.00 | 0.00 | 329.67 | 329.67 |
| **Trinity** | 0.00 | 7,649.28 | 9,233.11 | 0.00 | 0.00 | 16,882.39 |
| **Ugly Drinks** | 39,741.12 | 0.00 | 0.00 | 0.00 | 0.00 | 39,741.12 |
| **VFW post 537 Etters, PA** | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 7.00 |
| **W. Ricks Taproom** | 0.00 | 267.92 | 0.00 | 0.00 | 0.00 | 267.92 |
| **Walk in Customer** | 0.00 | 0.00 | 0.00 | 88.91 | 2,556.00 | 2,644.91 |
| **West End Pub** | 0.00 | 0.00 | 0.00 | 0.00 | -0.10 | -0.10 |
| **White Dog Cafe (University City)** | 0.00 | 0.00 | 104.45 | 0.00 | 27.00 | 131.45 |
| **Whitpain Tavern** | 0.00 | 0.00 | -53.23 | 0.00 | 0.00 | -53.23 |
| **William Penn Tavern** | 0.00 | 0.00 | 0.00 | 0.00 | 418.58 | 418.58 |
| **Your CBD Store-Monroeville** | 0.00 | 0.00 | 0.00 | 0.00 | 124.95 | 124.95 |
| **Zavino (13th St)** | 0.00 | 0.00 | 0.00 | 0.00 | -0.38 | -0.38 |
| **TOTAL** | **331,607.51** | **23,779.16** | **17,467.52** | **-66,126.21** | **-183,261.57** | **123,466.41** |