# PNC Online Banking

**Account Activity**　　　　　　　　　　　　　　　　　　　　　　　　　　　Friday, August 06, 2021

## Corporate Checking XXXXXX1541　　　Available Balance: $401,724.26

### Account Summary

| | | | |
|---|---|---|---|
| **Available Balance:** | $401,724.26 | **Interest Paid to Date:** | $0.00 |
| **Ledger Balance:** | $410,645.61 | **Interest Paid Last Year:** | $0.00 |
| **Pending Withdrawals:** | $9,657.75 | **Last Deposit Amount:** | $102.91 08/05/2021 |
| **Pending Deposits:** | $736.54 | **Last Statement Balance:** | $374,815.72 07/30/2021 |

### Account Details

| | |
|---|---|
| **Nickname:** | None |
| **Type:** | Corporate Checking |
| **Text Banking Nickname:** | None |
| **Address:** | 118 N MAIN ST TRUMBAUERSVILLE, PA 18970 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 08/06/2021 | PENSKE TRK LSG 001 CARD#7743 | | $0.14 |
| 08/06/2021 | ACH DEBIT MAXIM LIBERTY, I | $800.00 | |
| 08/06/2021 | ACH DEBIT STRIPE | $39.99 | |
| 08/06/2021 | ACH DEBIT PACCAR | $1,926.84 | |
| 08/06/2021 | ACH DEBIT PACCAR | $1,355.53 | |
| 08/06/2021 | MCMASTER-C CARD#7743 | $375.89 | |
| 08/06/2021 | ULINE *SHIP SUPPL CARD#7743 | $1,575.00 | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 06/30/2021 | CHECK L085441665 | $1,001.70 | | $397,128.42 |
| 06/30/2021 | WIRE TRANSFER OUT UKBBIJ XXXXXX3723 REF:0630MMQFMPNB017909 BEN:ULTRA PURE 299256211 YRREF:216UK540372BB3IJ BENBK:JPMORGAN CHASE BANK NA 021000021 PNC:216UK540372BB3IJ OBI:SO47206 /PHN/8777785872 | $11,091.60 | | $398,130.12 |
| 06/30/2021 | WIRE TRANSFER OUT UKCQBXA XXXXX5529 REF:0630MMQFMPNB017854 BEN:PACCAR FINANCIAL CORP 1233585203 YRREF:216UK4655CQB2X9A BENBK:BANK | $1,355.53 | | $409,221.72 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | OF AMERICA, N.A. 026009593 PNC:216UK4655CQB2X9A OBI:ACCT# 000-683-151-00006814719 /PHN/4254687100 | | | |
| 06/30/2021 | WIRE TRANSFER OUT UKHDBKZO XXXX0285 REF:0630MMQFMPNB017592 BEN:DESTILADORA DEL VALLE DE TEQUILA 1881781114 YRREF:216UK4028HDB5KZO BENBK:COMERICA BANK 111000753 PNC:216UK4028HDB5KZO OBI:/PHN/3747421313 | $26,000.00 | | $410,577.25 |
| 06/30/2021 | WIRE TRANSFER OUT UKEMANR XXXXX1543 REF:0630MMQFMPNB017204 BEN:ISUZU FINANCE OF AMERICA INC 10740019459 YRREF:216UK3015EMA4NR3 BENBK:MIZUHO BANK LTD NEW YORK BRANCH 026004307 PNC:216UK3015EMA4NR3 OBI:LOAN PAYMENT, LAST 4 VIN# 3KK007602 | $1,260.65 | | $436,577.25 |
| 06/30/2021 | POS PURCHASE POS001 1079568 LOWE'S #1667 QUAKERTOWN PA | $34.41 | | $437,837.90 |
| 06/30/2021 | POS PURCHASE POS91003200 1079567 TRACTOR-SUPPLY QUAKERTOWN PA | $117.63 | | $437,872.31 |
| 06/30/2021 | PNC BANK PHL LOAN PMTS XXXXX2372 | $619.80 | | $437,989.94 |
| 06/30/2021 | DEPOSIT XXXXX9490 | | $50,000.00 | $438,609.74 |
| 06/29/2021 | POS PURCHASE POS001 1051349 LOWE'S #1667 QUAKERTOWN PA | $423.90 | | $388,609.74 |
| 06/28/2021 | WITHDRAWAL XXXXX3605 | $16,084.25 | | $389,033.64 |
| 06/28/2021 | DEPOSIT XXXXX3603 | | $405,117.89 | $405,117.89 |