# PNC Online Banking

**Account Activity**  Friday, August 06, 2021

## Corporate Checking XXXXXX5876  Available Balance: $0.00

### Account Summary

| | | | |
|---|---|---|---|
| **Available Balance:** | $0.00 | **Interest Paid to Date:** | $0.00 |
| **Ledger Balance:** | $24,791.67 | **Interest Paid Last Year:** | $0.00 |
| **Pending Withdrawals:** | $35,291.67 | **Last Deposit Amount:** | $134.62 08/05/2021 |
| **Pending Deposits:** | $0.00 | **Last Statement Balance:** | $22,771.68 07/30/2021 |

### Account Details

| | |
|---|---|
| **Nickname:** | None |
| **Type:** | Corporate Checking |
| **Text Banking Nickname:** | None |
| **Address:** | PO BOX 173 TRUMBAUERSVILLE, PA 18970 - 0173 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| | You have no pending transactions | | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 06/30/2021 | CORPORATE ACCOUNT ANALYSIS CHARGE | $662.94 | | $96,581.58 |
| 06/30/2021 | CORPORATE ACH LA126156 ISUZU FINANCE REVERSAL | | $1,559.18 | $97,244.52 |
| 06/30/2021 | CORPORATE ACH 016FUFPRV1UMZBI QUE ONDA BEVERAG BILL.COM | | $83,656.24 | $95,685.34 |
| 06/30/2021 | CORPORATE ACH ST-W0Y3E8I2P5K5 FABEREASYSHOPIFY TRANSFER | | $108.80 | $12,029.10 |
| 06/30/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2813 | | $1,151.96 | $11,920.30 |
| 06/29/2021 | CHECK 2813 084396953 | $1,151.96 | | $10,768.34 |
| 06/29/2021 | CORPORATE ACH LA126156 ISUZU FINANCE LEASE RENT | $1,559.18 | | $11,920.30 |
| 06/29/2021 | ACH CREDIT LXXXXX1044 SQUARE INC 210629P2 | | $82.82 | $13,479.48 |
| 06/29/2021 | CORPORATE ACH ST-K2N9T8B5C3F3 FABEREASYSHOPIFY TRANSFER | | $2,896.66 | $13,396.66 |
| 06/28/2021 | WITHDRAWAL XXXXX3602 | $405,117.89 | | $10,500.00 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/28/2021 | ACH CREDIT LXXXXX9891 SQUARE INC 210628P2 | | $82.82 | $415,617.89 |
| 06/28/2021 | CORPORATE ACH ST-K7Y5Y2U0J5U4 FABEREASYSHOPIFY TRANSFER | | $355.92 | $415,535.07 |
| 06/28/2021 | ACH CREDIT LXXXXX9890 SQUARE INC 210628P2 | | $2,846.31 | $415,179.15 |
| 06/25/2021 | CORPORATE ACH ST-L1I9J4Z0S3H2 FABEREASYSHOPIFY TRANSFER | | $594.68 | $412,332.84 |
| 06/24/2021 | CORPORATE ACH ST-A2E6T4H2O5K1 FABEREASYSHOPIFY TRANSFER | | $214.67 | $411,738.16 |
| 06/23/2021 | ACH CREDIT 239083 06182021 ASCENSUS TRUST REVERSAL | | $1,837.72 | $411,523.49 |
| 06/23/2021 | CORPORATE ACH ST-E4N2F6F5U0G1 FABEREASYSHOPIFY TRANSFER | | $301.80 | $409,685.77 |
| 06/22/2021 | WIRE TRANSFER IN 216MK20342VA2AJS REF:20210622MMQFMPRN005138 8612035876 ORIG :HAPPY HOUR DRINKS COMPANY 80009342389 YRREF:216MK20342VA2AJS OBI:REF: JUNE CO-PACKING RUN 165,500 CANS | | $93,427.00 | $409,383.97 |
| 06/22/2021 | ACH CREDIT LXXXXX7446 SQUARE INC 210622P2 | | $67.40 | $315,956.97 |
| 06/22/2021 | CORPORATE ACH 529572384 FINESTKIND BREWI SENDER | | $64,053.80 | $315,889.57 |
| 06/22/2021 | CORPORATE ACH 016TREPBM1UAZZJ QUE ONDA BEVERAG BILL.COM | | $83,656.24 | $251,835.77 |
| 06/22/2021 | CORPORATE ACH ST-A8O9W0K0A6V7 FABEREASYSHOPIFY TRANSFER | | $1,381.51 | $168,179.53 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2886 | | $5,912.97 | $166,798.02 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2883 | | $1,579.33 | $160,885.05 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2882 | | $936.59 | $159,305.72 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2881 | | $790.65 | $158,369.13 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2840 | | $1,262.43 | $157,578.48 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2830 | | $1,117.90 | $156,316.05 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2824 | | $1,568.92 | $155,198.15 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2822 | | $1,281.87 | $153,629.23 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2821 | | $270.55 | $152,347.36 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2815 | | $2,600.00 | $152,076.81 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2807 | | $341.00 | $149,476.81 |
| 06/22/2021 | SUSPICIOUS ITEM RETURN CK XXXXX2548 | | $1,295.74 | $149,135.81 |
| 06/21/2021 | CHECK 2883 084624157 | $1,579.33 | | $147,840.07 |
| 06/21/2021 | CHECK 2881 084631369 | $790.65 | | $149,419.40 |
| 06/21/2021 | CHECK 2840 084500792 | $1,262.43 | | $150,210.05 |
| 06/21/2021 | CHECK 2830 084543865 | $1,117.90 | | $151,472.48 |
| 06/21/2021 | CHECK 2824 084534656 | $1,568.92 | | $152,590.38 |
| 06/21/2021 | CHECK 2822 084543866 | $1,281.87 | | $154,159.30 |