12:45 PM
08/06/21

# Faber Distilling
## Reconciliation Detail
PNC Debtor in Poss    1541, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 06/28/2021 | 0000 | Airgas | X | -1,001.70 | -1,001.70 |
| Check | 06/29/2021 | debit | Lowe's | X | -423.90 | -1,425.60 |
| Bill Pmt -Check | 06/30/2021 | wire | Destiladora Del Vall... | X | -26,000.00 | -27,425.60 |
| Bill Pmt -Check | 06/30/2021 | wire | Ultra Pure LLC | X | -11,091.60 | -38,517.20 |
| Check | 06/30/2021 | wire | Paccar Financial | X | -1,355.53 | -39,872.73 |
| Check | 06/30/2021 | ACH | PNC Bank | X | -619.80 | -40,492.53 |
| Check | 06/30/2021 | Debit | Tractor Supply co | X | -117.63 | -40,610.16 |
| Check | 06/30/2021 | debit | Lowe's | X | -34.41 | -40,644.57 |
| Bill Pmt -Check | 07/01/2021 | 49517... | Express Employme... | X | -16,084.25 | -56,728.82 |
| Check | 07/01/2021 | wire | Isuzu Finance | X | -1,260.65 | -57,989.47 |
| Total Checks and Payments | | | | | -57,989.47 | -57,989.47 |
| **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 06/28/2021 | | | X | 405,117.89 | 405,117.89 |
| Deposit | 06/30/2021 | | | X | 50,000.00 | 455,117.89 |
| Total Deposits and Credits | | | | | 455,117.89 | 455,117.89 |
| Total Cleared Transactions | | | | | 397,128.42 | 397,128.42 |
| Cleared Balance | | | | | 397,128.42 | 397,128.42 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Paycheck | 06/04/2021 | 1190 | Stephanie A Gehman | X | -1,295.74 | -1,295.74 |
| Paycheck | 06/04/2021 | 1183a | Kellyn Neville | X | -1,117.90 | -2,413.64 |
| Bill Pmt -Check | 06/13/2021 | 1197 | Comcast | X | -483.41 | -2,897.05 |
| Paycheck | 06/17/2021 | 1187 | Seth E Mallonee | X | -1,579.33 | -4,476.38 |
| Paycheck | 06/17/2021 | 1184 | Michaela Wieand | X | -1,568.92 | -6,045.30 |
| Paycheck | 06/17/2021 | 1198 | Kellyn Neville | X | -1,281.87 | -7,327.17 |
| Paycheck | 06/17/2021 | 1185 | Samantha Tilley | X | -892.29 | -8,219.46 |
| Paycheck | 06/17/2021 | 1179 | Gabriell Barnard | X | -270.55 | -8,490.01 |
| Bill Pmt -Check | 06/23/2021 | 1008 | Precision Solutions I... | X | -924.50 | -9,414.51 |
| Bill Pmt -Check | 06/24/2021 | 1011 | City Of Philadelphia | X | -76.00 | -9,490.51 |
| Check | 06/30/2021 | 0 | Finland Leasing | X | -9,750.42 | -19,240.93 |
| Bill Pmt -Check | 06/30/2021 | 1155 | Derstine's Inc | X | -6,999.45 | -26,240.38 |
| Check | 06/30/2021 | 00 | 300 Commerce Driv... | X | -5,818.60 | -32,058.98 |
| Bill Pmt -Check | 06/30/2021 | DEBIT | Roberts Oxygen Co... | X | -5,493.00 | -37,551.98 |
| Check | 06/30/2021 | 000 | Plantation Candies | | -2,500.00 | -40,051.98 |
| Total Checks and Payments | | | | | -40,051.98 | -40,051.98 |
| Total Uncleared Transactions | | | | | -40,051.98 | -40,051.98 |
| Register Balance as of 06/30/2021 | | | | | 357,076.44 | 357,076.44 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 65 items** | | | | | | |
| Bill Pmt -Check | 07/01/2021 | CC | FED EX | | -1,047.00 | -1,047.00 |
| Check | 07/02/2021 | 1179 -2 | Gabriell Barnard | | -15.00 | -1,062.00 |
| Bill Pmt -Check | 07/07/2021 | DEBIT | Uline Ship supply | | -3,494.82 | -4,556.82 |
| Bill Pmt -Check | 07/07/2021 | debit | Uline Ship supply | | -2,582.75 | -7,139.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE ... | | -650.00 | -7,789.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE ... | | -585.00 | -8,374.57 |
| Bill Pmt -Check | 07/15/2021 | 1010 | City Of Philadelphia | M | -76.00 | -8,450.57 |
| Bill Pmt -Check | 07/16/2021 | debit | Uline Ship supply | | -3,031.60 | -11,482.17 |
| Bill Pmt -Check | 07/20/2021 | ach | Paccar Financial | | -1,926.84 | -13,409.01 |
| Bill Pmt -Check | 07/21/2021 | 07012... | Flaster Greenburg | | -1,738.00 | -15,147.01 |
| Bill Pmt -Check | 07/21/2021 | debit | Uline Ship supply | | -1,256.61 | -16,403.62 |
| Bill Pmt -Check | 07/24/2021 | 1028 | Express Employme... | M | -15,867.64 | -32,271.26 |
| Bill Pmt -Check | 07/24/2021 | 1036 | Brook and Whittle Ltd. | M | -1,464.69 | -33,735.95 |
| Bill Pmt -Check | 07/27/2021 | 1043 | Finland Leasing | | -9,750.42 | -43,486.37 |
| Bill Pmt -Check | 07/27/2021 | 1042 | 300 Commerce Driv... | | -5,818.60 | -49,304.97 |
| Bill Pmt -Check | 07/28/2021 | 1046 | KELLI SCOZZARO ... | | -403.32 | -49,708.29 |
| Bill Pmt -Check | 07/29/2021 | 1076 | BETTERMENT CLU... | | -500.00 | -50,208.29 |
| Bill Pmt -Check | 07/30/2021 | 1077 | kevin ogburn-payroll | M | -1,486.05 | -51,694.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12:45 PM | | | **Faber Distilling** | | | |
| 08/06/21 | | | **Reconciliation Detail** | | | |
| | | PNC Debtor in Poss | 1541, Period Ending 06/30/2021 | | | |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/30/2021 | DEBIT | XP THERMAL | | -1,104.31 | -52,798.65 |
| Bill Pmt -Check | 07/30/2021 | 1078 | Taylor Heitz payroll | M | -1,000.31 | -53,798.96 |
| Bill Pmt -Check | 07/30/2021 | 1081 | PATRICK THOMPS... | | -939.22 | -54,738.18 |
| Bill Pmt -Check | 07/31/2021 | debit | Bergey's Truck Cent... | | -596.51 | -55,334.69 |
| Bill Pmt -Check | 08/01/2021 | 1092 | Eugene T.Parzych,Inc | | -10,191.00 | -65,525.69 |
| Bill Pmt -Check | 08/01/2021 | 1094 | Express Employme... | | -8,336.07 | -73,861.76 |
| Bill Pmt -Check | 08/01/2021 | 1098 | Roberts Oxygen Co... | | -3,980.06 | -77,841.82 |
| Bill Pmt -Check | 08/01/2021 | 1090 | Emergency System... | | -2,544.00 | -80,385.82 |
| Bill Pmt -Check | 08/01/2021 | 1097 | Century Packaging | | -1,929.75 | -82,315.57 |
| Bill Pmt -Check | 08/01/2021 | 1095 | Ore Rentals | | -1,451.83 | -83,767.40 |
| Bill Pmt -Check | 08/01/2021 | ach | Paccar Financial | | -1,355.53 | -85,122.93 |
| Bill Pmt -Check | 08/01/2021 | 1099 | PREMIER TRAILER... | | -822.56 | -85,945.49 |
| Bill Pmt -Check | 08/01/2021 | 1088 | Chris Cleaning | | -500.00 | -86,445.49 |
| Bill Pmt -Check | 08/01/2021 | 1089 | Chrin Hauling Inc | | -456.25 | -86,901.74 |
| Bill Pmt -Check | 08/01/2021 | 1091 | MILFORD TOWNS... | | -400.00 | -87,301.74 |
| Bill Pmt -Check | 08/01/2021 | 1160 | Chris Cleaning | | -250.00 | -87,551.74 |
| Bill Pmt -Check | 08/01/2021 | 1096 | UPS | | -145.67 | -87,697.41 |
| Bill Pmt -Check | 08/01/2021 | 1093 | Penske Truck Leasing | | -34.09 | -87,731.50 |
| Check | 08/02/2021 | | | M | -63,274.41 | -151,005.91 |
| Check | 08/02/2021 | | Uline Ship supply | M | -4,622.70 | -155,628.61 |
| Bill Pmt -Check | 08/02/2021 | debit | Harford Vineyard LLC | | -2,600.00 | -158,228.61 |
| Check | 08/02/2021 | | Shipping | M | -2,502.85 | -160,731.46 |
| Check | 08/02/2021 | 10253 | | M | -1,154.30 | -161,885.76 |
| Check | 08/02/2021 | 10306 | | M | -1,123.29 | -163,009.05 |
| Check | 08/02/2021 | 10308 | | M | -1,049.70 | -164,058.75 |
| Check | 08/02/2021 | 10202 | | M | -965.37 | -165,024.12 |
| Check | 08/02/2021 | | | M | -964.60 | -165,988.72 |
| Check | 08/02/2021 | | Penske Truck Leasing | M | -930.34 | -166,919.06 |
| Check | 08/02/2021 | 10312 | | | -921.98 | -167,841.04 |
| Check | 08/02/2021 | | | M | -800.00 | -168,641.04 |
| Check | 08/02/2021 | | Recruiting Expense | M | -532.04 | -169,173.08 |
| Check | 08/02/2021 | 10304 | | | -469.41 | -169,642.49 |
| Check | 08/02/2021 | | Recruiting Expense | M | -304.22 | -169,946.71 |
| Check | 08/02/2021 | | Recruiting Expense | M | -120.23 | -170,066.94 |
| Check | 08/02/2021 | | Shipping | M | -67.38 | -170,134.32 |
| Bill Pmt -Check | 08/03/2021 | 1084 | Labelworx | | -19,430.55 | -189,564.87 |
| Bill Pmt -Check | 08/03/2021 | 1085 | Sunteck | | -16,455.00 | -206,019.87 |
| Bill Pmt -Check | 08/03/2021 | 1086 | Eastern Alliance Ins... | | -5,878.00 | -211,897.87 |
| Bill Pmt -Check | 08/03/2021 | 1079 | Coopersburg & Libe... | | -709.91 | -212,607.78 |
| Bill Pmt -Check | 08/03/2021 | 1082 | ADAM WIEAND EX... | | -234.76 | -212,842.54 |
| Bill Pmt -Check | 08/03/2021 | 1087 | Michael Cozza Expe... | | -116.15 | -212,958.69 |
| Bill Pmt -Check | 08/03/2021 | 1080 | Bergey's Truck Cent... | | -30.00 | -212,988.69 |
| Bill Pmt -Check | 08/04/2021 | 1021 | ProductionsNow | | -2,895.26 | -215,883.95 |
| Bill Pmt -Check | 08/04/2021 | DEBIT | RS HUGHES | | -1,104.01 | -216,987.96 |
| Bill Pmt -Check | 08/04/2021 | DEBIT | NOOMA | | -66.98 | -217,054.94 |
| Bill Pmt -Check | 08/04/2021 | debit | Uline Ship supply | | -47.13 | -217,102.07 |
| Bill Pmt -Check | 08/05/2021 | debit | McMaster Carr | | -375.89 | -217,477.96 |
| Total Checks and Payments | | | | | -217,477.96 | -217,477.96 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/02/2021 | | | M | 2,486.36 | 2,486.36 |
| Deposit | 08/04/2021 | | | | 205,000.00 | 207,486.36 |
| Total Deposits and Credits | | | | | 207,486.36 | 207,486.36 |
| Total New Transactions | | | | | -9,991.60 | -9,991.60 |
| **Ending Balance** | | | | | **347,084.84** | **347,084.84** |