4:54 PM
07/02/21

# Faber Distilling
# Reconciliation Detail
NEW PNC     5876, Period Ending 06/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Transfer | 06/28/2021 | | | X | -405,117.89 | -1,268,268.32 |
| Check | 06/30/2021 | | | X | -662.94 | -1,268,931.26 |
| Total Checks and Payments | | | | | -1,268,931.26 | -1,268,931.26 |
| **Deposits and Credits - 209 items** | | | | | | |
| Deposit | 05/28/2021 | | | X | 15,378.15 | 15,378.15 |
| Deposit | 06/01/2021 | | | X | 546.15 | 15,924.30 |
| Deposit | 06/01/2021 | | | X | 1,079.42 | 17,003.72 |
| Deposit | 06/01/2021 | | | X | 13,436.24 | 30,439.96 |
| Deposit | 06/02/2021 | | | X | 672.46 | 31,112.42 |
| Deposit | 06/02/2021 | | | X | 13,542.56 | 44,654.98 |
| Deposit | 06/03/2021 | | | X | 177.61 | 44,832.59 |
| Deposit | 06/03/2021 | | | X | 13,000.00 | 57,832.59 |
| Deposit | 06/03/2021 | | | X | 16,000.00 | 73,832.59 |
| Deposit | 06/03/2021 | | | X | 31,337.73 | 105,170.32 |
| Deposit | 06/03/2021 | | | X | 40,000.00 | 145,170.32 |
| Payment | 06/03/2021 | | Onda | X | 118,653.24 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Amanda J Wieand | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Robert Burns | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Rocco Turso | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Andrew T. Lyons | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Julia Cupitt | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Michael Cozza | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Larry Parzych | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Stone Snyder | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Stanley R Swiencicki | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Sherry L Wehrheim | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Scott D Gehman | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Tishana J Jeffery | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Samantha L Hildebe... | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Rose Cashley | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Rodney Hicks | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Austin Hillegass | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Robert Loughlin | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Raymond T Royds | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Benjamin C Hoffer | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Rachel Behm | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Kristen Moore | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Patrick M Thompson | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Nicholas Weisser | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Brielle Mihalyak | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Caitlyn Jordan | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Chantra Yorn | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Nicholas J Schmoyer | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Nicholas Burruzza | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Charles Sigg | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Christian A. Mejia | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Christopher M Herm... | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Nathan Longacre | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Lauren Precht | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Robert F Culbertson | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Nicole Heckenswiler | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Kelly A. Festa | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Gabriel Evans | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | John F. Pitts | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Gabrielle E Parzych | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Walter J Hammel | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Ian Kobos | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Tonja Cuslodia | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Terry Hunter | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Ian M Tressler | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Angus Rittenburg | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Jacob Keller | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Andrew Zimmerman | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Jake Hafler | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Adam Wieand | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | John W Kramer | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Taylor M Heitz | X | 0.00 | 263,823.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4:54 PM | | | **Faber Distilling** | | | |
| 07/02/21 | | | **Reconciliation Detail** | | | |
| | | | NEW PNC   5876, Period Ending 06/28/2021 | | | |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Paycheck | 06/04/2021 | DD13... | Hayden S Houser | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Kelli Scozzaro | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Austin Kelley | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Jennifer Watts | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Alexander M Lofland | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Madison Cervenka | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Jaime Fahie | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Destiny A Taylor | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Casey S Parzych | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Morgan IV Cowperth... | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Abraham J Dancinger | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Michael D Blackmon | X | 0.00 | 263,823.56 |
| Paycheck | 06/04/2021 | DD13... | Mohammed O Gani | X | 0.00 | 263,823.56 |
| Deposit | 06/04/2021 | | | X | 458.52 | 264,282.08 |
| Deposit | 06/04/2021 | | | X | 12,836.11 | 277,118.19 |
| Deposit | 06/04/2021 | | | X | 18,904.59 | 296,022.78 |
| Deposit | 06/04/2021 | | | X | 67,778.76 | 363,801.54 |
| Deposit | 06/06/2021 | | | X | 624.81 | 364,426.35 |
| Deposit | 06/07/2021 | | | X | 123.23 | 364,549.58 |
| Deposit | 06/07/2021 | | | X | 772.88 | 365,322.46 |
| Deposit | 06/07/2021 | | | X | 30,000.00 | 395,322.46 |
| Deposit | 06/08/2021 | | | X | 9.40 | 395,331.86 |
| Deposit | 06/08/2021 | | | X | 849.25 | 396,181.11 |
| Deposit | 06/08/2021 | | Destiny A Taylor | X | 1,087.03 | 397,268.14 |
| Deposit | 06/08/2021 | | Walter J Hammel | X | 1,232.58 | 398,500.72 |
| Deposit | 06/08/2021 | | | X | 7,000.00 | 405,500.72 |
| Deposit | 06/08/2021 | | | X | 25,092.32 | 430,593.04 |
| Deposit | 06/09/2021 | | | X | 338.97 | 430,932.01 |
| Deposit | 06/09/2021 | | | X | 18,415.94 | 449,347.95 |
| Deposit | 06/10/2021 | | | X | 100.40 | 449,448.35 |
| Deposit | 06/10/2021 | | | X | 2,398.68 | 451,847.03 |
| Deposit | 06/10/2021 | | | X | 38,797.99 | 490,645.02 |
| Paycheck | 06/11/2021 | DD13... | Stanley R Swiencicki | X | 0.00 | 490,645.02 |
| Paycheck | 06/11/2021 | DD13... | Chase E Wagner | X | 0.00 | 490,645.02 |
| Paycheck | 06/11/2021 | DD13... | Tishana J Jeffery | X | 0.00 | 490,645.02 |
| Paycheck | 06/11/2021 | DD13... | Rocco Turso | X | 0.00 | 490,645.02 |
| Deposit | 06/11/2021 | | | X | 23.97 | 490,668.99 |
| Deposit | 06/11/2021 | | | X | 6,000.00 | 496,668.99 |
| Deposit | 06/11/2021 | | | X | 42,329.39 | 538,998.38 |
| Deposit | 06/12/2021 | | | X | 0.00 | 538,998.38 |
| Deposit | 06/13/2021 | | | X | 213.94 | 539,212.32 |
| Deposit | 06/14/2021 | | | X | 385.99 | 539,598.31 |
| Deposit | 06/14/2021 | | | X | 472.90 | 540,071.21 |
| Deposit | 06/14/2021 | | | X | 30,510.36 | 570,581.57 |
| Deposit | 06/15/2021 | | | X | 182.35 | 570,763.92 |
| Deposit | 06/15/2021 | | | X | 716.72 | 571,480.64 |
| Deposit | 06/15/2021 | | | X | 1,788.39 | 573,269.03 |
| Deposit | 06/15/2021 | | | X | 10,000.00 | 583,269.03 |
| Transfer | 06/15/2021 | | | X | 80,000.00 | 663,269.03 |
| Deposit | 06/16/2021 | | | X | 124.31 | 663,393.34 |
| Deposit | 06/16/2021 | | | X | 1,062.05 | 664,455.39 |
| Deposit | 06/16/2021 | | | X | 15,000.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Julia Cupitt | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Kelli Scozzaro | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Kristen Moore | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Madison Cervenka | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Alexander M Lofland | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Michael Cozza | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Austin Kelley | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Michael John Long | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Amanda J Wieand | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Andrew T. Lyons | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Austin Hillegass | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Mohammed O Gani | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Morgan IV Cowperth... | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Nadira S Kaleem | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Nathan Longacre | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Nicholas J Schmoyer | X | 0.00 | 679,455.39 |

4:54 PM  
07/02/21

# Faber Distilling
## Reconciliation Detail
NEW PNC     5876, Period Ending 06/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Paycheck | 06/17/2021 | DD13... | Nicholas Weisser | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Nicole Heckenswiler | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Anthony S Devlin | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Paige E Gehman | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Robert F Culbertson | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Patrick M Thompson | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Rachel Behm | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Lauren Precht | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Kelly A. Festa | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Robert Loughlin | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Teresa McNamara | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Rodney Hicks | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | John F. Pitts | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Rose Cashley | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Casey S Parzych | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Joseph J D'Ambrosia | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Sherry L Wehrheim | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Stephanie A Gehman | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Stone Snyder | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Taylor M Heitz | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Terry Hunter | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Tonja Cuslodia | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Scott D Gehman | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Larry Parzych | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Samantha L Hildebe... | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Adam Wieand | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Andrew Zimmerman | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Angus Rittenburg | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Brice Susavage | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | John W Kramer | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Jennifer Watts | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Jake Hafler | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Jaime Fahie | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Ayden K DeRewal | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Benjamin C Hoffer | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Brian Koschorreck | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Jacob Keller | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Brian Moran Sr. | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Ian M Tressler | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Brielle Mihalyak | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Ian Kobos | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Caitlyn Jordan | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Catherine Kentopp | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Chantra Yorn | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Aidin j Reed | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Heather M Barnes | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Hayden S Houser | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Charles Sigg | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Harley Hoskie | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Gianna Carpino | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Chase E Wagner | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Christian A. Mejia | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Gabrielle E Parzych | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Christopher M Herm... | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Gabriel Evans | X | 0.00 | 679,455.39 |
| Paycheck | 06/17/2021 | DD13... | Raymond T Royds | X | 0.00 | 679,455.39 |
| Deposit | 06/17/2021 | | | X | 21,000.00 | 700,455.39 |
| Deposit | 06/17/2021 | | | X | 60,000.00 | 760,455.39 |
| Deposit | 06/18/2021 | | | X | 71.95 | 760,527.34 |
| Deposit | 06/21/2021 | | | X | 278.16 | 760,805.50 |
| Deposit | 06/21/2021 | | | X | 690.12 | 761,495.62 |
| Transfer | 06/21/2021 | | | X | 70,000.00 | 831,495.62 |
| Deposit | 06/22/2021 | | | X | 67.40 | 831,563.02 |
| Deposit | 06/22/2021 | | | X | 301.80 | 831,864.82 |
| Deposit | 06/22/2021 | | | X | 1,381.51 | 833,246.33 |
| Deposit | 06/22/2021 | | | X | 64,053.80 | 897,300.13 |
| Deposit | 06/22/2021 | | | X | 83,656.24 | 980,956.37 |
| Deposit | 06/22/2021 | | | X | 93,427.00 | 1,074,383.37 |