United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11750-mdc

Midnight Madness Distilling LLC  Chapter 11

Midnight Madness Distilling LLC

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Aug 30, 2021     Form ID: pdf900     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Midnight Madness Distilling LLC, MAILING ADDRESS, PO Box 173, Trumbauersville, PA 18970-0173 |
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| aty | + | PATRICIA B. JEFFERSON, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| cr | + | BET Investments, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Isuzu Finance of America, Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| NONE | + | Millstone Spirits Group LLC, c/o Joel L. Perrell Jr., Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202 US 21202-1153 |
| sp | + | THEODORE J. ZELLER, Norris McLaughlin, 515 West Hamilton Suite 502, Allentown, PA 18101-1513 |
| cr | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| acc | + | Whisman Giordano & Associates, LLC, 111 Continental Dr., Suite 10, Newark, DE 19713-4330 |
| br | #+ | Wm. F. Comly & Son, Inc., 1825 E. Boston Street, Philadelphia, PA 19125-1201 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 30 2021 23:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2021 23:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 30 2021 23:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 30 2021 23:22:10 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 30 2021 23:13:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| NONE | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2021 23:13:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| cr | + | Email/Text: accounts.receivable@uline.com | Aug 30 2021 23:13:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 19 |
| TOTAL: 8 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of Alcohol Tobacco, Tax and Trade Bureau anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CAROL E. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| EVERETT K. SHEINTOCH | on behalf of Creditor Isuzu Finance of America Inc. esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com |
| EVERETT K. SHEINTOCH | on behalf of Creditor Tokyo Century (USA) Inc. esheintoch@sheintochlaw.com ssilenzi@sheintochtodd.com |
| HARRY J. GIACOMETTI | on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JEFFREY KURTZMAN | on behalf of Creditor BET Investments Kurtzman@kurtzmansteady.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC Equipment Finance LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Creditor Bancshares Realty LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JOEL L. PERRELL | on behalf of Millstone Spirits Group LLC jperrell@MilesStockbridge.com |
| JULIE A. CALLSEN | on behalf of Creditor Berlin Packaging L.L.C. julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: pdf900 | Total Noticed: 19 |

MATTHEW A. HAMERMESH
    on behalf of Creditor Agtech VI  LLC mhamermesh@hangley.com,
    ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW A. HAMERMESH
    on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com
    ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  karena.blaylock@phila.gov

MICHAEL G. MENKOWITZ
    on behalf of Anthony Lorubbio mmenkowitz@frof.com
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
    on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Accountant Whisman Giordano & Associates  LLC william.burnett@flastergreenberg.com,
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| **MIDNIGHT MADNESS DISTILLING LLC,** | * | Case No. 21-11750-MDC |
| | * | |
| Debtor. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF PATRICIA B. JEFFERSON

NOW, this 27th day of August 2021, upon consideration of the Motion for *Pro Hac Vice* Admission of Patricia B. Jefferson, Esquire, it is ORDERED that the motion is GRANTED and that Patricia B. Jefferson is admitted *pro hac vice* to the bar of this Court to represent Millstone Spirits Group LLC and/or its affiliates in the above-captioned case and any present or future contested matter or adversary proceeding arising in or related to this case.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge