# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## ORDER GRANTING APPLICATION OF DEBTOR
## TO EMPLOY WHISMAN GIORDANO & ASSOCIATES, LLC AS ACCOUNTANT
## PURSUANT TO SECTION 327(c) OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Application of the Debtor to Employ Whisman Giordano & Associates, LLC as Accountant (the "Application"); and after consideration of any objections or responses to the Application[1]; and after due deliberation and it appearing that the relief sought in the Application is in the best interests of the Debtor, its estate, and its creditors; it is hereby:

ORDERED, that the Application is Granted; and it is

ORDERED, that the Debtor is hereby authorized to employ Whisman Giordano & Associates, LLC in accordance with the Application and as of the date of the Application; and it is

ORDERED, that PNC reserves the right to object to the source of and the amount of any fees sought by Whisman Giordano & Associates, LLC; and it is

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

8438846 v1

ORDERED, that Whisman Giordano & Associates, LLC shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

8438846 v1