## **EXHIBIT B TO SALE ORDER**

## **CURE AMOUNTS**

| Contract Type | Name of Contracting Party | Cure Costs |
|---|---|---|
| Referral and packaging agreement | Iron Heart Canning Company, LLC, 7130 Golden Ring Road, Essex, MD 21221 | $93,925.00 |
| Packaging Agreement | Merican Mule LLC, 150 The Promenade, Long Beach, CA 90802 | $76,813.43 |