**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MIDNIGHT MADNESS DISTILLING, ) | |
| LLC, ) | |
| ) | Case No. 21-11750 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

## NOTICE OF ZOOM INFORMATION FOR SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

A hearing will be held before the Chief U.S. Bankruptcy Judge Magdeline D. Coleman on **September 15, 2021 at 1:30 p.m.** to consider approval of the Approval of the Sale Motion [as referenced in Docket No. 4]. Below is the zoom information provided by the Court:

Wednesday, September 15, 2021
at 1:30 PM Eastern Time (US and Canada)
-----------------------------------------
You can copy/paste this link
to directly join our ZoomGov Meeting...

https://www.zoomgov.com/j/1613029423?pwd=UlZZdlJ4SHVaN2xQZUVDUlVUTlFtUT09
OR...
just go to the website ZoomGov.com

and click on JOIN A MEETING
enter the
MEETING ID:   161 302 9423
and
PASSCODE:     024850
-----------------------------------------
In an absolute emergency,
if you can only appear by telephone,
then dial by nearest location...
    646 828 7666 (US - New York)
    669 254 5252 (US - San Jose)
Meeting ID:    161 302 9423
Participant ID:  (skip)
Passcode:      024850
-----------------------------------------

Dated: September 15, 2021         **FLASTER/GREENBERG P.C.**

/s/ *William J. Burnett*
William J. Burnett (Bar No. 75975)
Harry J. Giacometti (Bar No. 55861)
1835 Market Street, Suite 1050
Philadelphia, PA 19103
(215) 279-9383 Telephone
(215) 279-9394 Facsimile
william.burnett@flastergreenberg.com

COUNSEL FOR THE DEBTOR-IN-POSSESSION