**10:25 AM**
**09/15/21**
**Accrual Basis**

# Faber Distilling
# Balance Sheet
### As of July 31, 2021

|  | Jul 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | 309,467.84 |
| **Accounts Receivable** | |
| Accounts Receivable - Customers | 127,489.95 |
| **Total Accounts Receivable** | 127,489.95 |
| **Other Current Assets** | 255,651.97 |
| **Total Current Assets** | 692,609.76 |
| **Fixed Assets** | 3,040,541.98 |
| **TOTAL ASSETS** | **3,733,151.74** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 1,950,828.36 |
| Credit Cards | 288,180.98 |
| Other Current Liabilities | 630,299.39 |
| **Total Current Liabilities** | 2,869,308.73 |
| **Long Term Liabilities** | 3,774,208.80 |
| **Total Liabilities** | 6,643,517.53 |
| **Equity** | -2,910,365.79 |
| **TOTAL LIABILITIES & EQUITY** | **3,733,151.74** |