10:27 AM
09/15/21

# Faber Distilling
## Statement of Cash Flows
**July 2021**

|  | Jul 21 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,156,430.90 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| **Net cash provided by Operating Activities** | -106,955.03 |
| **INVESTING ACTIVITIES** | |
| Accum Depreciation - Building | 3,864.00 |
| Accum Depreciation - Leasehold | 314.00 |
| Accum Depreciation - Ofc Equip | 395.00 |
| Accum Depreciation - Prod Equip | 21,689.00 |
| Accum Depreciation - Vehicles | 7,927.00 |
| Office Equipment | -4,251.30 |
| T&O Building:Improvements | -368.04 |
| **Net cash provided by Investing Activities** | 29,569.66 |
| **FINANCING ACTIVITIES** | |
| PNC $800k loan 4923 | -9,035.19 |
| PNC Loan #5339-1 | -31,092.57 |
| PNC Loan #5339-3 | -10,280.82 |
| T&O Loan | -1,945.00 |
| Vehicle Loans | -1,926.84 |
| Vehicle Loans:Truck 2022 | -810.78 |
| Vehicle Loans:Truck 4791 | -711.22 |
| Vehicle Loans:Truck 5192 | -1,005.20 |
| Vehicle Loans:Truck 5460 | -810.14 |
| Vehicle Loans:Truck 7602 | -1,039.71 |
| **Net cash provided by Financing Activities** | -58,657.47 |
| **Net cash increase for period** | -136,042.84 |
| **Cash at beginning of period** | 486,034.78 |
| **Cash at end of period** | **349,991.94** |