10:22 AM
09/15/21
Cash Basis

# Faber Distilling
# Profit & Loss
## July 2021

|  | Jul 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 47,080.45 |
| Services | 333,146.49 |
| Shipping & Handling | 3,763.44 |
| **Total Income** | 383,990.38 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Materials COGS | 101,335.38 |
| Shipping Supplies | 24,163.97 |
| Cost of Goods Sold - Other | 3,494.82 |
| **Total Cost of Goods Sold** | 128,994.17 |
| Excise Tax - COGS | 23,426.82 |
| Freight & delivery - IN / COS | 899.99 |
| **Total COGS** | 153,320.98 |
| **Gross Profit** | 230,669.40 |
| **Expense** | |
| ***Payroll Expenses** | |
| Payroll Expenses | 628,894.70 |
| **Total *Payroll Expenses** | 628,894.70 |
| **Bank Charges** | 765.26 |
| **Bank Service Charges** | 480.70 |
| **Casual Labor** | 6,152.00 |
| **Depreciation** | 34,189.00 |
| **Donation** | 1,000.00 |
| **Dues & Subscriptions** | 158.99 |
| **Employee Gas & Travel** | 3,288.32 |
| **equipment lease/rent** | 21,057.00 |
| **Fees & Licences** | 1,235.00 |
| **Freight & Delivery - Out** | 9,990.31 |
| **INSURANCE** | 4,751.00 |
| **Interest Expense** | 25,354.48 |
| **Legal & Professional Fees** | 10,111.51 |
| **MARKETING** | |
| Admin & General | 54.44 |
| Advertising | 10,825.26 |
| Point of Sale | 68.98 |
| Promotions | 2,824.13 |
| **Total MARKETING** | 13,772.81 |
| **Meals & Entertainment** | 1,864.31 |
| **Office Expenses** | 5,095.81 |
| **Office Supplies** | 2,386.56 |
| **Other Business Expenses** | 5.00 |

10:22 AM
09/15/21
Cash Basis

# Faber Distilling
# Profit & Loss
## July 2021

|  | Jul 21 |
|---|---:|
| **Recruiting Expense** | 17,932.97 |
| **Refund** | -5,871.77 |
| **reimbursement** | 747.18 |
| **Rent or Lease** | 39,531.43 |
| **Repair & Maintenance** | 23,370.19 |
| **Shipping and delivery expense** | 3,714.57 |
| **Software Subscription** | 7,271.40 |
| **Storage** | 2,922.00 |
| **Subsriptions** | 5,000.00 |
| **Supplies** | 91.24 |
| **Taxes & Licenses** | 134.97 |
| **Temporary Labor** | 50,911.28 |
| **Travel** | 186.56 |
| **Utilities** | 3,646.72 |
| **Total Expense** | 920,141.50 |
| **Net Ordinary Income** | -689,472.10 |
| **Net Income** | **-689,472.10** |