# PNC Online Banking

**Account Activity**  Wednesday, September 15, 2021

## Corporate Checking XXXXXX1541    Available Balance: $50,834.56

### Account Summary

| | | | |
|---|---|---|---|
| Available Balance: | $50,834.56 | Interest Paid to Date: | $0.00 |
| Ledger Balance: | $57,859.49 | Interest Paid Last Year: | $0.00 |
| Pending Withdrawals: | $7,911.08 | Last Deposit Amount: | $165.79 09/15/2021 |
| Pending Deposits: | $886.15 | Last Statement Balance: | $85,947.11 08/31/2021 |

### Account Details

| | |
|---|---|
| Nickname: | None |
| Type: | Corporate Checking |
| Text Banking Nickname: | None |
| Address: | 118 N MAIN ST TRUMBAUERSVILLE, PA 18970 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 09/15/2021 | ACH DEP FABEREASYSHOPIFY XXXXX8598 | | $720.36 |
| 09/15/2021 | ACH DEBIT HONDA PMT | $774.60 | |
| 09/15/2021 | ACH DEP SQUARE INC XXXXX0002 | | $165.79 |
| 09/15/2021 | MCMASTER-C#7743 | $14.46 | |
| 09/14/2021 | BUCKS RUN OIL CARD#7743 | $159.73 | |
| 09/14/2021 | ACI AllyFi | $909.71 | |
| 09/14/2021 | ACI AllyFi | $846.93 | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 07/30/2021 | CORPORATE ACCOUNT ANALYSIS CHARGE | $420.70 | | $374,815.72 |
| 07/30/2021 | CHECK 10327 084588542 | $886.31 | | $375,236.42 |
| 07/30/2021 | CHECK 10317 084592943 | $228.52 | | $376,122.73 |
| 07/30/2021 | CHECK 10316 084592783 | $488.32 | | $376,351.25 |
| 07/30/2021 | CHECK 10283 084646490 | $4,843.72 | | $376,839.57 |
| 07/30/2021 | CHECK 10282 084646213 | $3,996.28 | | $381,683.29 |
| 07/30/2021 | CHECK 10260 084592805 | $660.25 | | $385,679.57 |
| 07/30/2021 | CHECK 10258 084693531 | $1,189.70 | | $386,339.82 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/30/2021 | CHECK 10242 084597770 | $1,176.00 | | $387,529.52 |
| 07/30/2021 | CHECK 10151 084693530 | $1,216.59 | | $388,705.52 |
| 07/30/2021 | CHECK 10257 074390109 | $813.86 | | $389,922.11 |
| 07/30/2021 | CHECK 1031 084482451 | $545.64 | | $390,735.97 |
| 07/30/2021 | CHECK 1023 084482452 | $799.13 | | $391,281.61 |
| 07/30/2021 | CHECK 10256 084407418 | $1,569.79 | | $392,080.74 |
| 07/30/2021 | CHECK 10252 084381230 | $973.12 | | $393,650.53 |
| 07/30/2021 | CHECK 10097 084380201 | $344.06 | | $394,623.65 |
| 07/30/2021 | CHECK 10262 052670794 | $800.35 | | $394,967.71 |
| 07/30/2021 | CHECK 10274 052670663 | $1,257.97 | | $395,768.06 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 TIJUANA TACO AND DELI QUAKERTOWN PA | $225.37 | | $397,026.03 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 TRACTOR-SUPPLY-CO #069 QUAKERTOWN PA | $91.24 | | $397,251.40 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $593.60 | | $397,342.64 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $49.53 | | $397,936.24 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $530.98 | | $397,985.77 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,718.36 | | $398,516.75 |
| 07/30/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $88.37 | | $400,235.11 |
| 07/30/2021 | CORPORATE ACH 025CDVCAWC28BN9 SIP MARGS BILL.COM | | $30,037.83 | $400,323.48 |
| 07/29/2021 | CHECK 1049 084051297 | $523.90 | | $370,285.65 |
| 07/29/2021 | CHECK 1048 084051296 | $211.12 | | $370,809.55 |
| 07/29/2021 | CHECK 1044 084084691 | $1,957.47 | | $371,020.67 |
| 07/29/2021 | CHECK 1011 084068187 | $76.00 | | $372,978.14 |
| 07/29/2021 | CHECK 1022 083756573 | $294.54 | | $373,054.14 |
| 07/29/2021 | CHECK 1039 083691712 | $673.72 | | $373,348.68 |
| 07/29/2021 | CHECK 1045 083644941 | $32.27 | | $374,022.40 |
| 07/29/2021 | CHECK 1033 083644921 | $2,427.26 | | $374,054.67 |
| 07/29/2021 | CHECK 1017 083644940 | $714.91 | | $376,481.93 |
| 07/29/2021 | CORPORATE ACH 455493200 MIDNIGHT MADNESS PAYROLL | $3,986.36 | | $377,196.84 |
| 07/29/2021 | CORPORATE ACH 455493200 MIDNIGHT MADNESS PAYROLL | $121,187.84 | | $381,183.20 |
| 07/29/2021 | DEBIT CARD PURCHASE XXXXX7743 FINOS LA CANTINA - MOT TRUMBAUERSV PA | $116.24 | | $502,371.04 |
| 07/29/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $65.84 | | $502,487.28 |
| 07/29/2021 | CORPORATE ACH GOURMET GROWTH ACH PAYMTS | | $178,721.76 | $502,553.12 |
| 07/28/2021 | CHECK 1038 083472972 | $531.84 | | $323,831.36 |
| 07/28/2021 | CHECK 1020 083566713 | $4,776.64 | | $324,363.20 |
| 07/28/2021 | CHECK 1016 083485641 | $130.80 | | $329,139.84 |
| 07/28/2021 | CHECK 1040 071734633 | $460.75 | | $329,270.64 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/28/2021 | CHECK 1025 083126370 | $227.38 | | $329,731.39 |
| 07/28/2021 | DEBIT CARD PURCHASE XXXXX7743 KILL CLIFF INC XXXXX5433 GA | $27.83 | | $329,958.77 |
| 07/28/2021 | DEBIT CARD PURCHASE XXXXX7743 FINOS LA CANTINA - MOT TRUMBAUERSV PA | $127.91 | | $329,986.60 |
| 07/28/2021 | DEBIT CARD PURCHASE XXXXX7743 USPS PO XXXXX0070 TRUMBAUERSV PA | $26.35 | | $330,114.51 |
| 07/28/2021 | CORPORATE ACH 025EGCKHFP27BH3 BILL.COM VERIFY | | $0.01 | $330,140.86 |
| 07/28/2021 | ACH CREDIT XXXXX1541 UGLY BRANDS INC. BILL PMT | | $39,741.12 | $330,140.85 |
| 07/27/2021 | CHECK 1034 086857280 | $75.00 | | $290,399.73 |
| 07/27/2021 | CHECK 1037 086498693 | $130.24 | | $290,474.73 |
| 07/27/2021 | CHECK 1026 086498692 | $309.42 | | $290,604.97 |
| 07/27/2021 | RECURRING DEBIT CARD XXXXX3208 LinkedIn XXXXX5254 XXXXX5653 CA | $158.99 | | $290,914.39 |
| 07/27/2021 | DEBIT CARD PURCHASE XXXXX7743 CALENDLY HTTPSCALEND GA | $152.64 | | $291,073.38 |
| 07/27/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $535.75 | | $291,226.02 |
| 07/26/2021 | CHECK 1041 086344797 | $1,131.81 | | $291,761.77 |
| 07/26/2021 | CHECK 1035 086249441 | $2,438.00 | | $292,893.58 |
| 07/26/2021 | CHECK 1030 086216832 | $2,922.00 | | $295,331.58 |
| 07/26/2021 | CHECK 1029 086394442 | $960.65 | | $298,253.58 |
| 07/26/2021 | CHECK 1019 086238253 | $2,824.13 | | $299,214.23 |
| 07/26/2021 | CHECK 1024 077270332 | $2,795.00 | | $302,038.36 |
| 07/26/2021 | POS PURCHASE POS001 3662289 GIANT 6476 QUAKERTOWN PA | $26.75 | | $304,833.36 |
| 07/26/2021 | CHECK 10198 085562509 | $1,050.85 | | $304,860.11 |
| 07/26/2021 | CHECK 1014 085606109 | $2,500.00 | | $305,910.96 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 AMZN Mktp US*2P6DC8FJ1 Amzn.com/bi WA | $119.04 | | $308,410.96 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 PTC EZ PASS CSC state.pa.us PA | $500.00 | | $308,530.00 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 COMPASS SELF STOR 332 XXXXX9000 PA | $161.48 | | $309,030.00 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 JUMPFLY XXXXX6042 IL | $3,000.00 | | $309,191.48 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $110.31 | | $312,191.48 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $294.56 | | $312,301.79 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * LAGERSMITH HTTPSWWW.LA MN | $1,395.00 | | $312,596.35 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $533.40 | | $313,991.35 |
| 07/26/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $926.11 | | $314,524.75 |
| 07/26/2021 | CORPORATE ACH 025BIWWELE260YS SIP MARGS AP VERIFY | | $0.01 | $315,450.86 |
| 07/26/2021 | CORPORATE ACH 535127348 FINESTKIND BREWI SENDER | | $57,760.82 | $315,450.85 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/26/2021 | DEBIT CARD CREDIT 6008994009 VIS 0724 BERLIN PACKAGING XXXXX9292 IL | | $3,500.00 | $257,690.03 |
| 07/23/2021 | CHECK 10209 085177693 | $358.45 | | $254,190.03 |
| 07/23/2021 | CHECK 1154 085168906 | $4,440.00 | | $254,548.48 |
| 07/23/2021 | CHECK 1021 085295749 | $2,895.26 | | $258,988.48 |
| 07/23/2021 | CHECK 1018 085153821 | $119.09 | | $261,883.74 |
| 07/23/2021 | CHECK 1015 084855261 | $205.60 | | $262,002.83 |
| 07/23/2021 | CORPORATE ACH 1106922 PAYEREXPRESS WEB PAY | $23,196.23 | | $262,208.43 |
| 07/23/2021 | RECURRING DEBIT CARD XXXXX3204 Hubspot Inc XXXXX2776 MA | $375.00 | | $285,404.66 |
| 07/23/2021 | RECURRING DEBIT CARD XXXXX3204 Hubspot Inc XXXXX2776 MA | $4,453.74 | | $285,779.66 |
| 07/23/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | | $290,233.40 |
| 07/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BERLIN PACKAGING XXXXX9292 IL | $3,954.66 | | $290,996.60 |
| 07/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $473.71 | | $294,951.26 |
| 07/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $189.98 | | $295,424.97 |
| 07/23/2021 | WIRE TRANSFER IN 217NJ22111GG23NZ REF:20210723MMQFMPH5000016 8612111541 ORIG :SPLINT LLC 9000399968 YRREF:217NJ22111GG23NZ | | $150,000.00 | $295,614.95 |
| 07/22/2021 | CHECK 10146 084543345 | $918.79 | | $145,614.95 |
| 07/22/2021 | CHECK 10036 084545957 | $1,393.69 | | $146,533.74 |
| 07/22/2021 | CHECK 1190 084545958 | $1,295.74 | | $147,927.43 |
| 07/22/2021 | CHECK 1153 084546039 | $2,165.44 | | $149,223.17 |
| 07/22/2021 | CHECK 1158 084339539 | $979.08 | | $151,388.61 |
| 07/22/2021 | CHECK 10149 084318584 | $1,317.46 | | $152,367.69 |
| 07/22/2021 | POS PURCHASE POS06585302 1090215 BEST BUY 1395 QUAKERTOWN PA | $667.79 | | $153,685.15 |
| 07/22/2021 | WIRE TRANSFER OUT MDDGHANCG XXX1336 REF:0722MMQFMPNB002777 BEN:Greenfield Global 1853114880 YRREF:202107939589 BENBK:COMERICA BANK 072000096 PNC:217MD1336DGHANCG | $24,885.00 | | $154,352.94 |
| 07/22/2021 | ACH TELSINGLE XXXXX8513 ACI PAYMENTS INC ACI ALLYFI | $846.93 | | $179,237.94 |
| 07/22/2021 | CORPORATE ACH (800) 485-1880 LEASING SERVICES CASH TRANS | $865.65 | | $180,084.87 |
| 07/22/2021 | ACH DEBIT 239083 07162021 ASCENSUS TRUST RET PLAN | $1,768.31 | | $180,950.52 |
| 07/22/2021 | CORPORATE ACH 455493200 COMMWLTHOFPA INT PASTSALETX | $15,086.43 | | $182,718.83 |
| 07/22/2021 | RECURRING DEBIT CARD XXXXX3203 LINKEDINXXXXX5424 LNKDINBIL CA | $84.79 | | $197,805.26 |
| 07/22/2021 | RECURRING DEBIT CARD XXXXX3203 LINKEDINXXXXX7224 LNKDINBIL CA | $249.21 | | $197,890.05 |
| 07/22/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $560.64 | | $198,139.26 |
| 07/22/2021 | RECURRING DEBIT CARD XXXXX3203 LINKEDINXXXXX8384 LNKDINBIL CA | $127.15 | | $198,699.90 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/22/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,682.18 | | $198,827.05 |
| 07/22/2021 | ONLINE TRANSFER FROM XXXXX0136 | | $7,100.00 | $200,509.23 |
| 07/22/2021 | ONLINE TRANSFER FROM XXXXX9987 | | $24,500.00 | $193,409.23 |
| 07/22/2021 | ONLINE TRANSFER FROM XXXXX0056 | | $9,300.00 | $168,909.23 |
| 07/21/2021 | CHECK 10204 084046323 | $793.90 | | $159,609.23 |
| 07/21/2021 | CHECK 1155 084052384 | $6,999.45 | | $160,403.13 |
| 07/21/2021 | DEBIT CARD PURCHASE XXXXX7743 WWW.SPEAKEASYCO.COM HTTPSWWW.SP CA | $68.98 | | $167,402.58 |
| 07/21/2021 | DEBIT CARD PURCHASE XXXXX7743 ULTRA PURE LLC XXXXX6789 CT | $1,010.00 | | $167,471.56 |
| 07/21/2021 | RECURRING DEBIT CARD XXXXX3202 LinkedIn XXXXX3703 XXXXX5653 CA | $1,526.28 | | $168,481.56 |
| 07/21/2021 | DEBIT CARD PURCHASE XXXXX7743 BERLIN PACKAGING XXXXX9292 IL | $3,500.00 | | $170,007.84 |
| 07/21/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $5,515.18 | | $173,507.84 |
| 07/21/2021 | TEL XXXXX2302 0058 TRANSFER FROM XXXXXX5876 | | $25,857.67 | $179,023.02 |
| 07/21/2021 | ONLINE TRANSFER FROM XXXXX0056 | | $12,000.00 | $153,165.35 |
| 07/20/2021 | CHECK 1008 083438079 | $924.50 | | $141,165.35 |
| 07/20/2021 | CHECK 1006 071221515 | $134.97 | | $142,089.85 |
| 07/20/2021 | CHECK 1003 083065038 | $2,371.75 | | $142,224.82 |
| 07/20/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | | $144,596.57 |
| 07/20/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $265.00 | | $145,359.77 |
| 07/20/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $533.20 | | $145,624.77 |
| 07/19/2021 | CHECK 10210 086654029 | $851.40 | | $146,157.97 |
| 07/19/2021 | CHECK 10205 086838398 | $539.35 | | $147,009.37 |
| 07/19/2021 | CHECK 10182 086810901 | $1,038.93 | | $147,548.72 |
| 07/19/2021 | CHECK 10145 086655260 | $1,464.28 | | $148,587.65 |
| 07/19/2021 | CHECK 10136 086705378 | $1,246.19 | | $150,051.93 |
| 07/19/2021 | CHECK 10128 086655101 | $1,165.81 | | $151,298.12 |
| 07/19/2021 | CHECK 1013 086711953 | $1,065.47 | | $152,463.93 |
| 07/19/2021 | CHECK 1005 086617263 | $1,087.03 | | $153,529.40 |
| 07/19/2021 | CHECK 10177 086442839 | $3,420.32 | | $154,616.43 |
| 07/19/2021 | CHECK 1193 086381998 | $161.12 | | $158,036.75 |
| 07/19/2021 | CHECK 1012 086382079 | $788.87 | | $158,197.87 |
| 07/19/2021 | CHECK 10152 086264233 | $1,635.83 | | $158,986.74 |
| 07/19/2021 | CHECK 10208 086055414 | $433.88 | | $160,622.57 |
| 07/19/2021 | CHECK 10153 086160245 | $983.30 | | $161,056.45 |
| 07/19/2021 | CHECK 10144 086053427 | $903.78 | | $162,039.75 |
| 07/19/2021 | CHECK 10055 086111729 | $223.62 | | $162,943.53 |
| 07/19/2021 | CHECK 10021 086159330 | $1,840.66 | | $163,167.15 |
| 07/19/2021 | CHECK 10020 086159329 | $1,455.66 | | $165,007.81 |
| 07/19/2021 | CORPORATE ACH 16206833881 VCFS CW | $729.64 | | $166,463.47 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/19/2021 | ACH DEBIT 2NCJLDR0UOTT5EZ HONDA PMT XXXXX9939 | $774.60 | $167,193.11 |
| 07/19/2021 | CHECK 10169 052032982 | $885.25 | $167,967.71 |
| 07/19/2021 | CHECK 10155 052032979 | $1,046.68 | $168,852.96 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $277.55 | $169,899.64 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $94.10 | $170,177.19 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ROBERTS OXYGEN CO BR 0 XXXXX3433 MD | $4,728.40 | $170,271.29 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ULTRA PURE LLC XXXXX6789 CT | $530.00 | $174,999.69 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $612.68 | $175,529.69 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | $176,142.37 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $535.40 | $176,905.57 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ROBERTS OXYGEN CO BR 0 XXXXX3433 MD | $5,493.00 | $177,440.97 |
| 07/19/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $937.39 | $182,933.97 |
| 07/19/2021 | CASHED CHECK 10200 049051218 | $903.27 | $183,871.36 |
| 07/16/2021 | CHECK 10207 085650400 | $794.55 | $184,774.63 |
| 07/16/2021 | CHECK 10206 085669935 | $882.28 | $185,569.18 |
| 07/16/2021 | CHECK 10203 085650307 | $763.79 | $186,451.46 |
| 07/16/2021 | CHECK 10154 085685457 | $1,011.34 | $187,215.25 |
| 07/16/2021 | CHECK 10134 085658846 | $1,073.51 | $188,226.59 |
| 07/16/2021 | CHECK 10095 085650280 | $854.94 | $189,300.10 |
| 07/16/2021 | CHECK 10150 075878080 | $1,120.41 | $190,155.04 |
| 07/16/2021 | CHECK 1004 085398736 | $17,998.74 | $191,275.45 |
| 07/16/2021 | CHECK 1157 085289610 | $997.68 | $209,274.19 |
| 07/16/2021 | CORPORATE ACH 0000 EXCISE TAX RETUR PAYMENT | $23,426.82 | $210,271.87 |
| 07/16/2021 | CORPORATE ACH 1121 PAYSOURCE IMPOUND | $59,302.54 | $233,698.69 |
| 07/16/2021 | DEBIT CARD PURCHASE XXXXX7743 UPS00000015X87R271 XXXXX1648 GA | $396.30 | $293,001.23 |
| 07/16/2021 | DEBIT CARD PURCHASE XXXXX7743 STAPLES DIRECT XXXXX3330 MA | $128.97 | $293,397.53 |
| 07/16/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $5,000.00 | $293,526.50 |
| 07/16/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,612.36 | $298,526.50 |
| 07/15/2021 | CHECK 1194 084803253 | $33.16 | $300,138.86 |
| 07/15/2021 | WIRE TRANSFER OUT FHAFIMO XXXXX3153 | $10,659.00 | $300,172.02 |
| 07/15/2021 | CHECK 10035 084723257 | $963.88 | $310,831.02 |
| 07/15/2021 | CHECK 1187 084723251 | $1,579.33 | $311,794.90 |
| 07/15/2021 | CHECK 1002 084662298 | $3,215.20 | $313,374.23 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/15/2021 | CORPORATE ACH 455493200 MIDNIGHT MADNESS PAYROLL | $112,844.80 | | $316,589.43 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 EXXONMOBIL 47756150 QUAKERTOWN PA | $60.15 | | $429,434.23 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 EXXONMOBIL 47756150 QUAKERTOWN PA | $100.00 | | $429,494.38 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 EXXONMOBIL 47756150 QUAKERTOWN PA | $100.00 | | $429,594.38 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 EXXONMOBIL 47756150 QUAKERTOWN PA | $100.00 | | $429,694.38 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $545.47 | | $429,794.38 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $456.44 | | $430,339.85 |
| 07/15/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $203.29 | | $430,796.29 |
| 07/15/2021 | DEPOSIT XXXXX9417 | | $85,000.00 | $430,999.58 |
| 07/14/2021 | CHECK 10081 084581887 | $1,581.89 | | $345,999.58 |
| 07/14/2021 | CHECK 10091 084313195 | $909.03 | | $347,581.47 |
| 07/14/2021 | DEBIT CARD PURCHASE XXXXX7743 City Ctr Self Storage PITTSBURGH PA | $1,281.61 | | $348,490.50 |
| 07/14/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | | $349,772.11 |
| 07/14/2021 | DEBIT CARD PURCHASE XXXXX7743 AMZN Mktp US*293UR2WI0 Amzn.com/bi WA | $279.48 | | $350,535.31 |
| 07/14/2021 | DEBIT CARD PURCHASE XXXXX7743 AMZN Mktp US*298R47KF2 Amzn.com/bi WA | $45.53 | | $350,814.79 |
| 07/14/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $551.54 | | $350,860.32 |
| 07/13/2021 | CHECK 10079 083848115 | $1,611.79 | | $351,411.86 |
| 07/13/2021 | CHECK 10072 084060568 | $1,217.81 | | $353,023.65 |
| 07/13/2021 | CHECK 10054 083833860 | $932.03 | | $354,241.46 |
| 07/13/2021 | CHECK 10014 083836416 | $1,636.27 | | $355,173.49 |
| 07/13/2021 | CHECK 1196 084075138 | $5,000.00 | | $356,809.76 |
| 07/13/2021 | CHECK 1156 084048836 | $500.00 | | $361,809.76 |
| 07/13/2021 | CHECK 1197 083734244 | $483.41 | | $362,309.76 |
| 07/13/2021 | CORPORATE ACH 1093025 PAYEREXPRESS WEB PAY | $13,078.02 | | $362,793.17 |
| 07/13/2021 | POS PURCHASE POS06585302 1020232 BEST BUY 1395 QUAKERTOWN PA | $74.19 | | $375,871.19 |
| 07/12/2021 | CHECK 083156969 | $2,500.00 | | $375,945.38 |
| 07/12/2021 | CHECK 10013 083103299 | $1,238.13 | | $378,445.38 |
| 07/12/2021 | CHECK 10007 083152016 | $610.88 | | $379,683.51 |
| 07/12/2021 | CHECK 1198 083152024 | $1,377.37 | | $380,294.39 |
| 07/12/2021 | CHECK 1195 083152023 | $1,804.00 | | $381,671.76 |
| 07/12/2021 | CHECK 1183 083152025 | $1,212.90 | | $383,475.76 |
| 07/12/2021 | CHECK 1151 083156968 | $2,500.00 | | $384,688.66 |
| 07/12/2021 | WIRE TRANSFER OUT AGCYICU XXXXX0205 | $2,999.00 | | $387,188.66 |
| 07/12/2021 | WIRE TRANSFER OUT AGGOIR | $18,933.81 | | $390,187.66 |

XXXXXX7178

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/12/2021 | CHECK 10032 077049880 | $1,569.10 | | $409,121.47 |
| 07/12/2021 | ACH TELSINGLE XXXXX9571 VCFS CW IMMEDIAT BILL PAY | $749.64 | | $410,690.57 |
| 07/12/2021 | CORPORATE ACH LA126156 ISUZU FINANCE CBPLACCD | $1,574.18 | | $411,440.21 |
| 07/12/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | | $413,014.39 |
| 07/12/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $530.41 | | $413,777.59 |
| 07/12/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $925.91 | | $414,308.00 |
| 07/12/2021 | PNC BANK PHL LOAN PMTS XXXXX4923 | $5,674.17 | | $415,233.91 |
| 07/12/2021 | PNC BANK PHL LOAN PMTS XXXXX4923 | $9,035.19 | | $420,908.08 |
| 07/12/2021 | ATM DEPOSIT 83343841 DEPOSIT 3230 BRIDGE AVE POINT PLEASA NJ | | $160,000.00 | $429,943.27 |
| 07/09/2021 | CHECK 10088 L086075674 | $262.61 | | $269,943.27 |
| 07/09/2021 | CHECK 10006 086119310 | $1,837.43 | | $270,205.88 |
| 07/09/2021 | CHECK 1199 086143125 | $1,837.72 | | $272,043.31 |
| 07/09/2021 | CHECK 10085 085810227 | $1,857.15 | | $273,881.03 |
| 07/09/2021 | N0709 7743 PAYMENT POSV001318 1188977 ACI ALLYFI NEW YORK NY | $905.71 | | $275,738.18 |
| 07/09/2021 | N0709 7743 PAYMENT POS40782099 1188976 PA COURTS PENFCR009347 PA | $156.75 | | $276,643.89 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 COURT40 PAYMENT XXXXX7000 DE | $21.50 | | $276,800.64 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 RS HUGHES CO INC XXXXX3183 CA | $1,104.01 | | $276,822.14 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * AMERICAN CANNING HTTPSAMERIC TX | $1,745.84 | | $277,926.15 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 LEAPIN LIZARDS LABELS XXXXX0850 CO | $801.35 | | $279,671.99 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $3,521.82 | | $280,473.34 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $881.92 | | $283,995.16 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $2,282.63 | | $284,877.08 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 US COMPLIANCE SERVICES XXXXX5003 ID | $1,235.00 | | $287,159.71 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $533.69 | | $288,394.71 |
| 07/09/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,795.86 | | $288,928.40 |
| 07/09/2021 | CORPORATE ACH 532761320 FINESTKIND BREWI SENDER | | $3,780.00 | $290,724.26 |
| 07/09/2021 | MISSING SIGNATURE RETURN CK XXXXX0010 | | $2,165.44 | $286,944.26 |
| 07/08/2021 | #06911 1T825937 CHK ORDER HARLAND CLARKE | $360.72 | | $284,778.82 |
| 07/08/2021 | CHECK 10103 085470817 | $568.18 | | $285,139.54 |
| 07/08/2021 | CHECK 10023 085470793 | $1,723.53 | | $285,707.72 |
| 07/08/2021 | CHECK 10010 085470941 | $2,165.44 | | $287,431.25 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| 07/08/2021 | CHECK 10008 085493536 | $1,603.49 | | $289,596.69 |
| 07/08/2021 | CHECK 1191 085487508 | $4,930.00 | | $291,200.18 |
| 07/08/2021 | CHECK 1 085470800 | $9,750.42 | | $296,130.18 |
| 07/08/2021 | CHECK 1178 075059163 | $1,738.00 | | $305,880.60 |
| 07/08/2021 | POS PURCHASE POS06585302 1040967 BEST BUY 1395 QUAKERTOWN PA | $349.79 | | $307,618.60 |
| 07/08/2021 | POS PURCHASE POS06585302 1040968 BEST BUY 1395 QUAKERTOWN PA | $413.38 | | $307,968.39 |
| 07/08/2021 | CHECK 10084 085070001 | $1,063.60 | | $308,381.77 |
| 07/08/2021 | DEBIT CARD PURCHASE XXXXX7743 CHIPOTLE ONLINE CHIPOTLE.CO CA | $186.56 | | $309,445.37 |
| 07/08/2021 | DEBIT CARD PURCHASE XXXXX7743 BEARING AND DRIVE SOLU XXXXX0938 PA | $201.44 | | $309,631.93 |
| 07/08/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | | $309,833.37 |
| 07/08/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $536.70 | | $310,596.57 |
| 07/07/2021 | CHECK 10102 084800016 | $971.23 | | $311,133.27 |
| 07/07/2021 | CHECK 10067 085034731 | $1,136.67 | | $312,104.50 |
| 07/07/2021 | CHECK 10060 084798497 | $712.95 | | $313,241.17 |
| 07/07/2021 | CHECK 10045 084851313 | $1,040.25 | | $313,954.12 |
| 07/07/2021 | CHECK 10030 085012549 | $2,223.58 | | $314,994.37 |
| 07/07/2021 | CHECK 1192 084807039 | $4,070.00 | | $317,217.95 |
| 07/07/2021 | CHECK 10059 084395107 | $1,087.33 | | $321,287.95 |
| 07/07/2021 | CHECK 10041 084377183 | $3,803.41 | | $322,375.28 |
| 07/07/2021 | CHECK 1177 084402959 | $526.16 | | $326,178.69 |
| 07/07/2021 | RECURRING DEBIT CARD XXXXX3188 PHONE.COM 11854067 WWW.PHONE.C CA | $18.10 | | $326,704.85 |
| 07/07/2021 | DEBIT CARD PURCHASE XXXXX7743 QUICKBOOKSTIME XXXXX2720 ID | $1,113.00 | | $326,722.95 |
| 07/07/2021 | WIRE TRANSFER IN 2177E54258YB7TZQ | | $4,000.00 | $327,835.95 |
| 07/06/2021 | CHECK 10099 084025537 | $298.15 | | $323,835.95 |
| 07/06/2021 | CHECK 10090 084051681 | $1,193.35 | | $324,134.10 |
| 07/06/2021 | CHECK 10062 084033168 | $613.40 | | $325,327.45 |
| 07/06/2021 | CHECK 10052 084144973 | $1,157.08 | | $325,940.85 |
| 07/06/2021 | CHECK 10049 084232313 | $1,215.36 | | $327,097.93 |
| 07/06/2021 | CHECK 10046 084111154 | $1,103.81 | | $328,313.29 |
| 07/06/2021 | CHECK 10038 084297008 | $1,313.74 | | $329,417.10 |
| 07/06/2021 | CHECK 10026 084110637 | $3,866.05 | | $330,730.84 |
| 07/06/2021 | CHECK 10024 084041781 | $1,526.88 | | $334,596.89 |
| 07/06/2021 | CHECK 10019 084054619 | $1,865.46 | | $336,123.77 |
| 07/06/2021 | CHECK 10018 084030554 | $2,403.02 | | $337,989.23 |
| 07/06/2021 | CHECK 10017 084012244 | $1,816.65 | | $340,392.25 |
| 07/06/2021 | CHECK 10017 084012245 | $2,583.36 | | $342,208.90 |
| 07/06/2021 | CHECK 10005 084051637 | $1,115.36 | | $344,792.26 |
| 07/06/2021 | CHECK 1189 084144972 | $790.65 | | $345,907.62 |
| 07/06/2021 | CHECK 10009 083895335 | $936.73 | | $346,698.27 |
| 07/06/2021 | CHECK 10025 083751793 | $1,248.44 | | $347,635.00 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/06/2021 | CHECK 10001 083673788 | $947.58 | $348,883.44 |
| 07/06/2021 | CHECK 10076 083511699 | $4,166.97 | $349,831.02 |
| 07/06/2021 | CHECK 10050 083546614 | $1,600.86 | $353,997.99 |
| 07/06/2021 | CHECK 10012 083546433 | $949.72 | $355,598.85 |
| 07/06/2021 | CHECK 10092 L083437280 | $966.13 | $356,548.57 |
| 07/06/2021 | CHECK 10086 083441334 | $1,028.82 | $357,514.70 |
| 07/06/2021 | CHECK 10004 083438078 | $2,122.10 | $358,543.52 |
| 07/06/2021 | CHECK 10101 086878181 | $1,239.01 | $360,665.62 |
| 07/06/2021 | CHECK 10098 083279840 | $584.02 | $361,904.63 |
| 07/06/2021 | CHECK 10096 083004152 | $432.05 | $362,488.65 |
| 07/06/2021 | CHECK 10065 083384235 | $1,270.77 | $362,920.70 |
| 07/06/2021 | CHECK 10063 083284013 | $1,526.54 | $364,191.47 |
| 07/06/2021 | CHECK 10061 083156398 | $686.94 | $365,718.01 |
| 07/06/2021 | CORPORATE ACH 1121 PAYSOURCE IMPOUND | $57,741.39 | $366,404.95 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $763.20 | $424,146.34 |
| 07/06/2021 | CHECK 10074 049002156 | $749.38 | $424,909.54 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $537.60 | $425,658.92 |
| 07/06/2021 | CHECK 10068 049002119 | $1,492.27 | $426,196.52 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * LAGERSMITH HTTPSWWW.LA MN | $1,395.00 | $427,688.79 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 ALLIED ELECTRONICS INC XXXXX5700 TX | $326.40 | $429,083.79 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 BERGEYS TRUCK CENTER XXXXX3431 PA | $654.99 | $429,410.19 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 BERGEYS TRUCK CENTER XXXXX3431 PA | $596.51 | $430,065.18 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 GOOGLE GSUITEmmdisti XXXXX0000 CA | $588.51 | $430,661.69 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 GOOGLE*GSUITE MMDISTIL SUPPORT.GOO CA | $588.51 | $431,250.20 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 BECBUYBANNERONLINE XXXXX4849 MN | $49.00 | $431,838.71 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 IN CODI MANUFACTURING XXXXX1542 CO | $3,365.11 | $431,887.71 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $508.92 | $435,252.82 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $682.64 | $435,761.74 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $929.14 | $436,444.38 |
| 07/06/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $937.79 | $437,373.52 |
| 07/06/2021 | CASHED CHECK 10047 047949352 | $1,362.62 | $438,311.31 |
| 07/06/2021 | CASHED CHECK 10100 047261363 | $584.55 | $439,673.93 |
| 07/02/2021 | CHECK 086624003 | $1,171.96 | $440,258.48 |
| 07/02/2021 | CHECK 086681674 | $5,818.60 | $441,430.44 |
| 07/02/2021 | CHECK 10094 086661911 | $841.20 | $447,249.04 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/02/2021 | CHECK 10093 086624002 | $3,002.97 | $448,090.24 |
| 07/02/2021 | CHECK 10089 086668240 | $1,987.16 | $451,093.21 |
| 07/02/2021 | CHECK 10087 L086661511 | $1,125.94 | $453,080.37 |
| 07/02/2021 | CHECK 10083 086865875 | $1,767.04 | $454,206.31 |
| 07/02/2021 | CHECK 10082 086674273 | $842.06 | $455,973.35 |
| 07/02/2021 | CHECK 10080 086674299 | $1,082.49 | $456,815.41 |
| 07/02/2021 | CHECK 10073 086674437 | $1,083.20 | $457,897.90 |
| 07/02/2021 | CHECK 10071 086693340 | $1,147.24 | $458,981.10 |
| 07/02/2021 | CHECK 10069 070180607 | $1,147.11 | $460,128.34 |
| 07/02/2021 | CHECK 10066 086866028 | $1,500.72 | $461,275.45 |
| 07/02/2021 | CHECK 10064 086668230 | $1,355.46 | $462,776.17 |
| 07/02/2021 | CHECK 10058 086674295 | $902.31 | $464,131.63 |
| 07/02/2021 | CHECK 10057 086681717 | $476.82 | $465,033.94 |
| 07/02/2021 | CHECK 10056 086674436 | $384.54 | $465,510.76 |
| 07/02/2021 | CHECK 10051 086681742 | $984.48 | $465,895.30 |
| 07/02/2021 | CHECK 10044 086788171 | $1,341.33 | $466,879.78 |
| 07/02/2021 | CHECK 10043 086668296 | $1,770.03 | $468,221.11 |
| 07/02/2021 | CHECK 10042 086693865 | $934.12 | $469,991.14 |
| 07/02/2021 | CHECK 10040 086602439 | $931.50 | $470,925.26 |
| 07/02/2021 | CHECK 10039 086710042 | $1,586.41 | $471,856.76 |
| 07/02/2021 | CHECK 10037 086865795 | $1,539.65 | $473,443.17 |
| 07/02/2021 | CHECK 10034 086785645 | $2,539.27 | $474,982.82 |
| 07/02/2021 | CHECK 10033 L086621195 | $623.90 | $477,522.09 |
| 07/02/2021 | CHECK 10031 086655189 | $1,863.42 | $478,145.99 |
| 07/02/2021 | CHECK 10027 086668239 | $949.67 | $480,009.41 |
| 07/02/2021 | CHECK 10022 086674304 | $1,844.48 | $480,959.08 |
| 07/02/2021 | CHECK 10015 086681724 | $1,262.07 | $482,803.56 |
| 07/02/2021 | CHECK 10011 086668231 | $758.63 | $484,065.63 |
| 07/02/2021 | CHECK 10000 086668241 | $3,139.61 | $484,824.26 |
| 07/02/2021 | CHECK 1185 086621194 | $892.29 | $487,963.87 |
| 07/02/2021 | CHECK 1184 086668238 | $1,568.92 | $488,856.16 |
| 07/02/2021 | CHECK 1181 086668295 | $1,792.72 | $490,425.08 |
| 07/02/2021 | CHECK 1179 086788170 | $285.55 | $492,217.80 |
| 07/02/2021 | CHECK 10070 077875841 | $952.41 | $492,503.35 |
| 07/02/2021 | CHECK 10048 077873131 | $1,130.14 | $493,455.76 |
| 07/02/2021 | CHECK 10075 086404770 | $622.45 | $494,585.90 |
| 07/02/2021 | CHECK 10053 052885532 | $1,137.89 | $495,208.35 |
| 07/02/2021 | CHECK 10003 086372921 | $2,513.28 | $496,346.24 |
| 07/02/2021 | CHECK 10002 086372919 | $1,071.14 | $498,859.52 |
| 07/02/2021 | CHECK 10078 077513390 | $1,021.28 | $499,930.66 |
| 07/02/2021 | CHECK 10077 077516240 | $1,665.22 | $500,951.94 |
| 07/02/2021 | WIRE TRANSFER OUT HGACBTF XXXXX2528 | $19,050.00 | $502,617.16 |
| 07/02/2021 | ACH WEBSINGLE XXXXX8347 UTICA MUTUAL INS CSR PAY | $4,751.00 | $521,667.16 |
| 07/02/2021 | DEBIT CARD PURCHASE XXXXX7743 | $763.20 | $526,418.16 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | ZIPRECRUITER INC XXXXX5493 CA | | | |
| 07/02/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $712.32 | | $527,181.36 |
| 07/02/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $2,379.91 | | $527,893.68 |
| 07/02/2021 | CASHED CHECK 10028 052885546 | $2,003.43 | | $530,273.59 |
| 07/02/2021 | CASHED CHECK 10029 052885512 | $2,473.78 | | $532,277.02 |
| 07/02/2021 | DEPOSIT XXXXX0401 | | $75,000.00 | $534,750.80 |
| 07/02/2021 | TEL XXXXX2302 0003 TRANSFER FROM XXXXXX5876 | | $87,183.09 | $459,750.80 |
| 07/01/2021 | CHECK 1176 085701054 | $36.41 | | $372,567.71 |
| 07/01/2021 | CORPORATE ACH 1080424 PAYEREXPRESS WEB PAY | $23,267.69 | | $372,604.12 |
| 07/01/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $1,256.61 | | $395,871.81 |