4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss # ████1541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 397,128.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 351 items** | | | | | | |
| Paycheck | 06/04/2021 | 1190 | Stephanie A Gehman | X | -1,295.74 | -1,295.74 |
| Paycheck | 06/04/2021 | 1183a | Kellyn Neville | X | -1,117.90 | -2,413.64 |
| Bill Pmt -Check | 06/13/2021 | 1197 | Comcast | X | -483.41 | -2,897.05 |
| Paycheck | 06/17/2021 | 1187 | Seth E Mallonee | X | -1,579.33 | -4,476.38 |
| Paycheck | 06/17/2021 | 1184 | Michaela Wieand | X | -1,568.92 | -6,045.30 |
| Paycheck | 06/17/2021 | 1198 | Kellyn Neville | X | -1,281.87 | -7,327.17 |
| Paycheck | 06/17/2021 | 1185 | Samantha Tilley | X | -892.29 | -8,219.46 |
| Paycheck | 06/17/2021 | 1179 | Gabriell Barnard | X | -270.55 | -8,490.01 |
| Bill Pmt -Check | 06/23/2021 | 1008 | Precision Solutions I… | X | -924.50 | -9,414.51 |
| Bill Pmt -Check | 06/24/2021 | 1011 | City Of Philadelphia | X | -76.00 | -9,490.51 |
| Check | 06/30/2021 | 0 | Finland Leasing | X | -9,750.42 | -19,240.93 |
| Bill Pmt -Check | 06/30/2021 | 1155 | Derstine's Inc | X | -6,999.45 | -26,240.38 |
| Check | 06/30/2021 | 00 | 300 Commerce Driv… | X | -5,818.60 | -32,058.98 |
| Bill Pmt -Check | 06/30/2021 | DEBIT | Roberts Oxygen Co… | X | -5,493.00 | -37,551.98 |
| Check | 07/01/2021 | | PNC Equipment Fin… | X | -23,267.69 | -60,819.67 |
| Bill Pmt -Check | 07/01/2021 | 1196 | DPG Management | X | -5,000.00 | -65,819.67 |
| Check | 07/01/2021 | | Uline Ship supply | X | -1,256.61 | -67,076.28 |
| Check | 07/01/2021 | Temp | James J Russo | X | -1,171.96 | -68,248.24 |
| Bill Pmt -Check | 07/02/2021 | WIRE | Ultra Pure LLC | X | -19,050.00 | -87,298.24 |
| Check | 07/02/2021 | | | X | -4,751.00 | -92,049.24 |
| Check | 07/02/2021 | 10000 | | X | -3,139.61 | -95,188.85 |
| Check | 07/02/2021 | 10093 | | X | -3,002.97 | -98,191.82 |
| Check | 07/02/2021 | 10034 | | X | -2,539.27 | -100,731.09 |
| Check | 07/02/2021 | 10003 | | X | -2,513.28 | -103,244.37 |
| Check | 07/02/2021 | 10029 | | X | -2,473.78 | -105,718.15 |
| Check | 07/02/2021 | | Uline Ship supply | X | -2,379.91 | -108,098.06 |
| Check | 07/02/2021 | 10028 | | X | -2,003.43 | -110,101.49 |
| Check | 07/02/2021 | 10089 | | X | -1,987.16 | -112,088.65 |
| Check | 07/02/2021 | 10031 | | X | -1,863.42 | -113,952.07 |
| Check | 07/02/2021 | 10022 | | X | -1,844.48 | -115,796.55 |
| Check | 07/02/2021 | 1181 | Eric Force | X | -1,792.72 | -117,589.27 |
| Check | 07/02/2021 | 10043 | | X | -1,770.03 | -119,359.30 |
| Check | 07/02/2021 | 10083 | | X | -1,767.04 | -121,126.34 |
| Check | 07/02/2021 | 10077 | | X | -1,665.22 | -122,791.56 |
| Check | 07/02/2021 | 10039 | | X | -1,586.41 | -124,377.97 |
| Check | 07/02/2021 | 10037 | | X | -1,539.65 | -125,917.62 |
| Check | 07/02/2021 | 10066 | | X | -1,500.72 | -127,418.34 |
| Check | 07/02/2021 | 10064 | | X | -1,355.46 | -128,773.80 |
| Check | 07/02/2021 | 10044 | | X | -1,341.33 | -130,115.13 |
| Check | 07/02/2021 | 10015 | | X | -1,262.07 | -131,377.20 |
| Check | 07/02/2021 | 10071 | | X | -1,147.24 | -132,524.44 |
| Check | 07/02/2021 | 10069 | | X | -1,147.11 | -133,671.55 |
| Check | 07/02/2021 | 10053 | | X | -1,137.89 | -134,809.44 |
| Check | 07/02/2021 | 10048 | | X | -1,130.14 | -135,939.58 |
| Check | 07/02/2021 | 10087 | | X | -1,125.94 | -137,065.52 |
| Check | 07/02/2021 | 10073 | | X | -1,083.20 | -138,148.72 |
| Check | 07/02/2021 | 10080 | | X | -1,082.49 | -139,231.21 |
| Check | 07/02/2021 | 10002 | | X | -1,071.14 | -140,302.35 |
| Check | 07/02/2021 | 10078 | | X | -1,021.28 | -141,323.63 |
| Check | 07/02/2021 | 10051 | | X | -984.48 | -142,308.11 |
| Check | 07/02/2021 | 10070 | | X | -952.41 | -143,260.52 |
| Check | 07/02/2021 | 10027 | | X | -949.67 | -144,210.19 |
| Check | 07/02/2021 | 10042 | | X | -934.12 | -145,144.31 |
| Check | 07/02/2021 | 10040 | | X | -931.50 | -146,075.81 |
| Check | 07/02/2021 | 10058 | | X | -902.31 | -146,978.12 |
| Check | 07/02/2021 | 10082 | | X | -842.06 | -147,820.18 |
| Check | 07/02/2021 | 10094 | | X | -841.20 | -148,661.38 |
| Check | 07/02/2021 | | Recruiting Expense | X | -763.20 | -149,424.58 |
| Check | 07/02/2021 | 10011 | | X | -758.63 | -150,183.21 |
| Check | 07/02/2021 | | Recruiting Expense | X | -712.32 | -150,895.53 |
| Check | 07/02/2021 | 10033 | | X | -623.90 | -151,519.43 |
| Check | 07/02/2021 | 10075 | | X | -622.45 | -152,141.88 |
| Check | 07/02/2021 | 10057 | | X | -476.82 | -152,618.70 |
| Check | 07/02/2021 | 10056 | | X | -384.54 | -153,003.24 |
| Bill Pmt -Check | 07/02/2021 | 1006 | HAB-BLT | X | -134.97 | -153,138.21 |

Page 1

4:22 PM  
08/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #      1541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/03/2021 | DEBIT | UPS | X | -396.30 | -153,534.51 |
| Check | 07/06/2021 | | | X | -57,741.39 | -211,275.90 |
| Bill Pmt -Check | 07/06/2021 | 1191 | Elysse Ricci | X | -4,930.00 | -216,205.90 |
| Check | 07/06/2021 | 10076 | | X | -4,166.97 | -220,372.87 |
| Bill Pmt -Check | 07/06/2021 | 1192 | Landis Pallet & Box ... | X | -4,070.00 | -224,442.87 |
| Check | 07/06/2021 | 10026 | | X | -3,866.05 | -228,308.92 |
| Check | 07/06/2021 | | | X | -3,365.11 | -231,674.03 |
| Check | 07/06/2021 | 10017 | | X | -2,583.36 | -234,257.39 |
| Check | 07/06/2021 | 10018 | | X | -2,403.02 | -236,660.41 |
| Check | 07/06/2021 | 10004 | | X | -2,122.10 | -238,782.51 |
| Check | 07/06/2021 | 10019 | | X | -1,865.46 | -240,647.97 |
| Check | 07/06/2021 | 10017 | | X | -1,816.65 | -242,464.62 |
| Check | 07/06/2021 | 10050 | | X | -1,600.86 | -244,065.48 |
| Check | 07/06/2021 | 10024 | | X | -1,526.88 | -245,592.36 |
| Check | 07/06/2021 | 10063 | | X | -1,526.54 | -247,118.90 |
| Check | 07/06/2021 | 10068 | | X | -1,492.27 | -248,611.17 |
| Check | 07/06/2021 | | Lagersmith | X | -1,395.00 | -250,006.17 |
| Check | 07/06/2021 | 10047 | | X | -1,362.62 | -251,368.79 |
| Check | 07/06/2021 | 10038 | | X | -1,313.74 | -252,682.53 |
| Check | 07/06/2021 | 10065 | | X | -1,270.77 | -253,953.30 |
| Check | 07/06/2021 | 10025 | | X | -1,248.44 | -255,201.74 |
| Check | 07/06/2021 | 10101 | | X | -1,239.01 | -256,440.75 |
| Check | 07/06/2021 | 10049 | | X | -1,215.36 | -257,656.11 |
| Check | 07/06/2021 | 10090 | | X | -1,193.35 | -258,849.46 |
| Check | 07/06/2021 | 10052 | | X | -1,157.08 | -260,006.54 |
| Check | 07/06/2021 | 10005 | | X | -1,115.36 | -261,121.90 |
| Check | 07/06/2021 | 10046 | | X | -1,103.81 | -262,225.71 |
| Check | 07/06/2021 | 10086 | | X | -1,028.82 | -263,254.53 |
| Check | 07/06/2021 | 10092 | | X | -966.13 | -264,220.66 |
| Check | 07/06/2021 | 10012 | | X | -949.72 | -265,170.38 |
| Check | 07/06/2021 | 10001 | | X | -947.58 | -266,117.96 |
| Check | 07/06/2021 | | Penske Truck Leasing | X | -937.79 | -267,055.75 |
| Check | 07/06/2021 | 10009 | | X | -936.73 | -267,992.48 |
| Check | 07/06/2021 | | Penske Truck Leasing | X | -929.14 | -268,921.62 |
| Check | 07/06/2021 | 1189 | | X | -790.65 | -269,712.27 |
| Check | 07/06/2021 | | Recruiting Expense | X | -763.20 | -270,475.47 |
| Check | 07/06/2021 | 10074 | | X | -749.38 | -271,224.85 |
| Check | 07/06/2021 | 10061 | | X | -686.94 | -271,911.79 |
| Check | 07/06/2021 | | Recruiting Expense | X | -682.64 | -272,594.43 |
| Check | 07/06/2021 | | | X | -654.99 | -273,249.42 |
| Check | 07/06/2021 | 10062 | | X | -613.40 | -273,862.82 |
| Check | 07/06/2021 | | | X | -596.51 | -274,459.33 |
| Check | 07/06/2021 | | | X | -588.51 | -275,047.84 |
| Check | 07/06/2021 | | | X | -588.51 | -275,636.35 |
| Check | 07/06/2021 | 10100 | | X | -584.55 | -276,220.90 |
| Check | 07/06/2021 | 10098 | | X | -584.02 | -276,804.92 |
| Check | 07/06/2021 | | Recruiting Expense | X | -537.60 | -277,342.52 |
| Check | 07/06/2021 | | Recruiting Expense | X | -508.92 | -277,851.44 |
| Check | 07/06/2021 | 10096 | | X | -432.05 | -278,283.49 |
| Check | 07/06/2021 | | | X | -326.40 | -278,609.89 |
| Check | 07/06/2021 | 10099 | | X | -298.15 | -278,908.04 |
| Check | 07/06/2021 | | | X | -49.00 | -278,957.04 |
| Bill Pmt -Check | 07/06/2021 | 1194 | Best Brands Incorpo... | X | -33.16 | -278,990.20 |
| Bill Pmt -Check | 07/07/2021 | 1004 | Express Employmen... | X | -17,998.74 | -296,988.94 |
| Check | 07/07/2021 | 10041 | | X | -3,803.41 | -300,792.35 |
| Bill Pmt -Check | 07/07/2021 | debit | Bucks Run Oil LLC | X | -2,282.63 | -303,074.98 |
| Check | 07/07/2021 | 10030 | | X | -2,223.58 | -305,298.56 |
| Check | 07/07/2021 | 10067 | | X | -1,136.67 | -306,435.23 |
| Check | 07/07/2021 | | | X | -1,113.00 | -307,548.23 |
| Check | 07/07/2021 | 10059 | | X | -1,087.33 | -308,635.56 |
| Check | 07/07/2021 | 10045 | | X | -1,040.25 | -309,675.81 |
| Check | 07/07/2021 | 10102 | | X | -971.23 | -310,647.04 |
| Bill Pmt -Check | 07/07/2021 | debit | Leapin Lizards Label... | X | -801.35 | -311,448.39 |
| Check | 07/07/2021 | 10060 | | X | -712.95 | -312,161.34 |
| Bill Pmt -Check | 07/07/2021 | DEBIT | CHIPOLTE | X | -186.56 | -312,347.90 |
| Check | 07/07/2021 | | | X | -18.10 | -312,366.00 |
| Bill Pmt -Check | 07/08/2021 | 1002 | Florida Distillers Co | X | -3,215.20 | -315,581.20 |
| Bill Pmt -Check | 07/08/2021 | KELLY | Plantation Candies | X | -2,500.00 | -318,081.20 |

4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
PNC Debtor in Poss # ▇▇▇▇11541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/08/2021 | 1153 | Casey S Parzych | X | -2,165.44 | -320,246.64 |
| Check | 07/08/2021 | 10023 |  | X | -1,723.53 | -321,970.17 |
| Check | 07/08/2021 | 10008 |  | X | -1,603.49 | -323,573.66 |
| Check | 07/08/2021 | 10084 |  | X | -1,063.60 | -324,637.26 |
| Check | 07/08/2021 |  | Recruiting Expense | X | -763.20 | -325,400.46 |
| Check | 07/08/2021 | 10103 |  | X | -568.18 | -325,968.64 |
| Check | 07/08/2021 |  | Recruiting Expense | X | -536.70 | -326,505.34 |
| Check | 07/08/2021 |  |  | X | -413.38 | -326,918.72 |
| Check | 07/08/2021 |  |  | X | -360.72 | -327,279.44 |
| Check | 07/08/2021 |  |  | X | -349.79 | -327,629.23 |
| Check | 07/08/2021 |  |  | X | -201.44 | -327,830.67 |
| Check | 07/09/2021 |  | Uline Ship supply | X | -3,521.82 | -331,352.49 |
| Check | 07/09/2021 | 10085 |  | X | -1,857.15 | -333,209.64 |
| Check | 07/09/2021 | 10006 |  | X | -1,837.43 | -335,047.07 |
| Check | 07/09/2021 |  | Penske Truck Leasing | X | -1,795.86 | -336,842.93 |
| Check | 07/09/2021 |  |  | X | -1,745.84 | -338,588.77 |
| Check | 07/09/2021 |  |  | X | -1,235.00 | -339,823.77 |
| Check | 07/09/2021 |  |  | X | -1,104.01 | -340,927.78 |
| Check | 07/09/2021 |  | Ally Paymt | X | -905.71 | -341,833.49 |
| Check | 07/09/2021 |  | Uline Ship supply | X | -881.92 | -342,715.41 |
| Check | 07/09/2021 |  | Recruiting Expense | X | -533.69 | -343,249.10 |
| Check | 07/09/2021 | 10088 |  | X | -262.61 | -343,511.71 |
| Check | 07/09/2021 |  |  | X | -156.75 | -343,668.46 |
| Check | 07/09/2021 |  |  | X | -21.50 | -343,689.96 |
| Bill Pmt -Check | 07/10/2021 | debit | Roberts Oxygen Co... | X | -4,728.40 | -348,418.36 |
| Bill Pmt -Check | 07/10/2021 | 1151 | Plantation Candies | X | -2,500.00 | -350,918.36 |
| Bill Pmt -Check | 07/10/2021 | 1199 | Asensus Trust Retir... | X | -1,837.72 | -352,756.08 |
| Bill Pmt -Check | 07/10/2021 | 1178 | Flaster Greenburg | X | -1,738.00 | -354,494.08 |
| Bill Pmt -Check | 07/10/2021 | 1177 | FIRST WESTERN E... | X | -526.16 | -355,020.24 |
| Bill Pmt -Check | 07/10/2021 | 1156 | BETTERMENT CLU... | X | -500.00 | -355,520.24 |
| Bill Pmt -Check | 07/12/2021 | wire | Ultra Pure LLC | X | -18,933.81 | -374,454.05 |
| Check | 07/12/2021 |  | PNC Equipment Fin... | X | -13,078.02 | -387,532.07 |
| Check | 07/12/2021 | ACH | PNC Bank | X | -9,035.19 | -396,567.26 |
| Check | 07/12/2021 | ACH | PNC Bank | X | -5,674.17 | -402,241.43 |
| Check | 07/12/2021 | ACH | Chipp Stubbs (T & ... | X | -2,999.00 | -405,240.43 |
| Check | 07/12/2021 | 1195 | Kellyn Neville | X | -1,804.00 | -407,044.43 |
| Check | 07/12/2021 | ACH | Isuzu Finance | X | -1,574.18 | -408,618.61 |
| Check | 07/12/2021 | 10032 |  | X | -1,569.10 | -410,187.71 |
| Check | 07/12/2021 | 10013 |  | X | -1,238.13 | -411,425.84 |
| Check | 07/12/2021 |  | Penske Truck Leasing | X | -925.91 | -412,351.75 |
| Check | 07/12/2021 |  | Recruiting Expense | X | -763.20 | -413,114.95 |
| Check | 07/12/2021 |  |  | X | -749.64 | -413,864.59 |
| Check | 07/12/2021 | 10007 |  | X | -610.88 | -414,475.47 |
| Check | 07/12/2021 |  | Recruiting Expense | X | -530.41 | -415,005.88 |
| Check | 07/12/2021 | 1198b | Kellyn Neville | X | -95.50 | -415,101.38 |
| Check | 07/12/2021 | 1183b | Kellyn Neville | X | -95.00 | -415,196.38 |
| Bill Pmt -Check | 07/13/2021 | 1003 | Dave B Plumbing an... | X | -2,371.75 | -417,568.13 |
| Check | 07/13/2021 | 10014 |  | X | -1,636.27 | -419,204.40 |
| Check | 07/13/2021 | 10079 |  | X | -1,611.79 | -420,816.19 |
| Check | 07/13/2021 | 10072 |  | X | -1,217.81 | -422,034.00 |
| Check | 07/13/2021 | 10054 |  | X | -932.03 | -422,966.03 |
| Check | 07/13/2021 |  |  | X | -74.19 | -423,040.22 |
| Bill Pmt -Check | 07/14/2021 | 1019 | IdeaStage Promotioi... | X | -2,824.13 | -425,864.35 |
| Check | 07/14/2021 | 10081 |  | X | -1,581.89 | -427,446.24 |
| Check | 07/14/2021 |  |  | X | -1,281.61 | -428,727.85 |
| Check | 07/14/2021 | 10091 |  | X | -909.03 | -429,636.88 |
| Check | 07/14/2021 |  | Recruiting Expense | X | -763.20 | -430,400.08 |
| Check | 07/14/2021 |  | Recruiting Expense | X | -551.54 | -430,951.62 |
| Check | 07/14/2021 |  |  | X | -279.48 | -431,231.10 |
| Check | 07/14/2021 |  |  | X | -45.53 | -431,276.63 |
| Check | 07/15/2021 |  |  | X | -112,844.80 | -544,121.43 |
| Bill Pmt -Check | 07/15/2021 | WIRE | Albatrans Inc | X | -10,659.00 | -554,780.43 |
| Check | 07/15/2021 | 10035 |  | X | -963.88 | -555,744.31 |
| Bill Pmt -Check | 07/15/2021 | 1012 | PATRICK THOMPS... | X | -788.87 | -556,533.18 |
| Check | 07/15/2021 |  | Recruiting Expense | X | -545.47 | -557,078.65 |
| Check | 07/15/2021 |  |  | X | -456.44 | -557,535.09 |
| Check | 07/15/2021 |  |  | X | -203.29 | -557,738.38 |
| Check | 07/15/2021 |  | Exxon gas station | X | -100.00 | -557,838.38 |

4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/15/2021 | | Exxon gas station | X | -100.00 | -557,938.38 |
| Check | 07/15/2021 | | Exxon gas station | X | -100.00 | -558,038.38 |
| Check | 07/15/2021 | | Exxon gas station | X | -60.15 | -558,098.53 |
| Bill Pmt -Check | 07/15/2021 | 1176 | ANDREW LYONS | X | -36.41 | -558,134.94 |
| Check | 07/16/2021 | | | X | -59,302.54 | -617,437.48 |
| Check | 07/16/2021 | | | X | -23,426.82 | -640,864.30 |
| Check | 07/16/2021 | | Penske Truck Leasing | X | -5,000.00 | -645,864.30 |
| Check | 07/16/2021 | | Penske Truck Leasing | X | -1,612.36 | -647,476.66 |
| Check | 07/16/2021 | 10150 | | X | -1,120.41 | -648,597.07 |
| Check | 07/16/2021 | 10134 | | X | -1,073.51 | -649,670.58 |
| Check | 07/16/2021 | 10154 | | X | -1,011.34 | -650,681.92 |
| Check | 07/16/2021 | 1157 | Angus Rittenburg | X | -997.68 | -651,679.60 |
| Check | 07/16/2021 | 10206 | | X | -882.28 | -652,561.88 |
| Check | 07/16/2021 | 10095 | | X | -854.94 | -653,416.82 |
| Check | 07/16/2021 | 10207 | | X | -794.55 | -654,211.37 |
| Check | 07/16/2021 | 10203 | | X | -763.79 | -654,975.16 |
| Check | 07/16/2021 | | Staples | X | -128.97 | -655,104.13 |
| Check | 07/19/2021 | 10177 | | X | -3,420.32 | -658,524.45 |
| Check | 07/19/2021 | 10021 | | X | -1,840.66 | -660,365.11 |
| Check | 07/19/2021 | 10152 | | X | -1,635.83 | -662,000.94 |
| Check | 07/19/2021 | 10145 | | X | -1,464.28 | -663,465.22 |
| Check | 07/19/2021 | 10020 | | X | -1,455.66 | -664,920.88 |
| Check | 07/19/2021 | 10136 | | X | -1,246.19 | -666,167.07 |
| Check | 07/19/2021 | 10128 | | X | -1,165.81 | -667,332.88 |
| Check | 07/19/2021 | 1005 | Destiny A Taylor | X | -1,087.03 | -668,419.91 |
| Bill Pmt -Check | 07/19/2021 | 1013 | JOHN PITTS | X | -1,065.47 | -669,485.38 |
| Check | 07/19/2021 | 10155 | | X | -1,046.68 | -670,532.06 |
| Check | 07/19/2021 | 10182 | | X | -1,038.93 | -671,570.99 |
| Check | 07/19/2021 | 10153 | | X | -983.30 | -672,554.29 |
| Check | 07/19/2021 | | Penske Truck Leasing | X | -937.39 | -673,491.68 |
| Check | 07/19/2021 | 10144 | | X | -903.78 | -674,395.46 |
| Check | 07/19/2021 | 10200 | | X | -903.27 | -675,298.73 |
| Check | 07/19/2021 | 10169 | | X | -885.25 | -676,183.98 |
| Check | 07/19/2021 | 10210 | | X | -851.40 | -677,035.38 |
| Check | 07/19/2021 | ACH | Honda Financial | X | -774.60 | -677,809.98 |
| Check | 07/19/2021 | | Recruiting Expense | X | -763.20 | -678,573.18 |
| Check | 07/19/2021 | | | X | -729.64 | -679,302.82 |
| Check | 07/19/2021 | | Recruiting Expense | X | -612.68 | -679,915.50 |
| Check | 07/19/2021 | 10205 | | X | -539.35 | -680,454.85 |
| Check | 07/19/2021 | | Recruiting Expense | X | -535.40 | -680,990.25 |
| Check | 07/19/2021 | | | X | -530.00 | -681,520.25 |
| Check | 07/19/2021 | 10208 | | X | -433.88 | -681,954.13 |
| Check | 07/19/2021 | | | X | -277.55 | -682,231.68 |
| Check | 07/19/2021 | 10055 | | X | -223.62 | -682,455.30 |
| Check | 07/19/2021 | 1193 | | X | -161.12 | -682,616.42 |
| Check | 07/19/2021 | | | X | -94.10 | -682,710.52 |
| Bill Pmt -Check | 07/20/2021 | 1020 | EASTGATE GRAPH... | X | -4,776.64 | -687,487.16 |
| Bill Pmt -Check | 07/20/2021 | 1154 | Landis Pallet & Box ... | X | -4,400.00 | -691,887.16 |
| Bill Pmt -Check | 07/20/2021 | 1021 | Promotions Now | X | -2,895.26 | -694,782.42 |
| Bill Pmt -Check | 07/20/2021 | 1014 | Plantation Candies | X | -2,500.00 | -697,282.42 |
| Check | 07/20/2021 | Debit | Ziprecruiter | X | -763.20 | -698,045.62 |
| Bill Pmt -Check | 07/20/2021 | 1017 | james russo expense | X | -714.91 | -698,760.53 |
| Check | 07/20/2021 | Debit | Indeed | X | -533.20 | -699,293.73 |
| Check | 07/20/2021 | Debit | Indeed | X | -265.00 | -699,558.73 |
| Bill Pmt -Check | 07/20/2021 | 1016 | IAN KOBOS EXPEN... | X | -130.80 | -699,689.53 |
| Bill Pmt -Check | 07/20/2021 | 1018 | CHRISTOPHER HE... | X | -119.09 | -699,808.62 |
| Check | 07/21/2021 | | Uline Ship supply | X | -5,515.18 | -705,323.80 |
| Check | 07/21/2021 | | | X | -3,500.00 | -708,823.80 |
| Check | 07/21/2021 | Debit | LinkedIn Corporation | X | -1,526.28 | -710,350.08 |
| Check | 07/21/2021 | | Ultra Pure LLC | X | -1,010.00 | -711,360.08 |
| Bill Pmt -Check | 07/21/2021 | 1158 | Bergey's Truck Cent... | X | -979.08 | -712,339.16 |
| Check | 07/21/2021 | 10204 | Brayden Connor | X | -793.90 | -713,133.06 |
| Check | 07/21/2021 | | | X | -68.98 | -713,202.04 |
| Check | 07/22/2021 | | GreenField Specialt... | X | -24,885.00 | -738,087.04 |
| Check | 07/22/2021 | ACH | PNC Equipment Fin... | X | -23,196.23 | -761,283.27 |
| Check | 07/22/2021 | | Pennsylvania Dept. ... | X | -15,086.43 | -776,369.70 |
| Check | 07/22/2021 | | | X | -1,768.31 | -778,138.01 |
| Check | 07/22/2021 | Debit | Penske Truck Leasing | X | -1,682.18 | -779,820.19 |

4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/22/2021 | 10036 | Stephanie A Gehman | X | -1,393.69 | -781,213.88 |
| Check | 07/22/2021 | 10149 | Michael Lentini | X | -1,317.46 | -782,531.34 |
| Check | 07/22/2021 | 10146 | Gabriell Barnard | X | -918.79 | -783,450.13 |
| Check | 07/22/2021 | | | X | -865.65 | -784,315.78 |
| Bill Pmt -Check | 07/22/2021 | debit | Ally Paymt | X | -846.93 | -785,162.71 |
| Check | 07/22/2021 | | | X | -667.79 | -785,830.50 |
| Check | 07/22/2021 | Debit | Indeed | X | -560.64 | -786,391.14 |
| Check | 07/22/2021 | Debit | LinkedIn Corporation | X | -249.21 | -786,640.35 |
| Check | 07/22/2021 | Debit | LinkedIn Corporation | X | -127.15 | -786,767.50 |
| Check | 07/22/2021 | Debit | LinkedIn Corporation | X | -84.79 | -786,852.29 |
| Check | 07/23/2021 | | | X | -4,453.74 | -791,306.03 |
| Check | 07/23/2021 | | | X | -3,954.66 | -795,260.69 |
| Check | 07/23/2021 | Debit | Ziprecruiter | X | -763.20 | -796,023.89 |
| Check | 07/23/2021 | | | X | -473.71 | -796,497.60 |
| Check | 07/23/2021 | | | X | -375.00 | -796,872.60 |
| Check | 07/23/2021 | 10209 | Liam Brolly | X | -358.45 | -797,231.05 |
| Bill Pmt -Check | 07/23/2021 | 1022 | PATRICK THOMPS... | X | -294.54 | -797,525.59 |
| Check | 07/23/2021 | | | X | -189.98 | -797,715.57 |
| Bill Pmt -Check | 07/24/2021 | 1030 | CLEMMER MOVIN... | X | -2,922.00 | -800,637.57 |
| Bill Pmt -Check | 07/24/2021 | 1024 | McNees Wallace & ... | X | -2,795.00 | -803,432.57 |
| Bill Pmt -Check | 07/24/2021 | 1035 | Emergency Systems... | X | -2,438.00 | -805,870.57 |
| Bill Pmt -Check | 07/24/2021 | 1033 | Yaskowski Consultin... | X | -2,427.26 | -808,297.83 |
| Bill Pmt -Check | 07/24/2021 | 1041 | Technical Beverage ... | X | -1,131.81 | -809,429.64 |
| Bill Pmt -Check | 07/24/2021 | 1029 | ACCU STAFFING S... | X | -960.65 | -810,390.29 |
| Bill Pmt -Check | 07/24/2021 | 1023 | FED EX | X | -799.13 | -811,189.42 |
| Bill Pmt -Check | 07/24/2021 | 1039 | PREMIER TRAILER... | X | -673.72 | -811,863.14 |
| Bill Pmt -Check | 07/24/2021 | 1031 | FED EX | X | -545.64 | -812,408.78 |
| Bill Pmt -Check | 07/24/2021 | 1038 | Ore Rentals | X | -531.84 | -812,940.62 |
| Bill Pmt -Check | 07/24/2021 | 1040 | Chrin Hauling Inc | X | -460.75 | -813,401.37 |
| Bill Pmt -Check | 07/24/2021 | 1026 | STAR MAINTENAN... | X | -309.42 | -813,710.79 |
| Bill Pmt -Check | 07/24/2021 | 1025 | UPS | X | -227.38 | -813,938.17 |
| Bill Pmt -Check | 07/24/2021 | 1037 | STAR MAINTENAN... | X | -130.24 | -814,068.41 |
| Bill Pmt -Check | 07/24/2021 | 1034 | Bearing & Drive Sol... | X | -75.00 | -814,143.41 |
| Check | 07/26/2021 | | | X | -3,000.00 | -817,143.41 |
| Check | 07/26/2021 | | Lagersmith | X | -1,395.00 | -818,538.41 |
| Check | 07/26/2021 | 10198 | | X | -1,050.85 | -819,589.26 |
| Check | 07/26/2021 | | Penske Truck Leasing | X | -926.11 | -820,515.37 |
| Check | 07/26/2021 | | Recruiting Expense | X | -533.40 | -821,048.77 |
| Check | 07/26/2021 | Debit | PTC Ez Pass | X | -500.00 | -821,548.77 |
| Check | 07/26/2021 | | | X | -294.56 | -821,843.33 |
| Check | 07/26/2021 | | | X | -161.48 | -822,004.81 |
| Check | 07/26/2021 | | | X | -119.04 | -822,123.85 |
| Check | 07/26/2021 | | | X | -110.31 | -822,234.16 |
| Check | 07/26/2021 | | | X | -26.75 | -822,260.91 |
| Bill Pmt -Check | 07/27/2021 | 1044 | VANGUARD ASCE... | X | -1,957.47 | -824,218.38 |
| Check | 07/27/2021 | | Recruiting Expense | X | -535.75 | -824,754.13 |
| Bill Pmt -Check | 07/27/2021 | 1015 | Michael Cozza Expe... | X | -205.60 | -824,959.73 |
| Check | 07/27/2021 | | LinkedIn Corporation | X | -158.99 | -825,118.72 |
| Check | 07/27/2021 | | | X | -152.64 | -825,271.36 |
| Bill Pmt -Check | 07/27/2021 | 1045 | james russo expense | X | -32.27 | -825,303.63 |
| Check | 07/28/2021 | | | X | -127.91 | -825,431.54 |
| Check | 07/28/2021 | | | X | -27.83 | -825,459.37 |
| Check | 07/28/2021 | | Usps | X | -26.35 | -825,485.72 |
| Check | 07/29/2021 | | | X | -121,187.84 | -946,673.56 |
| Check | 07/29/2021 | | | X | -3,986.36 | -950,659.92 |
| Bill Pmt -Check | 07/29/2021 | 1049 | Jake Keller Expense | X | -523.90 | -951,183.82 |
| Bill Pmt -Check | 07/29/2021 | 1048 | Jake Keller Expense | X | -211.12 | -951,394.94 |
| Check | 07/29/2021 | | | X | -116.24 | -951,511.18 |
| Bill Pmt -Check | 07/29/2021 | debit | Tractor Supply co | X | -91.24 | -951,602.42 |
| Check | 07/29/2021 | | | X | -65.84 | -951,668.26 |
| Check | 07/30/2021 | 10283 | | X | -4,843.72 | -956,511.98 |
| Check | 07/30/2021 | 10282 | | X | -3,996.28 | -960,508.26 |
| Check | 07/30/2021 | | Penske Truck Leasing | X | -1,718.36 | -962,226.62 |
| Check | 07/30/2021 | 10256 | | X | -1,569.79 | -963,796.41 |
| Check | 07/30/2021 | 10274 | | X | -1,257.97 | -965,054.38 |
| Check | 07/30/2021 | 10151 | | X | -1,216.59 | -966,270.97 |
| Check | 07/30/2021 | 10258 | | X | -1,189.70 | -967,460.67 |
| Check | 07/30/2021 | 10242 | | X | -1,176.00 | -968,636.67 |

4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/30/2021 | 10252 | | X | -973.12 | -969,609.79 |
| Check | 07/30/2021 | 10327 | | X | -886.31 | -970,496.10 |
| Check | 07/30/2021 | 10257 | | X | -813.86 | -971,309.96 |
| Check | 07/30/2021 | 10262 | | X | -800.35 | -972,110.31 |
| Check | 07/30/2021 | 10260 | | X | -660.25 | -972,770.56 |
| Check | 07/30/2021 | | Recruiting Expense | X | -593.60 | -973,364.16 |
| Check | 07/30/2021 | | Recruiting Expense | X | -530.98 | -973,895.14 |
| Check | 07/30/2021 | 10316 | | X | -488.32 | -974,383.46 |
| Check | 07/30/2021 | 10097 | | X | -344.06 | -974,727.52 |
| Check | 07/30/2021 | 10317 | | X | -228.52 | -974,956.04 |
| Check | 07/30/2021 | | | X | -225.37 | -975,181.41 |
| Check | 07/30/2021 | | Penske Truck Leasing | X | -88.37 | -975,269.78 |
| Check | 07/30/2021 | | | X | -49.53 | -975,319.31 |
| Check | 07/31/2021 | | | X | -475.70 | -975,795.01 |
| | Total Checks and Payments | | | | -975,795.01 | -975,795.01 |
| **Deposits and Credits - 20 items** | | | | | | |
| Deposit | 07/02/2021 | | | X | 75,000.00 | 75,000.00 |
| Transfer | 07/02/2021 | | | X | 87,183.09 | 162,183.09 |
| Deposit | 07/07/2021 | | | X | 4,000.00 | 166,183.09 |
| Deposit | 07/09/2021 | | | X | 3,780.00 | 169,963.09 |
| Deposit | 07/12/2021 | | | X | 160,000.00 | 329,963.09 |
| Deposit | 07/15/2021 | | | X | 85,000.00 | 414,963.09 |
| Bill Pmt -Check | 07/20/2021 | 1015 | Michael Cozza Expe... | X | 0.00 | 414,963.09 |
| Deposit | 07/21/2021 | | Spectre LLC | X | 12,000.00 | 426,963.09 |
| Transfer | 07/21/2021 | | | X | 25,857.67 | 452,820.76 |
| Deposit | 07/22/2021 | | Crutch LLC | X | 7,100.00 | 459,920.76 |
| Deposit | 07/22/2021 | | Spectre LLC | X | 9,300.00 | 469,220.76 |
| Deposit | 07/22/2021 | | Splint LLC | X | 24,500.00 | 493,720.76 |
| Deposit | 07/23/2021 | | Splint LLC | X | 150,000.00 | 643,720.76 |
| Deposit | 07/26/2021 | | | X | 0.01 | 643,720.77 |
| Deposit | 07/26/2021 | | Berlin Packaging, LLC | X | 3,500.00 | 647,220.77 |
| Deposit | 07/26/2021 | | | X | 57,760.82 | 704,981.59 |
| Deposit | 07/28/2021 | | | X | 0.01 | 704,981.60 |
| Deposit | 07/28/2021 | | | X | 39,741.12 | 744,722.72 |
| Deposit | 07/29/2021 | | | X | 178,721.76 | 923,444.48 |
| Deposit | 07/30/2021 | | | X | 30,037.83 | 953,482.31 |
| | Total Deposits and Credits | | | | 953,482.31 | 953,482.31 |
| | Total Cleared Transactions | | | | -22,312.70 | -22,312.70 |
| Cleared Balance | | | | | -22,312.70 | 374,815.72 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 06/30/2021 | 000 | Plantation Candies | | -2,500.00 | -2,500.00 |
| Bill Pmt -Check | 07/01/2021 | CC | FED EX | | -1,047.00 | -3,547.00 |
| Check | 07/02/2021 | 1179 -2 | Gabriell Barnard | | -15.00 | -3,562.00 |
| Bill Pmt -Check | 07/07/2021 | DEBIT | Uline Ship supply | | -3,494.82 | -7,056.82 |
| Bill Pmt -Check | 07/07/2021 | debit | Uline Ship supply | | -2,582.75 | -9,639.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE S... | | -650.00 | -10,289.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE S... | | -585.00 | -10,874.57 |
| Bill Pmt -Check | 07/15/2021 | 1010 | City Of Philadelphia | M | -76.00 | -10,950.57 |
| Bill Pmt -Check | 07/21/2021 | 07012... | Flaster Greenburg | | -1,738.00 | -12,688.57 |
| Bill Pmt -Check | 07/21/2021 | debit | Uline Ship supply | | -1,256.61 | -13,945.18 |
| Bill Pmt -Check | 07/24/2021 | 1028 | Express Employmen... | M | -15,867.64 | -29,812.82 |
| Bill Pmt -Check | 07/24/2021 | 1036 | Brook and Whittle Ltd. | M | -1,464.69 | -31,277.51 |
| Bill Pmt -Check | 07/24/2021 | 1032 | Bergey's Truck Cent... | | -596.51 | -31,874.02 |
| Bill Pmt -Check | 07/27/2021 | 1043 | Finland Leasing | | -9,750.42 | -41,624.44 |
| Bill Pmt -Check | 07/27/2021 | 1042 | 300 Commerce Driv... | | -5,818.60 | -47,443.04 |
| Bill Pmt -Check | 07/28/2021 | 1046 | KELLI SCOZZARO ... | | -403.32 | -47,846.36 |
| Bill Pmt -Check | 07/29/2021 | 1076 | BETTERMENT CLU... | | -500.00 | -48,346.36 |
| Bill Pmt -Check | 07/30/2021 | 1077 | kevin ogburn-payroll | M | -1,486.05 | -49,832.41 |
| Bill Pmt -Check | 07/30/2021 | DEBIT | XP THERMAL | | -1,104.31 | -50,936.72 |

4:22 PM
08/03/21

# Faber Distilling
## Reconciliation Detail
**PNC Debtor in Poss # ▓▓▓▓ 1541, Period Ending 07/31/2021**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/30/2021 | 1078 | Taylor Heitz payroll | M | -1,000.31 | -51,937.03 |
| Bill Pmt -Check | 07/30/2021 | 1081 | PATRICK THOMPS... | | -939.22 | -52,876.25 |
| Total Checks and Payments | | | | | -52,876.25 | -52,876.25 |
| Total Uncleared Transactions | | | | | -52,876.25 | -52,876.25 |
| Register Balance as of 07/31/2021 | | | | | -75,188.95 | 321,939.47 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 24 items** | | | | | | |
| Check | 08/02/2021 | | | M | -63,274.41 | -63,274.41 |
| Check | 08/02/2021 | | Uline Ship supply | M | -4,622.70 | -67,897.11 |
| Bill Pmt -Check | 08/02/2021 | debit | Harford Vineyard LLC | | -2,600.00 | -70,497.11 |
| Check | 08/02/2021 | | Shipping | M | -2,502.85 | -72,999.96 |
| Check | 08/02/2021 | 10253 | | M | -1,154.30 | -74,154.26 |
| Check | 08/02/2021 | 10306 | | M | -1,123.29 | -75,277.55 |
| Check | 08/02/2021 | 10308 | | M | -1,049.70 | -76,327.25 |
| Check | 08/02/2021 | 10202 | | M | -965.37 | -77,292.62 |
| Check | 08/02/2021 | | | M | -964.60 | -78,257.22 |
| Check | 08/02/2021 | | Penske Truck Leasing | M | -930.34 | -79,187.56 |
| Check | 08/02/2021 | 10312 | | | -921.98 | -80,109.54 |
| Check | 08/02/2021 | | | M | -800.00 | -80,909.54 |
| Check | 08/02/2021 | | Recruiting Expense | M | -532.04 | -81,441.58 |
| Check | 08/02/2021 | 10304 | | M | -469.41 | -81,910.99 |
| Check | 08/02/2021 | | Recruiting Expense | M | -304.22 | -82,215.21 |
| Check | 08/02/2021 | | Recruiting Expense | M | -120.23 | -82,335.44 |
| Check | 08/02/2021 | | Shipping | M | -67.38 | -82,402.82 |
| Bill Pmt -Check | 08/03/2021 | 1084 | Labelworx | | -19,430.55 | -101,833.37 |
| Bill Pmt -Check | 08/03/2021 | 1085 | Sunteck | | -16,455.00 | -118,288.37 |
| Bill Pmt -Check | 08/03/2021 | 1086 | Eastern Alliance Ins... | | -5,878.00 | -124,166.37 |
| Bill Pmt -Check | 08/03/2021 | 1079 | Coopersburg & Liber... | | -709.91 | -124,876.28 |
| Bill Pmt -Check | 08/03/2021 | 1082 | ADAM WIEAND EX... | | -234.76 | -125,111.04 |
| Bill Pmt -Check | 08/03/2021 | 1087 | Michael Cozza Expe... | | -116.15 | -125,227.19 |
| Bill Pmt -Check | 08/03/2021 | 1080 | Bergey's Truck Cent... | | -30.00 | -125,257.19 |
| Total Checks and Payments | | | | | -125,257.19 | -125,257.19 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/02/2021 | | | M | 2,486.36 | 2,486.36 |
| Total Deposits and Credits | | | | | 2,486.36 | 2,486.36 |
| Total New Transactions | | | | | -122,770.83 | -122,770.83 |
| **Ending Balance** | | | | | **-197,959.78** | **199,168.64** |