**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING, LLC | : | Case No. 21-11750 MDC |
| | : | |
| Debtor. | : | |

## **ORDER**

And now this \_\_\_\_ day of _____, 2021, upon consideration of the Motion of the United States Trustee to Convert or Dismiss Case (the "Motion") and the Debtor's response thereto, it is hereby

ORDERED that the Motion is DENIED.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

8501338 v1