# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| MIDNIGHT MADNESS DISTILLING, LLC | : | Case No. 21-11750 MDC |
| | : | |
| Debtor. | : | |

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 15th day of September, 2021, a true and correct copy of the Debtors' Response to Motion of the United States Trustee to Convert or Dismiss Case was served was served on all parties receiving notice by electronic means via the Electronic Case Filing System ("ECF") as reflected on the Notice of Electronic filing:

Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106


FLASTER/GREENBERG, P.C.

By: _____
Harry Giacometti, Esquire

8501333 v1