IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-11750-MDC |

**ORDER GRANTING APPLICATION OF BERLIN PACKAGING, L.L.C. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)**

Upon consideration of Berlin Packaging, L.L.C.'s Application for Allowance of Administrative Expenses Claim Pursuant to 11 U.S.C. § 503(b)(9) (the "Application") and after consideration of any objections or responses to the Application and after due deliberation of the relief sought in the Application, it is hereby ORDERED:

1. The Application is approved.

2. Berlin Packaging, L.L.C. shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $21,369.00.

3. Payment of the foregoing allowed administrative expense claim shall be subject to further order of the Court..

DATE: September 29, 2021

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE