# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC | CASE NO. 21-11750 (MDC) |

## NOTICE OF SALE

**PLEASE TAKE NOTICE** that the sale of the Debtor's assets pursuant to the Asset Purchase Agreement approved by Order of this Court dated September 20, 2021 [Docket No. 178] (the "Sale Order") closed on September 30, 2021.

**PLEASE ALSO TAKE NOTICE** that pursuant to Paragraph 11 of the Sale Order: (i) the contract with Scott Cars, Inc. was added to the list of Assigned Contract as set forth in Schedule 1.01 of the Asset Purchase Agreement and (ii) the contract with Merican Mule LLC was removed from the list of Assigned Contracts as set forth in Schedule 1.01 of the Asset Purchase Agreement.

**FLASTER/GREENBERG P.C.**

Dated: October 6, 2021

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Telephone 215-279-9383
Facsimile 215-279-9394
*Counsel for the Debtor*

6985400 v1