# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Midnight Madness Distilling LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11750-mdc |

## DECLARATION OF DAVID M. SCOLNIC IN SUPPORT OF
## MOTION OF ETOH WORLDWIDE LLC FOR ALLOWANCE OF
## EXPENSE REIMBURSEMENT AND TO COMPEL PAYMENT

I, David M. Scolnic, do hereby declare and state as follows:

1. I am a licensed attorney and a shareholder at the law firm of Hangley Aronchick Segal Pudlin & Schiller ("Hangley Aronchick"), which has its principal office in Philadelphia, Pennsylvania.

2. Hangley Aronchick serves as counsel to ETOH Worldwide LLC ("ETOH") with respect to the negotiation of the acquisition of an interest in or the assets of Midnight Madness Distillery, LLC (the "Debtor") and the Debtor's bankruptcy case.

3. As the shareholder responsible for reviewing and submitting invoices to ETOH, I submit this declaration in support of ETOH's Motion for Allowance of Expense Reimbursement and to Compel Payment.

4. I make this affidavit from personal knowledge and from review of the time records, invoices, and other pertinent records of Hangley Aronchick, all of which are kept in the ordinary course of business by the firm.

5. Hangley Aronchick's fee arrangement with ETOH requires ETOH to compensate the firm for all attorneys' and paralegals' fees at the hourly rates listed below.

6. The total amount of fees and other disbursements that Hangley Aronchick has billed to Plaintiffs for work performed in connection with this matter exceeds $95,857.50.

7. Based on my review of Hangley Aronchick's time records and invoices, from the beginning of discussions about an acquisition of the Debtor's assets through a bankruptcy sale through approval of the procedures for the sale, the firm billed to ETOH at least 200 hours on this matter, as is correctly reflected in the Schedule of Fees attached as Exhibit 1.[1]

8. The Hangley Aronchick lawyers and paralegals who billed time on the matter, and their hourly rates, number of hours, and total fees, are as follows:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| David M. Scolnic | Shareholder | $550.00 | 78.1 | $42,955.00 |
| Robert L. Ebby | Shareholder | $460.00 | 0.6 | $276.00 |
| Matthew A. Hamermesh | Shareholder | $450.00 | 107.2 | $48,240.00 |
| Michele Fenkel | Shareholder | $400.00 | 8.7 | $3,480.00 |
| Elizabeth F. Bethel | Paralegal | $185.00 | 2.0 | $370.00 |
| Maria J. Hunter | Paralegal | $185.00 | 2.9 | $536.50 |
| | | **Totals** | **199.5** | **$95,857.50** |

9. The billing rates charged for the attorneys, paralegals, and other professionals of Hangley Aronchick are set by the firm's Board of Directors after

---

[1] There was time incurred before the date specified regarding acquisition of the property or the PNC debt that the property secured. Because we were unable to verify that such time related to acquisition through a bankruptcy (as opposed to outside a bankruptcy), we have not included that time in this submission, though we reserve the right to do so.

considering each attorney's or paralegal's experience, skill, and reputation in the community.

10. On information and belief, these rates are competitive with those charged by other Philadelphia law firms of comparable size and reputation. The rates are reasonable in light of the backgrounds of the attorneys assigned to represent ETOH in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 7, 2021

_____
David M. Scolnic

# EXHIBIT 1

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 4/8/2021 | **David M. Scolnic** | 0.8 | $440.00 | Telephone calls with C. Drangula and M. Fenkel; e-mails with PNC. |
| 4/8/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with M. Hamermesh re: bankruptcy. |
| 4/8/2021 | **David M. Scolnic** | 0.8 | $440.00 | Telephone calls with R. Frank re: legal opinion; telephone call with D. Drangula; e-mails with M. Hamermesh re: bankruptcy |
| 4/8/2021 | **David M. Scolnic** | 2.6 | $1,430.00 | Telephone calls with M. Hamermesh; e-mail loan documents to M. Hamermesh; reviewed loan documents; follow-up with MMD's attorney. |
| 4/8/2021 | **David M. Scolnic** | 0.2 | $110.00 | Follow-up with client and R. Frank. |
| 4/8/2021 | **Matthew A. Hamermesh** | 1.1 | $495.00 | E-mails and telephone conversations with D. Scolnic, additional analysis of potential business; review documents regarding Midnight Madness Distilling corporate issues and dispute with minority member. |
| 4/8/2021 | **Michele Fenkel** | 0.6 | $240.00 | Calls and emails with D. Scolnic and C. Drangula; reviewed new documentation. |
| 4/9/2021 | **David M. Scolnic** | 0.2 | $110.00 | Reviewed and revised default notice. |
| 4/9/2021 | **David M. Scolnic** | 0.8 | $440.00 | Reviewed loan documents from PNC; e-mails with client and PNC. |
| 4/12/2021 | **David M. Scolnic** | 0.1 | $55.00 | E-mails with C. Drangula and M. Hamermesh. |
| 4/12/2021 | **David M. Scolnic** | 0.3 | $165.00 | Telephone call with M. Hamermesh re: insolvency/bankruptcy. |
| 4/12/2021 | **David M. Scolnic** | 0.6 | $330.00 | Conference call with C. Drangula. |
| 4/12/2021 | **Matthew A. Hamermesh** | 1.7 | $765.00 | Further review of key documents in connection with developing possible bankruptcy strategy; conference call with C. Drangula regarding possible bankruptcy strategies |
| 4/13/2021 | **David M. Scolnic** | 0.9 | $495.00 | Telephone call with C. Drangula re: voluntary bankruptcy; reviewed law re: "plans" and approvals; follow-up with M. Hamermesh re: bankruptcy questions. |
| 4/13/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Analysis of additional bankruptcy questions from client, and e-mails with D. Scolnic regarding same. |
| 4/14/2021 | **David M. Scolnic** | 1.7 | $935.00 | Reviewed laws and Operating Agreement re: voluntary bankruptcy and changing Operating Agreement; e-mails with M. Hamermesh. |
| 4/14/2021 | **David M. Scolnic** | 0.3 | $165.00 | E-mails and telephone call with M. Hamermesh re: bankruptcy, LLC law; e-mails with client. |
| 4/14/2021 | **David M. Scolnic** | 0.6 | $330.00 | Telephone call with C. Drangula re: strategy. |
| 4/14/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | E-mails with D. Scolnic and follow-up research and analysis concerning provisions of Operating Agreement and bankruptcy options. |
| 4/15/2021 | **David M. Scolnic** | 0.1 | $55.00 | E-mail to R. Ebby re: release. |
| 4/15/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with R. Ebby re: releases. |
| 4/15/2021 | **Robert L. Ebby** | 0.6 | $276.00 | Telephone call with DMS re robust release; prepare samples re same. |
| 4/16/2021 | **David M. Scolnic** | 0.5 | $275.00 | Telephone C. Drangula; telephone call with M. Fenkel re: settlement efforts, releases, strategy. |

Fees for Expense Reimbursement

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 4/16/2021 | Michele Fenkel | 0.3 | $120.00 | Reviewed latest terms; call with D. Scolnic. |
| 4/19/2021 | David M. Scolnic | 0.6 | $330.00 | Telephone call with C. Drangula. |
| 4/19/2021 | David M. Scolnic | 0.8 | $440.00 | Telephone calls and e-mails with J. Walker and C. Drangula. |
| 4/19/2021 | David M. Scolnic | 0.1 | $55.00 | Telephone call with M. Fenkel re: Letter of Intent. |
| 4/20/2021 | David M. Scolnic | 1.4 | $770.00 | Conference call with client; follow-up with PNC, M. Fenkel and client. |
| 4/21/2021 | David M. Scolnic | 0.6 | $330.00 | E-mails and telephone calls re: meeting/call with Anthony. |
| 4/21/2021 | David M. Scolnic | 0.8 | $440.00 | Telephone call with C. Drangula re: debriefing on Anthony discussion; drafted NDA. |
| 4/22/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails and telephone calls with C. Drangula and J. Walker. |
| 4/22/2021 | David M. Scolnic | 1.4 | $770.00 | Telephone calls with C. Drangula and M. Hamermesh; e-mails with C. Drangula and M. Hamermesh. |
| 4/22/2021 | Matthew A. Hamermesh | 0.4 | $180.00 | Telephone calls regarding potential bankruptcy issues with Midnight Madness. |
| 4/23/2021 | David M. Scolnic | 0.5 | $275.00 | Conference call with counsel for Anthony, client and M. Hamermesh. |
| 4/23/2021 | David M. Scolnic | 0.3 | $165.00 | Telephone call with J. Walker. |
| 4/23/2021 | David M. Scolnic | 0.3 | $165.00 | Telephone call with J. Walker; e-mails with C. Drangula. |
| 4/23/2021 | Matthew A. Hamermesh | 0.4 | $180.00 | Conference call with Counsel from Fox Rothschild for A. Lorubbio regading negotiations with PNC Bank. |
| 4/27/2021 | David M. Scolnic | 0.2 | $110.00 | Telephone call with C. Drangula. |
| 4/27/2021 | Matthew A. Hamermesh | 1.4 | $630.00 | E-mails and telephone conversation with C. Drangula, S. Sheehan, C. Parzych, and J. Walker regarding proposal to buy PNC debt from A. Lorubbio's side and impact on potential bankruptcy |
| 4/28/2021 | David M. Scolnic | 1.1 | $605.00 | Conference call with client and Team Casey; follow-up call with M. Hamermesh. |
| 4/28/2021 | Matthew A. Hamermesh | 1.2 | $540.00 | Conference call with C. Parzych, S. Sheehan, and various Counsel regarding available strategies and possible bankruptcy filing. |
| 4/28/2021 | Matthew A. Hamermesh | 0.8 | $360.00 | Telephone call to J. Walker (Counsel for Midnight Madness) regarding bankruptcy options and strategies |
| 5/3/2021 | David M. Scolnic | 0.1 | $55.00 | E-mails with M. Hamermesh. |
| 5/3/2021 | David M. Scolnic | 0.3 | $165.00 | Telephone call and e-mails with M. Hamermesh. |
| 5/3/2021 | Matthew A. Hamermesh | 0.3 | $135.00 | Telephone conversations and e-mails with C. Drangula, D. Scolnic regarding agreements between XO and Midnight Madness Distilling's potential bankruptcy issues. |
| 5/3/2021 | Matthew A. Hamermesh | 0.3 | $135.00 | Review Midnight Madness Distilling's Financial Statements in preparation for work on bankruptcy issues. |
| 5/4/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails re: bankruptcy. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/4/2021 | Matthew A. Hamermesh | 0.7 | $315.00 | Conference call with C. Drangula and representatives of and Counsel for Midnight Madness Distilling concerning preparations for bankruptcy. |
| 5/4/2021 | Matthew A. Hamermesh | 1.7 | $765.00 | Review and revise draft Equipment Lease to address potential bankruptcy issues. |
| 5/6/2021 | Matthew A. Hamermesh | 0.2 | $90.00 | Telephone conversation with H. Giacometti (Bankruptcy Counsel for Midnight Madness Distilling) regarding bankruptcy plans. |
| 5/6/2021 | Matthew A. Hamermesh | 0.8 | $360.00 | Conference call with W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding bankruptcy plans. |
| 5/7/2021 | Matthew A. Hamermesh | 1.0 | $450.00 | E-mails and conference call with C. Drangula and H. Giacometti/W. Burnett regarding progress in preparation for bankruptcy. |
| 5/13/2021 | David M. Scolnic | 0.3 | $165.00 | E-mails re: bankruptcy and corporate issues. |
| 5/13/2021 | Matthew A. Hamermesh | 0.6 | $270.00 | E-mails and telephone conversations with H. Giacometti and W. Burnett regarding update on bankruptcy progress; e-mail report to C. Drangula regarding conversation with H. Giacometti and W. Burnett. |
| 5/14/2021 | David M. Scolnic | 0.6 | $330.00 | E-mails with M. Hamermesh; telephone call with M. Hamermesh; reviewed issues in anticipation of bankruptcy. |
| 5/14/2021 | David M. Scolnic | 1.1 | $605.00 | Telephone call with client; e-mails and telephone calls re: strategy, offer to PNC. |
| 5/14/2021 | Matthew A. Hamermesh | 1.9 | $855.00 | Telephone conversation with D. Scolnic regarding corporate transactions and bankruptcy process; review prior draft corporate transaction documents and evaluate how to implement transaction in bankruptcy; conference call with C. Drangula regarding corporate transactions and bankruptcy issues; telephone conversation with J. Maleski (Bankruptcy Counsel for PNC Bank) regarding proposal to pay off PNC Bank. |
| 5/16/2021 | David M. Scolnic | 2.2 | $1,210.00 | Conference call with client and debtor and separate call with M. Hamermesh re: asset purchase v. plan. |
| 5/16/2021 | Matthew A. Hamermesh | 0.7 | $315.00 | E-mails and telephone conversation with D. Scolnic regarding bankruptcy issues and possible timing for filing a bankruptcy case. |
| 5/17/2021 | David M. Scolnic | 0.4 | $220.00 | Memo to M. Fenkel re: asset purchase. |
| 5/18/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails with client. |
| 5/18/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails with client and M. Hamermesh. |
| 5/18/2021 | Matthew A. Hamermesh | 0.2 | $90.00 | E-mails regarding bankruptcy issues and Midnight Madness Distilling's proposed process. |
| 5/18/2021 | Michele Fenkel | 1.0 | $400.00 | Review considerations for asset sale; call with D. Scolnic re same. |
| 5/19/2021 | David M. Scolnic | 1.3 | $715.00 | Preliminary call with M. Hamermesh; conference call with client; follow-up call with M. Hamermesh. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/19/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails re: strategy conference call. |
| 5/19/2021 | Matthew A. Hamermesh | 0.4 | $180.00 | Telephone conversation with W. Burnett regarding progress in bankruptcy planning and proposed process. |
| 5/19/2021 | Matthew A. Hamermesh | 0.3 | $135.00 | Analysis of possible strategies and options in pursuing asset purchase as strategy and implications of doing so through bankruptcy filing. |
| 5/19/2021 | Matthew A. Hamermesh | 1.6 | $720.00 | Conference call with clients and others regarding asset purchase as strategy and implications of doing so through bankruptcy filing. |
| 5/20/2021 | David M. Scolnic | 0.3 | $165.00 | E-mails re: APA. |
| 5/20/2021 | Matthew A. Hamermesh | 0.8 | $360.00 | E-mails and telephone conversations with W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding next steps in Asset Sale and Bankruptcy process. |
| 5/21/2021 | David M. Scolnic | 0.2 | $110.00 | Reviewed APA forms, 363 language. |
| 5/21/2021 | Matthew A. Hamermesh | 1.5 | $675.00 | Work on bankruptcy provisions of proposed Asset Purchase Agreement. |
| 5/23/2021 | David M. Scolnic | 1.1 | $605.00 | Started drafting Asset Purchase Agreement. |
| 5/24/2021 | David M. Scolnic | 2.5 | $1,375.00 | Continued drafting Asset Purchase Agreement. |
| 5/24/2021 | David M. Scolnic | 1.1 | $605.00 | Continued drafting Asset Purchase Agreement. |
| 5/24/2021 | David M. Scolnic | 0.6 | $330.00 | Conference call with M. Hamermesh and C. Drangula. |
| 5/24/2021 | David M. Scolnic | 2.1 | $1,155.00 | Drafted Asset Purchase Agreement. |
| 5/24/2021 | Matthew A. Hamermesh | 1.3 | $585.00 | Conference calls with C. Drangula and D. Scolnic regarding drafting issue with Asset Purchase Agreement; review updated Asset Report for Midnight Madness Distilling. |
| 5/25/2021 | David M. Scolnic | 1.5 | $825.00 | Telephone calls with client and M. Hamermesh; continued drafting Asset Purchase Agreement. |
| 5/25/2021 | David M. Scolnic | 2.3 | $1,265.00 | Continued drafting Asset Purchase Agreement. |
| 5/25/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails with C. Drangula. |
| 5/25/2021 | Matthew A. Hamermesh | 1.0 | $450.00 | Continued work on Bankruptcy Court provisions of Asset Purchase Agreement, and additional protections against claims of A. Lobierro, and e-mails regarding same. |
| 5/25/2021 | Matthew A. Hamermesh | 0.2 | $90.00 | Review draft lease documents for equipment leases. |
| 5/25/2021 | Matthew A. Hamermesh | 1.4 | $630.00 | Research regarding key additional issues concerning protections for Buyer in 363 Bankruptcy sale. |
| 5/25/2021 | Matthew A. Hamermesh | 2.3 | $1,035.00 | Review and revise draft of Asset Purchase Agreement. |
| 5/25/2021 | Michele Fenkel | 1.1 | $440.00 | Reviewed and commented on draft of Asset Purchase Agreement; email to D. Scolnic and M. Hamermesh re same. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/26/2021 | **David M. Scolnic** | 1.6 | $880.00 | Revised Asset Purchase Agreement and sent to client. |
| 5/26/2021 | **David M. Scolnic** | 0.4 | $220.00 | Telephone call with C. Drangula. |
| 5/26/2021 | **David M. Scolnic** | 0.6 | $330.00 | Revised Asset Purchase Agreement. |
| 5/26/2021 | **Elizabeth F. Bethel** | 0.8 | $148.00 | Review Asset Purchase Agreement; prepare List of Schedules and slip pages to Agreement and forward to D. Scolnic. |
| 5/26/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review and revise new draft of Asset Purchase Agreement. |
| 5/27/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with M. Hamermesh re: title insurance, closing timing. |
| 5/27/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with M. Hamermesh. |
| 5/27/2021 | **David M. Scolnic** | 1.4 | $770.00 | Various e-mails and telephone calls with client and in-house team re: 363 sale issues, PNC, Transition Services Agreement, Master Subtenant. |
| 5/27/2021 | **Matthew A. Hamermesh** | 1.4 | $630.00 | Continued work on Asset Purchase Agreement and related bankruptcy issues. |
| 5/27/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Revise Equipment Lease with Midnight Madness Distilling. |
| 5/27/2021 | **Matthew A. Hamermesh** | 1.9 | $855.00 | E-mails and telephone conversations with H. Giacometti and W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) concerning draft Asset Purchase Agreement, next steps in preparing for bankruptcy filing, and draft Equipment Leases. |
| 5/28/2021 | **David M. Scolnic** | 0.3 | $165.00 | Received and reviewed comments to Asset Purchase Agreement; draft notes to client. |
| 5/28/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: cure payments, Cash Collateral Agreement. |
| 5/28/2021 | **David M. Scolnic** | 0.2 | $110.00 | Reviewed and responded to questions from client. |
| 5/28/2021 | **David M. Scolnic** | 0.4 | $220.00 | Reviewed client's comments to Asset Purchase Agreement. |
| 5/28/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with M. Hamermesh. |
| 5/28/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | E-mails with C. Drangula regarding revisions to Equipment Leases and treatment in bankruptcy. |
| 5/28/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | Telephone conversation and e-mails with W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding revisions to Asset Purchase Agreement and Equipment Leases. |
| 5/28/2021 | **Michele Fenkel** | 0.3 | $120.00 | Drafted subcontract. |
| 5/29/2021 | **David M. Scolnic** | 0.7 | $385.00 | Revised Asset Purchase Agreement. |
| 5/29/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review new comments on draft Asset Purchase Agreement, focusing on bankruptcy issues. |
| 5/31/2021 | **David M. Scolnic** | 0.8 | $440.00 | Telephone call with M. Hamermesh; revised Asset Purchase Agreement language; e-mails with M. Fenkel; reviewed and revised Master Subcontract Agreement. |
| 5/31/2021 | **Matthew A. Hamermesh** | 1.1 | $495.00 | Continued work on revising Asset Purchase Agreement and related documents. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 5/31/2021 | Michele Fenkel | 3.3 | $1,320.00 | Reviewed applicable changes to Asset Purchase Agreement; drafted and transmitted Master Subcontract Agreement to D. Scolnic; emails with D. Scolnic and M. Hamermesh re same and multiple revisions to same. |
| 6/1/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails with client and M. Hamermesh re: UCC-1s |
| 6/1/2021 | David M. Scolnic | 0.3 | $165.00 | E-mails re: Asset Purchase Agreement revisions, Equipment List. |
| 6/1/2021 | David M. Scolnic | 0.3 | $165.00 | Revised Asset Purchase Agreement and sent to debtor's counsel. |
| 6/1/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails re: timing. |
| 6/1/2021 | Matthew A. Hamermesh | 0.7 | $315.00 | E-mails with client and Midnight Madness Distilling's Counsel regarding revisions to various draft agreements |
| 6/1/2021 | Matthew A. Hamermesh | 0.7 | $315.00 | Revise draft of Equipment Leases with Midnight Madness Distilling. |
| 6/1/2021 | Matthew A. Hamermesh | 1.3 | $585.00 | Review Midnight Madness Distilling's draft of Motion to Approve Sale. |
| 6/2/2021 | David M. Scolnic | 0.2 | $110.00 | Reviewed client's questions and comments; e-mails with M. Hamermesh re: response. |
| 6/2/2021 | David M. Scolnic | 0.2 | $110.00 | Telephone call with M. Fenkel. |
| 6/2/2021 | David M. Scolnic | 0.7 | $385.00 | Reviewed comments to Asset Purchase Agreement; memo to client. |
| 6/2/2021 | David M. Scolnic | 0.3 | $165.00 | E-mails re: Asset Purchase Agreement, Schedules, filing date. |
| 6/2/2021 | David M. Scolnic | 0.4 | $220.00 | Reviewed Motion to Approve Sale; e-mails with M. Hamermesh. |
| 6/2/2021 | Matthew A. Hamermesh | 0.1 | $45.00 | E-mails regarding finalizing Equipment Leases. |
| 6/2/2021 | Matthew A. Hamermesh | 0.9 | $405.00 | Review and revise draft transaction documents, and telephone conversations with W. Burness regarding same. |
| 6/2/2021 | Matthew A. Hamermesh | 0.6 | $270.00 | E-mails and telephone calls regarding timing issues with bankruptcy filing. |
| 6/2/2021 | Matthew A. Hamermesh | 0.5 | $225.00 | Review and revise draft Motion to Approve Asset Purchase Agreement and sale. |
| 6/2/2021 | Matthew A. Hamermesh | 0.4 | $180.00 | E-mails regarding PNC Bank request for disclosure about potential Buyer. |
| 6/2/2021 | Michele Fenkel | 0.3 | $120.00 | Reviewed and incorporated subcontract comments; call with D. Scolnic. |
| 6/3/2021 | David M. Scolnic | 1.3 | $715.00 | Telephone call with M. Hamermesh re: contract cure payments; revised Asset Purchase Agreement; drafted certain exhibits. |
| 6/3/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails re: Asset Purchase Agreement. |
| 6/3/2021 | David M. Scolnic | 1.1 | $605.00 | Revised Asset Purchase Agreement and Schedules. |
| 6/3/2021 | David M. Scolnic | 0.2 | $110.00 | E-mails re: Asset Purchase Agreement, Master Subcontract Agreement. |
| 6/3/2021 | David M. Scolnic | 0.3 | $165.00 | Revised Asset Purchase Agreement and sent to debtor counsel. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/3/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | Continued work on revising draft Motion to Approve Sale and Asset Purchase Agreement in Bankruptcy Court, and telephone conversations and e-mails with W. Burnett regarding same. |
| 6/3/2021 | **Matthew A. Hamermesh** | 1.8 | $810.00 | Continued work on revising draft transaction documents, and e-mails regarding same. |
| 6/3/2021 | **Matthew A. Hamermesh** | 2.3 | $1,035.00 | Review Proposed Bid Procedures Order and bid procedures for Bankruptcy Court sale process. |
| 6/3/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | E-mails with Midnight Madness Distilling's Counsel and others regarding bankruptcy timing and scheduling meeting with PNC Bank. |
| 6/3/2021 | **Michele Fenkel** | 0.4 | $160.00 | Further revised subcontract; correspondence with M. Hamermesh and D. Scolnic. |
| 6/4/2021 | **David M. Scolnic** | 0.7 | $385.00 | E-mails re: UCC-1s; reviewed and revised Bid Procedures Order. |
| 6/4/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with client and M. Hamermesh re: meeting. |
| 6/4/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with client and debtor's counsel re: UCC-1s. |
| 6/4/2021 | **David M. Scolnic** | 1.5 | $825.00 | Revised Asset Purchase Agreement with Schedules and sent to debtor's counsel; e-mails re: recording of UCCs; e-mails re: revisions to Master Subcontract agreement. |
| 6/4/2021 | **Elizabeth F. Bethel** | 1.0 | $185.00 | Review Equipment Leases and prepare 2 UCC-1 Financing Statements with schedules; revise same and file with Pennsylvania Department of State. |
| 6/4/2021 | **Matthew A. Hamermesh** | 1.1 | $495.00 | Continued work on draft of Bid Procedures Order. |
| 6/4/2021 | **Matthew A. Hamermesh** | 0.9 | $405.00 | E-mails and telephone calls regarding updates from PNC Bank about cash collateral and meeting. |
| 6/4/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | Revisions to and e-mails regarding ongoing revisions to draft transaction documents. |
| 6/4/2021 | **Michele Fenkel** | 0.8 | $320.00 | Further revisions to subcontract; emails with D. Scolnic and M. Hamermesh re same. |
| 6/6/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Research regarding additional bankruptcy issues in preparation for Midnight Madness Distilling bankruptcy filing. |
| 6/6/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails regarding final steps in preparation for bankruptcy filing of Midnight Madness Distilling. |
| 6/7/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: PNC. |
| 6/7/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with client and co-counsel re: true-ups, PNC and Asset Purchase Agreement. |
| 6/7/2021 | **David M. Scolnic** | 0.9 | $495.00 | Conference call re: Pre PNC discussion. |
| 6/7/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails regarding revisions to and finalizing of transaction documents. |
| 6/7/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | E-mails regarding scheduling and preparation for meeting with PNC Bank prior to bankruptcy filing. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/7/2021 | **Matthew A. Hamermesh** | 1.0 | $450.00 | Conference call with XO and Midnight Madness Distilling teams regarding finalizing Asset Purchase Agreement and preparing for meeting with PNC Bank. |
| 6/7/2021 | **Michele Fenkel** | 0.6 | $240.00 | Further reviewed and revised subcontract per comments from C. Drangula. |
| 6/8/2021 | **David M. Scolnic** | 0.7 | $385.00 | Telephone call with client and M. Hamermesh re: strategy. |
| 6/8/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: PNC. |
| 6/8/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | Review drafts of Bid Procedures and other key pleadings. |
| 6/8/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | Conference call with XO and Midnight Madness Distilling teams about sale process, plans for bankruptcy filing, and next steps. |
| 6/8/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review key corporate documents concerning approval of bankruptcy filing. |
| 6/9/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with M. Hamermesh re: PNC letter. |
| 6/9/2021 | **David M. Scolnic** | 0.2 | $110.00 | Revised PNC letter. |
| 6/9/2021 | **David M. Scolnic** | 0.6 | $330.00 | Reviewed and revised PNC letter. |
| 6/9/2021 | **David M. Scolnic** | 1.6 | $880.00 | Reviewed 363 and lender consent rights; e-mails with M. Hamermesh. |
| 6/9/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | Continued work on bankruptcy pleadings in connection with seeking approval of sale process. |
| 6/9/2021 | **Matthew A. Hamermesh** | 1.1 | $495.00 | Research regarding key issues in seeking approval of sale in Bankruptcy Court. |
| 6/9/2021 | **Matthew A. Hamermesh** | 1.4 | $630.00 | Review and revise draft letter to PNC Bank laying out terms of proposed sale. |
| 6/10/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: Chapter 11, PNC. |
| 6/10/2021 | **David M. Scolnic** | 0.3 | $165.00 | Reviewed plans/strategy; e-mails with co-counsel and C. Drangula. |
| 6/10/2021 | **Matthew A. Hamermesh** | 1.7 | $765.00 | Revise and finalize letter to PNC Bank regarding Sale Proposal, and e-mails regarding finalizing same. |
| 6/10/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails with C. Drangula and D. Scolnic regarding various bankruptcy issues. |
| 6/11/2021 | **David M. Scolnic** | 0.3 | $165.00 | Revised Asset Purchase Agreement; e-mails with client. |
| 6/11/2021 | **David M. Scolnic** | 0.1 | $55.00 | E-mails with PNC and M. Hamermesh re: meeting. |
| 6/11/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: filing. |
| 6/11/2021 | **David M. Scolnic** | 0.4 | $220.00 | Telephone call with Casey; e-mail client re: PNC. |
| 6/11/2021 | **David M. Scolnic** | 0.9 | $495.00 | Conference call with PNC; follow-up call with co-counsel. |
| 6/11/2021 | **Elizabeth F. Bethel** | 0.2 | $37.00 | Review filed UCCs and forward to D. Scolnic. |
| 6/11/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails and work on finalizing Asset Purchase Agreement. |
| 6/11/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | E-mails regarding letter to PNC Bank and response. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/11/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails regarding planning for and strategy concerning bankruptcy filing and next steps. |
| 6/11/2021 | **Matthew A. Hamermesh** | 1.5 | $675.00 | Conference call with XO, Midnight Madness Distilling and PNC Bank Representatives regarding sale process and bankruptcy filing, and follow-up. |
| 6/12/2021 | **David M. Scolnic** | 1.2 | $660.00 | E-mails with client; reviewed correspondence with PNC; telephone call with client. |
| 6/12/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | Analysis of, and e-mails regarding responses to PNC Bank's proposals. |
| 6/13/2021 | **David M. Scolnic** | 0.7 | $385.00 | E-mails with client and MMD counsel; reviewed and responded to Asset Purchase agreement questions. |
| 6/13/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails concerning PNC Bank response and next steps. |
| 6/13/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding discussions with PNC Bank. |
| 6/14/2021 | **David M. Scolnic** | 0.1 | $55.00 | E-mails with client re: break-up fee. |
| 6/14/2021 | **David M. Scolnic** | 0.7 | $385.00 | Revised Asset Purchase Agreement. |
| 6/14/2021 | **David M. Scolnic** | 1.3 | $715.00 | Continued revision to Asset Purchase Agreement. |
| 6/14/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | E-mails regarding PNC Bank requests for additional information. |
| 6/14/2021 | **Matthew A. Hamermesh** | 1.6 | $720.00 | Continued work on, and e-mails and telephone calls regarding revisions to transaction documents. |
| 6/15/2021 | **David M. Scolnic** | 1.3 | $715.00 | E-mails with MMD attorneys; telephone call with M. Hamermesh; reviewed payables chart vs. new schedules; memo to client. |
| 6/15/2021 | **David M. Scolnic** | 0.4 | $220.00 | E-mails with client and attorneys for MMD. |
| 6/15/2021 | **David M. Scolnic** | 0.6 | $330.00 | Reviewed client comments; revised Asset Purchase Agreement schedule. |
| 6/15/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with C. Drangula. |
| 6/15/2021 | **David M. Scolnic** | 1.2 | $660.00 | Telephone calls with PNC and C. Drangula; revised Asset Purchase Agreement; memo to client re: PNC; e-mails with M. Hamermesh re: pros and cons of debt purchase; reviewed revised bid instructions. |
| 6/15/2021 | **Matthew A. Hamermesh** | 1.4 | $630.00 | E-mails and telephone conversations with C. Drangula and D. Scolnic regarding negotiations with PNC Bank, and work on bankruptcy filing. |
| 6/15/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding bankruptcy pleadings and next steps. |
| 6/15/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review updated drafts of Sale Motion and Bid Procedures Order. |
| 6/15/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review equipment invoices in connection with leases, and forward same to PNC Bank. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/15/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Telephone conversations with J. Maleski (Counsel for PNC Bank) and M. Gittelman (PNC Bank) regarding sale process and proposal for acquisition purchase price. |
| 6/15/2021 | **Matthew A. Hamermesh** | 0.9 | $405.00 | Research regarding potential issues in proposed acquisition of PNC Bank Note and liens. |
| 6/16/2021 | **David M. Scolnic** | 0.1 | $55.00 | E-mails re: counter-offer. |
| 6/16/2021 | **David M. Scolnic** | 0.2 | $110.00 | Telephone call with M. Hamermesh. |
| 6/16/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails and telephone conversations with C. Drangula and D. Scolnic regarding proposed sale, negotiations with PNC Bank, Midnight Madness Distilling bankruptcy filing, and related issues. |
| 6/16/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding next steps with Asset Purchase Agreement and bankruptcy planning. |
| 6/16/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Telephone conversations and e-mails with J. Maleski (Counsel for PNC Bank) regarding proposed asset sale. |
| 6/17/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: PNC. |
| 6/17/2021 | **David M. Scolnic** | 0.8 | $440.00 | Conference call with PNC; e-mails with client. |
| 6/17/2021 | **Matthew A. Hamermesh** | 1.0 | $450.00 | Conference calls with J. Maleski and M. Gittelman (PNC Bank) regarding sale proposals, and follow-up telephone call with C. Drangula. |
| 6/17/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | Telephone conversation with W. Burnett regarding draft Asset Purchase Agreement, sale process, and discussions with PNC Bank. |
| 6/17/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails with C. Drangula and D. Scolnic regarding next steps. |
| 6/18/2021 | **David M. Scolnic** | 0.3 | $165.00 | E-mails with client and M. Hamermesh. |
| 6/18/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | E-mails with C. Drangula and D. Scolnic regarding discussions with PNC Bank. |
| 6/18/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Telephone conversation and e-mails with W. Burnett regarding bankruptcy filing and Sale Motion. |
| 6/18/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Telephone conversation with J. Maleski (Counsel for PNC Bank) regarding proposed sale and negotiations about purchase price. |
| 6/21/2021 | **David M. Scolnic** | 0.8 | $440.00 | E-mails re: Asset Purchase Agreement; revised Asset Purchase Agreement. |
| 6/21/2021 | **David M. Scolnic** | 0.8 | $440.00 | Reviewed and finalized Asset Purchase Agreement and sent to client and debtor's counsel. |
| 6/21/2021 | **Maria Hunter** | 0.6 | $111.00 | Review of First-Day filings and draft M. Hamermesh Notice of Appearance and Request for Papers. |
| 6/21/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails with C. Drangula and D. Scolnic regarding draft Asset Purchase Agreement and sale process. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/21/2021 | **Matthew A. Hamermesh** | 1.0 | $450.00 | Telephone conversation and e-mails with W. Burnett regarding discussions with PNC Bank, filing of bankruptcy, and sale procedures. |
| 6/21/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | Review initial Midnight Madness Distilling Bankruptcy filings. |
| 6/22/2021 | **David M. Scolnic** | 1.0 | $550.00 | E-mails re: Asset Purchase Agreement; revised Asset Purchase Agreement and sent to client. |
| 6/22/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails and telephone call with bankruptcy team. |
| 6/22/2021 | **David M. Scolnic** | 0.1 | $55.00 | Further e-mails re: changes to Asset Purchase Agreement. |
| 6/22/2021 | **David M. Scolnic** | 0.4 | $220.00 | E-mails re: payables; finalized Asset Purchase Agreement and sent to MMD counsel. |
| 6/22/2021 | **Maria Hunter** | 0.3 | $55.50 | Review, update, finalize and file Notice of Appearance of M. Hamermesh. |
| 6/22/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | Telephone conversations with J. Maleski regarding ongoing discussions with PNC Bank. |
| 6/22/2021 | **Matthew A. Hamermesh** | 0.6 | $270.00 | E-mails and telephone conversations with C. Drangula and D. Scolnic regarding next steps in Midnight Madness Distilling Bankruptcy filings and PNC Bank negotiations. |
| 6/22/2021 | **Matthew A. Hamermesh** | 0.9 | $405.00 | Review new bankruptcy pleadings in Midnight Madness Distilling case, including Cash Collateral Stipulation and Motion, and First-Day Declaration. |
| 6/22/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review and finalize Entry of Appearance in Midnight Madness Distilling Bankruptcy case. |
| 6/22/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails with H. Giacometti and W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding initial steps in bankruptcy case, and review draft pleadings. |
| 6/23/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails regarding negotiations with PNC Bank. |
| 6/24/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails regarding status of bankruptcy case, and Midnight Madness Distilling communications with A. Lorubio. |
| 6/24/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | Review PNC Bank Proof of Claim filed in Bankruptcy Court. |
| 6/25/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails with M. Hamermesh. |
| 6/25/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: Bruce Toll. |
| 6/25/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Telephone conversation with W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding various pending issues, and Asset Purchase Agreement; emails with D. Scolnic |
| 6/28/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails with W. Burnett and H. Giacometti (Bankruptcy Counsel for Midnight Madness Distilling) concerning upcoming Bankruptcy Court hearing. |
| 6/29/2021 | **Maria Hunter** | 0.8 | $148.00 | Review of various Motions and Orders and update matter calendar. |
| 6/29/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails regarding updates to Asset Purchase Agreement. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/29/2021 | **Matthew A. Hamermesh** | 1.4 | $630.00 | Bankruptcy Court hearing on Midnight Madness Distilling's First-Day Motions, and follow-up. |
| 6/30/2021 | **David M. Scolnic** | 0.3 | $165.00 | E-mails re: Asset Purchase Agreement amendments. |
| 6/30/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails regarding updates to Asset Purchase Agreement. |
| 6/30/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails regarding updating Asset Purchase Agreement. |
| 7/2/2021 | **Maria Hunter** | 0.1 | $18.50 | Review of Order Granting Interim Use of Cash Collateral and update matter calendar with supplemental deadlines. |
| 7/2/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails with W. Burnett (Bankruptcy Counsel for Midnight Madness Distilling) regarding Bid Procedures Motion. |
| 7/7/2021 | **David M. Scolnic** | 0.2 | $110.00 | E-mails re: PNC objections. |
| 7/7/2021 | **Maria Hunter** | 0.2 | $37.00 | Review of Revised Interim Order for Determining Adequate Assurance of Payment for Future Utility Services and update matter calendar. |
| 7/7/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review key pleadings and documents in preparation for discussion with PNC Bank Counsel concerning proposed bid procedures. |
| 7/7/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | E-mails and telephone conversation with C. Drangula regarding discussions with PNC Bank and questions about sale procedures. |
| 7/7/2021 | **Matthew A. Hamermesh** | 1.0 | $450.00 | Conference call with W. Burnett (Midnight Madness Distilling Counsel) and J. Maleski (PNC Bank Counsel) regarding sale procedures and proposed sale. |
| 7/8/2021 | **David M. Scolnic** | 0.3 | $165.00 | Telephone call with M. Hamermesh. |
| 7/8/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails with J. Maleski (Counsel for PNC Bank) and W. Burnett (Counsel for Midnight Madness Distilling) regarding upcoming hearing on Proposed Sale Procedures. |
| 7/8/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | Review Midnight Madness Distilling Bankruptcy Schedules of Assets and Liabilities and Statement of Financial Affairs and analyze assumed liabilities issues from Aset Purchase Agreement. |
| 7/8/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | Telephone conversation with D. Scolnic regarding strategy for dealing with PNC Bank concerns about sale procedures. |
| 7/12/2021 | **David M. Scolnic** | 0.4 | $220.00 | Reviewed PNC objections. |
| 7/12/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding Asset Purchase Agreement, sale process, and follow-up e-mails. |
| 7/12/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review PACCAR Limited Objection to Sale of Midnight Madness Distilling assets, and e-mails with C. Drangula regarding same. |
| 7/12/2021 | **Matthew A. Hamermesh** | 1.1 | $495.00 | Initial review and analysis of PNC Bank's Objection to Sale Procedures. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 7/13/2021 | **David M. Scolnic** | 2.8 | $1,540.00 | Conference calls and e-mails re: PNC objections; revised Asset Purchase Agreement; e-mails with legal team; reviewed documents from M. Hamermesh and C. Drangula. |
| 7/13/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Telephone conversation and e-mails with W. Burnett regarding PNC Bank Objection and up-coming hearing on sale procedures. |
| 7/13/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | Review e-mail from Counsel for US Trustee regarding issues with Proposed Sale Procedures. |
| 7/13/2021 | **Matthew A. Hamermesh** | 1.0 | $450.00 | Conference call with S. Sheehan, C. Parzych, and various counsel regarding PNC Bank's Objections to Sale and Sale Procedures, and up-coming hearing on Sale Procedures Motion. |
| 7/13/2021 | **Matthew A. Hamermesh** | 1.6 | $720.00 | Revise Proposed Sale Procedures Order to address PNC Bank's Objections and US Trustee's comments. |
| 7/13/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review proposed edits to Asset Purchase Agreement. |
| 7/13/2021 | **Matthew A. Hamermesh** | 1.3 | $585.00 | Telephone conversations with S. Sheehan and C. Drangula regarding Sales Procedures Proposal and PNC Bank's Objections, and up-coming hearing thereon. |
| 7/13/2021 | **Matthew A. Hamermesh** | 1.4 | $630.00 | Numerous e-mails and telephone conversations with C. Drangula regarding PNC Bank's Objection to Sale Procedures and potential revisions to Asset Purchase Agreement and Sale Procedures, including my analysis of PNC Bank's Objections. |
| 7/14/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Continued work on draft Amended Asset Purchase Agreement. |
| 7/14/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | Continued work on revising draft Sales Procedures and Order |
| 7/14/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding proposed revisions to Asset Purchase Agreement and Sale Procedures. |
| 7/14/2021 | **Matthew A. Hamermesh** | 2.0 | $900.00 | Bankruptcy Court hearing to consider Sale Procedures Motion, and follow-up e-mails. |
| 7/14/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review draft Escrow Agreement for Asset Purchase Agreement deposit. |
| 7/14/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Conference call with S. Sheehan, C. Parzych, and various Counsel concerning up-coming hearing and Sale Procedures and proposed revisions to Asset Purchase Agreement and Sale Procedures Order. |
| 7/15/2021 | **Maria Hunter** | 0.1 | $18.50 | Review of Application to Employ Norris McLaughlin as Special Counsel. |
| 7/15/2021 | **Maria Hunter** | 0.1 | $18.50 | Review of Court Notice regarding continued hearing on Motion for Continuation of Utility Service and Motion for Sale of Assets. |
| 7/15/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails with S. Sheehan and C. Drangula regarding PACCAR Financial issues. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 7/19/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Telephone conversation and e-mails with W. Burnett (Counsel for Midnight Madness Distilling) regarding upcoming hearing on Proposed Sale Procedures. |
| 7/19/2021 | **Matthew A. Hamermesh** | 1.2 | $540.00 | E-mails concerning draft Sale Procedures, PNC Bank's proposed edits, and comments from US Trustee's Counsel. |
| 7/19/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Work on revisions to Proposed Bid Procedures Order in response to new comments from PNC Bank. |
| 7/20/2021 | **Matthew A. Hamermesh** | 0.7 | $315.00 | Telephone conversation with W. Burnett (Counsel for Midnight Madness Distilling) regarding upcoming hearing and revisions to Sale Procedures. |
| 7/20/2021 | **Matthew A. Hamermesh** | 0.9 | $405.00 | E-mails and telephone conversation with C. Drangula regarding proposed revisions to Asset Purchase Agreement and Sale Procedures. |
| 7/21/2021 | **Maria Hunter** | 0.1 | $18.50 | Review of Court Notice regarding continued hearing regarding Motion for Sale of Assets. |
| 7/21/2021 | **Matthew A. Hamermesh** | 2.2 | $990.00 | Continued Bankruptcy Court hearing on Motion to Approve Sale Procedures. |
| 7/21/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | E-mails and telephone calls regarding proposed revisions to Sale Procedures and PNC Bank questions about Asset Purchase Agreement. |
| 7/26/2021 | **Matthew A. Hamermesh** | 1.8 | $810.00 | Attend Midnight Madness Distilling 341 Meeting of Creditors in Midnight Madness Distilling Bankruptcy case, and e-mail report regarding same to client. |
| 7/26/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review Midnight Madness Distilling's Proposed Supplement to Sale Motion, and Revise Sale Procedures Order. |
| 7/26/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review PNC Bank's comments on revisions to Proposed Sale Procedures Order. |
| 7/27/2021 | **Matthew A. Hamermesh** | 0.8 | $360.00 | Work on finalizing revised Asset Purchase Agreement and Sale Procedures Order, and e-mails regarding same. |
| 7/27/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Review and comment on Midnight Madness Distilling's draft Declaration of C. Parzych concerning Sale and Bid Procedure Motions. |
| 7/28/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails regarding Revised Sale Procedures Order, Revised Asset Purchase Agreement, and C. Parzych Declaration concerning relationship with Buyer. |
| 7/29/2021 | **Maria Hunter** | 0.1 | $18.50 | Review of Berlin Packaging Motion for Allowance of Administrative Expense Claim. |
| 7/29/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails regarding revisions to Declaration of C. Parzych regarding potential conflicts. |
| 8/2/2021 | **Matthew A. Hamermesh** | 0.0 | $0.00 | E-mails regarding finalizing Asset Purchase Agreement. |
| 8/3/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | E-mails with W. Burnett (Counsel for Midnight Madness Distilling) regarding next steps in moving forward with Sale Procedures. |
| 8/4/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails with W. Burnett regarding finalizing Asset Purchase Agreement and other issues. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 8/4/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | E-mails from W. Burnett regarding PNC Bank and other Creditors concerns about Drink Wynk, and forward to client for discussion. |
| 8/5/2021 | **Matthew A. Hamermesh** | 0.3 | $135.00 | Review Proposed Cure Amount Schedule; e-mails with client regarding same. |
| 8/6/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | E-mails concerning Midnight Madness Distilling's Schedules of Cure Amounts for Assumed Contracts. |
| 8/6/2021 | **Matthew A. Hamermesh** | 0.4 | $180.00 | Review draft of Midnight Madness Distilling's Responses to US Trustee's inquiries about related entities. |
| 8/9/2021 | **Matthew A. Hamermesh** | 0.1 | $45.00 | Telephone conversation with D. Scolnic regarding next steps in sale process. |
| 8/11/2021 | **Matthew A. Hamermesh** | 0.2 | $90.00 | E-mails with W. Burnett regarding sale process. |
| 8/12/2021 | **Maria Hunter** | 0.5 | $92.50 | Review of Order scheduling hearing on Motion for Sale, Debtor's Notice of Sale of Assets and update matter calendar with all relevant deadlines. |
| 8/12/2021 | **Matthew A. Hamermesh** | 0.5 | $225.00 | Follow-up concerning Sale Procedures Order and process. |
|  | **Total** |  | $95,857.50 |  |