# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Midnight Madness Distilling LLC,** | **Case No. 21-11750-mdc** |
| **Debtor.** | |

## ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion of ETOH Worldwide LLC for Allowance of Expense Reimbursement and to Compel Payment (the "Expense Reimbursement Motion"), after notice and opportunity for a hearing thereon, and any objections and responses thereto, it is hereby

ORDERED that:

1. The Expense Reimbursement Motion is GRANTED.

2. The Expense Reimbursement[1] is allowed in the amount of $_____.

3. The Expense Reimbursement is allowed as an administrative expense, pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, 11 U.S.C. § 503(b)(1)(A).

4. Millstone Spirits, LLC shall pay to ETOH Worldwide LLC the Expense Reimbursement in the amount specified above within fourteen days of the date of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

---

[1] Capitalized terms used by not defined herein are used in the sense defined in the Expense Reimbursement Motion.