**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**Midnight Madness Distilling LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11750-mdc |

**CERTIFICATE OF SERVICE**

I, Matthew A. Hamermesh, hereby certify that on October 7, 2021, I caused a true and correct copy of the Motion of ETOH Worldwide LLC for Allowance of Expense Reimbursement and to Compel Payment, and the accompanying Notice of Motion, Response Deadline and Hearing Date, to be served by ECF filing on all parties entitled to notice thereof, and by first-class mail, postage pre-paid, on the parties listed below:

| | |
|---|---|
| Harry J. Giacometti, Esquire<br>William J. Burnett, Esquire<br>Flaster Greenberg PC<br>1835 Market Street, Suite 1050,<br>Philadelphia, PA 19103 | Joel L. Perrell Jr., Esquire<br>Patricia B. Jefferson, Esquire<br>Miles & Stockbridge<br>100 Light Street<br>Baltimore, MD 21202 |

Dated: October 7, 2021        _/s/ Matthew A. Hamermesh_
                                                    Matthew A. Hamermesh