United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11750-mdc |
| Midnight Madness Distilling LLC | Chapter 7 |
| Midnight Madness Distilling LLC | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 14, 2021 | Form ID: 309C | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| db | + | Midnight Madness Distilling LLC, MAILING ADDRESS, PO Box 173, Trumbauersville, PA 18970-0173 |
| aty | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| aty | + | WILLIAM J. BURNETT, Flaster/Greenberg P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103-2913 |
| 14616725 | + | Aftek, Inc., 740 Driving Park Ave., Rochester, NY 14613-1578 |
| 14616726 | + | Agtech VI, LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14616727 | + | Albatrans, Inc., 149-10 183rd Street, Springfield Gardens, NY 11413-4035 |
| 14616729 | + | Altek Business Systems, Inc., 300 Emien Way, Telford, PA 18969-1722 |
| 14616731 | + | American Supply Company, 2411 N. American Street, Philadelphia, PA 19133-3431 |
| 14616732 | #+ | Anthony Lorubbio, 3014 Franklin Blvd, Upper Unit, Cleveland, OH 44113-2920 |
| 14616733 | + | BDS Souderton, 3443 Bethlehem Pike, Souderton, PA 18964-1031 |
| 14630598 | + | Bancshares Realty, LLC, c/o Jennifer L. Maleski, Esq., Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| 14616734 | + | Bergey's Commercial Tire Centers, 3161 Penn Avneue, Hatfield, PA 19440-1728 |
| 14616735 | + | Berkley Insurance Co., 475 Steamboat Rd., Floor 1, Greenwich, CT 06830-7144 |
| 14616736 | | Berlin Packing, LLC, 525 West Monroe Street, 14 Floor, Chicago, IL 60661 |
| 14616737 | + | Betsy Moyer Taxes, 105 Chestnut Drive, Quakertown, PA 18951-2288 |
| 14616738 | + | Blank Rome, 501 Grant Street, Union Trust Building, Suite 850, Pittsburgh, PA 15219-4442 |
| 14616739 | | Bouder Mechanical Services, Inc., 67 Cooper Ave., Landisville, PA 17538 |
| 14628834 | + | Carol E. Momjian, SDAG, PA Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14616740 | + | Casey Parzych, PO Box 173, Trumbauersville, PA 18970-0173 |
| 14620207 | + | Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14616741 | + | Classic Services, Inc., 248 W. Broad Street, Quakertown, PA 18951-1233 |
| 14616742 | + | D.J. Whelan & Co., 100 S Summit St., Detroit, MI 48209-3286 |
| 14616744 | + | Department of the Treasury, Tax and Trade Bureau, 1310 G St. NW, Washington, DC 20005-3000 |
| 14616745 | + | Devault Refrigeration, 731 Wambold Rd., Souderton, PA 18964-2715 |
| 14616746 | + | Dutch Valley Food Dist, P.O. Box 465, Myerstown, PA 17067-0465 |
| 14616747 | + | ETOH Worldwide LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14616748 | + | Express Employment Professionals, 19 Jenkins Avenue, Suite 200, Lansdale, PA 19446-2559 |
| 14616749 | | Finland Leasing, 2300 Trumbauersville Road, Quakertown, PA 18951 |
| 14616750 | + | First Western Bank & Trust, 100 Prairie Center Drive, Eden Prairie, MN 55344-5391 |
| 14616751 | + | Foodarom USA, Inc, 5525 West 1730 South, Suite 202, Salt Lake City, UT 84104-4882 |
| 14616752 | + | Francis E. Stubbs, Maria Del Carmen Nuno, 154 E. Oakland Avenue, Doylestown, PA 18901-4611 |
| 14616753 | + | Good Plumbing, Heating A/C, Inc., 737 Hagey Center Dr. D, Souderton, PA 18964-2404 |
| 14616754 | + | Grain Processing Corp., 250 Technology Drive W, Clearfield, PA 16830-2663 |
| 14616755 | + | Honda Finance, 240 Gibraltar Road, # 200, Horsham, PA 19044-2343 |
| 14616756 | + | Hoover Materials Handling Group, 33 W. Higgins Road, Suite 3000, Barrington, IL 60010-9354 |
| 14616758 | + | Iron Heart Canning Company, LLC, 7130 Golden Ring Road, Essex, MD 21221-3138 |
| 14620673 | + | Isuzu Finance Of America, Inc., c/o Dennis A. Dressler, Esquire, Dressler & Peters, LLC, 70 W. Hubbard Street, Suite 200, Chicago, IL 60654-5677 |
| 14616759 | | Isuzu Finance of America, 2500 Westchester Avenue, Suite 312, Purchase, NY 10577-2578 |
| 14616760 | + | Keystone Collections, PO Box 559, Irwin, PA 15642-0559 |
| 14616761 | + | KorPack, 290 Madsen Dr. #101, Bloomingdale, IL 60108-2675 |
| 14616762 | + | Landis Pallet & Box Co Inc., P.O. Box 126, East Greenville, PA 18041-0126 |
| 14616764 | + | McCallion Staffing Specialists, 601 A Bethlehem Pike, Montgomeryville, PA 18936-9717 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: 309C | Total Noticed: 91 |

| | | |
|---|---|---|
| 14616765 | + | Merican Mule LLC, 150 The Promenade N, Long Beach, CA 90802-4750 |
| 14616766 | + | Mike Boyer, 4406 Lowell Road, Wilmington, DE 19802-1106 |
| 14616767 | | Milford Business Centre LP, 2641 Township Line Road, Quakertown, PA 18951 |
| 14616768 | + | Morrison Container, 335 West 194th Street, Glenwood, IL 60425-1501 |
| 14616770 | + | NIC, 609 E. King Street, P.O. Box 1985, York, PA 17405-1985 |
| 14616772 | + | NYCO Corporation, 1073 S County Lind Road #B, Souderton, PA 18964-1028 |
| 14616769 | | Nationwide, P.O. Box 742522, Cincinnati, OH 45274-2522 |
| 14616771 | + | Norris McLaughlin, 515 West Hamilton Street, Suite 502, Allentown, PA 18101-1513 |
| 14616773 | + | OK Kosher Certification, 391 Tryo Avenue, Brooklyn, NY 11213-5322 |
| 14628587 | + | Office of Unemployment Compensation Tax Services, Commonwealth of Pennsylvania, Dept. of L, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg,PA 17121-0751 |
| 14616774 | + | Ore Rentals, 699 N West End, Quakertown, PA 18951-4101 |
| 14617483 | + | PNC Bank, National Association, c/o Gary A. Best, Vice President, 1600 Market Street - F2-F070-22-8, Philadelphia, PA 19103-7211 |
| 14616781 | + | PNC Equipment Finance, 995 Dalton Avenue, Cincinnati, OH 45203-1100 |
| 14616778 | + | Penny Power, 202 S. 3rd Street, Coopersburg, PA 18036-2150 |
| 14616779 | + | Plantation Candies, Inc., 4224 Old Bethlehem Pike, Telford, PA 18969-1199 |
| 14616782 | | Polebridge, 118 N. Main Street, Trumbauersville, PA 18970 |
| 14616783 | + | Ronald Frank, 1675 Glouchester Court, Sewickley, PA 15143-8518 |
| 14616784 | + | Scott Cars, Inc., 3333 Lehigh Street, Allentown, PA 18103-7036 |
| 14616786 | | Soiree Partners, 3401 Liberty Avenue, Pittsburgh, PA 15201-1322 |
| 14616787 | + | Sunteck, 125 Sunteck Lane, Cresco, PA 18326-7410 |
| 14616788 | + | Technical Beverage Services, 120 Leesburg Rd., Telford, TN 37690-2345 |
| 14616789 | + | The Cincinnati Insurance Company, 334 Jefferson Court, Collegeville, PA 19426-2239 |
| 14616790 | | Three Hundred Commerce Drive Associates, 2641 Township Line Road, Quakertown, PA 18951 |
| 14621343 | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Esquire, Dressler & Peters, LLC, 70 W. Hubbard Street, Suite 200, Chicago, IL 60654-5677 |
| 14616791 | + | Toyota Industries Commercial Finance, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| 14620208 | + | Toyota Industries Commercial Finance, Inc., Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14616792 | + | Trout Brothers, 164 Badman Road, Green Lane, PA 18054-2403 |
| 14616793 | + | Utica National Insurance, 180 Genesee Street, New Hartford, NY 13413-2299 |
| 14616794 | + | Vanguard/Ascensus, P.O. Box 28067, New York, NY 10087-8067 |
| 14616795 | + | Wiggin and Dana, LP, Attn: John Doroghazi, One Century Tower, 265 Church Street, New Haven, CT 06510-7004 |

TOTAL: 73

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: harry.giacometti@flastergreenberg.com | Oct 14 2021 23:24:00 | HARRY J. GIACOMETTI, Flaster/Greenberg, P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103 |
| tr | + EDI: BBBFINKEL.COM | Oct 15 2021 03:23:00 | BONNIE B. FINKEL, Bonnie B. Finkel, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |
| smg | Email/Text: megan.harper@phila.gov | Oct 14 2021 23:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 14 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 14 2021 23:24:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14616728 | + EDI: GMACFS.COM | Oct 15 2021 03:23:00 | Ally, 6985 Union Park Center, Midvale, UT 84047-4177 |
| 14640783 | + EDI: AISACG.COM | Oct 15 2021 03:23:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14616730 | + EDI: AMEREXPR.COM | Oct 15 2021 03:23:00 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 14626805 | EDI: BECKLEE.COM | | |

| Recip ID | Notice Method | Date | Name and Address |
|---|---|---|---|
| | | Oct 15 2021 03:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14624804 | Email/Text: megan.harper@phila.gov | Oct 14 2021 23:24:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14616743 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Oct 14 2021 23:24:00 | De Lage Landen Financial Services, 1111 Old Eagle School Road, Wayne, PA 19087 |
| 14616757 | EDI: IRS.COM | Oct 15 2021 03:23:00 | Internal Revenue Service, Bankruptcy Specialist, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14616776 | Email/Text: pfc.bankruptcy.packages@paccar.com | Oct 14 2021 23:24:00 | PACCAR Financial, 240 Gibraltar Road, # 200, Horsham, PA 19044 |
| 14616775 | Email/Text: pfc.bankruptcy.packages@paccar.com | Oct 14 2021 23:24:00 | PACCAR Financial, 240 Gibraltar Road, #200, Horsham, PA 19044 |
| 14616780 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2021 23:24:00 | PNC Bank NA, 500 First Avenue, Pittsburgh, PA 15219 |
| 14616777 | EDI: PENNDEPTREV | Oct 15 2021 03:23:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14616777 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2021 23:24:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14628155 | EDI: PENNDEPTREV | Oct 15 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14628155 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14618556 | + Email/Text: accounts.receivable@uline.com | Oct 14 2021 23:24:00 | Uline, 12575 Uline Drive, Pleasant Prairie WI 53158-3686 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616763 | | LANE IP Limited, The Forum, First Floor, 33 Gutter Lane, London EC2v8AS |
| 14627737 | | PNC Bank, Equipment Finance LLC |
| 14627736 | | PNC Bank, National Association |
| 14616785 | | SEE ATTACHED LIST |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14639725 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Oct 14, 2021 Form ID: 309C Total Noticed: 91

Date: Oct 16, 2021 Signature: /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Midnight Madness Distilling LLC<br>Name | EIN: | 45–5493200 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter: | 11   6/21/21 |
| Case number: | 21–11750–mdc | Date case converted to chapter: | 7   10/13/21 |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Midnight Madness Distilling LLC | |
| 2. | **All other names used in the last 8 years** | dba Faber Distilling, fka Theobald and Oppenheimer, LLC | |
| 3. | **Address** | 118 N. Main Street<br>Trumbauersville, PA 18970 | |
| 4. | **Debtor's attorney**<br>Name and address | HARRY J. GIACOMETTI<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103 | Contact phone (215) 587–5680<br><br>Email:<br>harry.giacometti@flastergreenberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BONNIE B. FINKEL<br>Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034 | Contact phone 856–216–1278<br><br>Email:  finkeltrustee@comcast.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/14/21 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 22, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1