DRINKS    ABOUT    **WYNK;)**    STORE LOCATOR    MERCH    SHOP

# THIS IS WHY WE WYNK.

There's more to us than THC, CBD, and delicious seltzer. Not much more, but it's still worth a read.

**FIND WYNK NEAR YOU**

| | DRINKS | ABOUT | WYNK ;) | STORE LOCATOR |
|---|---|---|---|---|
| | | | | MERCH    SHOP |

# WYNK THINKERS

Casey Parzych, Shawn Sheehan and Angus Rittenburg aren't just dudes with cool names. They are the brain trust behind Wynk. They've been engineers and entrepreneurs and lots of things in between.

But what they've always dreamed of is crafting a delicious drink that actually helps people unwind, without impacting how they feel the next day. Because we can all agree that hangovers really suck. So they took that dream, mixed it with plenty of quarantine thinking time, and Wynk was born! There's definitely more to it than that, but you didn't come here to read the About Us page.

| ☰ | DRINKS | ABOUT | WYNK ;) | STORE LOCATOR |
|---|---|---|---|---|
|   |        |       |         | MERCH    SHOP |

# Wynk Wagon℠

What does it take to make Wynk? In short, an 18-wheeler, some ingenuity and a whole lot of love. Because making a THC-based seltzer when it's not legal nationally is…complicated. For our competition, making product means building a factory in states where cannabis is legal—or finding a co-manufacturer to do it for them. Plus, there's the issue of licensing within each state. It's enough to make you want a Wynk!

That's why we re-imagined the whole thing.

We make Wynk on-site in states where it's legal using the equipment that lives on the back of our Wynk Wagon℠ 18-wheeler. So while other beverages make their drink in a single location and ship to market, we actually flipped the script and bring the factory to the market. Crazy, huh? But you gotta do crazy things when you're chasing a dream this delicious.

DRINKS    ABOUT    WYNK;)    STORE LOCATOR    MERCH    SHOP



## LEARN WHAT THE BUZZ IS ABOUT

Get a heads up about special offers and when Wynk™ is in a store near you.

FIRST NAME

EMAIL

SUBMIT

DRINKS    ABOUT    WYNK ;)    STORE LOCATOR    MERCH    SHOP

DRINKS

ABOUT

CONTACT US

BLOG

STORE LOCATOR

FAQ

CAREERS

PRIVACY POLICY

TERMS OF SERVICE

© 2021. WYNK and          are trademarks of AgTech VI, LLC. Wynk Wagon is a service mark of AgTech VI, LLC.