10/21/21, 1:54 PM  THC Seltzer Brand Wynk Enters The Functional Beverage Category With Inventive Production Model - BevNET.com

Case 21-11750-mdc    Doc 195-2    Filed 10/21/21    Entered 10/21/21 17:34:05    Desc
Exhibit Exhibit B    Page 1 of 3

EXHIBIT B

BECOME A BEVNET/NOSH INSIDER TODAY!

# THC Seltzer Brand Wynk Enters The Functional Beverage Category With Inventive Production Model

*Press Release*

*Aug. 16, 2021 at 11:00 am*

Listen to this article



**Columbus, Ohio** – Building on the boom of the hard seltzer beverage industry, cannabis beverages are set to disrupt the entire alcohol market this summer. Wynk, the THC seltzer, enters the category with an inventive business model, poised to make the brand a leading contender in the marketplace.

Lack of federal legality aside, several obstacles have left processors scratching their heads about how best to capitalize on the cannabis beverage market. Those issues include the cost of building plants in each state, finding an expert manufacturing team in each market and most importantly, making a product that tastes good, works quickly and is dosed accurately.

10/21/21, 1:54 PM    THC Seltzer Brand Wynk Enters Functional Beverage Category With Inventive Production Model - BevNET.com

Case 21-11750-mdc    Doc 195-2    Filed 10/21/21    Entered 10/21/21 17:34:05    Desc Exhibit Exhibit B    Page 2 of 3

Despite those hurdles, Wynk is set to hit dispensary shelves this summer thanks to its founders' unique and innovative approach to manufacturing. Wynk's solution? A co-manufacturing plant on wheels. The team has devised a way to bring the entire facility, including the raw materials, to distribution partners who then distribute to dispensaries in their state.

Co-founders Casey Parzych, Angus Rittenburg and Shawn Sheehan wanted to find a way around the big production hurdle caused by the patchwork legality of the cannabis industry. Tapping into their collective engineering skills and entrepreneurial spirit gained from working for companies like Tesla, SpaceX and commodities trading at XO Energy, they identified a different way to approach the piecemeal, state-by-state nature of cannabis in America. The three entrepreneurs, with deep experience in both engineering and the alcohol industry, identified an ingenious opportunity to better serve the market; their team developed a co-manufacturing business model that enables the product to always remain local. Their traveling "Wynk Wagon", a custom 18-wheeler, produces Wynk THC seltzer on-site at processors.

"The idea for the truck came from looking at the business challenge from an engineering perspective," said Parzych. "We saw the hurdles that existed for processors, so we're giving them a unique way to offer their customers a THC seltzer, in an efficient, cost-effective way. It's highly relevant now, given the lack of nationalization. As an added bonus, we're committed to spending the marketing dollars necessary to create a standout national brand in order to bring new consumers into the space."

A little over a year ago, Parzych, Rittenburg and Sheehan saw an opportunity in the marketplace to marry the consumer intrigue around cannabis with declining interest in alcohol consumption, and they are excited to finally get their product in the hands of consumers this summer.

"We've made the capital investment to create a pain-free manufacturing experience for processors," says Rittenburg. "We bring a lean team of experts and engineers with the truck to oversee the process of creating Wynk in states where cannabis is legal. Then we partner with local processors who provide the cannabis and distributors who help us get product to dispensaries within those states."

Look for the traveling "Wynk Wagon" that produces Wynk THC seltzer on-site at processors in states where cannabis is legal this summer. Consumers can find their nearest Wynk-carrying dispensary on Leafly and Weedmaps. To learn more about Wynk THC seltzer, visit drinkwynk.com or follow them on Instagram at @drinkwynk.

**About Wynk**

Each 8.4oz can of Wynk is a microdose of relaxation, without the hangover. Made with 2.5mg of both THC and CBD per can, you can drink up, chill out and expect a light buzz in about 20 minutes. Refreshing all natural flavors, sparkling with the essence of tempting fruit.

10/21/21, 1:54 PM   THC Seltzer Brand Wynk Enters The Functional Beverage Category With Inventive Production Model - BevNET.com

Case 21-11750-mdc    Doc 195-2    Filed 10/21/21    Entered 10/21/21 17:34:05    Desc
Exhibit Exhibit B    Page 3 of 3

**For More Information:**

https://drinkwynk.com/ (https://drinkwynk.com/)

# Like what you're reading?

**BECOME A BEVNET+NOSH INSIDER**
Become a BevNET+NOSH Insider today and get access to the leading industry resources in the food & beverage industries. News, trends, industry data, expert analysis and much more.

Access all of these benefits:

- Unlimited access to all content on BevNET.com and NOSH.com
- Access to virtual events, including Investor Speed Dating
- Exclusive access to hundreds of educational videos
- Watch subscriber-only live programs such as Office Hours

**BECOME AN INSIDER (HTTPS://APP.BEVNET.COM/SUBSCRIBE)**    or    **Login**

**Attention retailers: get a FREE retailer subscription (https://subscribe.bevnet.com/retail/)**