EXHIBIT C

   

| | | | |
|---|---|---|---|
| in | 🔍 | 🏠 Home | 👥 My Network | 💼 Jobs |

**Tap into proven talent. -** In-demand talent, on demand. Upwork is how.   Ad   •••



# Casey Parzych · 3rd
WYNK Co-Founder

- WYNK™ THC & Seltzer
- Carnegie Mellon University

Greater Philadelphia · **Contact info**

**104** connections

🔒 Message        More

## Activity
108 followers

Posts Casey created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience


**Co-Founder**
WYNK™ THC & Seltzer
Oct 2020 – Present · 1 yr 1 mo



 

Home    My Network    Jobs

Nov 2011 – Sep 2021 · 9 yrs 11 mos
Milford Twp, PA



**Intern**
Space Exploration Technologies
May 2012 – Aug 2012 · 4 mos
Hawthorne, CA

## Education



**Carnegie Mellon University**
Bachelor of Science, Mechanical Engineering
2010 – 2014

## Skills & endorsements

**Product Development** · 2

 Endorsed by **2 of Casey's colleagues at Theobald & Oppenheimer**

**Entrepreneurship** · 1

**R.F. Culbertson** has given an endorsement for this skill

**Start-ups** · 1

**R.F. Culbertson** has given an endorsement for this skill

## Interests



**Carnegie Mellon Universi**
231,393 followers

**Premier Hotel Corporatio**
93 followers



**WYNK™ THC & Seltzer**
679 followers



**Theobald & Oppenheime**
981 followers


Case 21-11750-mdc    Doc 195-3    Filed 10/21/21    Entered 10/21/21 17:34:05    Desc
Exhibit Exhibit C    Page 3 of 10

     Home    My Network    Jobs

Ad  •••

Patricia, Get Valuable IT Tips, Tools, and Services

  

Get tech tips to make your business more efficient

Follow

**People also viewed**


**Anthony Lorubbio** • 2nd
Founder at Recal | Mindful Adventure Travel as a remedy for burnout

Connect


**Drew Lyons** • 2nd
Account Manager at Theobald & Oppenheimer

Connect


**Michael Long** • 3rd
Recruiter at Theobald & Oppenheimer

Message


**Jack Blobe** • 2nd
Founder of Nortic Hard Kombucha

Connect

**Andrew Zimmerman** • 3rd
Logistics Manager at Theobald & Oppenheimer

Message

Show more

   Home    My Network    Jobs


**Sasha Hodge-Wren**
Trial Attorney and Adjunct Professor

Connect


**Susan DuMont**
Associate Attorney - Products Liability & Mass Torts Litigation

Connect


**Marc Sloane**
Principal at Miles & Stockbridge P.C.

Connect


**Sherrie A. Albers**
Legal Assistant at Miles & Stockbridge

Connect


**Lindsay Sfekas**
General Attorney (Civil Rights) at Equal Employment Opportunity Commission

Connect

Show more

 **LEARNING**

Add new skills with these courses, free for 24 hours


Flutter: Part 04 Building an App with State


How to Support Your Employees' Well-Being


Agile Change Management for Manufacturers

See more courses




Home   My Network   Jobs


for executives with your skills. Join the
network for free and be found.   ⟩


Complete Online in 1 Year
WashU's top-20 school of law is
accepting applications. J.D. required.   ⟩


Ready to Retire?
Use our calculator to prepare your
$500k+ savings for healthcare costs.   ⟩

---

**LinkedIn**

| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2021

    

Home    My Network    Jobs

**Online MBA With No GMAT -** No GMAT req'd for Syracuse University's online





# Shawn Sheehan · 3rd

Founder at Drink Wynk

- Drink Wynk
- Bryant University

Landenberg, Pennsylvania, United States · Contact info

**500+** connections

Message    More

## Activity
552 followers



Welcome to the first day of Fall! The team over at WYNK™ THC & Seltzer is dressed and ready for Autumn, how about you?...

Shawn shared this
14 Reactions



Great job Megan - impressive!

Shawn commented



I have been pushing for a Real Time Congestion hedge in the markets for over a decade. MISO is supposedly implementing…

Shawn commented



   Home  My Network  Jobs

Shawn shared this
28 Reactions • 3 Comments

See all activity

## Experience



**Chief Executive Officer**
Drink Wynk · Full-time
Oct 2020 – Present · 1 yr 1 mo
Pennsylvania, United States



**Principal**
XO Energy
Mar 2011 – Present · 10 yrs 8 mos
Landenberg, PA

XO Energy is a conservative, proprietary energy trading and risk management firm located in Landenberg, PA.

Founded in 2011 and registered with the Federal Reg...see more

## Education



**Bryant University**

## Skills & endorsements

**Energy** · 15

 Endorsed by **Margaret Miller and 1 other who is highly skilled at this**

**Commodity Markets** · 12

**Karter Krueger and 11 connections** have given endorsements for this skill

**Energy Markets** · 10

 

Home   My Network   Jobs

Show more

## Accomplishments

**1**  **Publication**

Hourly FTR's - Critical to Accurate Price Formation for Electricity Markets

---

Ad   ···

Patricia, restart your Premium free trial today!



See who's viewed your profile in the last 90 days

Restart Trial

---

### People also viewed

 **Brenden Pakebusch** • 3rd
National Sales Manager at Drink Wynk

Message

 **Matthew Thompson** • 2nd
Partner at XO Energy

Case 21-11750-mdc    Doc 195-3    Filed 10/21/21    Entered 10/21/21 17:34:05    Desc
Exhibit Exhibit C    Page 9 of 10

   Home   My Network   Jobs

 **Casey Coughlin** • 3rd
Brand Manager at Wynk

Message

 **Catherine Heath** • 3rd
Sales Manager at Wynk

+ Follow

**Neil Huber** • 3rd
Energy Trader at XO Energy

Message

Show more ⌄

## People you may know

 **Veronica D. Jackson, Esq.**
Employment and Data Privacy Attorney at Miles & Stockbridge P.C.

Connect

 **Marc Sloane**
Principal at Miles & Stockbridge P.C.

Connect

 **Andrea R. Willis-Johnson**
Managing Attorney, The Jacob Burns Community Legal Clinics at The George Washington University Law School

Connect

 **Sufen Zhang**
Business Immigration Lawyer at Miles & Stockbridge P.C.

Connect

 **Keisha Whitehall Wolfe**
Counsel at Miles & Stockbridge P.C.; Financial Services Licensing and Regulatory Compliance Counsel

Connect

 

Home    My Network    Jobs

**LEARNING**

Add new skills with these courses, free for 24 hours

Corporate Finance Foundations

Achieving More through Smart Energy Management

Recharge Your Energy for Peak Performance

See more courses

