# EXHIBIT D



# INVOICE

| | |
|---|---|
| Invoice No.: | SIV326554 |
| Date: | 8/23/2021 |
| Page: | 1 |
| Order No.: | SL1725945 |
| Order Date.: | 06/22/2021 |
| Shipment Date.: | 08/17/2021 |

Scott Laboratories, Inc.
1480 Cader Lane
Petaluma, CA  94954-5644
(707) 765-6666
www.scottlab.com

**Bill To:**
Account No. 105257
KELLY FESTA
MIDNIGHT MADNESS DISTILLING LLC
DBA THEOBALD & OPPENHEIMER
222 DELAWARE AVE
WILMINGTON, DE  19801-1621
UNITED STATES

**Sell To:**
KELLY FESTA
MIDNIGHT MADNESS DISTILLING LLC
DBA THEOBALD & OPPENHEIMER
222 DELAWARE AVE
WILMINGTON, DE  19801-1621
UNITED STATES

**Ship To:**
MIDNIGHT MADNESS DISTILLING LLC
2512 QUAKERTOWN RD
PENNSBURG, PA  18073
UNITED STATES

| Purch. Order No. | Payment Terms | Due Date | Shp. Agent Svc. | Shp. Pmt. Type | FOB |
|---|---|---|---|---|---|
| ANGUS RITTENBURG | NET 30 DAYS | 9/22/2021 | PRIORITY | PREPAID | FOB Petaluma CA |

| Order Qty. | Invoice Qty. | Backorder Qty. | Item/Description/Lot No. | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | VDTE0006<br>VELCORIN DT-6 TOUCH DOSER<br>Serial No.: 90691521 | Each | 82,719.00 | 82,719.00 |
| 1 | 1 | | Shipping Charges<br>. TERMS OF SALE:<br>30% DEPOSIT W/ ORDER:<br>$25,115.70 PAID  60% PRIOR TO<br>SHIP: $50,231.40 PAID<br>10% NET 30 AFTER DEL: $8,371.90 | | 1,000.00 | 1,000.00 |

**REMIT TO:**
Scott Laboratories, Inc.
Accounts Receivable
P.O. Box 398198
San Francisco, CA  94139-8198
UNITED STATES
707-765-6666

Amt. Subject to Sales Tax:  0.00
Amt. Exempt from Sales Tax:  83,719.00
Tax Exemption No.: PA 660955498

| | |
|---|---|
| Subtotal: | 83,719.00 |
| Total Sales Tax: | 0.00 |
| **TOTAL:  $** | **83,719.00** |
| *Amount Paid* | *$75,347.10* |
| *Amount Due* | *$8,371.90* |