# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11750 (MDC) |

**CERTIFICATE OF SERVICE REGARDING
APPLICATION OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE OF
MIDNIGHT MADNESS DISTILLING, INC. FOR AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF COZEN O'CONNOR AS ATTORNEYS**

I, John T. Carroll, III, Esquire, proposed counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on October 29, 2021 I caused to be served via U.S. First Class Mail a copy of the foregoing *Notice of Application and Application of Bonnie B. Finkel, Chapter 7 Trustee of the Estate of Midnight Madness Distilling, Inc. for an Order Authorizing the Employment and Retention of Cozen O'Connor as Attorneys* (the "Application") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Application was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case.

Dated: October 29, 2021          By:   */s/ John T. Carroll, III*

\54898428\2 00604.3853.000/532457.000

# EXHIBIT "A"

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

**2002 Service Parties and Creditor Listing**

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034
*Chapter 7 Trustee*

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
***Counsel to the Debtor***

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
***Counsel to the Debtor***

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Custom House
200 Chestnut Street
Suite 500
Philadelphia, PA 19106

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

Anthony St. Joseph
U.S. Attorneys Office EDPA
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
***Counsel to USA Alcohol, Tobacco, Tax Bureau***

Ally Bank Department
AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Andrew W. Bonekemper, Esquire
Fox Rothschild, LLP
10 Sentry Parkway
Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001

Anthony Lorubbio
3014 Franklin Blvd
Upper Unit
Cleveland, OH 44113

| | |
|---|---|
| Berks Plant Design & Maintenance<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | Bouder Mechanical Services, Inc.<br>1930 N Eden Road<br>Lancaster, PA 17601 |
| Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 | Carol E. Momjian, Senior Deputy Atty<br>Commonwealth of Pennsylvania<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>*Counsel to Isuzu Finance of America, Inc.* |
| Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>*Counsel for Tokyo Century (USA), Inc.* | Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |
| ETOH Worldwide LLC<br>c/o XO Energy<br>6501 Red Hook Plaza<br>Suite 201<br>St. Thomas, VI 00802 | Everett K. Sheintoch, Esquire<br>Sheintoch Law P.C.<br>415 Horsham Road<br>Horsham, PA 19044<br>*Counsel to Isuzu Finance of America, Inc.*<br>*Counsel to Tokyo Century (USA) Inc.* |

| | |
|---|---|
| Express Employment Professionals<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | Finland Leasing Co. Inc.<br>P.O. Box 116<br>Quakertown, PA 18951-0116 |
| Howard Gershman, Esquire<br>Gershman Law Offices, PC<br>610 York Road<br>Suite 200<br>Jenkintown, PA 19422<br>**Counsel to PACCAR Financial Corp.** | Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403<br>**Counsel to BET Investments** |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to Bancshares Realty, LLC** | Julie A. Callsen, Esquire<br>Tucker Ellis LLP<br>950 Main Avenue<br>Suite 1100<br>Cleveland, OH 44113-7213<br>**Counsel to Berlin Packaging, L.L.C.** |
| Matthew Hamermesch, Esquire<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933<br>**Counsel to Agtech VI, LLC**<br>**Counsel to ETOH** | McMaster-Carr Supply Co<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 |
| Megan N. Harper, Esquire<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Blvd, 5th Floor<br>Philadelphia, PA 19102-1595<br>**Counsel to City of Philadelphia** | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>**Counsel to Anthony Lorubbio** |

| | |
|---|---|
| Millstone Spirits Group LLC<br>c/o Joel L. Perrell Jr., Esquire<br>Patricia B. Jefferson, Esquire<br>Miles & Stockbridge P.C.<br>100 Light St., 10th Fl.<br>Baltimore, MD 21202 | NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 |
| Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 | Office of the Secretary of State<br>302 North Office Building,<br>401 North Street<br>Harrisburg, PA 17120 |
| PA Department of Revenue<br>PO Box 280427<br>Harrisburg PA 17128-0427 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to PNC Bank/PNC Equip. Finance** | Tokyo Century (USA) Inc.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>70 W. Hubbard St.<br>Ste. 200<br>Chicago, IL 60654 |
| The Cincinnati Insurance Company<br>P.O. Box 3496<br>Allentown, PA 18106 | Agtech VI, LLC<br>c/o XO Energy<br>6501 Red Hook Plaza<br>Suite 201<br>St. Thomas, VI 00802 |

Whisman Giordano & Associates, LLC
111 Continental Dr.,
Suite 10
Newark, DE 19713

Wm. F. Comly & Son, Inc.
1825 E. Boston Street
Philadelphia, PA 19125-1296

Theodore J. Zeller
Norris McLaughlin
515 West Hamilton
Suite 502
Allentown, PA 18101

**SCHEDULE "D" PARTIES:**

Ally Bank
6985 Union Park Center
Midvale, UT  84047

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

Francis E. Stubbs
Maria Del Carmen Nuno
154 E. Oakland Avenue
Doylestown, PA  18901

Honda Finance
240 Gibraltar Road
#200
Horsham, PA  19044

Isuzu Finance of America
2500 Westchester Avenue
Suite 312
Purchase, NY 10577-2578

PACCAR Financial
240 Gibraltar Road
#200
Horsham, PA  19044

PNC Bank NA
500 First Avenue
Pittsburgh, PA 15219

PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1101

Toyota Industries Commercial Finance
1999 Bryan Street
Suite 900
Dallas, TX 75201

**SCHEDULES "E" PARTIES**

Department of the Treasury
Tax and Trade Bureau
1310 G St. NW
Washington, DC  20005

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA  19101-7346

**Keystone Collections**
**PO Box 559**
**Irwin, PA  15642**

Pennsylvania Department of Revenue
Department 280946
Attn:  Bankruptcy Division
Harrisburg, PA  17128-0946

**SCHEDULES "F" PARTIES**

ACCU Staffing SVCS
308 W. Main Street
Lansdale, PA 19446

Aftek, Inc.
740 Driving Park Avenue
Rochester, NY 14613-0000

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St. Thomas, VI  00802

Albatrans, Inc.
149-10 183rd Street
Jamaica, NY 11413

American Express
P.O. Box 650448
Dallas, TX 75265

American Supply Company
2411 N. American Street
Philadelphia, PA 19133

BDS Souderton
3443 Bethlehem Pike
Souderton, PA 18964

Bergey's Commercial Tire Centers
3161 Penn Avenue
Hatfield, PA 19440

Berkley Insurance Co.
475 Steamboat Road
Floor 1
Greenwich, CT 06830

Berlin Packaging, LLC
525 West Monroe Street
14th Floor
Chicago, IL 60661-0000

Betsy Moyer Taxes
105 Chestnut Drive
Quakertown, PA 18951

| | |
|---|---|
| Blank Rome LLP<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | Bouder Mechanical Services, Inc.<br>67 Cooper Ave.<br>Landisville, PA 17538 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0287 | Catskill Marketing, LLC<br>10 North Street<br>Middletown, NY 10940 |
| Classic Staffing Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 | D.J. Whelan & Co.<br>100 S. Summit Street<br>Detroit, MI 48209 |
| Devault Refrigeration<br>731 Wambold Road<br>Souderton, PA 18964 | Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067 |
| ETOH Worldwide LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St. Thomas, VI 00802 | Express Employment Professionals<br>19 Jenkins Avenue<br>Suite 200<br>Lansdale, PA 19446 |

| | |
|---|---|
| Foodarom<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-0000 | Good Plumbing, Heating, Air Conditioning, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| Grain Processing Corp.<br>250 Technology Drive W<br>Clearfield, PA 16830 | Greenwood Associates, Inc.<br>6280 W. Howard Street<br>Niles, IL 60714 |
| Hoover Materials Handling Group<br>33 W Higgins Road<br>Ste 3000 South<br>Barrington, IL 60010 | Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221 |
| KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 | Labelworx<br>51 Runway Road<br>Levittown, PA 19057 |
| Landis Pallet & Box Co Inc.<br>P.O. Box 126<br>East Greenville, PA 18041 | Lane IP Limited<br>The Forum, First Floor<br>St. Paul's 33 Gutter Lane<br>London EC2V 8AS |

McCallion Staffing Specialists
601 A Bethlehem Pike
Montgomeryville, PA 18936

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

Merican Mule LLC
150 The Promenade North
Unit 425
Long Beach, CA 90802

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802

Morrison Container
335 West 194th Street
Glenwood, IL  60425

Nationwide Insurance
P.O. Box 742522
Cincinnati, Ohio 45274-2522

Norris McLaughlin
515 West Hamilton Street
Suite 502
Allentown, PA 18101

North Industrial Chemicals
608 E. King Street
P.O. Box 1985
York, PA  17403

NYCO Corporation
1073 S County Line Road #B
Souderton, PA 18964

O-1 Packaging Solutions, LLC
One Michael Owens Way Plaza 2
Perrysburg, OH 43551

OK Kosher Certification
391 Troy Avenue
Brooklyn, NY 11213

Ore Rentals
699 N West End
Quakertown, PA 18951

Penny Power
202 S 3rd Street
Coopersburg, PA 18036

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

Roberts Oxygen Company
614 Westtown Road #C
West Chester, PA 19382

Ronald Frank
1675 Glouchester Court
Sewickley, PA 15143

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

Sunteck
125 Sunteck Lane
Cresco, PA 18326

Technical Beverage Services
120 Leesburg Road
Telford, TN 37690

The Cincinnati Insurance Company
334 Jefferson Ct.
Trappe, PA 19426

Trout Brothers  
164 Badman Road  
Green Lane PA 18054

Uline Ship Supply  
700 Uline Way  
Allentown, PA 18106

Uline  
12575 Uline Drive  
Pleasant Prairie, WI 53158

UPS  
258 N. West End Blvd.  
Quakertown, PA 18951

Utica National Insurance  
180 Genesee Street  
New Hartford, NY 13413

Vanguard/Ascensus  
P.O. Box 28067  
New York, NY 10087