**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | **Objection Deadline: November 5, 2021** |

**NOTICE OF APPLICATION OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE OF MIDNIGHT MADNESS DISTILLING, INC. FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF <u>COZEN O'CONNOR AS ATTORNEYS</u>**

Bonnie B. Finkel, Chapter 7 Trustee for the Estate of Midnight Madness Distilling, Inc. has filed an Application for an Order Authorizing the Employment and Retention of Cozen O'Connor as Attorneys (the "<u>Application</u>") with the court.

1.     **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2.     **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **November 5, 2021 (the "<u>Objection Deadline</u>") you or your attorney must file a response to the Application.** (*See instructions on next page*).

3.     If you do not file a response to the Application, the court may enter an order granting the relief requested in the Application.

4.     If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been scheduled.

\54898428\2 00604.3853.000/532457.000

**Filing Instructions**

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. If you are not required to file electronically, you must file your response at:

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> The Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street
> Suite 400
> Philadelphia, PA 19106

8. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the movant's attorney:

> John T. Carroll, III, Esquire
> Cozen O'Connor
> One Liberty Place
> 1650 Market Street
> Suite 2800
> Philadelphia, PA  19103
> Phone:   (302) 295-2028
> Fax No. (215)701-2140
> Email:  jcarroll@cozen.com

Dated:   October 29, 2021