# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## CERTIFICATE OF NO RESPONSE OR OBJECTION

The undersigned, counsel for the Chapter 7 Trustee, certifies as follows:

1. On June 22, 2021, the Application to Employ Flaster/Greenberg P.C. as Attorney (the "Application") [Docket No. 19] was filed in the above-captioned matter, together with the Notice of Application [Docket No. 20].

2. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

3. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Application been filed with the Court.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

Date: November 2, 2021

FLASTER/GREENBERG P.C.

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 279-9383
Fax: (215) 279-9394

8486033 v1