November 2, 2021
Bill Number  390318


**Midnight Madness Distilling, LLC**


**Through October 13, 2021**


RE:  Chapter 11
File Number:  M2164.0002


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| Asset Disposition | | | | |
| 06/22/21 | JLV | Draft proposed order for Sale Motion | 0.50 | 97.50 |
| 06/22/21 | WJB | Email correspondence with Dentons regarding sale interest | 0.20 | 112.00 |
| 06/22/21 | WJB | Telephone call from J. Maleski regarding sale negotiations | 0.40 | 224.00 |
| 06/23/21 | WJB | Email correspondence regarding XO/PNC negotiations; telephone call to client and H Giacometti regarding same | 0.40 | 224.00 |
| 06/24/21 | HJG | Telephone call with J.Kurtzman regarding sale of debtor's assets and case filing | 0.20 | 112.00 |
| 06/24/21 | WJB | Telephone call to  J comly regarding sales process | 0.30 | 168.00 |
| 06/24/21 | WJB | Telephone call to Client regarding sale status | 0.20 | 112.00 |
| 06/24/21 | WJB | Respond to potential bidders regarding assets | 0.40 | 224.00 |
| 06/24/21 | WJB | Review revise NDA of sale | 0.60 | 336.00 |
| 06/25/21 | HJG | Follow up correspondence with J.Kurtzman re: interest in assets | 0.20 | 112.00 |
| 06/25/21 | WJB | Telephone call from J. Maleski regarding sale issues | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

**Midnight Madness Distilling, LLC**

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/25/21 | WJB | Telephone call to M. Hamermesh regarding Asset Purchase Agreement | 0.20 | 112.00 |
| 06/25/21 | WJB | Telephone call to D. Smith regarding case background and sale | 0.40 | 224.00 |
| 06/28/21 | WJB | Telephone call from First Western regarding assumption and cure issues | 0.20 | 112.00 |
| 06/28/21 | WJB | Email correspondence with M Hamermesh regarding sale updates | 0.10 | 56.00 |
| 06/28/21 | WJB | Telephone call to Client regarding sale process | 0.20 | 112.00 |
| 06/29/21 | WJB | Review revise regarding notice of Bid procedures | 0.20 | 112.00 |
| 06/29/21 | WJB | Email with client regarding strategy for sale | 0.10 | 56.00 |
| 06/29/21 | WJB | Review diligence documents and create data room for sale | 1.70 | 952.00 |
| 06/30/21 | HJG | Communication with J.Comly regarding vehicles owned by MMD | 0.20 | 112.00 |
| 06/30/21 | WJB | Telephone call to J Comly regarding status of sale process and Comly employment | 0.30 | 168.00 |
| 06/30/21 | WJB | Review further documents for sale data room and email regarding same | 0.60 | 336.00 |
| 07/01/21 | WJB | Telephone call from J. Maleski regarding PNC comments to Bid Pro | 0.80 | 448.00 |
| 07/01/21 | WJB | Email to M. Hamermesh regarding call with PNC | 0.10 | 56.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/21 | WJB | Call with client and PR firm regarding potential talking points relating to sale | 0.40 | 224.00 |
| 07/02/21 | WJB | Telephone call from L. Markel regarding collateral inspection and email regarding same | 0.20 | 112.00 |
| 07/06/21 | WJB | Telephone call from Jen Maleski regarding sale structure and PNC objections. | 0.90 | 504.00 |
| 07/06/21 | WJB | Telephone call to C Paszych regarding PNC issues re: sale | 0.30 | 168.00 |
| 07/12/21 | WJB | Email correspondence from J. Maleski regarding  bid process | 0.30 | 168.00 |
| 07/12/21 | WJB | Review PAACAR Objection to Sale | 0.20 | 112.00 |
| 07/12/21 | WJB | Review PNC objection and email correspondence regarding same | 1.70 | 952.00 |
| 07/13/21 | WJB | Review PNC Objection to sale and prepare for hearing | 1.30 | 728.00 |
| 07/13/21 | WJB | Attend conf call with XO regarding bid pro hearing and APA and strategy | 1.10 | 616.00 |
| 07/13/21 | WJB | Address bid pro comments from UST; email correspondence regarding same | 0.40 | 224.00 |
| 07/13/21 | WJB | Email correspondence with C Parzych regarding PNC issues | 0.30 | 168.00 |
| 07/13/21 | WJB | Email correspondence from J. Kurtzman regarding B. Toll bid | 0.20 | 112.00 |
| 07/14/21 | HJG | Attend hearing on Motion for Sale, and Utilities Motion | 2.00 | 1,120.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/14/21 | HJG | Telephone call with K.Callahan regarding status of case and sale motion issues; follow up with WJB | 0.30 | 168.00 |
| 07/14/21 | WJB | Review revised MMD APA and Bid Pro with XO procedure | 0.90 | 504.00 |
| 07/14/21 | WJB | Conference call with buyer and debtor regarding sale strategy | 0.60 | 336.00 |
| 07/14/21 | WJB | Further review revised MMD APA and Bid Pro and prepare for hearing | 1.40 | 784.00 |
| 07/14/21 | WJB | Attend Bid Pro hearing | 1.90 | 1,064.00 |
| 07/14/21 | WJB | Follow up with client regarding status | 0.30 | 168.00 |
| 07/14/21 | WJB | Create notice of revised Order and APA | 0.30 | 168.00 |
| 07/14/21 | WJB | Email correspondence regarding sale process | 0.40 | 224.00 |
| 07/15/21 | HJG | Reviewing sale motion matters - objections to motion and revisions to motion/asset purchase documents | 1.00 | 560.00 |
| 07/19/21 | HJG | Correspondence from K.Callahan and J.Maleski regarding sale and PNC issues | 0.30 | 168.00 |
| 07/19/21 | HJG | Conference call with Casey and WJB regarding sale issues | 0.30 | 168.00 |
| 07/19/21 | WJB | Review new detailed PNC Objections to Bid Pro from J. Maleski and emails regarding same | 0.70 | 392.00 |
| 07/19/21 | WJB | Telephone call to M. Hamermesch regarding Bid Pro strategy | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/19/21 | WJB | Call with Casey Parzych regarding sale strategy | 0.40 | 224.00 |
| 07/19/21 | WJB | Email from K. Callahan regarding Bid Pro Objections | 0.20 | 112.00 |
| 07/20/21 | WJB | Email and call J Comly regarding bid pro | 0.20 | 112.00 |
| 07/20/21 | WJB | Call from K Festa and email regarding Data Room | 0.30 | 168.00 |
| 07/20/21 | WJB | Telephone call to M. Hamermesch follow up regarding Bid Pro | 0.20 | 112.00 |
| 07/20/21 | WJB | Telephone call to J Comly regarding Bidder status | 0.20 | 112.00 |
| 07/20/21 | WJB | Review revised NDA and markups for potential bidder and email regarding same | 0.30 | 168.00 |
| 07/20/21 | WJB | Review revised Bid Pro Order from Buyer, telephone call to M. Hamermesch and email correspondence to J. Maleski regarding bid pro objections | 0.90 | 504.00 |
| 07/21/21 | HJG | Correspondence with counsel regarding sale process and related matters | 0.30 | 168.00 |
| 07/21/21 | HJG | Prepare for and attend hearing on sale motion and utlities motion | 1.50 | 840.00 |
| 07/21/21 | WJB | Prepare for bid pro hearing and telephone call to M. Hamermesh, C. Parzych | 1.30 | 728.00 |
| 07/21/21 | WJB | Attend bid pro hearing | 2.10 | 1,176.00 |
| 07/21/21 | WJB | Follow up call with M. Hamermesh, jim Comly and email correspondence regarding sale logistics | 0.30 | 168.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/23/21 | HJG | Telephone call with Andrew Hellman regarding bid and sale interest | 0.20 | 112.00 |
| 07/23/21 | HJG | Conference with WJB regarding sale and PNC issues; follow up review and revision of disclosure notice | 0.70 | 392.00 |
| 07/23/21 | WJB | Review revise supplement to Sale motion and review documents | 2.10 | 1,176.00 |
| 07/23/21 | WJB | Review revise Bid Pro Order | 0.70 | 392.00 |
| 07/23/21 | WJB | Review revise declaration for C Parzych in support of sale | 1.30 | 728.00 |
| 07/23/21 | WJB | Email correspondence from J. Maleski regarding sale order and telephone call to C. Parzych and H Giacometti regarding same | 0.90 | 504.00 |
| 07/23/21 | WJB | Draft email correspondence regarding Finland Lease and related issues and review related documents | 0.80 | 448.00 |
| 07/23/21 | WJB | Telephone call to C Parzych regarding sale strategy | 0.30 | 168.00 |
| 07/23/21 | WJB | Telephone call to C Parzych follow up regarding sale strategy | 0.10 | 56.00 |
| 07/23/21 | WJB | Telephone call to Jim comly regarding sale | 0.10 | 56.00 |
| 07/23/21 | WJB | Email to New Liberty regarding NDA | 0.30 | 168.00 |
| 07/27/21 | WJB | Review PNC comments to Bid Pro and supplemental sale motion and finalize same and email correspondence regarding same | 1.10 | 616.00 |
| 07/28/21 | HJG | Telephone call with P.Jefferson, counsel for potential bidder, regarding sale process | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

**Midnight Madness Distilling, LLC**

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/29/21 | WJB | Review PNC comments to declaration, revise and finalize and email regarding same | 0.30 | 168.00 |
| 07/30/21 | HJG | Communications with K.Festa regarding sale issues | 0.20 | 112.00 |
| 08/02/21 | WJB | Telephone call to J Comly regarding update on bidding activity | 0.30 | 168.00 |
| 08/04/21 | WJB | Email correspondence regarding APA and Cure schedules. | 0.40 | 224.00 |
| 08/04/21 | WJB | Email to M. Hamermesh regarding call from J. Maleski | 0.40 | 224.00 |
| 08/05/21 | WJB | Email correspondence regarding order and status of sale | 0.30 | 168.00 |
| 08/05/21 | WJB | Telephone call to C. Parzych regarding sale status | 0.20 | 112.00 |
| 08/09/21 | WJB | Telephone call to CParzych regarding sale status | 0.20 | 112.00 |
| 08/10/21 | HJG | Reviewing email regarding bid offer | 0.10 | 56.00 |
| 08/10/21 | WJB | Email correspondence from counsel to New Liberty regarding bid process | 0.10 | 56.00 |
| 08/10/21 | WJB | Email to chambers regarding Bid Pro Order | 0.10 | 56.00 |
| 08/10/21 | WJB | Telephone call to C Parzych regarding sale status and follow up with H. Giacometti | 0.30 | 168.00 |
| 08/11/21 | HJG | Conference with WJB regarding status of sale/bids | 0.20 | 112.00 |
| 08/11/21 | HJG | Correspondence with counsel for PNC and ETOH regarding bid procedures Order | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/11/21 | WJB | Email correspondence with counsel for PNC regarding Bid Pro Order | 0.10 | 56.00 |
| 08/11/21 | WJB | Email with counsel regarding sale order | 0.20 | 112.00 |
| 08/12/21 | HJG | Reviewing procedures for evidentiary hearing on 8/27; conference with WJB regarding same | 0.50 | 280.00 |
| 08/12/21 | JLV | Prepare Notice of Sale of Assets for filing; Efile and serve on parties | 0.90 | 175.50 |
| 08/12/21 | JLV | Email correspondence with J. Comly regarding Sale Motion and service to prospective bidders | 0.20 | 39.00 |
| 08/12/21 | WJB | Prepare revise Cure Notice and schedule emails regarding same | 0.30 | 168.00 |
| 08/12/21 | WJB | Prepare, revise Sale notice and emails regarding same | 0.30 | 168.00 |
| 08/12/21 | WJB | Email with K. Festa regarding data room | 0.20 | 112.00 |
| 08/12/21 | WJB | Email to C Parzych and J Comly regarding 8/27 witness issues | 0.20 | 112.00 |
| 08/12/21 | WJB | Review sale documents, prepare for sale hearing and proffers | 0.80 | 448.00 |
| 08/12/21 | WJB | Telephone call to H Giacometti regarding sale hearing strategy | 0.30 | 168.00 |
| 08/13/21 | HJG | Review email from J.Maleski regarding sale hearing and evidence | 0.20 | 112.00 |
| 08/13/21 | WJB | Review Zoom hearing procedures order and email to J. Comly and C Parzych regarding same | 0.40 | 224.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/13/21 | WJB | Email from J. Maleski regarding zoom procedures order | 0.20 | 112.00 |
| 08/13/21 | WJB | Telephone call to Judge's chambers regarding zoom procedures | 0.20 | 112.00 |
| 08/13/21 | WJB | Follow up emails regarding zoom procedures | 0.10 | 56.00 |
| 08/13/21 | WJB | Review information requests from Counsel to New Liberty and email regarding same | 0.30 | 168.00 |
| 08/16/21 | HJG | Reviewing amended order on sale hearing | 0.10 | 56.00 |
| 08/16/21 | HJG | Correspondence and calls regarding sale hearing and PNC issues | 0.70 | 392.00 |
| 08/16/21 | WJB | Telephone call from Counsel for Isuzu regarding treatment for assume and assign 2018 lease and assume liability for 2019 loan | 0.30 | 168.00 |
| 08/16/21 | WJB | Email from counsel to PNC regarding sale process and telephone call to Parzych and H Giacometti same | 0.40 | 224.00 |
| 08/16/21 | WJB | Review responses to bidder questions | 0.30 | 168.00 |
| 08/17/21 | HJG | Correspondence and communications with counsel regarding sale and circumstances | 0.50 | 280.00 |
| 08/17/21 | WJB | Email correspondence with PNC Counsel and C Parzych regarding Finland leasing and zoning issues | 0.70 | 392.00 |
| 08/17/21 | WJB | Telephone call to C Parzych regarding sale issues | 0.30 | 168.00 |
| 08/17/21 | WJB | Telephone call from J Comly regarding sale | 0.10 | 56.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/17/21 | WJB | Telephone call from counsel for Isuzu regarding sale and lease issues | 0.30 | 168.00 |
| 08/18/21 | HJG | Correspondence regarding sale and related issues | 0.40 | 224.00 |
| 08/18/21 | WJB | Address issues raised by New Liberty bidder, email correspondence, conference with client, review data room and bid pro, email to PNC | 0.90 | 504.00 |
| 08/18/21 | WJB | Review documents in preparation for sale hearing | 0.70 | 392.00 |
| 08/18/21 | WJB | Telephone call to K festa regarding bidder questions. | 0.10 | 56.00 |
| 08/23/21 | WJB | Prepare revised sale notice | 0.20 | 112.00 |
| 08/23/21 | WJB | Prepare Pretrial Disclosures for sale hearing | 0.90 | 504.00 |
| 08/23/21 | WJB | Review revise Proffer for Casey Parzych | 1.70 | 952.00 |
| 08/23/21 | WJB | review revise J Comply Proffer | 0.60 | 336.00 |
| 08/23/21 | WJB | Respond to P Jefferson questions and telephone call to C Parzych regarding same | 0.30 | 168.00 |
| 08/23/21 | WJB | Review all bids, normalize issues and prepare for conducting auction | 0.80 | 448.00 |
| 08/24/21 | HJG | Reviewing PACCAR objection to sale/auction | 0.20 | 112.00 |
| 08/24/21 | HJG | Reviewing submission regarding evidentiary hearing on sale motion; reviewing exhibits to be used | 1.00 | 560.00 |
| 08/25/21 | HJG | Prepare for and attend auction sale of assets | 4.50 | 2,520.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/25/21 | HJG | Reviewing various objections to 363 sale; follow up conversations with WJB and client regarding same | 0.60 | 336.00 |
| 08/25/21 | WJB | Prepare for and conduct auction | 5.40 | 3,024.00 |
| 08/25/21 | WJB | Review Isuzu and Paccar objections, address post action/sale issues | 0.70 | 392.00 |
| 08/25/21 | WJB | Review TTB sale objection | 0.40 | 224.00 |
| 08/25/21 | WJB | Review UST sale objection | 0.20 | 112.00 |
| 08/25/21 | WJB | Conference with client regarding objections and conversion | 0.30 | 168.00 |
| 08/25/21 | WJB | Conference with P Jefferson regarding sale hearing and sale issues | 0.40 | 224.00 |
| 08/25/21 | WJB | Conference with PNC regarding objections and conversion | 0.40 | 224.00 |
| 08/26/21 | HJG | Conference with WJB regarding sale and related issues; follow up call with Patti Jefferson | 0.50 | 280.00 |
| 08/26/21 | JLV | Efile Revised Notice of Sale Hearing | 0.20 | 39.00 |
| 08/26/21 | WJB | Strategy for sale hearing; telephone call to H Giacometti, J, Maleski, P. Jefferson; email correspondence regarding same | 0.70 | 392.00 |
| 08/26/21 | WJB | Prepare revised Sale notice | 0.30 | 168.00 |
| 08/31/21 | HJG | Conference with WJB regarding sale results and next steps | 0.30 | 168.00 |
| 08/31/21 | WJB | Telephone call to P. Jefferson regarding APA issues and next steps | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/31/21 | WJB | Telephone call from D Smith regarding open issues | 0.20 | 112.00 |
| 08/31/21 | WJB | Telephone call to C Parzych regarding sale issue and email regarding same | 0.70 | 392.00 |
| 09/08/21 | WJB | Telephone call from C Parzych regarding Sale issues | 0.30 | 168.00 |
| 09/08/21 | WJB | Review blacklined Millstone APA | 1.20 | 672.00 |
| 09/08/21 | WJB | Telephone call to C Parzych regarding Millstone APA and closing | 0.40 | 224.00 |
| 09/08/21 | WJB | Telephone call to P. Jefferson regarding APA | 0.50 | 280.00 |
| 09/08/21 | WJB | Review revise proposed sale order and email correspondence regarding same | 0.90 | 504.00 |
| 09/08/21 | WJB | Prepare for sale hearing | 0.60 | 336.00 |
| 09/09/21 | WJB | Review revised APA, telephone call to C Parzych regarding same | 1.30 | 728.00 |
| 09/09/21 | WJB | Make further changes to APA and send to P Jefferson and telephone call to P Jefferson regarding same | 1.70 | 952.00 |
| 09/10/21 | HJG | Reviewing ETOH limited objection to sale | 0.30 | 168.00 |
| 09/13/21 | HJG | Review email from M.Hamermesh regarding sale hearing and related issues; follow up | 0.20 | 112.00 |
| 09/14/21 | WJB | Review revised APA, revised sale order, prepare for hearing and conference with P. Jefferson and Casey Parzych regarding same | 3.10 | 1,736.00 |
| 09/15/21 | HJG | Prepare for hearing on approval of sale motion (reviewing exhibits and proffers) | 1.00 | 560.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/15/21 | HJG | Assemble and serve hearing exhibits | 0.50 | 280.00 |
| 09/15/21 | HJG | Attendance at 363 Sale Hearing | 2.50 | 1,400.00 |
| 09/15/21 | JLV | Efile Proposed Sale Order and attachments | 0.20 | 39.00 |
| 09/15/21 | JLV | Efile Redline APA from Winning Bidder reflecting changes to Stalking Horse Bid | 0.10 | 19.50 |
| 09/15/21 | WJB | Prepare, review revise proffers for Parzych and Comly; conference with Casey Parzych and prepare presentation for sale hearing | 4.20 | 2,352.00 |
| 09/15/21 | WJB | Attend sale hearing | 2.40 | 1,344.00 |
| 09/17/21 | HJG | Conference with WJB regarding sale issues | 0.30 | 168.00 |
| 09/20/21 | WJB | Call regarding outstanding canning agreement with Onda | 0.50 | 280.00 |
| 09/20/21 | WJB | Follow up call with Casey and Kelly regarding sale process | 0.30 | 168.00 |
| 09/20/21 | WJB | Address closing issues and email with C Parzych | 0.30 | 168.00 |
| 09/21/21 | HJG | Conference call with Joe Giordano and Ed Devenny regarding bulk sales issues, 363 closing and related accounting issues; follow up with WJB regarding bulk sales issue | 0.60 | 336.00 |
| 09/22/21 | WJB | Review from P Jefferson regarding sale and telephone call to C Parzych regarding response, email regarding same, call with H. Giacometti regarding same and reply to P. Jefferson | 1.00 | 560.00 |
| 09/24/21 | HJG | Numerous calls with WJB, Patti Jefferson and C.Parzych regarding sale issues | 1.20 | 672.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/24/21 | WJB | Address open sale issues, telephone call to C Parzych and P Jefferson regarding same | 0.90 | 504.00 |
| 09/27/21 | HJG | Conference call with WJB, K.Festa and C.Parzych regarding closing and post-closing issues | 0.50 | 280.00 |
| 09/27/21 | HJG | Numerous calls and emails with P.Jefferson and clients regarding closing issues | 1.50 | 840.00 |
| 09/27/21 | WJB | Address open sale issues and email regarding same | 0.60 | 336.00 |
| 09/28/21 | HJG | Numerous calls and emails with P.Jefferson, WJB and K.Festa regarding closing issues | 2.00 | 1,120.00 |
| 09/28/21 | WJB | Address open sale closing issues | 2.00 | 1,120.00 |
| 09/29/21 | HJG | Attend to closing issues (numerous calls and emails with counsel and clients) | 2.00 | 1,120.00 |
| 09/29/21 | WJB | Review letter from counsel from Finland Leasing, telephone call to regarding same | 0.80 | 448.00 |
| 09/29/21 | WJB | Address open closing times | 1.90 | 1,064.00 |
| 09/29/21 | WJB | Review HUD1/Settlement Sheet, Deed, Trademark Assignment, Patent Assignment, Powers of Attorney, Bill of Sale and Assignment and Assumption Agreement of Mortgage in preparation of Closing, email to client, P. Jefferson regarding same | 2.30 | 1,288.00 |
| 09/29/21 | WJB | Telephone call to P. Jefferson regarding closing issues | 0.30 | 168.00 |
| 09/30/21 | HJG | Correspondence and communications with client and counsel regarding closing | 1.00 | 560.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/30/21 | WJB | Review closing documents, address final closing issues, telephone call to P. Jefferson, K.Festa, Telephone call to Land Services regarding deposit wire and review settlement sheet | 2.30 | 1,288.00 |
| 10/01/21 | HJG | Post-sale emails with client and counsel regarding asset issues | 0.50 | 280.00 |
| 10/03/21 | HJG | Reviewing correspondence from P.Jefferson/R.Casell regarding transition of assets | 0.30 | 168.00 |
| 10/04/21 | HJG | Review email from K.Festa regarding sold/scrapped items; follow up conference with WJB regarding same | 0.20 | 112.00 |
| 10/05/21 | WJB | Email with P Jefferson regarding post closing issues and telephone call to regarding same | 1.30 | 728.00 |
| 10/05/21 | WJB | Telephone call to K Festa regarding post closing issues and email regarding same | 1.20 | 672.00 |
| 10/06/21 | JLV | Efile Notice of Sale | 0.20 | 39.00 |
| 10/06/21 | WJB | Email with P Jefferson regarding post closing issues | 0.60 | 336.00 |
| 10/06/21 | WJB | Telephone call to K Festa regarding post closing issues and email regarding same | 0.70 | 392.00 |
| 10/07/21 | WJB | Telephone call to D Web regarding contract assumption issues | 0.20 | 112.00 |
| 10/07/21 | WJB | Email regarding post closing invoice approvals | 0.30 | 168.00 |
| 10/08/21 | WJB | Emails regarding post closing issues and telephone call to D. Smith regarding same 1.3 | 1.30 | 728.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

**Midnight Madness Distilling, LLC**

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/12/21 | WJB | Post closing sale issues email and text with client and P. Jefferson | 0.90 | 504.00 |
| | | **Totals for   Asset Disposition** | **131.20** | **72632.50** |
| Business Operations | | | | |
| 07/19/21 | HJG | Communications with client regarding creditor and supply issues | 0.20 | 112.00 |
| 07/22/21 | HJG | Reviewing intial MOR and requirements with K.Festa | 1.00 | 560.00 |
| 08/11/21 | HJG | Correspondence with client regarding Que Onda baillee waiver and reviewing same | 0.30 | 168.00 |
| 08/13/21 | HJG | Reviewing initial MOR, follow up with K.Festa regarding same | 0.50 | 280.00 |
| 08/17/21 | HJG | Reviewing revised MOR, follow up with K.Festa | 0.30 | 168.00 |
| 08/20/21 | HJG | Reviewing revised MOR and balance sheet | 0.20 | 112.00 |
| 08/30/21 | HJG | Review and file June MOR | 0.50 | 280.00 |
| 09/02/21 | HJG | Conference call with Casey and Kelly regarding cash flow issues | 0.30 | 168.00 |
| 09/03/21 | HJG | Conference call with K.Festa, C.Parzych regarding business operations and ramifications | 0.60 | 336.00 |
| 09/15/21 | HJG | Review and file July MOR with attachments | 0.70 | 392.00 |
| 09/29/21 | HJG | Review and revise MOR for August; prepare for filing | 1.00 | 560.00 |
| | | **Totals for   Business Operations** | **5.60** | **3136.00** |
| Case Administration | | | | |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/22/21 | HJG | Communications with K.Callahan and others from the US Trustee's office | 0.50 | 280.00 |
| 06/22/21 | HJG | Finalize and file First Day Motions | 2.00 | 1,120.00 |
| 06/22/21 | HJG | Communications with Court regarding first day hearings | 0.40 | 224.00 |
| 06/22/21 | HJG | Numerous calls and emails with K.Festa regarding filing issues and needs | 0.70 | 392.00 |
| 06/22/21 | WJB | Conference call with Kevin Callahan at the US Trustee regarding first day hearing, case background | 0.50 | 280.00 |
| 06/22/21 | WJB | Conference call with judge's chambers regarding scheduling matters | 0.30 | 168.00 |
| 06/22/21 | WJB | Review revise first day Orders, conference with H. Giacometti regarding same | 0.50 | 280.00 |
| 06/23/21 | HJG | Correspondence with US Trustee regarding requested items; follow up with client | 0.50 | 280.00 |
| 06/23/21 | HJG | Communications with K.Festa and C.Parzych regarding creditor and other interactions | 0.50 | 280.00 |
| 06/23/21 | HJG | Reviewing First Day Orders, coordinating service of same | 0.40 | 224.00 |
| 06/24/21 | HJG | Correspondence with K.Festa and J.Maleski regarding PNC account issues | 1.00 | 560.00 |
| 06/24/21 | HJG | Review email from US Trustee regarding IDI, follow up with client | 0.20 | 112.00 |
| 06/25/21 | HJG | Telephone call with Kelly regarding financial questions | 0.30 | 168.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

\* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/25/21 | HJG | Correspondence with J.Giordano regarding books and intercompany transactions | 0.30 | 168.00 |
| 06/25/21 | HJG | Telephone call with K.Festa regarding critical vendors and related issues | 0.40 | 224.00 |
| 06/28/21 | HJG | Correspondence with H.Ward regarding IDI | 0.20 | 112.00 |
| 06/28/21 | HJG | Communications with K.Festa regarding payment of mortgage and secured debt | 0.20 | 112.00 |
| 06/28/21 | HJG | Communications with counsel and client regarding payment of wages pre-petition; revise and submit Order and accompanying documentation | 0.80 | 448.00 |
| 06/28/21 | HJG | Drafting Critical Vendor motion | 1.00 | 560.00 |
| 06/28/21 | WJB | Prepare for first day hearing | 0.30 | 168.00 |
| 06/29/21 | HJG | Telephone calls with K.Festa regarding critical vendor and related issues | 0.40 | 224.00 |
| 06/29/21 | HJG | Prepare for and attend Court hearing on First Day Motions | 1.80 | 1,008.00 |
| 06/29/21 | HJG | Revise and file Amended Orders on first day motions | 0.40 | 224.00 |
| 06/29/21 | WJB | Prepare for first day hearing | 0.80 | 448.00 |
| 06/29/21 | WJB | Attend first day hearing | 1.10 | 616.00 |
| 06/30/21 | HJG | Correspondence with K.Festa regarding payment of excise taxes | 0.20 | 112.00 |
| 06/30/21 | HJG | Correspondence with K.Festa regarding payroll issues | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/30/21 | HJG | Correspondence with K.Callahan regarding Declaration of Casey Parzych | 0.10 | 56.00 |
| 06/30/21 | HJG | Administrative matters regarding posting of Orders and undeliverable service issues | 0.20 | 112.00 |
| 06/30/21 | HJG | Communications with client regarding insurance payment | 0.10 | 56.00 |
| 07/01/21 | HJG | Review of updated financial information for MMD as of June 21st, follow up with client | 0.50 | 280.00 |
| 07/01/21 | HJG | Telephone call to Court regarding status of Orders on first day matters | 0.10 | 56.00 |
| 07/02/21 | HJG | Finalizing first day missing documents for filing (Corporate documents, schedules and SOFA) | 2.00 | 1,120.00 |
| 07/02/21 | HJG | Telephone call with K.Callahan regarding various issues | 0.40 | 224.00 |
| 07/02/21 | WJB | Telephone call from K. Callahan regarding authority issues and comments to bid pro | 0.30 | 168.00 |
| 07/02/21 | WJB | Email from UST and draft response to UST regarding authority issues | 1.80 | 1,008.00 |
| 07/02/21 | WJB | Email correspondence regarding UST Response and revise same | 0.40 | 224.00 |
| 07/02/21 | WJB | Telephone call to C. Parzych regarding status | 0.30 | 168.00 |
| 07/06/21 | JLV | Download filed Schedules; email to K. Festa re: same | 0.20 | 39.00 |
| 07/06/21 | WJB | Review revise UST response regarding authority and related issues | 0.60 | 336.00 |
| 07/06/21 | WJB | Call with K. Festa regarding creditor concerns | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/06/21 | WJB | Email correspondence with M. Menkowitz regarding authority issues | 0.20 | 112.00 |
| 07/06/21 | WJB | Email correspondence with client regarding status | 0.20 | 112.00 |
| 07/13/21 | HJG | Prepare for hearing on Utilities Motion under Section 366 (reviewing case law in response to Court's questions) | 2.00 | 1,120.00 |
| 07/14/21 | HJG | Prepare for and attend Initial Debtor Interview | 1.50 | 840.00 |
| 07/14/21 | HJG | Telephone call with Kelly regarding lease buyout options | 0.20 | 112.00 |
| 07/14/21 | WJB | Telephone call to H Giacometti regarding IDI meeting | 0.20 | 112.00 |
| 07/15/21 | HJG | Review email from H.Ward regarding IDI follow up, send response | 0.40 | 224.00 |
| 07/19/21 | HJG | Correspondence with K.Callahan regarding case status | 0.20 | 112.00 |
| 07/22/21 | HJG | Telephone call with K.Callahan regarding 341 meeting and related issues | 0.30 | 168.00 |
| 07/23/21 | HJG | Correspondence to client and counsel regarding 341 meeting and preparation | 0.30 | 168.00 |
| 07/23/21 | HJG | Reviewing Notice of Appearance and Claim filed by City of Philadelphia | 0.20 | 112.00 |
| 07/26/21 | HJG | Telephone call with C.Parzych in preparation for 341 meeting | 1.00 | 560.00 |
| 07/26/21 | HJG | Correspondence with K.Callahan regarding Schedules and deficiencies | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

**Midnight Madness Distilling, LLC**

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/26/21 | HJG | Prepare Amended Schedule A/B | 0.30 | 168.00 |
| 07/26/21 | HJG | Attendance at 341 meeting | 1.70 | 952.00 |
| 07/26/21 | HJG | 341 Meeting follow up email to clients regarding needed information | 0.40 | 224.00 |
| 07/26/21 | HJG | Reviewing draft of Supplemental Declaration of Casey Parzych | 0.50 | 280.00 |
| 07/27/21 | HJG | Reviewing letter from IRS to MMD, and follow up communications with client regarding same | 0.20 | 112.00 |
| 07/29/21 | HJG | Telephone call with K.Festa regarding responses to 341 requests; follow up conference with WJB | 0.70 | 392.00 |
| 07/29/21 | HJG | Telephone call with D.Smith regarding C.Parzych and potential personal case | 0.30 | 168.00 |
| 07/29/21 | HJG | Drafting response to US Trustee regarding 341 follow up | 0.50 | 280.00 |
| 07/29/21 | HJG | Telephone call with Casey regarding open items | 0.20 | 112.00 |
| 07/30/21 | HJG | Revise and transmit response to K.Callahan regarding 341 follow up | 0.50 | 280.00 |
| 07/30/21 | HJG | Calls with C.Parzych and K.Callahan regarding 341 meeting | 0.30 | 168.00 |
| 08/02/21 | HJG | Correspondence and call with J.Maleski regarding 341 questions; follow up with C.Parzych | 0.40 | 224.00 |
| 08/02/21 | WJB | Telephone call from J Maleski regarding drinkwynk and H Giacometti and follow up with C. Parzych regarding same | 0.60 | 336.00 |

---

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

---

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

\* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/04/21 | HJG | Correspondence with K.Festa regarding cure payments and additional unsecured debt | 0.30 | 168.00 |
| 08/04/21 | HJG | Correspondence with Hugh Ward and K.Festa regarding MORs and UST fee payments | 0.30 | 168.00 |
| 08/05/21 | HJG | Correspondence with H.Ward and client regarding payment and related issues | 0.20 | 112.00 |
| 08/05/21 | HJG | Coordinate filing of amendments to Petition (to correct mailing address) and Schedule F (to add creditor) | 0.30 | 168.00 |
| 08/05/21 | HJG | Reviewing draft responses to US Trustee re: 341 follow up | 0.30 | 168.00 |
| 08/05/21 | WJB | Review draft response to UST 341 follow up questions and email regarding same | 0.40 | 224.00 |
| 08/06/21 | HJG | Correspondence and calls with K.Festa regarding MOR issues | 0.60 | 336.00 |
| 08/06/21 | HJG | Conference call with WJB, K.Festa and C.Parzych re: 341 follow up; reviewing information/disclosures to be supplied; send information to UST | 0.80 | 448.00 |
| 08/06/21 | JLV | Draft Amended Petition and correlating documents; email to H. Giacometti re: same | 0.40 | 78.00 |
| 08/06/21 | JLV | Draft Amendment to Schedule F and correlating documents; email to H. Giacometti re: same | 0.40 | 78.00 |
| 08/06/21 | WJB | Review, revised UST 341 responses, telephone call to client regarding same and email regarding same | 0.70 | 392.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/09/21 | HJG | Telephone call with K.Callahan regarding 341 meeting and 363 sale; follow up conference with WJB | 0.50 | 280.00 |
| 08/09/21 | WJB | Review, revised UST 341 responses, telephone call to client regarding same and email regarding same | 0.70 | 392.00 |
| 08/11/21 | JLV | Finalize and Efile Amendment to Voluntary Petition; serve on parties | 0.40 | 78.00 |
| 08/11/21 | JLV | Finalize and Efile Amendment to Schedule F; serve on parties | 0.50 | 97.50 |
| 08/11/21 | JLV | Efile Proposed Order Setting Bid Procedures and Approving Payment Expense Reimbursement | 0.20 | 39.00 |
| 08/12/21 | JLV | Draft COS to reflect change in date of service of Revised Petition and Schedule F; efile same | 0.20 | 39.00 |
| 08/12/21 | JLV | Draft COS for Notice of Sale Hearing via Zoom | 0.30 | 58.50 |
| 08/12/21 | JLV | Efile Notice of Sale Hearing and serve on parties | 0.20 | 39.00 |
| 08/12/21 | JLV | Draft COS for Notice of Assumption | 0.30 | 58.50 |
| 08/12/21 | JLV | Efile Notice of Assumption | 0.20 | 39.00 |
| 08/12/21 | JLV | Email correspondence with Parcels regarding overnight service of Notice of Assumption | 0.20 | 39.00 |
| 08/12/21 | JLV | Email correspondence with K. Festa including documents to be uploaded to Data Room | 0.20 | 39.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/13/21 | JLV | Email correspondence with Parcels regarding status of overnight delivery of filing | 0.10 | 19.50 |
| 08/13/21 | JLV | Draft and Efile Revised COS for Notice of Assumption | 0.10 | 19.50 |
| 08/13/21 | JLV | Email K. Festa re: addition of document to Data Room | 0.10 | 19.50 |
| 08/13/21 | JLV | Efile revised Matrix reflecting additional creditor; pay filing fee | 0.30 | 58.50 |
| 08/17/21 | HJG | Review correspondence from counsel for title company regarding building escrow and payment; follow up call with C.Mullaney | 0.30 | 168.00 |
| 08/18/21 | HJG | Communications with client regarding LaneIP and retention | 0.30 | 168.00 |
| 08/25/21 | JLV | Efile Pretrial Disclosures | 0.20 | 39.00 |
| 08/25/21 | WJB | Review UST motion to convert | 0.60 | 336.00 |
| 08/26/21 | HJG | Conference calls with Kelly Festa regarding budget and sale issues | 0.50 | 280.00 |
| 09/10/21 | HJG | Communciations with K.Festa regarding post-petition payments | 0.20 | 112.00 |
| 09/13/21 | HJG | Correspondence with K.Festa regarding insurance proceeds and Merican Mule | 0.30 | 168.00 |
| 09/14/21 | HJG | Correspondence with K.Festa regarding MORs | 0.20 | 112.00 |
| 09/15/21 | HJG | Drafting Notice of Officer's Compensation | 0.50 | 280.00 |
| 09/21/21 | HJG | Correspondence with K.Festa regarding August MOR | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

## PROFESSIONAL SERVICES PERFORMED

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/22/21 | HJG | Correspondence with Hugh Ward and K.Festa regarding August MOR | 0.20 | 112.00 |
| 09/22/21 | HJG | Correspondence with P.Jefferson and W.Burnett regarding allegations of improprieties by debtor; follow up with client | 0.70 | 392.00 |
| 10/04/21 | HJG | Correspondence from Kelly regarding payment approvals | 0.10 | 56.00 |
| 10/11/21 | HJG | Review email from P.Jefferson regarding post-closing issues; follow up conference with WJB | 0.40 | 224.00 |
| 10/12/21 | HJG | telephone call with C.Parzych; telephone call with K.Callahan regarding motion to convert/dismiss | 0.30 | 168.00 |
| 10/13/21 | WJB | Attend conversion hearing | 1.10 | 616.00 |
| 10/13/21 | WJB | Address post-petition invoices and admin claim issues as well as conversion issues, email with P. Jefferson and K Festa | 2.70 | 1,512.00 |
| 10/13/21 | WJB | Review revise Comly Fee App | 0.90 | 504.00 |
| 10/13/21 | WJB | Review revise FG Fee App | 1.20 | 672.00 |
| | | **Totals for   Case Administration** | **56.70** | **30109.50** |
| Claims Administration and Objections | | | | |
| 06/22/21 | WJB | Review potential claim and settlement between Iron Horse and T&O and email advice regarding same | 0.40 | 224.00 |
| 07/27/21 | HJG | Reviewing Berlin Packaging Motion to allow admin claim | 0.30 | 168.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/29/21 | WJB | Review Berlin motion, telephone call to counsel to Berlin and resolve 503(b)(9) order | 0.40 | 224.00 |
| 08/09/21 | HJG | Reviewing PA proof of claim | 0.20 | 112.00 |
| 08/11/21 | HJG | Reviewing Merican Mule insurance denial letter, follow up call with K.Festa | 0.30 | 168.00 |
| 08/18/21 | HJG | Reviewing PNC Transfers of Claim; follow up with WJB | 0.20 | 112.00 |
| 09/01/21 | HJG | Reviewing IRS proof of claim | 0.20 | 112.00 |
| | | **Totals for   Claims Administration and Objections** | **2.00** | **1120.00** |

Corporate Governance and Board

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/02/21 | LNS | Review email from Trustee and Bill Burnett's response regarding corporate authority, review governance documents and revise draft email accordingly. | 0.50 | 192.50 |
| | | **Totals for   Corporate Governance and Board** | **0.50** | **192.50** |

Employee Benefits/ Pensions

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/14/21 | HJG | Emails and call with Kelly regarding employee bonus issue | 0.30 | 168.00 |
| | | **Totals for   Employee Benefits/ Pensions** | **0.30** | **168.00** |

Fee/Employment Applications

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/22/21 | JLV | Finalize and Efile FG Employment Application; serve same on parties | 0.50 | 97.50 |
| 06/22/21 | JLV | Email to UST re: Employment Applications | 0.10 | 19.50 |
| 06/22/21 | JLV | Finalize and Efile Comly Employment Application; serve same onparties | 0.50 | 97.50 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/28/21 | HJG | Correspondence with K.Callahan regarding fee issues | 0.20 | 112.00 |
| 06/29/21 | WJB | Review revise Comly Order and email with J Maleski regarding same | 0.40 | 224.00 |
| 06/30/21 | JLV | Draft and efile Revised PFO for Comly Employment | 0.20 | 39.00 |
| 06/30/21 | JLV | Draft and Efile CNO for Comly Employment App | 0.30 | 58.50 |
| 06/30/21 | JLV | Draft CNO for FG Employment App; email with W. Burnett and H. Giacometti re: same | 0.20 | 39.00 |
| 06/30/21 | WJB | Review PNC comments to Comly order and email to J Maleski regarding same | 0.30 | 168.00 |
| 07/01/21 | JLV | Draft Comly Verification; email to W. Burnett re: same | 0.20 | 39.00 |
| 07/01/21 | WJB | Email correspondence regarding application to employ Comly and declaration | 0.20 | 112.00 |
| 07/01/21 | WJB | Email correspondence regarding application to employ Norris McLaughlin and issues regarding audit of MMD | 0.40 | 224.00 |
| 07/02/21 | WJB | Email correspondence with US Trustee regarding Comly application | 0.20 | 112.00 |
| 07/02/21 | WJB | Review, revise Norris McLaughlin application | 0.30 | 168.00 |
| 07/06/21 | JLV | Finalize Norris McLaughlin Employment App and email to T Zeller re: same | 0.20 | 39.00 |
| 07/12/21 | JLV | Email correspondence with T. Zeller re: disclosure in verification attachment to employment application | 0.20 | 39.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/13/21 | JLV | Finzlize Norris McLaughlin Employment Application; Efile and serve same | 0.40 | 78.00 |
| 07/13/21 | WJB | Email correspondence with UST regarding liquor special counsel issues | 0.20 | 112.00 |
| 07/22/21 | JLV | Draft and Efile CNO for Norris McLaughlin Emoloyment Application | 0.30 | 58.50 |
| 08/02/21 | WJB | Telephone call from Casey regarding Accountat employment and related issues | 0.30 | 168.00 |
| 08/10/21 | JLV | Draft Employment Application for Whisman Giordano & Assoc., LLC | 1.00 | 195.00 |
| 08/10/21 | JLV | Email Verification to Joseph V. Giordano for review and signature | 0.10 | 19.50 |
| 08/10/21 | WJB | Review J. Gioradano employment app and email regarding same | 0.30 | 168.00 |
| 08/11/21 | JLV | Email correspondence with J. Giordano; revise Verification pursuant to his request | 0.10 | 19.50 |
| 08/13/21 | JLV | Email correspondence with J. Giordano re: revised verificatio | 0.10 | 19.50 |
| 08/19/21 | JLV | Email to J. Giordano following-up on Verification for Employment Application | 0.10 | 19.50 |
| 08/25/21 | JLV | Telephone call with J. Giordano regarding Verification; revise same | 0.20 | 39.00 |
| 08/25/21 | JLV | Email revised Verification to J. Giordano for signature | 0.10 | 19.50 |
| 08/26/21 | JLV | Efile and serve Whisman Giordano Employment Application | 0.50 | 97.50 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/03/21 | JLV | Draft CNO for Giordano Employment Application; email to W. Burnett re: same | 0.20 | 39.00 |
| 09/07/21 | JLV | Revised PFO for Giordano Employment Application; email to W. Burnett re: same | 0.20 | 39.00 |
| 09/09/21 | JLV | Email from Norris McLaughlin re: special counsel invoice through July 31, 2021; email to W. Burnett re: fee application | 0.10 | 19.50 |
| 10/06/21 | JLV | Draft Wm. F. Comly Fee Application; email to W. Burnett re: same | 1.20 | 234.00 |
| 10/12/21 | HJG | Reviewing and revising time entries in connection with Flaster Greenberg fee application | 2.20 | 1,232.00 |
| 10/13/21 | JLV | Email to Accounting re: invoice for fee application | 0.10 | 19.50 |
| 10/13/21 | JLV | Revise Comly First and Final Fee Application | 0.50 | 97.50 |
| | | **Totals for   Fee/Employment Applications** | **12.60** | **4282.00** |

Financing and Cash Collateral

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/22/21 | HJG | Communications with J.Maleski regarding PNC issues (cash collateral and DIP account) | 0.50 | 280.00 |
| 06/23/21 | HJG | Telephone call with J.Maleski regarding PNC issues; review of revised Cash Collateral Stipulation | 0.50 | 280.00 |
| 06/28/21 | HJG | Correspondence with J.Maleski regarding cash collateral | 0.40 | 224.00 |
| 06/28/21 | HJG | Revisions to First Interim Cash Collateral Order | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/28/21 | HJG | Telephone call with K.Callahan regarding Cash Collateral and Flaster retention application | 0.20 | 112.00 |
| 06/28/21 | WJB | Review cash collateral changes and status and emails regarding same | 0.20 | 112.00 |
| 07/01/21 | HJG | Correspondence with J.Maleski regarding cash collateral issues | 0.50 | 280.00 |
| 07/02/21 | HJG | Correspondence with J. Maleski regarding cash collateral | 0.20 | 112.00 |
| 07/21/21 | HJG | Communications with counsel and client regarding budget and cash collateral issues | 0.30 | 168.00 |
| 07/23/21 | HJG | Reviewing budget vs. actual report prepared by client; follow up communications with K.Festa and J.Maleski regarding same | 1.00 | 560.00 |
| 07/23/21 | HJG | Correspondence with J.Maleski regarding entry of Cash Collateral Order and exhibit, follow up with Court | 0.30 | 168.00 |
| 07/23/21 | JLV | Telephone call and Email with E Godfrey re: cash flow budget | 0.30 | 58.50 |
| 07/26/21 | HJG | Telephone call with K.Festa regarding budget vs. actual report and revisions; follow up email to J.Maleski regarding same | 0.40 | 224.00 |
| 07/27/21 | HJG | Reviewing revised Cash Collateral Variance Report; correspondence with J.Maleski regarding same | 0.50 | 280.00 |
| 08/04/21 | HJG | Correspondence with client and counsel for PNC regarding payment of expense outside budget; follow up call with K.Festa | 0.50 | 280.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/05/21 | HJG | Correspondence with PNC counsel and client regarding expense adjustment relating to labeler repair | 0.40 | 224.00 |
| 08/09/21 | HJG | Correspondence with clients regarding budget and expense issues; follow up email from J.Maleski regarding same | 0.40 | 224.00 |
| 08/17/21 | HJG | Communications with client and counsel regarding payment of expenses outside budgeted allowances | 0.30 | 168.00 |
| 08/19/21 | HJG | Correspondence/communications with client and counsel regarding cash collateral extension and budgets | 0.70 | 392.00 |
| 08/23/21 | HJG | Reviewing July variance report, send to J.Maleski with comments | 0.40 | 224.00 |
| 08/24/21 | HJG | Reviewing and revising cash collateral budget; send to J.Maleski | 0.50 | 280.00 |
| 08/24/21 | HJG | Correspondence and calls with J.Maleski regarding cash collateral; follow up with client | 0.50 | 280.00 |
| 08/24/21 | HJG | Drafting Second Interim Cash Collateral Order | 0.40 | 224.00 |
| 08/25/21 | HJG | Communications with K.Festa and J.Maleski regarding cash collateral budget and order | 0.50 | 280.00 |
| 08/26/21 | HJG | Correspondence with counsel and client regarding cash collateral; revising Order and budget | 0.80 | 448.00 |
| 08/26/21 | HJG | Telephone call with K.Callahan regarding cash collateral and sale motion | 0.20 | 112.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

## PROFESSIONAL SERVICES PERFORMED

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/26/21 | HJG | Communications with Court regarding cash collateral hearing and related issues | 0.40 | 224.00 |
| 08/26/21 | WJB | Telephone call to K. Festa regarding cash collateral and budget issues | 0.40 | 224.00 |
| 08/27/21 | HJG | Reviewing Order on Cash Collateral, coordinate service thereof | 0.20 | 112.00 |
| 08/27/21 | HJG | Communications with K.Festa regarding cash collateral issues | 0.20 | 112.00 |
| 09/02/21 | HJG | Review email from J.Maleski regarding cash collateral and sale issues; follow up with client | 0.30 | 168.00 |
| 09/03/21 | HJG | Reviewing revised cash flow projections from client, compare to approved budget | 0.60 | 336.00 |
| 09/28/21 | HJG | Drafting Third Interim Cash Collateral Order; follow up conversations with J.Maleski | 1.00 | 560.00 |
| 09/29/21 | HJG | Prepare for and attend hearing on motion to approve use of cash collateral | 0.50 | 280.00 |
| | | **Totals for   Financing and Cash Collateral** | **14.70** | **8122.50** |

Litigation(Other than Avoidance Action Litigation)

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/14/21 | HJG | Drafting response to US Trustee Motion to Dismiss or Convert | 1.50 | 840.00 |
| 09/15/21 | HJG | Finalize and file Response to US Trustee's Motion to Dismiss/Convert | 0.50 | 280.00 |
| 09/16/21 | HJG | Correspondence with counsel regarding UST Motion to dismiss | 0.30 | 168.00 |
| | | **Totals for   Litigation(Other than Avoidance Action Litigation)** | **2.30** | **1288.00** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318


Midnight Madness Distilling, LLC


**PROFESSIONAL SERVICES PERFORMED**

| <u>Date</u> | <u>Prof</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|---|---|---|---|---|
| Meetings and Communications with Creditors | | | | |
| 06/22/21 | HJG | Communications with various creditors' and other parties' counsel regarding filing issues | 0.30 | 168.00 |
| 06/24/21 | HJG | Correspondence to D.Makara (counsel for Classic) regarding filing and creditor issues | 0.20 | 112.00 |
| 06/25/21 | HJG | Correspondence with J.Maleski regarding secured creditors and reconciliation | 0.20 | 112.00 |
| 06/29/21 | HJG | Telephone call with Jodi Rice of Roberts Oxygen | 0.30 | 168.00 |
| 06/29/21 | HJG | Email correspondence to D.Makara, counsel for Classic Staffing | 0.10 | 56.00 |
| 06/30/21 | HJG | Correspondence with representative of PACCAR regarding payment and related issues | 0.20 | 112.00 |
| 06/30/21 | HJG | Conference call with J.Blaney and others of Foodarom regarding case and plan | 0.40 | 224.00 |
| 06/30/21 | HJG | Correspondence from Classic Staffing; follow up with client | 0.20 | 112.00 |
| 07/02/21 | HJG | Correspondence with S.Reidnauer of North Industrial Chemicals regarding pre-petition debt | 0.30 | 168.00 |
| 07/06/21 | WJB | Call from pallet vendor | 0.30 | 168.00 |
| 07/27/21 | HJG | Correspondence with J.Maleski regarding balance sheet item for MMD | 0.20 | 112.00 |
| 07/27/21 | HJG | Correspondence with M.Hamermesh regarding client receipt of notices | 0.10 | 56.00 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/27/21 | HJG | Correspondence with M.Harper (City of Philadelphia) regarding 341 meeting follow up; forward to client | 0.30 | 168.00 |
| 07/28/21 | HJG | Correspondence with creditors regarding case status | 0.20 | 112.00 |
| 08/10/21 | HJG | Correspondence with ULine regarding claim and setoff | 0.20 | 112.00 |
| 08/17/21 | HJG | Reviewing email from Trumbauersville tax collector, send to client | 0.20 | 112.00 |
| 09/13/21 | HJG | Telephone call with John Loughnane regarding upcoming sale and issues re: Scott products | 0.20 | 112.00 |
| | | **Totals for   Meetings and Communications with Creditors** | **3.90** | **2184.00** |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$123,235.00** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice