November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

**COSTS ADVANCED**

Express/Priority Mail

06/26/21     UPS Inv#0000A2V618261                                                                  16.77

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

| | | |
|---|---|---:|
| 06/26/21 | UPS Inv#0000A2V618261 | 38.65 |
| 06/26/21 | UPS Inv#0000A2V618261 | 1.94 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/19/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 |
| 06/26/21 | UPS Inv#0000A2V618261 | 19.39 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 19.39 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021
Bill Number  390318

Midnight Madness Distilling, LLC

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 | |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 | |
| 06/26/21 | UPS Inv#0000A2V618261 | 16.77 | |
| 06/26/21 | UPS Inv#0000A2V618261 | 0.22 | |
| 07/03/21 | UPS Inv#0000A2V618271 | 11.29 | |
| | | | 294.98 |

Filing Fee

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 06/22/21 | Filing Fee for Petition and Motion for client | 1,926.00 | |
| 08/11/21 | Filing Fee | 32.00 | |
| 08/13/21 | PA Eastern Bankruptcy Court | 32.00 | |
| | | | 1,990.00 |

Invoice Charged to Client

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/20/21 | Parcels Inv# 929900 | 25.00 | |
| 09/13/21 | Parcels Inv#933218 | 25.00 | |
| 08/13/21 | Parcels Inv# 929039 | 466.04 | |
| | | | 516.04 |

Softs Costs

| Date | Description | Amount |
|---|---|---:|
| 06/22/21 | 65 First Class Mailings @ $0.53 = $34.45 | 34.45 |
| 06/22/21 | 65 x's 33pages @ $0.10 = $214.50 for photocopies | 214.50 |
| 07/13/21 | 88 First Class Mailings @ $0.53 = $46.64 | 46.64 |
| 08/11/21 | 89 First Class Mailings @ $0.53 = $47.17 | 47.17 |
| 08/12/21 | 91 First Class Mailings @ $0.53 = $48.23 | 48.23 |
| 08/13/21 | 91 First Class Mailings @ $0.53 = $48.23 | 48.23 |
| 08/26/21 | 95 First Class Mailings @ $0.53 = $50.35 | 50.35 |
| 07/13/21 | 88 x's 12pages @ $0.10 = $105.60 for photocopies | 105.60 |

---

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

* - Interest Accumulated Since Last Invoice

November 2, 2021  
Bill Number  390318

Midnight Madness Distilling, LLC

| | | |
|---|---|---:|
| 08/11/21 | 89 x's 19pages @ $0.10 = $169.10 for photocopies | 169.10 |
| 08/12/21 | 91 x's 10pages @ $0.10 = $91.00 for photocopies | 91.00 |
| 08/12/21 | 14 x's 5pages @ $0.10 = $7.00 for photocopies | 7.00 |
| 08/13/21 | 91 x's 2pages @ $0.10 = $18.20 for photocopies | 18.20 |
| 08/26/21 | 95 x's 14pages @ $0.10 = $133.00 for photocopies | 133.00 |
| | | 1,013.47 |//
| | **TOTAL COSTS ADVANCED** | **$3,814.49** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

\* - Interest Accumulated Since Last Invoice