**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>　　　　　　　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 21-11750 (MDC) |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
WM. F. COMLY & SON, INC. FOR COMPENSATION
FOR SERVICES RENDERED AS MARKETING BROKER**

AND NOW, this ____ day of _____, 2021, upon consideration of the First and Final Application to Pay Marketing Broker's Fees and Expenses, and after notice and opportunity for hearing, it is

ORDERED that Wm. F. Comly & Son, Inc., marketing broker for the Debtor, is hereby allowed the sum of $46,500.00 as compensation for fees and expenses.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE

Interested Parties (on the next page)

8551300 v1

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

7

8551300 v1