**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING, LLC,

Debtor.

CHAPTER 7

CASE NO. 21-11750 (MDC)

**NOTICE OF FIRST AND FINAL APPLICATION OF**
**FLASTER/GREENBERG P.C., COUNSEL FOR THE DEBTOR,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD JUNE 21, 2021 THROUGH OCTOBER 13, 2021**

TO THE PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN THAT:

1. The law firm of Flaster/Greenberg P.C., has filed its First and Final Application for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses (the "Application") seeking allowance of compensation in the amount of $123,235.00 and $3,814.49 in expenses for the period of June 21, 2021 through October 13, 2021.

2. Any party receiving this notice may file an answer, objection or other responsive pleading with the Office of the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 and serve a copy on counsel for the Debtor, whose name and address appears below, on or before fourteen (14) days from the date of this Notice.

3. If no objection is filed and served in the manner set forth in paragraph 2 above, the Applicant will file a certification of no objection, in which event the Court may, upon consideration of the record and without hearing, enter an Order granting the Application.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorneys listed below.

FLASTER/GREENBERG P.C.

Dated: November 3, 2021

*/s/ William J. Burnett*
Harry J. Giacometti, Esquire
William J. Burnett, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
(215) 279-9383
*Counsel for Midnight Madness Distilling, LLC*

8564262 v1