**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>　　　　　　　　　　　　　Debtor. | CHAPTER 7<br><br>CASE NO. 21-11750 (MDC) |

**CERTIFICATE OF SERVICE**

　　　　I, Jennifer Vagnozzi, hereby certify that on this 3rd day of November, 2021, a true and correct copy of the First and Final Application of Flaster/Greenberg P.C., for Compensation and Reimbursement of Expenses (the "Application"), together with the Notice of Application, was served via first class mail, postage prepaid, upon the party listed below.

> United States Trustee
> Office of the U.S. Trustee
> 833 Chestnut Street
> Suite 500
> Philadelphia, PA 19107

　　　　I further certify that on November 3, 2021 a true and correct copy of the Notice of Application was served via first-class mail, postage prepaid, upon the parties on the attached creditor matrix.

Dated:  November 3, 2021　　　　　　　　　/s/ *Jennifer Vagnozzi*
　　　　　　　　　　　　　　　　　　　　　　　Jennifer Vagnozzi

8564262 v1

**SERVICE LIST**

| | | |
|---|---|---|
| Bergey's Commercial Tire Centers<br>3161 Penn Avenue<br>Hatfield, PA 19440 | Blank Rome<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | Polebridge<br>118 N. Main Street<br>Trumbauersville, PA 18970 |
| Betsy Moyer Taxes<br>105 Chestnut Drive<br>Quakertown, PA 18951 | Norris McLaughlin<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101 | Toyota Industries Commercial Finance<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067 | Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221 | Vanguard/Ascensus<br>P.O. Box 28067<br>New York, NY 10087 |
| First Western Bank & Trust<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344 | Merican Mule LLC<br>150 The Promenade North, Unit 425<br>Long Beach, CA 90802 | Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102 |
| Isuzu Finance of America<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | OK Kosher Certification<br>391 Troy Avenue<br>Brooklyn, NY 11213 | Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 |
| Landis Pallet & Box Co Inc.<br>P.O. Box 126<br>East Greenville, PA 18041 | PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 | PNC Bank NA<br>500 First Avenue<br>Pittsburgh, PA 15219 |
| Mike Boyer<br>4406 Lowell Road<br>Wilmington, DE 19802 | The Cincinnati Insurance Company<br>P.O. Box 3496<br>Allentown, PA 18106 | Soiree Partners<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 |
| NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 | Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street, Suite 500<br>Philadelphia, PA 19106 | Matthew Hamermesch, Esquire<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets, 27th Floor<br>Philadelphia, PA 19103-6933 |
| Berks Plant Design & Maintenance<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | Ore Rentals<br>699 N West End<br>Quakertown, PA 18951 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 |

**SERVICE LIST**

| | | |
|---|---|---|
| Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 | Grain Processing Corp<br>250 Technology Drive W<br>Clearfield, PA 16830 | Nationwide<br>P.O. Box 742522<br>Cincinnati, Ohio 45274-2522 |
| American Supply Company<br>2411 N. American Street<br>Philadelphia, PA 19133 | Ronald Frank<br>1675 Glouchester Court<br>Sewickley, PA 15143 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| D.J. Whelan & Co.<br>100 S. Summit Street<br>Detroit, MI 48209 | Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413 | Andrew W. Bonekemper, Equire<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Express Employment Professionals<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 | Albatrans, Inc.<br>149-10 183rd Street<br>Jamaica, NY 11413 |
| McMaster-Carr Supply Co<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 | Agtech VI, LLC<br>c/o XO Energy<br>6501 Red Hook Plaza, Suite 201<br>St. Thomas, VI 00802 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964 |
| Trout Brothers<br>164 Badman Road<br>Green Lane PA 18054 | Bouder Mechanical Services, Inc.<br>1930 N Eden Road<br>Lancaster, PA 17601 | Classic Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 |
| Aftek, Inc.<br>740 Driving Park Avenue<br>Rochester, NY 14613-0000 | ETOH Worldwide LLC<br>c/o XO Energy<br>6501 Red Hook Plaza, Suite 201<br>St. Thomas, VI 00802 | Good Plumbing, Heating, A/C, Inc.<br>737 Hagey Center Dr. d<br>Souderton, PA 18964 |
| Berkley Insurance Co.<br>475 Steamboat Road<br>Floor 1<br>Greenwich, CT 06830 | Hoover Materials Handling Group<br>33 W Higgins Road, Ste 3000<br>South Barrington, IL 60010 | KorPack<br>290 Madsen Dr #101<br>Bloomingdale, IL 60108 |
| Devault Refrigeration<br>731 Wambold Road<br>Souderton, PA 18964 | Technical Beverage Services<br>120 Leesburg Road<br>Telford, TN 37690 | LANE IP LIMITED<br>The Forum, St. Paul's<br>33 Gutter Lane<br>London<br>EC2V 8AS |

8443917 v1

**SERVICE LIST**

| | | |
|---|---|---|
| McCallion Staffing Specialists<br>601 A Bethlehem Pike<br>Montgomeryville, PA 18936 | NYCO Corporation<br>1073 S County Line Road #B<br>Souderton, PA 18964 | PennyPower<br>202 S 3rd Street<br>Coopersburg, PA 18036 |
| The Cincinnati Insurance Company<br>334 Jefferson Ct.<br>Trappe, PA 19426 | Sunteck<br>125 Sunteck Lane<br>Cresco, PA 18326 | Berlin Packaging, LLC<br>525 West Monroe Street<br>14th Floor<br>Chicago, IL 60661-0000 |
| Foodarom<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-0000 | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 | Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 |
| Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403 | Attn: Ally Bank Department<br>AIS Portfolio Services, LP<br>Account:XXXXXXXXX8513<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | ACCU Staffing SVCS<br>308 W. Main Street<br>Lansdale, PA 19446 |
| Catskill Marketing, LLC<br>10 North Street<br>Middletown, NY 10940 | Greenwood<br>6280 W. Howard Street<br>Niles, IL 60714 | Labelworx<br>51 Runway Road<br>Levittown, PA 19057 |
| O-1 Packaging Solutions, LLC<br>One Michael Owens Way Plaza 2<br>Perrysburg, OH 43551 | Roberts Oxygen Company<br>614 Westtown Road #C<br>West Chester, PA 19382 | Uline Ship Supply<br>700 Uline Way<br>Allentown, PA 18106 |
| UPS<br>258 N. West End Blvd.<br>Quakertown, PA 18951 | Dennis A. Dressler<br>Counsel for Isuzu Finance of America, Inc.<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654 | Dennis A. Dressler<br>Counsel for Tokyo Century (USA), Inc.<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654 |
| Finland Leasing Co. Inc.<br>P.O. Box 116<br>Quakertown, PA 18951-0116 | Megan N. Harper, Esquire<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Blvd, 5th Floor<br>Philadelphia, PA 19102-1595 | Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 |
| Carol E. Momjian, Senior Deputy Atty<br>Commonwealth of Pennsylvania Office at<br>Attorney General -The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103 | PA Department of Revenue<br>PO BOX 280427.<br>HARRISBURG PA 17128-0427 | Office of the Secretary of State<br>302 North Office Building,<br>401 North Street<br>Harrisburg, PA 17120 |

8443917 v1

**SERVICE LIST**

| | | |
|---|---|---|
| McMaster-Carr<br>P.O. Box 7690<br>Chicago, IL 60680 | Paccar Financial<br>240 Gibraltar Road, Suite 120<br>Horsham, PA 19044 | Wm. F. Comly & Son, Inc.<br>1746 Winchester Road<br>Bensalem, PA 19020-4542 |
| Milford Business Centre LP<br>2500 Milford Square Pike<br>Quakertown, PA 18951 | Joel L. Perrell, Jr., Esquire<br>Miles & Stockbridge, P.C.<br>100 Light Street, 10th Floor<br>Baltimore, Maryland 21202 | Alcohol & Tobacco Tax & Trade Bureau<br>Daniel Peralta, Senior Counsel<br>1301 clay Street, Suite 650N<br>Oakland, California 94612 |

8443917 v1