**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 21-11750 (MDC) |

**NOTICE OF FIRST INTERIM AND FINAL APPLICATION OF WM. F. COMLY &
SON, INC. FOR COMPENSATION FOR SERVICES RENDERED AS
MARKETING BROKER FOR THE DEBTOR**

TO THE DEBTOR, CREDITORS, AND PARTIES-IN-INTEREST, NOTICE IS HEREBY GIVEN THAT:

1. The Debtor has filed an application requesting first and final payment to Wm. F. Comly & Son, Inc., marketing broker, for marketing fees and expenses in the amount of $46,500.00.

2. Any creditor or party-in-interest may file an answer, objection or other responsive pleading with the Office of the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and serve a copy on counsel for the Debtor, whose name and address appears below, on or before fourteen (14) days from the date of this Notice.

3. If no objection is filed and served in the manner set forth in paragraph 2 above, counsel for the Debtor will file a certification of no objection, in which event the Court may, upon consideration of the record and without hearing, enter an Order granting the Application.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney listed below.

Dated: November 3, 2021            FLASTER/GREENBERG P.C.

                        By:    /s/ William J. Burnett
                            William J. Burnett, Esquire
                            1835 Market Street, Suite 1050
                            Philadelphia, PA  19103

                            *Attorneys for Midnight Madness Distilling, LLC*