

# INVOICE

1746 Winchester Road
Bensalem, PA 19020
Phone: 215-634-2500 - Fax 215-634-0496
Email: auctions@comly.com

**COMLY.COM**

Invoice #21045
Date: September 30, 2021

| **To:** | Mr. William Burnett<br>Flaster Greenberg PC<br>1835 Market Street<br>Philadelphia, PA 19103<br><br>Via email:<br>William.burnett@flastergreenberg.com | **For:** | Midnight Madness Distilling Co.<br>Bankruptcy Case #21-BK-11750 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| This invoice is for services rendered in connection with the Real Estate, Intellectual Property Distillery Process Equipment, of Midnight Madness Distilling Company located at 118 N. Main Street, Trumbauersville, PA.<br><br>**Labor**                2,500.00<br>**Marketing Expense**    6,500.00<br>**Commission at 10%**   37,500.00<br><br>                                    **Balance Due** | **$46,500.00** |

Make all checks payable to Wm. F. Comly & Son, Inc.

