*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Midnight Madness Distilling LLC

    Debtor(s)

Case No: 21–11750–mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Creditor Finland Leasing Company's Objection to Application to Employ Cozen O'Connor as Counsel to Bonnie B. Finkel, Chapter 7 Trustee (related document(s)[196]).

    on: 12/8/21

    at: 11:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/9/21

Timothy B. McGrath
Clerk of Court

208 – 207
Form 167