12:50 PM
09/23/21

# Faber Distilling
## Statement of Cash Flows
### August 2021

|  | Aug 21 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -497,118.08 |
| Adjustments to reconcile Net Income |  |
| **Net cash provided by Operating Activities** | -205,849.28 |
| **INVESTING ACTIVITIES** |  |
| Accum Depreciation - Building | 3,864.00 |
| Accum Depreciation - Leasehold | 314.00 |
| Accum Depreciation - Ofc Equip | 395.00 |
| Accum Depreciation - Prod Equip | 21,689.00 |
| Accum Depreciation - Vehicles | 7,927.00 |
| Production Machinery & Equipmen | -34,923.00 |
| T&O Building:Improvements | -27,261.48 |
| **Net cash provided by Investing Activities** | -27,995.48 |
| **FINANCING ACTIVITIES** |  |
| PNC $800k loan 4923 | -13,447.40 |
| PNC Loan #5339-1 | -20,906.59 |
| PNC Loan #5339-3 | -11,115.46 |
| T&O Loan | -1,951.00 |
| Vehicle Loans | -4,023.68 |
| Vehicle Loans:Truck 4791 | -708.87 |
| Vehicle Loans:Truck 5192 | -1,008.47 |
| Vehicle Loans:Truck 5460 | -791.71 |
| Vehicle Loans:Truck 7602 | -1,045.29 |
| **Net cash provided by Financing Activities** | -54,998.47 |
| **Net cash increase for period** | -288,843.23 |
| **Cash at beginning of period** | 349,991.94 |
| **Cash at end of period** | **61,148.71** |