**10:18 AM**
**09/23/21**
**Accrual Basis**

# Faber Distilling
# Balance Sheet
### As of August 31, 2021

|  | Aug 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 10,615.85 |
| **Accounts Receivable** | 681,968.68 |
| **Other Current Assets** | -425,374.77 |
| **Total Current Assets** | 267,209.76 |
| **Fixed Assets** | 3,068,537.46 |
| **TOTAL ASSETS** | **3,335,747.22** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 2,157,059.40 |
| **Credit Cards** | 288,180.98 |
| **Other Current Liabilities** | 564,548.16 |
| **Total Current Liabilities** | 3,009,788.54 |
| **Long Term Liabilities** | 3,719,210.33 |
| **Total Liabilities** | 6,728,998.87 |
| **Equity** | -3,393,251.65 |
| **TOTAL LIABILITIES & EQUITY** | **3,335,747.22** |