12:49 PM
09/23/21
Cash Basis

# Faber Distilling
# Profit & Loss
## August 2021

|  | Aug 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | 104,859.79 |
| **Cost of Goods Sold** | 269,690.25 |
| **Gross Profit** | -164,830.46 |
| **Expense** | |
| **\*Payroll Expenses** | |
| **Payroll Expenses** | |
| payroll processing fees | 538.14 |
| Taxes | 32,753.14 |
| Wages | 329,425.72 |
| **Total Payroll Expenses** | 362,717.00 |
| **Total \*Payroll Expenses** | 362,717.00 |
| **Bank Charges** | 467.08 |
| **Bank Service Charges** | 490.45 |
| **Casual Labor** | 1,455.88 |
| **Depreciation** | 34,189.00 |
| **Dues & Subscriptions** | -1,042.10 |
| **Employee Gas & Travel** | 8,414.41 |
| **equipment lease/rent** | 16,613.41 |
| **Fees & Licences** | 210.00 |
| **Freight & Delivery - Out** | |
| Parking Violations | 715.00 |
| Storage & Pallet Pulling | 11,355.08 |
| Freight & Delivery - Out - Other | 22,580.00 |
| **Total Freight & Delivery - Out** | 34,650.08 |
| **INSURANCE** | 24,443.25 |
| **Interest Expense** | 7,878.81 |
| **Legal & Professional Fees** | 59,406.77 |
| **MARKETING** | |
| **Admin & General** | |
| Freight & Shipping | 9.96 |
| Samples | 66.98 |
| **Total Admin & General** | 76.94 |
| **Advertising** | 10,688.49 |
| **New Product Development** | |
| Research | 40.25 |
| **Total New Product Development** | 40.25 |
| **Point of Sale** | |
| Merchandise & Wearables | 1,092.11 |
| **Total Point of Sale** | 1,092.11 |
| **Promotions** | 2,995.26 |
| **Total MARKETING** | 14,893.05 |

| | |
|---|---|
| 12:49 PM | **Faber Distilling** |
| 09/23/21 | **Profit & Loss** |
| Cash Basis | **August 2021** |

|  | **Aug 21** |
|---|---:|
| **Meals & Entertainment** | 584.91 |
| **Office Expenses** | 1,083.25 |
| **Office Supplies** | 234.74 |
| **Reconciliation Discrepancies** | -0.50 |
| **Recruiting Expense** | 3,397.29 |
| **Refund** | 280.39 |
| **reimbursement** | 257.31 |
| **Rent or Lease** | 8,664.21 |
| **Repair & Maintenance** | 26,903.21 |
| **Shipping and delivery expense** | 1,266.86 |
| **Software Subscription** | 1,053.39 |
| **Storage** | 1,510.00 |
| **Subsriptions** | 42.40 |
| **Supplies** | 2,426.57 |
| **Temporary Labor** | 50,270.31 |
| **Travel** | |
|    **Travel Meals** | 174.88 |
|    **Travel - Other** | 109.17 |
| **Total Travel** | 284.05 |
| **Uncategorized Expense** | 5,212.24 |
| **Utilities** | |
|    **Milford Sewer Authority** | 115.00 |
|    **PP&L Electric** | 18.96 |
|    **Telephone Expense** | 2,658.38 |
|    **Trash** | 4,333.40 |
|    **Utilities - Other** | 16,332.11 |
| **Total Utilities** | 23,457.85 |
| **Total Expense** | 691,715.57 |
| **Net Ordinary Income** | -856,546.03 |
| **Net Income** | **-856,546.03** |