# PNC Online Banking

## Account Activity

Thursday, September 23, 2021

### Corporate Checking XXXXXX1541     Available Balance: $18,692.63

### Account Summary

| | | | |
|---|---|---|---|
| **Available Balance:** | $18,692.63 | **Interest Paid to Date:** | $0.00 |
| **Ledger Balance:** | $224,718.78 | **Interest Paid Last Year:** | $0.00 |
| **Pending Withdrawals:** | $206,179.65 | **Last Deposit Amount:** | $113,315.00 09/22/2021 |
| **Pending Deposits:** | $153.50 | **Last Statement Balance:** | $85,947.11 08/31/2021 |

### Account Details

| | |
|---|---|
| **Nickname:** | None |
| **Type:** | Corporate Checking |
| **Text Banking Nickname:** | None |
| **Address:** | 118 N MAIN ST TRUMBAUERSVILLE, PA 18970 |

### Pending Transactions

These transactions have been submitted to us since the last business day and are not yet posted to your account. When they have posted, they will be reflected in your Posted Transactions. Pending items may affect your Available Balance and are not a statement of your account.

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| 09/23/2021 | ACH DEP FABEREASYSHOPIFY XXXXX8598 | | $153.50 |
| 09/23/2021 | ACH DEBIT PNC EQUIPMENT FI | $23,116.43 | |
| 09/23/2021 | OUTGOING WIRE | $177,437.63 | |
| 09/23/2021 | FEDEX#7743 | $289.66 | |
| 09/23/2021 | ACH DEBIT MAXIM LIBERTY, I | $800.00 | |
| 09/22/2021 | ALLEN FLAVORS, INC CARD#7743 | $107.85 | |
| 09/22/2021 | SP * DE LA CALLE CARD#7743 | $46.99 | |

### Posted Transactions

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 08/31/2021 | CORPORATE ACCOUNT ANALYSIS CHARGE | $490.45 | | $85,947.11 |
| 08/31/2021 | CHECK 10524 L084464823 | $761.60 | | $86,437.56 |
| 08/31/2021 | CHECK 10520 084568434 | $1,065.45 | | $87,199.16 |
| 08/31/2021 | CHECK 1148 084599993 | $181.54 | | $88,264.61 |
| 08/31/2021 | CHECK 1062 084458411 | $811.48 | | $88,446.15 |
| 08/31/2021 | CHECK 1060 084453640 | $718.70 | | $89,257.63 |
| 08/31/2021 | CHECK 1064 084351131 | $31.58 | | $89,976.33 |
| 08/31/2021 | CHECK 10528 084253258 | $698.89 | | $90,007.91 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/31/2021 | CHECK 1066 084190297 | $6,528.64 | | $90,706.80 |
| 08/31/2021 | CHECK 10459 084070091 | $980.62 | | $97,235.44 |
| 08/31/2021 | CHECK 1054 084060266 | $549.40 | | $98,216.06 |
| 08/31/2021 | CORPORATE ACH LA126156 ISUZU FINANCE CBPLACCD | $1,574.18 | | $98,765.46 |
| 08/31/2021 | DEBIT CARD PURCHASE XXXXX7743 SQ *HOLLEY CONTAINER S gosq.com PA | $772.20 | | $100,339.64 |
| 08/31/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $673.00 | | $101,111.84 |
| 08/31/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $891.07 | | $101,784.84 |
| 08/31/2021 | CORPORATE ACH ST-B9J1A7T0A6H9 FABEREASYSHOPIFY TRANSFER | | $1,066.97 | $102,675.91 |
| 08/30/2021 | CHECK 10533 083719881 | $836.29 | | $101,608.94 |
| 08/30/2021 | CHECK 10526 083713641 | $852.37 | | $102,445.23 |
| 08/30/2021 | CHECK 10503 083864270 | $1,092.81 | | $103,297.60 |
| 08/30/2021 | CHECK 1065 083879490 | $2,750.00 | | $104,390.41 |
| 08/30/2021 | CHECK 1057 083884870 | $9,070.30 | | $107,140.41 |
| 08/30/2021 | CHECK 1053 083561323 | $4,073.00 | | $116,210.71 |
| 08/30/2021 | CHECK 10476 083327469 | $1,942.31 | | $120,283.71 |
| 08/30/2021 | CHECK 1099 083327076 | $822.56 | | $122,226.02 |
| 08/30/2021 | CHECK 1149 086857690 | $648.00 | | $123,048.58 |
| 08/30/2021 | CHECK 1147 083108714 | $231.94 | | $123,696.58 |
| 08/30/2021 | ACH TEL XXXXX1211 VCFS CW IMMEDIAT BILL PAY | $749.64 | | $123,928.52 |
| 08/30/2021 | ACH DEBIT 239083 08272021 ASCENSUS TRUST RET PLAN | $1,459.99 | | $124,678.16 |
| 08/30/2021 | CHECK 10481 048497046 | $1,095.81 | | $126,138.15 |
| 08/30/2021 | CHECK 10492 052058804 | $1,314.78 | | $127,233.96 |
| 08/30/2021 | DEBIT CARD PURCHASE XXXXX7743 SQ *HOLLEY CONTAINER S gosq.com PA | $365.00 | | $128,548.74 |
| 08/30/2021 | DEBIT CARD PURCHASE XXXXX7743 FINOS LA CANTINA - MOT TRUMBAUERSV PA | $95.53 | | $128,913.74 |
| 08/30/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $259.71 | | $129,009.27 |
| 08/30/2021 | DEBIT CARD PURCHASE XXXXX7743 PTC EZ PASS AUTO RE XXXXX6727 PA | $500.00 | | $129,268.98 |
| 08/30/2021 | WIRE TRANSFER IN 218UM1348AMA8FV1 REF:20210830MMQFMPNB013113 8612111541 ORIG :QUAKER CITY MERCANTILE INC 8624709014 YRREF:INV 261292 OBI:INVOICE 261292 FINAL 75% PAYMENT | | $10,448.88 | $129,768.98 |
| 08/30/2021 | CORPORATE ACH ST-P4S5G6Q0N0U2 FABEREASYSHOPIFY TRANSFER | | $1,149.60 | $119,320.10 |
| 08/27/2021 | CHECK 10534 086698512 | $1,411.60 | | $118,170.50 |
| 08/27/2021 | CHECK 10479 086693566 | $984.28 | | $119,582.10 |
| 08/27/2021 | CHECK 10473 086704205 | $1,516.89 | | $120,566.38 |
| 08/27/2021 | CHECK 10464 086677517 | $1,022.30 | | $122,083.27 |
| 08/27/2021 | CHECK 1133 086712466 | $564.00 | | $123,105.57 |
| 08/27/2021 | WIRE TRANSFER OUT RIXNT XXXXXXX0602 REF:0827MMQFMPNB009689 BEN:Flaster | $50,000.00 | | $123,669.57 |

Greenberg 8609954871 PRREF:2021108049503
BENBK:PNC BANK, NATIONAL
ASSOCIATION 031000053
PNC:218RI34470602XNT

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/27/2021 | CHECK 10466 086393924 | $969.63 | | $173,669.57 |
| 08/27/2021 | CHECK 1112 086391662 | $16,768.10 | | $174,639.20 |
| 08/27/2021 | CHECK 1055 086393921 | $50.00 | | $191,407.30 |
| 08/27/2021 | CHECK 10518 047273119 | $927.13 | | $191,457.30 |
| 08/27/2021 | CORPORATE ACH 1121 PAYSOURCE IMPOUND | $45,501.71 | | $192,384.43 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 BEARING AND DRIVE SOLU XXXXX0938 PA | $48.96 | | $237,886.14 |
| 08/27/2021 | RECURRING DEBIT CARD XXXXX3239 LINKEDINXXXXX8294 LNKDINBIL CA | $158.99 | | $237,935.10 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $455.87 | | $238,094.09 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 EASTERN GOURMET COOPERSBURG PA | $220.53 | | $238,549.96 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $99.93 | | $238,770.49 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX2165 XXXXX3339 TN | $85.78 | | $238,870.42 |
| 08/27/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX9997 XXXXX3339 TN | $88.61 | | $238,956.20 |
| 08/27/2021 | CORPORATE ACH ST-W4O6U9V1N6Y9 FABEREASYSHOPIFY TRANSFER | | $471.85 | $239,044.81 |
| 08/26/2021 | CHECK 1146 086197035 | $100.39 | | $238,572.96 |
| 08/26/2021 | CHECK 1125 086185614 | $115.00 | | $238,673.35 |
| 08/26/2021 | CHECK 1150 085774746 | $257.31 | | $238,788.35 |
| 08/26/2021 | CORPORATE ACH MAXIM LIBERTY, I SALE | $800.00 | | $239,045.66 |
| 08/26/2021 | CORPORATE ACH 455493200 MIDNIGHT MADNESS PAYROLL | $94,426.97 | | $239,845.66 |
| 08/26/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $540.45 | | $334,272.63 |
| 08/26/2021 | DEBIT CARD PURCHASE XXXXX7743 PA BCCO CORP FEEDOS XXXXX9195 PA | $70.00 | | $334,813.08 |
| 08/26/2021 | RECURRING DEBIT CARD XXXXX3238 SQUARESPACE INC. HTTPSSQUARE NY | $21.20 | | $334,883.08 |
| 08/26/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $975.54 | | $334,904.28 |
| 08/26/2021 | CORPORATE ACH ST-A3W0B4Z8M0U5 FABEREASYSHOPIFY TRANSFER | | $453.87 | $335,879.82 |
| 08/26/2021 | ACH CREDIT XXXXX1541 UGLY BRANDS INC. BILL PMT | | $30,936.60 | $335,425.95 |
| 08/25/2021 | CHECK 1128 085290795 | $11,965.86 | | $304,489.35 |
| 08/25/2021 | CHECK 1118 085290794 | $580.04 | | $316,455.21 |
| 08/25/2021 | CHECK 1051 085295142 | $65.20 | | $317,035.25 |
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $195.31 | | $317,100.45 |
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $15.27 | | $317,295.76 |
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $223.66 | | $317,311.03 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 SODASTREAM USA INC XXXXX2258 NJ | $40.25 | | $317,534.69 |
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX2632 XXXXX3339 TN | $16.50 | | $317,574.94 |
| 08/25/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX2758 XXXXX3339 TN | $505.86 | | $317,591.44 |
| 08/25/2021 | CORPORATE ACH 025XCIZOWZ2LEVS SIP MARGS BILL.COM | | $25,000.00 | $318,097.30 |
| 08/25/2021 | CORPORATE ACH ST-Z0V7G9S7Y5C8 FABEREASYSHOPIFY TRANSFER | | $73.30 | $293,097.30 |
| 08/24/2021 | CHECK 1137 085017189 | $26.33 | | $293,024.00 |
| 08/24/2021 | CORPORATE ACH 79784 PNC EQUIPMENT FI LEASECHG | $23,169.34 | | $293,050.33 |
| 08/24/2021 | CORPORATE ACH Paccar PACCAR OTHER | $1,926.84 | | $316,219.67 |
| 08/24/2021 | ACH TELSINGLE XXXXX9001MBC1I ATT PAYMENT | $2,227.81 | | $318,146.51 |
| 08/24/2021 | DEBIT CARD PURCHASE XXXXX7743 COMCAST 800-COMCAST NJ | $615.31 | | $320,374.32 |
| 08/24/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $600.00 | | $320,989.63 |
| 08/24/2021 | DEBIT CARD PURCHASE XXXXX7743 COMPASS SELF STOR 332 XXXXX9000 PA | $161.48 | | $321,589.63 |
| 08/24/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $937.79 | | $321,751.11 |
| 08/24/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $13.09 | | $322,688.90 |
| 08/24/2021 | TEL XXXXX2301 0171 TRANSFER FROM XXXXXX5876 | | $27,996.80 | $322,701.99 |
| 08/24/2021 | WIRE TRANSFER IN 218OJ2406QVZ5OQ2 REF:20210824MMQFMPH5000011 8612111541 ORIG :SPLINT LLC 9000399968 YRREF:218OJ2406QVZ5OQ2 | | $90,000.00 | $294,705.19 |
| 08/24/2021 | WIRE TRANSFER IN 218OJ2401KQY1E2Z REF:20210824MMQFMPH5000010 8612111541 ORIG :CRUTCH LLC 9000407430 YRREF:218OJ2401KQY1E2Z | | $140,000.00 | $204,705.19 |
| 08/24/2021 | DEPOSIT XXXXX6628 | | $1,793.00 | $64,705.19 |
| 08/24/2021 | CORPORATE ACH ST-I8Y3G7B7B2G5 FABEREASYSHOPIFY TRANSFER | | $1,044.30 | $62,912.19 |
| 08/23/2021 | CHECK 10403 084539619 | $1,335.34 | | $61,867.89 |
| 08/23/2021 | CHECK 10376 084416996 | $876.68 | | $63,203.23 |
| 08/23/2021 | CHECK 10288 084539620 | $239.73 | | $64,079.91 |
| 08/23/2021 | CHECK 1141 084372035 | $4,440.00 | | $64,319.64 |
| 08/23/2021 | CHECK 1138 084341421 | $12,103.34 | | $68,759.64 |
| 08/23/2021 | CHECK 1129 084418713 | $75.00 | | $80,862.98 |
| 08/23/2021 | CHECK 10370 084100204 | $483.22 | | $80,937.98 |
| 08/23/2021 | CHECK 1144 084141500 | $165.70 | | $81,421.20 |
| 08/23/2021 | CHECK 1135 084087537 | $892.15 | | $81,586.90 |
| 08/23/2021 | CHECK 1122 074062031 | $1,898.00 | | $82,479.05 |
| 08/23/2021 | CHECK 10361 083887384 | $967.84 | | $84,377.05 |
| 08/23/2021 | CHECK 10244 083887378 | $742.29 | | $85,344.89 |
| 08/23/2021 | WIRE TRANSFER OUT NFBAZAD | $1,592.75 | | $86,087.18 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | XXXXX2152 REF:0823MMQFMPNB004751 BEN:Essex Food Ingredients 1028886661 YRREF:202108282981 BENBK:PNC BANK, N.A. 043000096 PNC:218NF5421BAZ5A2D | | | |
| 08/23/2021 | CHECK 1142 083750758 | $79.65 | | $87,679.93 |
| 08/23/2021 | CHECK 1127 083727995 | $1,761.30 | | $87,759.58 |
| 08/23/2021 | RECURRING DEBIT CARD XXXXX3235 B2B Prime*2D3976MG2 Amzn.com/bi WA | $189.74 | | $89,520.88 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX0033 XXXXX3339 TN | $329.89 | | $89,710.62 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $126.06 | | $90,040.51 |
| 08/23/2021 | RECURRING DEBIT CARD XXXXX3234 LinkedIn XXXXX9494 XXXXX5653 CA | $84.79 | | $90,166.57 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $442.32 | | $90,251.36 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BERLIN PACKAGING XXXXX9292 IL | $35.09 | | $90,693.68 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 BERLIN PACKAGING XXXXX9292 IL | $126.14 | | $90,728.77 |
| 08/23/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX9645 XXXXX3339 TN | $496.76 | | $90,854.91 |
| 08/23/2021 | CORPORATE ACH ST-L6C5J3E6F4S3 FABEREASYSHOPIFY TRANSFER | | $296.25 | $91,351.67 |
| 08/23/2021 | CORPORATE ACH 025DAYSUAX2JYQE SIP MARGS BILL.COM | | $1,800.00 | $91,055.42 |
| 08/20/2021 | CHECK 1139 083530745 | $5,208.53 | | $89,255.42 |
| 08/20/2021 | CHECK 1134 083373489 | $112.33 | | $94,463.95 |
| 08/20/2021 | CHECK 1132 083393268 | $2,210.00 | | $94,576.28 |
| 08/20/2021 | CHECK 1131 083285138 | $445.08 | | $96,786.28 |
| 08/20/2021 | CHECK 1130 083284745 | $308.92 | | $97,231.36 |
| 08/20/2021 | CORPORATE ACH 455493200 COMMWLTHOFPA INT PASTSALETX | $772.85 | | $97,540.28 |
| 08/20/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $1,984.99 | | $98,313.13 |
| 08/20/2021 | DEBIT CARD PURCHASE XXXXX7743 Philadelphia Magazine XXXXX7700 PA | $1,250.00 | | $100,298.12 |
| 08/20/2021 | DEBIT CARD PURCHASE XXXXX7743 TECHNICAL BEVERAGE SER XXXXX5717 TN | $220.02 | | $101,548.12 |
| 08/20/2021 | DEBIT CARD PURCHASE XXXXX7743 RESTAURANTSTORECOM XXXXX7974 PA | $89.04 | | $101,768.14 |
| 08/20/2021 | CORPORATE ACH ST-O6K8N0T9R8G8 FABEREASYSHOPIFY TRANSFER | | $477.99 | $101,857.18 |
| 08/20/2021 | DEBIT CARD CREDIT 4592194009 VIS 0818 RESTAURANTSTORECOM XXXXX7974 PA | | $331.17 | $101,379.19 |
| 08/19/2021 | CHECK 10426 086777407 | $1,307.40 | | $101,048.02 |
| 08/19/2021 | CHECK 1140 086781437 | $223.50 | | $102,355.42 |
| 08/19/2021 | CHECK 1108 086760932 | $1,244.30 | | $102,578.92 |
| 08/19/2021 | CHECK 1124 086683993 | $67.38 | | $103,823.22 |
| 08/19/2021 | CHECK 1121 086646578 | $63.16 | | $103,890.60 |
| 08/19/2021 | CHECK 1119 086683995 | $33.71 | | $103,953.76 |
| 08/19/2021 | CHECK 1117 086683998 | $706.40 | | $103,987.47 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/19/2021 | CHECK 1126 086547037 | $530.00 | | $104,693.87 |
| 08/19/2021 | CHECK 1123 086496589 | $283.92 | | $105,223.87 |
| 08/19/2021 | WIRE TRANSFER OUT JDUYN XXXXXXX0252 REF:0819MMQFMPNB003729 BEN:Givaudan Flavors Corporation 30795238 YRREF:202108250209 BENBK:CITIBANK, N.A. 021000089 PNC:218JD47490UY252N | $33,292.22 | | $105,507.79 |
| 08/19/2021 | WIRE TRANSFER OUT JDLQQO XXXXXX8304 REF:0819MMQFMPNB003728 BEN:Foodarom USA Inc 870025759 YRREF:202108250283 BENBK:HSBC BANK USA, NA 122240861 PNC:218JD47483L04QQO | $3,473.00 | | $138,800.01 |
| 08/19/2021 | CORPORATE ACH MAXIM LIBERTY, I SALE | $800.00 | | $142,273.01 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $1,611.00 | | $143,073.01 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 PA BCCO CORP FEEDOS XXXXX9195 PA | $70.00 | | $144,684.01 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 PA BCCO CORP FEEDOS XXXXX9195 PA | $70.00 | | $144,754.01 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $6,523.20 | | $144,824.01 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $147.45 | | $151,347.21 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX8367 XXXXX3339 TN | $95.63 | | $151,494.66 |
| 08/19/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX7583 XXXXX3339 TN | $28.51 | | $151,590.29 |
| 08/19/2021 | CORPORATE ACH ST-G8J5C6Z5K4D2 FABEREASYSHOPIFY TRANSFER | | $463.17 | $151,618.80 |
| 08/18/2021 | CHECK 10422 086305216 | $915.76 | | $151,155.63 |
| 08/18/2021 | CHECK 1136 086299165 | $8,657.58 | | $152,071.39 |
| 08/18/2021 | CHECK 1076 086380848 | $500.00 | | $160,728.97 |
| 08/18/2021 | CHECK 10430 086069801 | $684.01 | | $161,228.97 |
| 08/18/2021 | CHECK 10433 077590239 | $580.16 | | $161,912.98 |
| 08/18/2021 | CHECK 1105 085870155 | $195.73 | | $162,493.14 |
| 08/18/2021 | ACH DEBIT 239083 08132021 ASCENSUS TRUST RET PLAN | $916.85 | | $162,688.87 |
| 08/18/2021 | DEBIT CARD PURCHASE XXXXX7743 JUMPFLY XXXXX6042 IL | $3,000.00 | | $163,605.72 |
| 08/18/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * FABER DISTILLING HTTPSFABERE PA | $100.00 | | $166,605.72 |
| 08/18/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $1,710.88 | | $166,705.72 |
| 08/18/2021 | DEBIT CARD PURCHASE XXXXX7743 RESTAURANTSTORECOM XXXXX7974 PA | $1,175.60 | | $168,416.60 |
| 08/18/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $723.63 | | $169,592.20 |
| 08/18/2021 | CORPORATE ACH ST-D3J2S3W4E8P4 FABEREASYSHOPIFY TRANSFER | | $88.47 | $170,315.83 |
| 08/17/2021 | CHECK 10432 077018723 | $580.16 | | $170,227.36 |
| 08/17/2021 | CHECK 1120 085776656 | $2,875.00 | | $170,807.52 |
| 08/17/2021 | CHECK 1111 085815250 | $1,583.76 | | $173,682.52 |
| 08/17/2021 | CHECK 1104 085694727 | $2,500.00 | | $175,266.28 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/17/2021 | CHECK 1114 085472280 | $3,430.00 | | $177,766.28 |
| 08/17/2021 | CHECK 10435 085316090 | $635.61 | | $181,196.28 |
| 08/17/2021 | CHECK 10319 085255789 | $2,175.91 | | $181,831.89 |
| 08/17/2021 | CHECK 1116 085316044 | $2,164.40 | | $184,007.80 |
| 08/17/2021 | ACH DEBIT 2NI74I3CASTPE7V HONDA PMT XXXXX9939 | $774.60 | | $186,172.20 |
| 08/17/2021 | DEBIT CARD PURCHASE XXXXX7743 TOYOTA COMMER FINANCE XXXXX2315 IN | $2,103.84 | | $186,946.80 |
| 08/17/2021 | DEBIT CARD PURCHASE XXXXX7743 BEARING AND DRIVE SOLU XXXXX0938 PA | $785.49 | | $189,050.64 |
| 08/17/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $852.46 | | $189,836.13 |
| 08/17/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $936.98 | | $190,688.59 |
| 08/17/2021 | CORPORATE ACH ST-L7L9R1O5Q6W2 FABEREASYSHOPIFY TRANSFER | | $874.71 | $191,625.57 |
| 08/16/2021 | CHECK 10428 085022574 | $540.65 | | $190,750.86 |
| 08/16/2021 | CHECK 10398 084637021 | $3,612.82 | | $191,291.51 |
| 08/16/2021 | CHECK 1113 084593854 | $7,893.40 | | $194,904.33 |
| 08/16/2021 | WIRE TRANSFER OUT GGBYAXV XXXXX3797 REF:0816MMQFMPNB006039 BEN:Labelworx Acquisition Company LLC 8026454189 YRREF:202108215041 BENBK:PNC BANK, NATIONAL ASSOCIATION 031207607 PNC:218GG50379BYAXV7 | $13,969.20 | | $202,797.73 |
| 08/16/2021 | CHECK 10424 084413445 | $954.20 | | $216,766.93 |
| 08/16/2021 | CHECK 1200 L084322945 | $373.62 | | $217,721.13 |
| 08/16/2021 | CHECK 1101 084322315 | $518.53 | | $218,094.75 |
| 08/16/2021 | CHECK 1047 084382335 | $229.28 | | $218,613.28 |
| 08/16/2021 | CHECK 10390 049158940 | $1,110.63 | | $218,842.56 |
| 08/16/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX3467 XXXXX3339 TN | $58.80 | | $219,953.19 |
| 08/16/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX9523 XXXXX3339 TN | $94.90 | | $220,011.99 |
| 08/16/2021 | RECURRING DEBIT CARD XXXXX3227 LinkedIn XXXXX7213 XXXXX5653 CA | $105.99 | | $220,106.89 |
| 08/16/2021 | RECURRING DEBIT CARD XXXXX3227 SQUARESPACE INC. HTTPSSQUARE NY | $21.20 | | $220,212.88 |
| 08/16/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,363.82 | | $220,234.08 |
| 08/16/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX5966 XXXXX3339 TN | $25.76 | | $221,597.90 |
| 08/16/2021 | DEBIT CARD PURCHASE XXXXX7743 MOREFLAVOR XXXXX0033 CA | $763.16 | | $221,623.66 |
| 08/16/2021 | CASHED CHECK 10420 047065107 | $1,033.56 | | $222,386.82 |
| 08/16/2021 | CORPORATE ACH ST-R7H3M5J9S2S2 FABEREASYSHOPIFY TRANSFER | | $267.48 | $223,420.38 |
| 08/16/2021 | DEBIT CARD CREDIT 9672394009 VIS 0813 PENSKE TRK LSG 001110 ALLENTOWN PA | | $5,000.00 | $223,152.90 |
| 08/13/2021 | CHECK 10434 084011959 | $1,018.37 | | $218,152.90 |
| 08/13/2021 | CHECK 10418 084093559 | $1,082.92 | | $219,171.27 |
| 08/13/2021 | CHECK 10378 084018057 | $798.63 | | $220,254.19 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| 08/13/2021 | CHECK 10377 083914417 | $1,026.77 | | $221,052.82 |
| 08/13/2021 | CHECK 10371 083911780 | $1,611.66 | | $222,079.59 |
| 08/13/2021 | CHECK 10359 083919232 | $574.91 | | $223,691.25 |
| 08/13/2021 | CHECK 10354 083911384 | $699.93 | | $224,266.16 |
| 08/13/2021 | CHECK 10374 083732404 | $1,816.75 | | $224,966.09 |
| 08/13/2021 | CHECK 10379 052644181 | $1,093.38 | | $226,782.84 |
| 08/13/2021 | CHECK 1102 083546392 | $2,117.24 | | $227,876.22 |
| 08/13/2021 | ACH TELSINGLE XXXXX8513 ACI PAYMENTS INC ACI ALLYFI | $846.93 | | $229,993.46 |
| 08/13/2021 | ACH TELSINGLE XXXXX0275 ACI PAYMENTS INC ACI ALLYFI | $905.71 | | $230,840.39 |
| 08/13/2021 | CORPORATE ACH PRMAX0004205851 IBC EDI PAYMTS | $5,912.97 | | $231,746.10 |
| 08/13/2021 | CORPORATE ACH 0000 EXCISE TAX RETUR PAYMENT | $31,635.09 | | $237,659.07 |
| 08/13/2021 | CORPORATE ACH 1121 PAYSOURCE IMPOUND | $56,002.20 | | $269,294.16 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $146.55 | | $325,296.36 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 SQ HOLLEY CONTAINER S XXXXX4551 PA | $1,170.00 | | $325,442.91 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $228.62 | | $326,612.91 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $73.75 | | $326,841.53 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $226.80 | | $326,915.28 |
| 08/13/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX XXXXX5954 XXXXX3339 TN | $45.07 | | $327,142.08 |
| 08/13/2021 | CORPORATE ACH ST-U4Z9O5H1B5U3 FABEREASYSHOPIFY TRANSFER | | $146.89 | $327,187.15 |
| 08/12/2021 | WIRE TRANSFER OUT CJFCZJP XXXXX3803 REF:0812MMQFMPNB011591 BEN:MGP Ingredients 4121928048 YRREF:202108187105 BENBK:WELLS FARGO BANK, N.A. 121000248 PNC:218CJ5738FCZ0J3P | $33,200.00 | | $327,040.26 |
| 08/12/2021 | WIRE TRANSFER OUT LACCODRO XXXX7763 | $1,620.00 | | $360,240.26 |
| 08/12/2021 | CORPORATE ACH MAXIM LIBERTY, I SALE | $800.00 | | $361,860.26 |
| 08/12/2021 | CORPORATE ACH 455493200 MIDNIGHT MADNESS PAYROLL | $111,457.22 | | $362,660.26 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $5,121.02 | | $474,117.48 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 RUBBER STAMP CHAMP XXXXX7826 CA | $57.87 | | $479,238.50 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $134.21 | | $479,296.37 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $64.78 | | $479,430.58 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 BERLIN PACKAGING XXXXX9292 IL | $88.40 | | $479,495.36 |
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $163.65 | | $479,583.76 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/12/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,667.48 | | $479,747.41 |
| 08/12/2021 | CORPORATE ACH ST-C8O7W8Q0T3E6 FABEREASYSHOPIFY TRANSFER | | $73.30 | $481,414.89 |
| 08/11/2021 | CHECK 1103 086769576 | $415.49 | | $481,341.59 |
| 08/11/2021 | CHECK 1100 086783848 | $955.58 | | $481,757.08 |
| 08/11/2021 | CHECK 1098 086887447 | $3,980.06 | | $482,712.66 |
| 08/11/2021 | CHECK 1097 086766644 | $1,929.75 | | $486,692.72 |
| 08/11/2021 | CHECK 1091 086775950 | $400.00 | | $488,622.47 |
| 08/11/2021 | CHECK 1090 086797778 | $2,544.00 | | $489,022.47 |
| 08/11/2021 | CHECK 1043 086774520 | $9,750.42 | | $491,566.47 |
| 08/11/2021 | CHECK 1089 070463702 | $456.25 | | $501,316.89 |
| 08/11/2021 | CHECK 1107 086528855 | $341.85 | | $501,773.14 |
| 08/11/2021 | CHECK 1094 086502686 | $8,336.07 | | $502,114.99 |
| 08/11/2021 | CORPORATE ACH ST-D8S7D5J5U0L0 FABEREASYSHOPIFY TRANSFER | $26.49 | | $510,451.06 |
| 08/11/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * AMERICAN CANNING HTTPSAMERIC TX | $946.56 | | $510,477.55 |
| 08/11/2021 | DEBIT CARD PURCHASE XXXXX7743 BJS WHOLESALE #0350 QUAKERTOWN PA | $88.08 | | $511,424.11 |
| 08/11/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $337.53 | | $511,512.19 |
| 08/11/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $220.16 | | $511,849.72 |
| 08/10/2021 | CHECK 1161 086256611 | $529.80 | | $512,069.88 |
| 08/10/2021 | CHECK 1095 086247797 | $1,451.83 | | $512,599.68 |
| 08/10/2021 | CHECK 1096 086021161 | $145.67 | | $514,051.51 |
| 08/10/2021 | WIRE TRANSFER OUT AJLFZMT XXXXX1204 REF:0810MMQFMPNB007933 BEN:Chip Stubbs 9200016347 YRREF:202108152919 BENBK:CFG COMMUNITY BANK 052073519 PNC:218AJ2312LF04ZMT | $2,999.00 | | $514,197.18 |
| 08/10/2021 | WIRE TRANSFER OUT AJZMN XXXXXXX1704 REF:0810MMQFMPNB007931 BEN:Lableworx Acquisition Company LLC 8026454189 YRREF:202108152747 BENBK:PNC BANK, NATIONAL ASSOCIATION 031207607 PNC:218AJ23101704ZMN | $17,461.50 | | $517,196.18 |
| 08/10/2021 | CORPORATE ACH LN129081 ISUZU FINANCE CBP LN CCD | $1,305.65 | | $534,657.68 |
| 08/10/2021 | CORPORATE ACH LA126156 ISUZU FINANCE CBP LA CCD | $1,604.18 | | $535,963.33 |
| 08/10/2021 | CORPORATE ACH 0907024024 PP ELEC BILL | $1,870.44 | | $537,567.51 |
| 08/10/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $562.13 | | $539,437.95 |
| 08/10/2021 | DEBIT CARD PURCHASE XXXXX7743 Moo Print XXXXX7230 DE | $789.43 | | $540,000.08 |
| 08/10/2021 | RECURRING DEBIT CARD XXXXX3222 Adobe Inc XXXXX6687 CA | $15.89 | | $540,789.51 |
| 08/10/2021 | DEBIT CARD PURCHASE XXXXX7743 City Ctr Self Storage PITTSBURGH PA | $1,228.11 | | $540,805.40 |
| 08/10/2021 | WIRE TRANSFER IN 218AJ1737Q704GBE | | $115,000.00 | $542,033.51 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| | REF:20210810MMQFMPH5000012 8612111541 ORIG :CRUTCH LLC DBA FABER DISTILLING 9000407430 YRREF:218AJ1737Q704GBE | | | |
| 08/10/2021 | WIRE TRANSFER IN 218AJ1546IPY123K REF:20210810MMQFMPH5000011 8612111541 ORIG :SPLINT LLC DBA FABER DISTILLING 9000399968 YRREF:218AJ1546IPY123K | | $50,000.00 | $427,033.51 |
| 08/10/2021 | CORPORATE ACH ST-J2L8C4S1N9I5 FABEREASYSHOPIFY TRANSFER | | $861.44 | $377,033.51 |
| 08/09/2021 | CHECK 1160 085483158 | $250.00 | | $376,172.07 |
| 08/09/2021 | CHECK 1092 085483019 | $10,191.00 | | $376,422.07 |
| 08/09/2021 | CHECK 1088 085483157 | $500.00 | | $386,613.07 |
| 08/09/2021 | CHECK 1085 085623822 | $16,455.00 | | $387,113.07 |
| 08/09/2021 | CHECK 1081 085134504 | $939.22 | | $403,568.07 |
| 08/09/2021 | WIRE TRANSFER OUT JPKOUW XXXXXX4601 REF:0809MMQFMPNB009915 BEN:Zuckerman Honickman, Inc. 9865884010 YRREF:202108139579 BENBK:MANUFACTURERS & TRADERS TRUST CO 022000046 PNC:2189J3446PK01OUW | $44,663.51 | | $404,507.29 |
| 08/09/2021 | WIRE TRANSFER OUT JEXOUP XXXXXX4504 REF:0809MMQFMPNB009426 BEN:Essex Food Ingredients 1028886661 YRREF:202108139563 BENBK:PNC BANK, N.A. 043000096 PNC:2189J3445EX04OUP | $1,592.75 | | $449,170.80 |
| 08/09/2021 | CHECK 10259 085037717 | $1,253.97 | | $450,763.55 |
| 08/09/2021 | CHECK 1093 074367652 | $34.09 | | $452,017.52 |
| 08/09/2021 | CORPORATE ACH Altek Business LEASING SERVICES CASH TRANS | $895.65 | | $452,051.61 |
| 08/09/2021 | CORPORATE ACH 0000 EXCISE TAX RETUR PAYMENT | $4,624.83 | | $452,947.26 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $169.60 | | $457,572.09 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $195.91 | | $457,741.69 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $937.79 | | $457,937.60 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $19.13 | | $458,875.39 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 GW KENT INC XXXXX2141 MI | $109.17 | | $458,894.52 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $375.89 | | $459,003.69 |
| 08/09/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $370.87 | | $459,379.58 |
| 08/09/2021 | PNC BANK PHL LOAN PMTS XXXXX4923 | $1,376.03 | | $459,750.45 |
| 08/09/2021 | PNC BANK PHL LOAN PMTS XXXXX4923 | $13,447.40 | | $461,126.48 |
| 08/09/2021 | ONLINE TRANSFER FROM XXXXX0136 | | $51,000.00 | $474,573.88 |
| 08/09/2021 | ONLINE TRANSFER FROM XXXXX9987 | | $36,000.00 | $423,573.88 |
| 08/09/2021 | ONLINE TRANSFER FROM XXXXX0056 | | $9,200.00 | $387,573.88 |
| 08/09/2021 | CORPORATE ACH ST-D4K9J2P1D6P0 FABEREASYSHOPIFY TRANSFER | | $517.35 | $378,373.88 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/09/2021 | DEBIT CARD CREDIT 9108594009 VIS 0806 LinkedIn XXXXX3703 XXXXX5653 CA | | $1,285.88 | $377,856.53 |
| 08/06/2021 | CHECK 10309 084397644 | $542.55 | | $376,570.65 |
| 08/06/2021 | WIRE TRANSFER OUT HAGNF XXXXXXX7035 REF:0806MMQFMPNB007377 BEN:Greenfield Global 1853114880 YRREF:202108122429 BENBK:COMERICA BANK 072000096 PNC:2186H3947AG03N5F | $22,491.00 | | $377,113.20 |
| 08/06/2021 | CORPORATE ACH ST-Q7F8V5V3E3A7 STRIPE TRANSFER | $39.99 | | $399,604.20 |
| 08/06/2021 | CORPORATE ACH MAXIM LIBERTY, I SALE | $800.00 | | $399,644.19 |
| 08/06/2021 | CORPORATE ACH Paccar PACCAR OTHER | $1,355.53 | | $400,444.19 |
| 08/06/2021 | CORPORATE ACH Paccar PACCAR OTHER | $1,926.84 | | $401,799.72 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $1,575.00 | | $403,726.56 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 RS HUGHES CO INC XXXXX3183 CA | $1,104.01 | | $405,301.56 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 ZIPRECRUITER INC XXXXX5493 CA | $593.60 | | $406,405.57 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $575.02 | | $406,999.17 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $345.41 | | $407,574.19 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $300.39 | | $407,919.60 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $777.73 | | $408,219.99 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 EASTERN GOURMET COOPERSBURG PA | $364.38 | | $408,997.72 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $301.69 | | $409,362.10 |
| 08/06/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $1,718.36 | | $409,663.79 |
| 08/06/2021 | CORPORATE ACH ST-D4K1X0S0V7H3 FABEREASYSHOPIFY TRANSFER | | $736.40 | $411,382.15 |
| 08/06/2021 | DEBIT CARD CREDIT 7531294009 VIS 0803 PENSKE TRK LSG 001110 ALLENTOWN PA | | $0.14 | $410,645.75 |
| 08/05/2021 | CHECK 1087 083731450 | $116.15 | | $410,645.61 |
| 08/05/2021 | CHECK 1042 083717749 | $5,818.60 | | $410,761.76 |
| 08/05/2021 | CORPORATE ACH 79784 PNC EQUIPMENT FI LEASECHG | $13,078.02 | | $416,580.36 |
| 08/05/2021 | N0805 7743 PAYMENT POS715 1094786 VERIZON IRVING TX | $403.50 | | $429,658.38 |
| 08/05/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $47.13 | | $430,061.88 |
| 08/05/2021 | RECURRING DEBIT CARD XXXXX3217 PHONE.COM 11913758 WWW.PHONE.C CA | $27.07 | | $430,109.01 |
| 08/05/2021 | DEBIT CARD PURCHASE XXXXX7743 SP * NOOMA STORE NOOMASTORE. OH | $66.98 | | $430,136.08 |
| 08/05/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $2,198.17 | | $430,203.06 |
| 08/05/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $3,679.85 | | $432,401.23 |
| 08/05/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $90.50 | | $436,081.08 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/05/2021 | CORPORATE ACH ST-K8W8M5J3H0I3 FABEREASYSHOPIFY TRANSFER | $102.91 | $436,171.58 |
| 08/04/2021 | CHECK 10261 083214258 | $1,013.15 | $436,068.67 |
| 08/04/2021 | CHECK 1086 083208584 | $5,878.00 | $437,081.82 |
| 08/04/2021 | CHECK 1079 083171631 | $709.91 | $442,959.82 |
| 08/04/2021 | CHECK 1084 051679850 | $19,430.55 | $443,669.73 |
| 08/04/2021 | CHECK 1080 086779184 | $30.00 | $463,100.28 |
| 08/04/2021 | ACH DEBIT 239083 07302021 ASCENSUS TRUST RET PLAN | $2,055.14 | $463,130.28 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $1,185.86 | $465,185.42 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $116.16 | $466,371.28 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $279.61 | $466,487.44 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $239.27 | $466,767.05 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $119.56 | $467,006.32 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $194.76 | $467,125.88 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $382.41 | $467,320.64 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $75.23 | $467,703.05 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $135.89 | $467,778.28 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $1,739.27 | $467,914.17 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $778.44 | $469,653.44 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $907.21 | $470,431.88 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $81.00 | $471,339.09 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $596.31 | $471,420.09 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $33.55 | $472,016.40 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $362.64 | $472,049.95 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $520.91 | $472,412.59 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $216.30 | $472,933.50 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $571.29 | $473,149.80 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $17.46 | $473,721.09 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $122.65 | $473,738.55 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $92.21 | $473,861.20 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 | $73.63 | $473,953.41 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $310.89 | | $474,027.04 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $410.02 | | $474,337.93 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $93.96 | | $474,747.95 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 MCMASTERCARR XXXXX9600 IL | $343.51 | | $474,841.91 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 BUCKS RUN OIL XXXXX1490 PA | $28.20 | | $475,185.42 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $243.84 | | $475,213.62 |
| 08/04/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $431.56 | | $475,457.46 |
| 08/04/2021 | PNC BANK PHL LOAN PMTS XXXXX2372 | $640.45 | | $475,889.02 |
| 08/04/2021 | WIRE TRANSFER IN 2184K3400JNY1BA8 REF:20210804MMQFMPH5000023 8612111541 ORIG :CRUTCH LLC 9000407430 YRREF:2184K3400JNY1BA8 | | $105,000.00 | $476,529.47 |
| 08/04/2021 | WIRE TRANSFER IN 2184K3347M2ZA0K1 REF:20210804MMQFMPH5000022 8612111541 ORIG :SPLINT LLC 9000399968 YRREF:2184K3347M2ZA0K1 | | $100,000.00 | $371,529.47 |
| 08/04/2021 | CORPORATE ACH ST-S9U5C9H7W7T5 FABEREASYSHOPIFY TRANSFER | | $108.44 | $271,529.47 |
| 08/03/2021 | CHECK 1082 086502771 | $234.76 | | $271,421.03 |
| 08/03/2021 | CHECK 10318 086288434 | $939.41 | | $271,655.79 |
| 08/03/2021 | CHECK 1046 086089416 | $403.32 | | $272,595.20 |
| 08/03/2021 | CORPORATE ACH EFA12358901 FW EQUIPMENT FIN PAYMENTS | $526.16 | | $272,998.52 |
| 08/03/2021 | DEBIT CARD PURCHASE XXXXX7743 4IMPRINT XXXXX7746 WI | $302.68 | | $273,524.68 |
| 08/03/2021 | DEBIT CARD PURCHASE XXXXX7743 HARFORD VINEYARD FOREST HILL MD | $2,600.00 | | $273,827.36 |
| 08/03/2021 | DEBIT CARD PURCHASE XXXXX7743 IN VIRGINIA HEAT TRAN XXXXX3855 VA | $1,104.31 | | $276,427.36 |
| 08/03/2021 | DEBIT CARD PURCHASE XXXXX7743 GOOGLE*GSUITE MMDISTIL SUPPORT.GOO CA | $72.90 | | $277,531.67 |
| 08/02/2021 | CHECK 10253 085669774 | $1,154.30 | | $277,604.57 |
| 08/02/2021 | CHECK 1036 085658728 | $1,464.69 | | $278,758.87 |
| 08/02/2021 | CHECK 1010 085350224 | $76.00 | | $280,223.56 |
| 08/02/2021 | CHECK 1028 085203353 | $15,867.64 | | $280,299.56 |
| 08/02/2021 | CHECK 10312 085120202 | $921.98 | | $296,167.20 |
| 08/02/2021 | CHECK 10308 085120201 | $1,049.70 | | $297,089.18 |
| 08/02/2021 | CHECK 10304 085000146 | $469.41 | | $298,138.88 |
| 08/02/2021 | CHECK 10202 085120200 | $965.37 | | $298,608.29 |
| 08/02/2021 | CHECK 1078 085063426 | $1,000.31 | | $299,573.66 |
| 08/02/2021 | CHECK 1077 085063425 | $1,486.05 | | $300,573.97 |
| 08/02/2021 | CORPORATE ACH MAXIM LIBERTY, I SALE | $800.00 | | $302,060.02 |
| 08/02/2021 | CORPORATE ACH 1121 PAYSOURCE IMPOUND | $63,274.41 | | $302,860.02 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 QUICKBOOKSTIME XXXXX2720 ID | $964.60 | | $366,134.43 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $304.22 | | $367,099.03 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $120.23 | | $367,403.25 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX 92979049 XXXXX3339 TN | $67.38 | | $367,523.48 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 INDEED XXXXX2400 CT | $532.04 | | $367,590.86 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 FEDEX 92924191 XXXXX3339 TN | $2,502.85 | | $368,122.90 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 ULINE SHIP SUPPLIES XXXXX5510 WI | $4,622.70 | | $370,625.75 |
| 08/02/2021 | DEBIT CARD PURCHASE XXXXX7743 PENSKE TRK LSG 001110 ALLENTOWN PA | $930.34 | | $375,248.45 |
| 08/02/2021 | CASHED CHECK 10306 046602007 | $1,123.29 | | $376,178.79 |
| 08/02/2021 | CORPORATE ACH RETURNS PAYSOURCE INC IC ADJUST | | $2,486.36 | $377,302.08 |