12:00 PM
09/03/21

# Faber Distilling
# Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 374,815.72 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 345 items** | | | | | | |
| Bill Pmt -Check | 07/02/2021 | debit | Toyota Industries Co... | X | -1,051.92 | -1,051.92 |
| Bill Pmt -Check | 07/06/2021 | 1128 | Three Hundred Com... | X | -11,965.86 | -13,017.78 |
| Bill Pmt -Check | 07/15/2021 | 1010 | City Of Philadelphia | X | -76.00 | -13,093.78 |
| Bill Pmt -Check | 07/19/2021 | DEBIT | Berlin Packaging, LLC | X | -88.40 | -13,182.18 |
| Bill Pmt -Check | 07/20/2021 | ach | Paccar Financial | X | -1,926.84 | -15,109.02 |
| Bill Pmt -Check | 07/24/2021 | 1028 | Express Employmen... | X | -15,867.64 | -30,976.66 |
| Bill Pmt -Check | 07/24/2021 | 1036 | Brook and Whittle Ltd. | X | -1,464.69 | -32,441.35 |
| Bill Pmt -Check | 07/27/2021 | 1043 | Finland Leasing | X | -9,750.42 | -42,191.77 |
| Bill Pmt -Check | 07/27/2021 | 1042 | 300 Commerce Driv... | X | -5,818.60 | -48,010.37 |
| Bill Pmt -Check | 07/28/2021 | 1046 | KELLI SCOZZARO ... | X | -403.32 | -48,413.69 |
| Bill Pmt -Check | 07/28/2021 | debit | Holley Container | X | -365.00 | -48,778.69 |
| Bill Pmt -Check | 07/29/2021 | 1076 | BETTERMENT CLU... | X | -500.00 | -49,278.69 |
| Bill Pmt -Check | 07/30/2021 | 1077 | kevin ogburn-payroll | X | -1,486.05 | -50,764.74 |
| Bill Pmt -Check | 07/30/2021 | DEBIT | XP THERMAL | X | -1,104.31 | -51,869.05 |
| Bill Pmt -Check | 07/30/2021 | 1078 | Taylor Heitz payroll | X | -1,000.31 | -52,869.36 |
| Bill Pmt -Check | 07/30/2021 | 1081 | PATRICK THOMPS... | X | -939.22 | -53,808.58 |
| Bill Pmt -Check | 08/01/2021 | 1092 | Eugene T.Parzych,Inc | X | -10,191.00 | -63,999.58 |
| Bill Pmt -Check | 08/01/2021 | 1094 | Express Employmen... | X | -8,336.07 | -72,335.65 |
| Bill Pmt -Check | 08/01/2021 | 1098 | Roberts Oxygen Co... | X | -3,980.06 | -76,315.71 |
| Bill Pmt -Check | 08/01/2021 | 1090 | Emergency Systems... | X | -2,544.00 | -78,859.71 |
| Bill Pmt -Check | 08/01/2021 | 1097 | Century Packaging | X | -1,929.75 | -80,789.46 |
| Bill Pmt -Check | 08/01/2021 | 1095 | Ore Rentals | X | -1,451.83 | -82,241.29 |
| Bill Pmt -Check | 08/01/2021 | ach | Paccar Financial | X | -1,355.53 | -83,596.82 |
| Bill Pmt -Check | 08/01/2021 | 1099 | PREMIER TRAILER... | X | -822.56 | -84,419.38 |
| Bill Pmt -Check | 08/01/2021 | 1088 | Chris Cleaning | X | -500.00 | -84,919.38 |
| Bill Pmt -Check | 08/01/2021 | 1089 | Chrin Hauling Inc | X | -456.25 | -85,375.63 |
| Bill Pmt -Check | 08/01/2021 | 1091 | MILFORD TOWNS... | X | -400.00 | -85,775.63 |
| Bill Pmt -Check | 08/01/2021 | 1160 | Chris Cleaning | X | -250.00 | -86,025.63 |
| Bill Pmt -Check | 08/01/2021 | 1096 | UPS | X | -145.67 | -86,171.30 |
| Bill Pmt -Check | 08/01/2021 | 1093 | Penske Truck Leasing | X | -34.09 | -86,205.39 |
| Check | 08/02/2021 | | | X | -63,274.41 | -149,479.80 |
| Bill Pmt -Check | 08/02/2021 | | KorPack | X | -12,103.34 | -161,583.14 |
| Check | 08/02/2021 | | Uline Ship supply | X | -4,622.70 | -166,205.84 |
| Bill Pmt -Check | 08/02/2021 | debit | Harford Vineyard LLC | X | -2,600.00 | -168,805.84 |
| Check | 08/02/2021 | | Shipping | X | -2,502.85 | -171,308.69 |
| Check | 08/02/2021 | 10253 | | X | -1,154.30 | -172,462.99 |
| Check | 08/02/2021 | 10306 | | X | -1,123.29 | -173,586.28 |
| Check | 08/02/2021 | 10308 | | X | -1,049.70 | -174,635.98 |
| Check | 08/02/2021 | 10202 | | X | -965.37 | -175,601.35 |
| Check | 08/02/2021 | | | X | -964.60 | -176,565.95 |
| Check | 08/02/2021 | | Penske Truck Leasing | X | -930.34 | -177,496.29 |
| Check | 08/02/2021 | 10312 | | X | -921.98 | -178,418.27 |
| Check | 08/02/2021 | | | X | -800.00 | -179,218.27 |
| Check | 08/02/2021 | | Recruiting Expense | X | -532.04 | -179,750.31 |
| Check | 08/02/2021 | 10304 | | X | -469.41 | -180,219.72 |
| Check | 08/02/2021 | | Recruiting Expense | X | -304.22 | -180,523.94 |
| Check | 08/02/2021 | | Recruiting Expense | X | -120.23 | -180,644.17 |
| Check | 08/02/2021 | | Shipping | X | -67.38 | -180,711.55 |
| Bill Pmt -Check | 08/03/2021 | 1084 | Labelworx | X | -19,430.55 | -200,142.10 |
| Bill Pmt -Check | 08/03/2021 | 1085 | Sunteck | X | -16,455.00 | -216,597.10 |
| Bill Pmt -Check | 08/03/2021 | 1086 | Eastern Alliance Ins... | X | -5,878.00 | -222,475.10 |
| Check | 08/03/2021 | 10318 | | X | -939.41 | -223,414.51 |
| Bill Pmt -Check | 08/03/2021 | 1079 | Coopersburg & Liber... | X | -709.91 | -224,124.42 |
| Check | 08/03/2021 | | | X | -526.16 | -224,650.58 |
| Check | 08/03/2021 | | | X | -302.68 | -224,953.26 |
| Bill Pmt -Check | 08/03/2021 | 1082 | ADAM WIEAND EX... | X | -234.76 | -225,188.02 |
| Bill Pmt -Check | 08/03/2021 | 1087 | Michael Cozza Expe... | X | -116.15 | -225,304.17 |
| Check | 08/03/2021 | | | X | -72.90 | -225,377.07 |
| Bill Pmt -Check | 08/03/2021 | 1080 | Bergey's Truck Cent... | X | -30.00 | -225,407.07 |
| Bill Pmt -Check | 08/04/2021 | WIRE | ZUCKERMAN HONI... | X | -23,465.00 | -248,872.07 |
| Bill Pmt -Check | 08/04/2021 | WIRE | ZUCKERMAN HONI... | X | -21,198.51 | -270,070.58 |
| Check | 08/04/2021 | | | X | -2,055.14 | -272,125.72 |
| Check | 08/04/2021 | | McMaster Carr | X | -1,739.27 | -273,864.99 |
| Check | 08/04/2021 | | McMaster Carr | X | -1,185.86 | -275,050.85 |
| Bill Pmt -Check | 08/04/2021 | DEBIT | RS HUGHES | X | -1,104.01 | -276,154.86 |

| | | | Faber Distilling | | | |
|---|---|---|---|---|---|---|
| 12:00 PM | | | **Reconciliation Detail** | | | |
| 09/03/21 | | | PNC Debtor in Poss #8612111541, Period Ending 08/31/2021 | | | |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 08/04/2021 | 10261 | | X | -1,013.15 | -277,168.01 |
| Check | 08/04/2021 | | McMaster Carr | X | -907.21 | -278,075.22 |
| Check | 08/04/2021 | | McMaster Carr | X | -778.44 | -278,853.66 |
| Check | 08/04/2021 | | | X | -640.45 | -279,494.11 |
| Check | 08/04/2021 | | McMaster Carr | X | -596.31 | -280,090.42 |
| Check | 08/04/2021 | | McMaster Carr | X | -571.29 | -280,661.71 |
| Check | 08/04/2021 | | McMaster Carr | X | -520.91 | -281,182.62 |
| Check | 08/04/2021 | | Penske Truck Leasing | X | -431.56 | -281,614.18 |
| Check | 08/04/2021 | | McMaster Carr | X | -410.02 | -282,024.20 |
| Check | 08/04/2021 | | McMaster Carr | X | -382.41 | -282,406.61 |
| Check | 08/04/2021 | | McMaster Carr | X | -362.64 | -282,769.25 |
| Check | 08/04/2021 | | McMaster Carr | X | -343.51 | -283,112.76 |
| Check | 08/04/2021 | | McMaster Carr | X | -310.89 | -283,423.65 |
| Check | 08/04/2021 | | McMaster Carr | X | -279.61 | -283,703.26 |
| Check | 08/04/2021 | | Penske Truck Leasing | X | -243.84 | -283,947.10 |
| Check | 08/04/2021 | | McMaster Carr | X | -239.27 | -284,186.37 |
| Check | 08/04/2021 | | McMaster Carr | X | -216.30 | -284,402.67 |
| Check | 08/04/2021 | | McMaster Carr | X | -194.76 | -284,597.43 |
| Check | 08/04/2021 | | McMaster Carr | X | -135.89 | -284,733.32 |
| Check | 08/04/2021 | | McMaster Carr | X | -122.65 | -284,855.97 |
| Check | 08/04/2021 | | McMaster Carr | X | -119.56 | -284,975.53 |
| Check | 08/04/2021 | | McMaster Carr | X | -116.16 | -285,091.69 |
| Check | 08/04/2021 | | McMaster Carr | X | -93.96 | -285,185.65 |
| Check | 08/04/2021 | | McMaster Carr | X | -92.21 | -285,277.86 |
| Check | 08/04/2021 | | McMaster Carr | X | -81.00 | -285,358.86 |
| Check | 08/04/2021 | | McMaster Carr | X | -75.23 | -285,434.09 |
| Check | 08/04/2021 | | McMaster Carr | X | -73.63 | -285,507.72 |
| Bill Pmt -Check | 08/04/2021 | DEBIT | NOOMA | X | -66.98 | -285,574.70 |
| Bill Pmt -Check | 08/04/2021 | debit | Uline Ship supply | X | -47.13 | -285,621.83 |
| Check | 08/04/2021 | | McMaster Carr | X | -33.55 | -285,655.38 |
| Check | 08/04/2021 | | | X | -28.20 | -285,683.58 |
| Check | 08/04/2021 | | McMaster Carr | X | -17.46 | -285,701.04 |
| Check | 08/05/2021 | | | X | -13,078.02 | -298,779.06 |
| Check | 08/05/2021 | | McMaster Carr | X | -3,679.85 | -302,458.91 |
| Check | 08/05/2021 | | Uline Ship supply | X | -2,198.17 | -304,657.08 |
| Check | 08/05/2021 | | | X | -403.50 | -305,060.58 |
| Bill Pmt -Check | 08/05/2021 | debit | McMaster Carr | X | -375.89 | -305,436.47 |
| Check | 08/05/2021 | | McMaster Carr | X | -90.50 | -305,526.97 |
| Check | 08/05/2021 | | | X | -27.07 | -305,554.04 |
| Bill Pmt -Check | 08/06/2021 | wire | Greenfield Global | X | -22,491.00 | -328,045.04 |
| Check | 08/06/2021 | | Penske Truck Leasing | X | -1,718.36 | -329,763.40 |
| Bill Pmt -Check | 08/06/2021 | ach | Isuzu Finance | X | -1,604.18 | -331,367.58 |
| Bill Pmt -Check | 08/06/2021 | wire | Essex Food Ingredie... | X | -1,592.75 | -332,960.33 |
| Check | 08/06/2021 | | Uline Ship supply | X | -1,575.00 | -334,535.33 |
| Bill Pmt -Check | 08/06/2021 | ach | Isuzu Finance | X | -1,305.65 | -335,840.98 |
| Check | 08/06/2021 | | Maxim Liberty | X | -800.00 | -336,640.98 |
| Check | 08/06/2021 | | Penske Truck Leasing | X | -777.73 | -337,418.71 |
| Check | 08/06/2021 | | Recruiting Expense | X | -593.60 | -338,012.31 |
| Check | 08/06/2021 | | Recruiting Expense | X | -575.02 | -338,587.33 |
| Check | 08/06/2021 | 10309 | | X | -542.55 | -339,129.88 |
| Bill Pmt -Check | 08/06/2021 | 1131 | COMCAST BUSINE... | X | -445.08 | -339,574.96 |
| Check | 08/06/2021 | | | X | -364.38 | -339,939.34 |
| Check | 08/06/2021 | | McMaster Carr | X | -345.41 | -340,284.75 |
| Bill Pmt -Check | 08/06/2021 | 1130 | Comcast | X | -308.92 | -340,593.67 |
| Check | 08/06/2021 | | | X | -301.69 | -340,895.36 |
| Check | 08/06/2021 | | McMaster Carr | X | -300.39 | -341,195.75 |
| Bill Pmt -Check | 08/06/2021 | 1129 | VCFS AUTO LEASI... | X | -75.00 | -341,270.75 |
| Check | 08/06/2021 | | | X | -39.99 | -341,310.74 |
| Bill Pmt -Check | 08/08/2021 | 1101 | PATRICK THOMPS... | X | -518.53 | -341,829.27 |
| Bill Pmt -Check | 08/09/2021 | wire | Labelworx | X | -17,461.50 | -359,290.77 |
| Check | 08/09/2021 | | | X | -13,447.40 | -372,738.17 |
| Bill Pmt -Check | 08/09/2021 | 1139 | ACCU STAFFING S... | X | -5,208.53 | -377,946.70 |
| Check | 08/09/2021 | | | X | -4,624.83 | -382,571.53 |
| Check | 08/09/2021 | ACH | Chipp Stubbs (T &... | X | -2,999.00 | -385,570.53 |
| Check | 08/09/2021 | | | X | -1,376.03 | -386,946.56 |
| Check | 08/09/2021 | 10259 | | X | -1,253.97 | -388,200.53 |
| Bill Pmt -Check | 08/09/2021 | 1100 | IAN KOBOS EXPEN... | X | -955.58 | -389,156.11 |
| Check | 08/09/2021 | | Penske Truck Leasing | X | -937.79 | -390,093.90 |

12:00 PM
09/03/21

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 08/09/2021 | | | X | -895.65 | -390,989.55 |
| Check | 08/09/2021 | | Penske Truck Leasing | X | -370.87 | -391,360.42 |
| Bill Pmt -Check | 08/09/2021 | DEBIT | McMaster Carr | X | -337.53 | -391,697.95 |
| Bill Pmt -Check | 08/09/2021 | 1047 | T FORCE FREIGHT | X | -229.28 | -391,927.23 |
| Check | 08/09/2021 | | | X | -195.91 | -392,123.14 |
| Check | 08/09/2021 | | Recruiting Expense | X | -169.60 | -392,292.74 |
| Check | 08/09/2021 | | | X | -109.17 | -392,401.91 |
| Check | 08/09/2021 | | Penske Truck Leasing | X | -19.13 | -392,421.04 |
| Bill Pmt -Check | 08/10/2021 | 1104 | Plantation Candies | X | -2,500.00 | -394,921.04 |
| Bill Pmt -Check | 08/10/2021 | 1102 | Nathan Longacre Ex... | X | -2,117.24 | -397,038.28 |
| Check | 08/10/2021 | | | X | -1,228.11 | -398,266.39 |
| Check | 08/10/2021 | | | X | -789.43 | -399,055.82 |
| Check | 08/10/2021 | | Recruiting Expense | X | -562.13 | -399,617.95 |
| Check | 08/10/2021 | 1161 | | X | -529.80 | -400,147.75 |
| Bill Pmt -Check | 08/10/2021 | 1103 | CHRIS FOSBENNE... | X | -415.49 | -400,563.24 |
| Bill Pmt -Check | 08/10/2021 | DEBIT | McMaster Carr | X | -134.21 | -400,697.45 |
| Check | 08/10/2021 | | | X | -15.89 | -400,713.34 |
| Bill Pmt -Check | 08/11/2021 | debit | Uline Ship supply | X | -5,121.02 | -405,834.36 |
| Bill Pmt -Check | 08/11/2021 | 1108 | Century Packaging | X | -1,244.30 | -407,078.66 |
| Check | 08/11/2021 | | | X | -946.56 | -408,025.22 |
| Bill Pmt -Check | 08/11/2021 | 1107 | ANDREW LYONS | X | -341.85 | -408,367.07 |
| Bill Pmt -Check | 08/11/2021 | | McMaster Carr | X | -228.62 | -408,595.69 |
| Bill Pmt -Check | 08/11/2021 | debit | McMaster Carr | X | -226.80 | -408,822.49 |
| Check | 08/11/2021 | | | X | -220.16 | -409,042.65 |
| Bill Pmt -Check | 08/11/2021 | 1105 | KELLI SCOZZARO ... | X | -195.73 | -409,238.38 |
| Check | 08/11/2021 | | | X | -88.08 | -409,326.46 |
| Bill Pmt -Check | 08/11/2021 | | McMaster Carr | X | -73.75 | -409,400.21 |
| Bill Pmt -Check | 08/11/2021 | DEBIT | Rubber Stamp Cha... | X | -57.87 | -409,458.08 |
| Check | 08/12/2021 | | | X | -111,457.22 | -520,915.30 |
| Check | 08/12/2021 | | | X | -33,200.00 | -554,115.30 |
| Bill Pmt -Check | 08/12/2021 | debit | Independence Blue ... | X | -5,912.97 | -560,028.27 |
| Check | 08/12/2021 | | Penske Truck Leasing | X | -1,667.48 | -561,695.75 |
| Check | 08/12/2021 | | | X | -1,620.00 | -563,315.75 |
| Bill Pmt -Check | 08/12/2021 | debit | Holley Container | X | -1,170.00 | -564,485.75 |
| Bill Pmt -Check | 08/12/2021 | debit | Ally Paymt | X | -905.71 | -565,391.46 |
| Bill Pmt -Check | 08/12/2021 | debit | Ally Paymt | X | -846.93 | -566,238.39 |
| Check | 08/12/2021 | | Maxim Liberty | X | -800.00 | -567,038.39 |
| Bill Pmt -Check | 08/12/2021 | 1133 | City Of Philadelphia | X | -564.00 | -567,602.39 |
| Check | 08/12/2021 | | Uline Ship supply | X | -163.65 | -567,766.04 |
| Check | 08/12/2021 | | Penske Truck Leasing | X | -64.78 | -567,830.82 |
| Check | 08/13/2021 | | | X | -56,002.20 | -623,833.02 |
| Bill Pmt -Check | 08/13/2021 | wire | Givaudan | X | -33,292.22 | -657,125.24 |
| Check | 08/13/2021 | | | X | -31,635.09 | -688,760.33 |
| Bill Pmt -Check | 08/13/2021 | 1112 | Express Employmen... | X | -16,768.10 | -705,528.43 |
| Bill Pmt -Check | 08/13/2021 | 1113 | Independence Blue ... | X | -7,893.40 | -713,421.83 |
| Bill Pmt -Check | 08/13/2021 | 1114 | Capsules & Closures | X | -3,430.00 | -716,851.83 |
| Bill Pmt -Check | 08/13/2021 | 1120 | Sunteck | X | -2,875.00 | -719,726.83 |
| Bill Pmt -Check | 08/13/2021 | 1132 | ESTEN LUMBER P... | X | -2,210.00 | -721,936.83 |
| Bill Pmt -Check | 08/13/2021 | 1116 | Yaskowski Consultin... | X | -2,164.40 | -724,101.23 |
| Bill Pmt -Check | 08/13/2021 | 1122 | Chrin Hauling Inc | X | -1,898.00 | -725,999.23 |
| Check | 08/13/2021 | 10374 | | X | -1,816.75 | -727,815.98 |
| Bill Pmt -Check | 08/13/2021 | 1127 | Altek Business Syst... | X | -1,761.30 | -729,577.28 |
| Check | 08/13/2021 | 10371 | | X | -1,611.66 | -731,188.94 |
| Bill Pmt -Check | 08/13/2021 | 1111 | Roberts Oxygen Co... | X | -1,583.76 | -732,772.70 |
| Check | 08/13/2021 | 10379 | | X | -1,093.38 | -733,866.08 |
| Check | 08/13/2021 | 10418 | | X | -1,082.92 | -734,949.00 |
| Check | 08/13/2021 | 10377 | | X | -1,026.77 | -735,975.77 |
| Check | 08/13/2021 | 10434 | | X | -1,018.37 | -736,994.14 |
| Bill Pmt -Check | 08/13/2021 | | McMaster Carr | X | -852.46 | -737,846.60 |
| Check | 08/13/2021 | 10378 | | X | -798.63 | -738,645.23 |
| Bill Pmt -Check | 08/13/2021 | 1117 | FED EX | X | -706.40 | -739,351.63 |
| Check | 08/13/2021 | 10354 | | X | -699.93 | -740,051.56 |
| Bill Pmt -Check | 08/13/2021 | 1118 | 300 Commerce Driv... | X | -580.04 | -740,631.60 |
| Check | 08/13/2021 | 10359 | | X | -574.91 | -741,206.51 |
| Bill Pmt -Check | 08/13/2021 | 1126 | Emergency Systems... | X | -530.00 | -741,736.51 |
| Bill Pmt -Check | 08/13/2021 | 1123 | UPS | X | -283.92 | -742,020.43 |
| Check | 08/13/2021 | | Uline Ship supply | X | -146.55 | -742,166.98 |
| Bill Pmt -Check | 08/13/2021 | debit | LinkedIn Corporation | X | -105.99 | -742,272.97 |

**12:00 PM**

**09/03/21**

# Faber Distilling
## Reconciliation Detail
### PNC Debtor in Poss #8612111541, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Bill Pmt -Check | 08/13/2021 | 1124 | FED EX | X | -67.38 | -742,340.35 |
| Bill Pmt -Check | 08/13/2021 | 1121 | Cintas | X | -63.16 | -742,403.51 |
| Check | 08/13/2021 |  | Shipping | X | -45.07 | -742,448.58 |
| Bill Pmt -Check | 08/13/2021 | 1119 | FED EX | X | -33.71 | -742,482.29 |
| Check | 08/13/2021 | refund | Shopify | X | -26.49 | -742,508.78 |
| Bill Pmt -Check | 08/13/2021 | 1137 | FED EX | X | -26.33 | -742,535.11 |
| Bill Pmt -Check | 08/16/2021 | 1136 | Derstine's Inc | X | -8,657.58 | -751,192.69 |
| Check | 08/16/2021 | 10398 |  | X | -3,612.82 | -754,805.51 |
| Bill Pmt -Check | 08/16/2021 | debit | McMaster Carr | X | -1,710.88 | -756,516.39 |
| Check | 08/16/2021 |  | Penske Truck Leasing | X | -1,363.82 | -757,880.21 |
| Check | 08/16/2021 | 10390 |  | X | -1,110.63 | -758,990.84 |
| Bill Pmt -Check | 08/16/2021 | debit | Toyota Industries Co... | X | -1,051.92 | -760,042.76 |
| Check | 08/16/2021 | 10420 |  | X | -1,033.56 | -761,076.32 |
| Check | 08/16/2021 | 10424 |  | X | -954.20 | -762,030.52 |
| Bill Pmt -Check | 08/16/2021 |  | Honda Financial | X | -774.60 | -762,805.12 |
| Check | 08/16/2021 |  |  | X | -763.16 | -763,568.28 |
| Check | 08/16/2021 | 10428 |  | X | -540.65 | -764,108.93 |
| Check | 08/16/2021 | 1200 | Nick Barruzza | X | -373.62 | -764,482.55 |
| Check | 08/16/2021 |  | Shipping | X | -94.90 | -764,577.45 |
| Check | 08/16/2021 |  | Shipping | X | -58.80 | -764,636.25 |
| Check | 08/16/2021 |  | Shipping | X | -25.76 | -764,662.01 |
| Check | 08/16/2021 | debit | Square | X | -21.20 | -764,683.21 |
| Bill Pmt -Check | 08/17/2021 | wire | Labelworx | X | -13,969.20 | -778,652.41 |
| Bill Pmt -Check | 08/17/2021 | debit | JumpFly Services | X | -3,000.00 | -781,652.41 |
| Check | 08/17/2021 | 10319 |  | X | -2,175.91 | -783,828.32 |
| Check | 08/17/2021 |  | Penske Truck Leasing | X | -936.98 | -784,765.30 |
| Bill Pmt -Check | 08/17/2021 | 1135 | PATRICK THOMPS... | X | -892.15 | -785,657.45 |
| Check | 08/17/2021 |  |  | X | -785.49 | -786,442.94 |
| Check | 08/17/2021 | 10435 |  | X | -635.61 | -787,078.55 |
| Check | 08/17/2021 | 10432 |  | X | -580.16 | -787,658.71 |
| Bill Pmt -Check | 08/17/2021 |  | McMaster Carr | X | -147.45 | -787,806.16 |
| Bill Pmt -Check | 08/17/2021 | 1134 | IAN KOBOS EXPEN... | X | -112.33 | -787,918.49 |
| Bill Pmt -Check | 08/17/2021 | DEBIT | FABERSPIRITS.COM | X | -100.00 | -788,018.49 |
| Check | 08/18/2021 |  |  | X | -1,175.60 | -789,194.09 |
| Check | 08/18/2021 |  |  | X | -916.85 | -790,110.94 |
| Check | 08/18/2021 | 10422 |  | X | -915.76 | -791,026.70 |
| Check | 08/18/2021 |  |  | X | -723.63 | -791,750.33 |
| Check | 08/18/2021 | 10430 |  | X | -684.01 | -792,434.34 |
| Check | 08/18/2021 | 10433 |  | X | -580.16 | -793,014.50 |
| Bill Pmt -Check | 08/18/2021 | debit | Technical Beverage ... | X | -220.02 | -793,234.52 |
| Check | 08/19/2021 |  | Uline Ship supply | X | -6,523.20 | -799,757.72 |
| Bill Pmt -Check | 08/19/2021 | wire | Foodarom | X | -3,473.00 | -803,230.72 |
| Check | 08/19/2021 |  | Uline Ship supply | X | -1,611.00 | -804,841.72 |
| Check | 08/19/2021 | 10426 |  | X | -1,307.40 | -806,149.12 |
| Bill Pmt -Check | 08/19/2021 | debit | Philadelphia Magazine | X | -1,250.00 | -807,399.12 |
| Check | 08/19/2021 |  | Maxim Liberty | X | -800.00 | -808,199.12 |
| Bill Pmt -Check | 08/19/2021 | 1140 | JAKE HAFLER EXP... | X | -223.50 | -808,422.62 |
| Bill Pmt -Check | 08/19/2021 | 1125 | Milford Trumbauersv... | X | -115.00 | -808,537.62 |
| Check | 08/19/2021 |  | Shipping | X | -95.63 | -808,633.25 |
| Check | 08/19/2021 |  |  | X | -70.00 | -808,703.25 |
| Check | 08/19/2021 |  |  | X | -70.00 | -808,773.25 |
| Check | 08/19/2021 |  | Shipping | X | -28.51 | -808,801.76 |
| Bill Pmt -Check | 08/20/2021 | 1141 | Landis Pallet & Box ... | X | -4,440.00 | -813,241.76 |
| Check | 08/20/2021 |  | Uline Ship supply | X | -1,984.99 | -815,226.75 |
| Bill Pmt -Check | 08/20/2021 | debit | Paccar Financial | X | -1,926.84 | -817,153.59 |
| Check | 08/20/2021 |  | Pennsylvania Dept. ... | X | -772.85 | -817,926.44 |
| Bill Pmt -Check | 08/20/2021 | debit | Comcast | X | -615.31 | -818,541.75 |
| Bill Pmt -Check | 08/20/2021 | 1147 | PATRICK THOMPS... | X | -231.94 | -818,773.69 |
| Bill Pmt -Check | 08/20/2021 | 1144 | ANDREW LYONS | X | -165.70 | -818,939.39 |
| Bill Pmt -Check | 08/20/2021 | 1146 | Michael Cozza Expe... | X | -100.39 | -819,039.78 |
| Check | 08/20/2021 |  |  | X | -89.04 | -819,128.82 |
| Bill Pmt -Check | 08/20/2021 | 1142 | JAIME FAHIE EXPE... | X | -79.65 | -819,208.47 |
| Check | 08/23/2021 | ACH | PNC Equipment Fin... | X | -23,169.34 | -842,377.81 |
| Bill Pmt -Check | 08/23/2021 | auto pay | AT&T | X | -2,227.81 | -844,605.62 |
| Bill Pmt -Check | 08/23/2021 | wire | Essex Food Ingredie... | X | -1,592.75 | -846,198.37 |
| Check | 08/23/2021 | 10403 |  | X | -1,335.34 | -847,533.71 |
| Check | 08/23/2021 | 10361 |  | X | -967.84 | -848,501.55 |
| Check | 08/23/2021 | 10376 |  | X | -876.68 | -849,378.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12:00 PM | | | **Faber Distilling** | | | |
| 09/03/21 | | | **Reconciliation Detail** | | | |
| | | | PNC Debtor in Poss #8612111541, Period Ending 08/31/2021 | | | |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 08/23/2021 | 10244 | | X | -742.29 | -850,120.52 |
| Check | 08/23/2021 | | Shipping | X | -496.76 | -850,617.28 |
| Check | 08/23/2021 | 10370 | | X | -483.22 | -851,100.50 |
| Check | 08/23/2021 | | | X | -442.32 | -851,542.82 |
| Check | 08/23/2021 | | Shipping | X | -329.89 | -851,872.71 |
| Check | 08/23/2021 | 10288 | | X | -239.73 | -852,112.44 |
| Bill Pmt -Check | 08/23/2021 | DEBIT | McMaster Carr | X | -195.31 | -852,307.75 |
| Check | 08/23/2021 | | | X | -189.74 | -852,497.49 |
| Check | 08/23/2021 | | Berlin Packaging, LLC | X | -126.14 | -852,623.63 |
| Check | 08/23/2021 | | McMaster Carr | X | -126.06 | -852,749.69 |
| Check | 08/23/2021 | | LinkedIn Corporation | X | -84.79 | -852,834.48 |
| Check | 08/23/2021 | | Berlin Packaging, LLC | X | -35.09 | -852,869.57 |
| Bill Pmt -Check | 08/23/2021 | DEBIT | McMaster Carr | X | -15.27 | -852,884.84 |
| Bill Pmt -Check | 08/24/2021 | debit | McMaster Carr | X | -975.54 | -853,860.38 |
| Check | 08/24/2021 | | Penske Truck Leasing | X | -937.79 | -854,798.17 |
| Bill Pmt -Check | 08/24/2021 | 1149 | The Cincinnati Insur... | X | -648.00 | -855,446.17 |
| Check | 08/24/2021 | | Uline Ship supply | X | -600.00 | -856,046.17 |
| Bill Pmt -Check | 08/24/2021 | 1150 | james russo expense | X | -257.31 | -856,303.48 |
| Bill Pmt -Check | 08/24/2021 | 1148 | EASTGATE GRAPH... | X | -181.54 | -856,485.02 |
| Bill Pmt -Check | 08/24/2021 | DEBIT | Compass Self Storage | X | -161.48 | -856,646.50 |
| Check | 08/24/2021 | | Penske Truck Leasing | X | -13.09 | -856,659.59 |
| Bill Pmt -Check | 08/25/2021 | 1053 | Berkley Insurance C... | X | -4,073.00 | -860,732.59 |
| Check | 08/25/2021 | | Shipping | X | -505.86 | -861,238.45 |
| Check | 08/25/2021 | | | X | -223.66 | -861,462.11 |
| Check | 08/25/2021 | 1051 | | X | -65.20 | -861,527.31 |
| Check | 08/25/2021 | | | X | -40.25 | -861,567.56 |
| Check | 08/25/2021 | | Shipping | X | -16.50 | -861,584.06 |
| Check | 08/26/2021 | | | X | -94,426.97 | -956,011.03 |
| Check | 08/26/2021 | | Maxim Liberty | X | -800.00 | -956,811.03 |
| Bill Pmt -Check | 08/26/2021 | 1054 | Nathan Longacre Ex... | X | -549.40 | -957,360.43 |
| Check | 08/26/2021 | | Recruiting Expense | X | -540.45 | -957,900.88 |
| Check | 08/26/2021 | | | X | -70.00 | -957,970.88 |
| Bill Pmt -Check | 08/26/2021 | 1055 | SETH MALLONEE ... | X | -50.00 | -958,020.88 |
| Check | 08/26/2021 | debit | Square | X | -21.20 | -958,042.08 |
| Check | 08/27/2021 | | Flaster Greenburg | X | -50,000.00 | -1,008,042.08 |
| Check | 08/27/2021 | | | X | -45,501.71 | -1,053,543.79 |
| Bill Pmt -Check | 08/27/2021 | 1057 | Roberts Oxygen Co... | X | -9,070.30 | -1,062,614.09 |
| Bill Pmt -Check | 08/27/2021 | 1066 | Classic Staffing | X | -6,528.64 | -1,069,142.73 |
| Bill Pmt -Check | 08/27/2021 | 1065 | Sunteck | X | -2,750.00 | -1,071,892.73 |
| Check | 08/27/2021 | 10473 | | X | -1,516.89 | -1,073,409.62 |
| Check | 08/27/2021 | 10534 | | X | -1,411.60 | -1,074,821.22 |
| Check | 08/27/2021 | 10464 | | X | -1,022.30 | -1,075,843.52 |
| Check | 08/27/2021 | 10479 | | X | -984.28 | -1,076,827.80 |
| Check | 08/27/2021 | 10466 | | X | -969.63 | -1,077,797.43 |
| Check | 08/27/2021 | 10518 | | X | -927.13 | -1,078,724.56 |
| Bill Pmt -Check | 08/27/2021 | 1062 | STAR MAINTENAN... | X | -811.48 | -1,079,536.04 |
| Bill Pmt -Check | 08/27/2021 | debit | Volvo Car Financial ... | X | -749.64 | -1,080,285.68 |
| Bill Pmt -Check | 08/27/2021 | 1060 | Borough of Trumbau... | X | -718.70 | -1,081,004.38 |
| Check | 08/27/2021 | | Uline Ship supply | X | -455.87 | -1,081,460.25 |
| Check | 08/27/2021 | | | X | -220.53 | -1,081,680.78 |
| Check | 08/27/2021 | | LinkedIn Corporation | X | -158.99 | -1,081,839.77 |
| Check | 08/27/2021 | | | X | -99.93 | -1,081,939.70 |
| Bill Pmt -Check | 08/27/2021 | debit | Fino's La Cantina | X | -95.53 | -1,082,035.23 |
| Check | 08/27/2021 | | Shipping | X | -88.61 | -1,082,123.84 |
| Check | 08/27/2021 | | Shipping | X | -85.78 | -1,082,209.62 |
| Check | 08/27/2021 | | | X | -48.96 | -1,082,258.58 |
| Bill Pmt -Check | 08/27/2021 | 1064 | Cintas | X | -31.58 | -1,082,290.16 |
| Bill Pmt -Check | 08/29/2021 | debit | PPL Electric | X | -1,870.44 | -1,084,160.60 |
| Check | 08/30/2021 | 10476 | | X | -1,942.31 | -1,086,102.91 |
| Check | 08/30/2021 | | | X | -1,459.99 | -1,087,562.90 |
| Check | 08/30/2021 | 10492 | | X | -1,314.78 | -1,088,877.68 |
| Check | 08/30/2021 | 10481 | | X | -1,095.81 | -1,089,973.49 |
| Check | 08/30/2021 | 10503 | | X | -1,092.81 | -1,091,066.30 |
| Check | 08/30/2021 | 10526 | | X | -852.37 | -1,091,918.67 |
| Check | 08/30/2021 | 10533 | | X | -836.29 | -1,092,754.96 |
| Bill Pmt -Check | 08/30/2021 | debit | Holley Container | X | -772.20 | -1,093,527.16 |
| Bill Pmt -Check | 08/30/2021 | debit | PTC Ez Pass | X | -500.00 | -1,094,027.16 |
| Bill Pmt -Check | 08/30/2021 | debit | Bucks Run Oil LLC | X | -259.71 | -1,094,286.87 |

**12:00 PM**
**09/03/21**

# Faber Distilling
# Reconciliation Detail
#### PNC Debtor in Poss #8612111541, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Bill Pmt -Check | 08/31/2021 | ACH | Isuzu Finance | X | -1,574.18 | -1,095,861.05 |
| Check | 08/31/2021 | 10520 | | X | -1,065.45 | -1,096,926.50 |
| Check | 08/31/2021 | 10459 | | X | -980.62 | -1,097,907.12 |
| Check | 08/31/2021 | | Penske Truck Leasing | X | -891.07 | -1,098,798.19 |
| Check | 08/31/2021 | 10524 | | X | -761.60 | -1,099,559.79 |
| Check | 08/31/2021 | 10528 | | X | -698.89 | -1,100,258.68 |
| Check | 08/31/2021 | | Uline Ship supply | X | -673.00 | -1,100,931.68 |
| Check | 08/31/2021 | | | X | -490.45 | -1,101,422.13 |
| **Total Checks and Payments** | | | | | **-1,101,422.13** | **-1,101,422.13** |
| **Deposits and Credits - 40 items** | | | | | | |
| Deposit | 08/02/2021 | | | X | 2,486.36 | 2,486.36 |
| Deposit | 08/04/2021 | | | X | 108.44 | 2,594.80 |
| Deposit | 08/04/2021 | | Crutch LLC | X | 100,000.00 | 102,594.80 |
| Deposit | 08/04/2021 | | Splint LLC | X | 105,000.00 | 207,594.80 |
| Deposit | 08/05/2021 | | | X | 102.91 | 207,697.71 |
| Deposit | 08/06/2021 | | Penske Truck Leasing | X | 0.14 | 207,697.85 |
| Deposit | 08/06/2021 | | | X | 736.40 | 208,434.25 |
| Deposit | 08/09/2021 | | | X | 517.35 | 208,951.60 |
| Deposit | 08/09/2021 | | LinkedIn Corporation | X | 1,285.88 | 210,237.48 |
| Deposit | 08/09/2021 | | Spectre LLC | X | 9,200.00 | 219,437.48 |
| Deposit | 08/09/2021 | | Splint LLC | X | 36,000.00 | 255,437.48 |
| Deposit | 08/09/2021 | | Crutch LLC | X | 51,000.00 | 306,437.48 |
| Deposit | 08/10/2021 | | | X | 861.44 | 307,298.92 |
| Deposit | 08/10/2021 | | Splint LLC | X | 50,000.00 | 357,298.92 |
| Deposit | 08/10/2021 | | Crutch LLC | X | 115,000.00 | 472,298.92 |
| Deposit | 08/12/2021 | | | X | 73.30 | 472,372.22 |
| Deposit | 08/13/2021 | | | X | 146.89 | 472,519.11 |
| Deposit | 08/16/2021 | | | X | 267.48 | 472,786.59 |
| Deposit | 08/16/2021 | | Penske Truck Leasing | X | 5,000.00 | 477,786.59 |
| Deposit | 08/17/2021 | | | X | 874.71 | 478,661.30 |
| Deposit | 08/18/2021 | | | X | 88.47 | 478,749.77 |
| Deposit | 08/19/2021 | | | X | 463.17 | 479,212.94 |
| Deposit | 08/20/2021 | | | X | 331.17 | 479,544.11 |
| Deposit | 08/20/2021 | | | X | 477.99 | 480,022.10 |
| Deposit | 08/23/2021 | | | X | 296.25 | 480,318.35 |
| Deposit | 08/23/2021 | | | X | 1,800.00 | 482,118.35 |
| Deposit | 08/24/2021 | | | X | 1,044.30 | 483,162.65 |
| Deposit | 08/24/2021 | | | X | 1,793.00 | 484,955.65 |
| Deposit | 08/24/2021 | | | X | 27,996.80 | 512,952.45 |
| Deposit | 08/24/2021 | | | X | 90,000.00 | 602,952.45 |
| Deposit | 08/24/2021 | | | X | 140,000.00 | 742,952.45 |
| Deposit | 08/25/2021 | | | X | 73.30 | 743,025.75 |
| Deposit | 08/25/2021 | | | X | 25,000.00 | 768,025.75 |
| Deposit | 08/26/2021 | | | X | 453.87 | 768,479.62 |
| Deposit | 08/26/2021 | | | X | 30,936.60 | 799,416.22 |
| Deposit | 08/27/2021 | | | X | 471.85 | 799,888.07 |
| Deposit | 08/30/2021 | | | X | 1,149.60 | 801,037.67 |
| Deposit | 08/30/2021 | | | X | 10,448.88 | 811,486.55 |
| General Journal | 08/31/2021 | | | X | 0.50 | 811,487.05 |
| Deposit | 08/31/2021 | | | X | 1,066.47 | 812,553.52 |
| **Total Deposits and Credits** | | | | | **812,553.52** | **812,553.52** |
| **Total Cleared Transactions** | | | | | **-288,868.61** | **-288,868.61** |
| **Cleared Balance** | | | | | **-288,868.61** | **85,947.11** |

| | | | Faber Distilling | | | |
|---|---|---|---|---|---|---|
| 12:00 PM | | | **Reconciliation Detail** | | | |
| 09/03/21 | | | PNC Debtor in Poss #8612111541, Period Ending 08/31/2021 | | | |

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 29 items** | | | | | | |
| Bill Pmt -Check | 07/01/2021 | CC | FED EX | | -1,047.00 | -1,047.00 |
| Check | 07/02/2021 | 1179 -2 | Gabriell Barnard | | -15.00 | -1,062.00 |
| Bill Pmt -Check | 07/07/2021 | DEBIT | Uline Ship supply | | -3,494.82 | -4,556.82 |
| Bill Pmt -Check | 07/07/2021 | debit | Uline Ship supply | | -2,582.75 | -7,139.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE S... | | -650.00 | -7,789.57 |
| Bill Pmt -Check | 07/08/2021 | DEBIT | US COMPLIANCE S... | | -585.00 | -8,374.57 |
| Bill Pmt -Check | 07/16/2021 | debit | Uline Ship supply | | -3,031.60 | -11,406.17 |
| Bill Pmt -Check | 07/21/2021 | 07012... | Flaster Greenburg | | -1,738.00 | -13,144.17 |
| Bill Pmt -Check | 07/21/2021 | debit | Uline Ship supply | | -1,256.61 | -14,400.78 |
| Bill Pmt -Check | 07/31/2021 | debit | Bergey's Truck Cent... | | -596.51 | -14,997.29 |
| Bill Pmt -Check | 08/04/2021 | 1021 | ProductionsNow | | -2,895.26 | -17,892.55 |
| Bill Pmt -Check | 08/10/2021 | 1163 | IAN KOBOS EXPEN... | | -126.90 | -18,019.45 |
| Bill Pmt -Check | 08/10/2021 | 1051 | Angus Rittenburg Ex... | | -65.20 | -18,084.65 |
| Bill Pmt -Check | 08/13/2021 | 1115 | PREMIER TRAILER... | | -1,409.90 | -19,494.55 |
| Bill Pmt -Check | 08/16/2021 | 1052 | PPL Electric | | -2,285.96 | -21,780.51 |
| Bill Pmt -Check | 08/20/2021 | debit | Compass Self Storage | | -161.48 | -21,941.99 |
| Bill Pmt -Check | 08/20/2021 | 1145 | KELLI SCOZZARO ... | | -69.69 | -22,011.68 |
| Bill Pmt -Check | 08/23/2021 | 1070 | Elysse Ricci | | -6,332.50 | -28,344.18 |
| Bill Pmt -Check | 08/26/2021 | 1162 | City Of Philadelphia | | -152.00 | -28,496.18 |
| Bill Pmt -Check | 08/26/2021 | debit | Ready Refresh | | -103.95 | -28,600.13 |
| Bill Pmt -Check | 08/26/2021 | debit | Alconox | | -47.20 | -28,647.33 |
| Bill Pmt -Check | 08/27/2021 | 1063 | O-I Packaging Soluti... | | -22,919.06 | -51,566.39 |
| Bill Pmt -Check | 08/27/2021 | 1059 | Express Employmen... | | -13,428.97 | -64,995.36 |
| Bill Pmt -Check | 08/27/2021 | 1067 | Givaudan | | -6,047.09 | -71,042.45 |
| Bill Pmt -Check | 08/27/2021 | 1061 | Labelworx | | -3,815.23 | -74,857.68 |
| Bill Pmt -Check | 08/27/2021 | wire | LANE IP | | -2,712.97 | -77,570.65 |
| Bill Pmt -Check | 08/27/2021 | 1068 | Taylor Heitz expenses | | -1,117.56 | -78,688.21 |
| Bill Pmt -Check | 08/27/2021 | 1058 | FED EX | | -3.45 | -78,691.66 |
| Bill Pmt -Check | 08/30/2021 | 1069 | PATRICK THOMPS... | | -189.28 | -78,880.94 |
| Total Checks and Payments | | | | | -78,880.94 | -78,880.94 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/27/2021 | | | | 19,724.00 | 19,724.00 |
| Total Deposits and Credits | | | | | 19,724.00 | 19,724.00 |
| Total Uncleared Transactions | | | | | -59,156.94 | -59,156.94 |
| Register Balance as of 08/31/2021 | | | | | -348,025.55 | 26,790.17 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 09/01/2021 | 1071 | UPS | | -1,423.52 | -1,423.52 |
| Bill Pmt -Check | 09/01/2021 | DEBIT | Isuzu Finance | | -1,275.65 | -2,699.17 |
| Bill Pmt -Check | 09/01/2021 | 1073 | Chris Cleaning | | -420.00 | -3,119.17 |
| Bill Pmt -Check | 09/01/2021 | 1072 | ANDREW LYONS | | -129.12 | -3,248.29 |
| Bill Pmt -Check | 09/02/2021 | 1074 | Roberts Oxygen Co... | | -10,804.34 | -14,052.63 |
| Bill Pmt -Check | 09/02/2021 | debit | Leapin Lizards Label... | | -412.82 | -14,465.45 |
| Bill Pmt -Check | 09/02/2021 | 1075 | Gabrielle Parzych E... | | -393.22 | -14,858.67 |
| Bill Pmt -Check | 09/03/2021 | debit | Penske Truck Leasing | | -7,336.84 | -22,195.51 |
| Total Checks and Payments | | | | | -22,195.51 | -22,195.51 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 09/01/2021 | | | | 168.95 | 168.95 |
| Total Deposits and Credits | | | | | 168.95 | 168.95 |
| Total New Transactions | | | | | -22,026.56 | -22,026.56 |
| **Ending Balance** | | | | | **-370,052.11** | **4,763.61** |