# EXHIBIT D

# Invoice

**EtOH Worldwide, LLC**

6501 Red Hook Plaza, Suite 201
St. Thomas, 00802

| Date | Invoice # |
|---|---|
| 7/31/2021 | 1006 |

| Bill To | Ship To |
|---|---|
| Midnight Madness Distilling<br>2300 Trumbauersville Rd<br>Quakertown, PA 18951 | |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
| | Due on receipt | | 7/31/2021 | | |

| Description | Quantity | Rate | U/M | Amount |
|---|---|---|---|---|
| Canning service per equipment lease | 51,360 | 0.12 | | 6,163.20 |

**Total** $6,163.20

# Invoice

**EtOH Worldwide, LLC**

6501 Red Hook Plaza, Suite 201
St. Thomas, 00802

| Date | Invoice # |
|---|---|
| 8/31/2021 | 1007 |

**Bill To**

Midnight Madness Distilling
2300 Trumbauersville Rd
Quakertown, PA 18951

**Ship To**

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
|  | Due on receipt |  | 8/31/2021 |  |  |

| Description | Quantity | Rate | U/M | Amount |
|---|---|---|---|---|
| Canning service, per equipment lease | 300,540 | 0.12 |  | 36,064.80 |

**Total**  $36,064.80

EtOH Worldwide, LLC

6501 Red Hook Plaza, Suite 201
St. Thomas, 00802

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2021 | 1008 |

| Bill To |
|---|
| Midnight Madness Distilling<br>2300 Trumbauersville Rd<br>Quakertown, PA 18951 |

| Ship To |
|---|
|  |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
|  | Due on receipt |  | 9/27/2021 |  |  |

| Description | Quantity | Rate | U/M | Amount |
|---|---|---|---|---|
| Canning service, per equipment lease | 134,472 | 0.12 |  | 16,136.64 |

**Total**  $16,136.64