# EXHIBIT E

# Invoice

**AgTech VI, LLC**

6501 Red Hook Plaza Ste 201
VA 00802

| Date | Invoice # |
|---|---|
| 7/31/2021 | 3 |

| Bill To |
|---|
| Midnight Madness Distilling
2300 Trumbauersville Rd
Quakertown, PA 18951 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 992,808 | Canning service per equipment lease | 0.12 | 119,136.96 |

| | Total | $119,136.96 |
|---|---|---|

# Invoice

**AgTech VI, LLC**

6501 Red Hook Plaza Ste 201
VA 00802

| Date | Invoice # |
|---|---|
| 8/31/2021 | 4 |

| Bill To |
|---|
| Midnight Madness Distilling
2300 Trumbauersville Rd
Quakertown, PA 18951 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,110,240 | Canning service per equipment lease | 0.12 | 133,228.80 |

| | Total | $133,228.80 |
|---|---|---|

# Invoice

**AgTech VI, LLC**

6501 Red Hook Plaza Ste 201
VA 00802

| Date | Invoice # |
|---|---|
| 9/27/2021 | 5 |

**Bill To**

Midnight Madness Distilling
2300 Trumbauersville Rd
Quakertown, PA 18951

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 558,048 | Canning service per equipment lease | 0.12 | 66,965.76 |

**Total** $66,965.76