# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Midnight Madness Distilling LLC,** | **Case No. 21-11750-mdc** |
| **Debtor.** | |

## ORDER

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion of ETOH Worldwide, LLC ("ETOH") and Agtech VI, LLC ("AVI") for Allowance of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Administrative Expense Motion"), after notice and opportunity for a hearing thereon, and any objections and responses thereto, it is hereby

ORDERED that:

1. The Administrative Expense Motion is GRANTED.

2. ETOH is allowed an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $_____.

3. AVI is allowed an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $_____.

4. Millstone Spirits, LLC shall pay to ETOH and AVI the allowed administrative expenses in the amounts set forth above within fourteen days of the date of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge