# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Midnight Madness Distilling LLC,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 21-11750-mdc** |

## CERTIFICATE OF SERVICE

I, Matthew A. Hamermesh, hereby certify that on November 12, 2021, I caused a true and correct copy of the Motion of ETOH Worldwide LLC and Agtech VI, LLC, for Allowance of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A), and the accompanying Notice of Motion, Response Deadline and Hearing Date, to be served by ECF filing on all parties entitled to notice thereof, and by electronic mail, on the parties listed below:

| | |
|---|---|
| Harry J. Giacometti, Esquire<br>William J. Burnett, Esquire<br>Flaster Greenberg PC<br>1835 Market Street, Suite 1050,<br>Philadelphia, PA 19103<br>harry.giacometti@flastergreenberg.com<br>william.burnett@flastergreenberg.com | Joel L. Perrell Jr., Esquire<br>Patricia B. Jefferson, Esquire<br>Miles & Stockbridge<br>100 Light Street<br>Baltimore, MD 21202<br>jperrell@milesstockbridge.com<br>pjefferson@milesstockbridge.com |

Dated: November 12, 2021         _/s/ Matthew A. Hamermesh_
                                                     Matthew A. Hamermesh