[Your Name]
**Finland Leasing Company**
PO Box 116
Quakertown, PA 18951

Telephone 215.536.3089
Email: gary@parzychconstruction.com

11/15/2021

Jeanette Gilmore, Clerk
United States Bankruptcy Court
For the Eastern District of Pennsylvania
The Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Suite 400
Philadelphia, PA 19106

In Reference to:
MIDNIGHT MADNESS DISTILLING, INC – Debtor
Chapter 7
Case No. 21-11750 (MDC)

NOV 17 2021

Jeanette,

We are withdrawing our objection to the Bankruptcy Court for the application to employ Cozen O'Connor as Counsel to Bonnie B. Finkel, Chapter 7 Trustee.

**The withdrawal of this objection is documented on docket #207(per Eileen Godfrey)**

Sincerely,

[Your Name]

*Gary Parzych*
*President*
Finland Leasing Company