**EXHIBIT 1**

**Dragoon Brewing Company**
1859 W. Grant Rd #111
TUCSON, AZ  85745 US
(520)329-3606
tristan@dragoonbrewing.com
http://dragoonbrewing.com



# INVOICE

**BILL TO**
Kelly Festa
Etoh Worldwide
6501 Red Hook Plaza Suite 201
St Thomas, VI  00802

**INVOICE #** E0522
**DATE** 05/20/2021
**DUE DATE** 05/20/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Palmer 12/1 filler/seamer + conveyance | 1 | 70,000.00 | 70,000.00 |

Wire info:
Bank of America
Routing # 026009593
Acct # 457003578690

**BALANCE DUE** **$70,000.00**