

**EXHIBIT 2**

# INVOICE



**Burt Process Equipment Inc.**
PO Box 185100
Hamden, CT, 06518 US
Phone: 203-287-1985
Email: AR@BurtProcess.com
Website: www.BurtProcess.com

| INVOICE |  |
|---|---|
| 5284113 | |
| Invoice Date | Page |
| 3/24/2021 16:58:05 | 1 of 2 |
| ORDER NUMBER | |
| 1395261 | |

**Bill To:**

AMERICAN CANNABIS
PO BOX 273
TRUMBAUERSVILLE, PA 18970
US

Attn: RYAN DELLAQUILLA

**Customer ID:** 83600

**Ship To:**

AMERICAN CANNABIS
118 N MAIN STREET
TRUMBAUERSVILLE, PA 18970
US

Ordered By: KELLY FESTA

| PO Number | Sales Terms | Net Due Date |
|---|---|---|
| 25187 | CIA(CC, Wire, Check) | 3/24/2021 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 2/3/2021 13:45:25 | 3239277 | Howard Riggs E PA | MICHAELOFFORD |

| Quantities | | | | | Item ID / Item Description | Pricing UOM / Unit Size | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | UOM Unit Size | Disp. | | | | |

**Order Note:** PER Q#0031984

**Order Note:** 1/3 due at time of order
1/3 due after approved submittals
1/3 due prior to shipment

Wire instructions to be provided ASAP to pay for first
1/3 progress payment invoice.

**Carrier:** TRUCK    **Tracking #:**

| 1 | 1 | 0 | EA 1.0 | | BV99000 BPE Custom Fabrication/Assembly | EA 1.0000 | 13,250.0000 | 13,250.00 |

STEEL PUMP CART &  COMPONENTS
PER QUOTE #0031984

1/3 due at time of order

| 1 | 1 | 0 | EA 1.0 | | BV99000 BPE Custom Fabrication/Assembly | EA 1.0000 | 13,250.0000 | 13,250.00 |

STEEL PUMP CART & COMPONENTS

1/3 Due after Approved Submittals

ORIGINAL

2019.1 - 2019-07-05

**INVOICE**



| Burt Process Equipment Inc. | INVOICE |
|---|---|
| PO Box 185100 | 5284113 |
| Hamden, CT, 06518 US | |
| Phone: 203-287-1985 | |
| Email: AR@BurtProcess.com | |
| Website: www.BurtProcess.com | |

| Invoice Date | Page |
|---|---|
| 3/24/2021 16:58:05 | 2 of 2 |
| ORDER NUMBER | |
| 1395261 | |

| Quantities ||||| Item ID | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | UOM Unit Size | Disp. | Item Description | Unit Size | | |

Total Lines: 2

| | |
|---|---:|
| SUB-TOTAL: | 26,500.00 |
| TAX : | 0.00 |
| DOWNPAYMENT : | -13,117.50 |
| AMOUNT DUE: | 13,382.50 |
| | *U.S. Dollars* |

ORIGINAL

2019.1 - 2019-07-05