**EXHIBIT 3**

# SCOTT LABORATORIES

Scott Laboratories, Inc.
1480 Cader Lane
Petaluma, CA 94954-5644
(707) 765-6666
www.scottlab.com

# SALES ORDER

| | |
|---|---:|
| **Sales Order Number:** | SL1707501 |
| **Sales Order Date:** | 1/7/2021 |
| **Page:** | 1 |

**Sold To:** ANGUS RITTENBURG
MIDNIGHT MADNESS DISTILLING LLC
DBA THEOBALD & OPPENHEIMER
222 DELAWARE AVE
WILMINGTON, DE 19801-1621
UNITED STATES

**Ship To:** MIDNIGHT MADNESS DISTILLING LLC
DBA THEOBALD AND OPPENHEIMER
118 N MAIN ST
TRUMBAUERSVILLE, PA 18970

| | | | |
|---|---|---|---|
| **FOB** | FOB Factory | **Customer ID** | 105257 |
| **Ship Agent** | LTL | **P.O. Number** | ANGUS RITTENBURG |
| **Ship Via** | | **Location** | EQUIP |
| **Payment Terms** | EQUIP HOLD | **Ship Date** | 1/18/2021 |
| **Ship Payment Type** | Prepaid | | |

| Item No. | Description | Unit | Quantity | Line Disc. % | Unit Price | Total Price |
|---|---|---|---:|---|---:|---:|
| VDTE0006 | VELCORIN DT-6 TOUCH DOSER | Each | 1 | | 82,219.00 | 82,219.00 |
| | DELIVERY TO TRUMBAUERSVILLE, PA | | 1 | | 1,000.00 | 1,000.00 |
| | . | | | | | |
| | TERMS OF SALE: | | | | | |
| | 90% DUE PRIOR TO SHIPMENT -$74,897.10 | | | | | |
| | 10% DUE NET 30 AFTER DELIVER -$8,321.90 | | | | | |

| | | | |
|---|---|---|---:|
| Amount Subject to Sales Tax | 0.00 | **Subtotal:** | **83,219.00** |
| Amount Exempt from Sales Tax | 83,219.00 | Est. Freight: | 0.00 |
| Order Taken By: | EM SCOTTLAB\LAURAL | Total Sales Tax: | 0.00 |
| Order Given By: | ANGUS RITTENBURG | | |
| Customer Phone No. | 215-527-4886 | **Total:** | **83,219.00** |

Palmer Beverage Solutions  LLC

PO Box 57897
Chicago, IL 60657



# Invoice

| Date | Invoice # |
|---|---|
| 5/5/2021 | 1633 |

| Bill To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>P.O. Box 173<br>Trumbauersville, PA 18970 |

| Ship To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>118 N Main Street<br>Trumbauersville, PA 18970 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Service Part | Advance | CAJ | 5/5/2021 | UPS | | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 800704 | Conductive Slip Ring | 1 | 1,000.00 | 1,000.00 |
| Freight | Shipping & Handling UPS NDA Saver | 1 | 135.00 | 135.00 |

| | Total | $1,135.00 |
|---|---|---|

**Palmer Beverage Solutions  LLC**

PO Box 57897
Chicago, IL 60657



# Invoice

| Date | Invoice # |
|---|---|
| 5/4/2021 | 1631 |

| Bill To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>P.O. Box 173<br>Trumbauersville, PA 18970 |

| Ship To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>118 N Main Street<br>Trumbauersville, PA 18970 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| service | Advance | CAJ | 5/4/2021 | UPS | | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 500192-ASSY | ACTUATOR ARM ASSY | 2 | 250.00 | 500.00 |
| 800723 | U Cup Seal - Viton | 12 | 95.00 | 1,140.00 |
| 900017 | Cam Follower | 12 | 95.00 | 1,140.00 |
| 500130 | 12/1 Chuck B-64 Type 202 | 1 | 795.00 | 795.00 |
| Valve Rebuild Kit -... | Valve Rebuild Kit Gen 1 | 12 | 195.00 | 2,340.00 |
| NCME075-0050C-... | SMC AIR CYLYNDER 1/2 STROKE | 1 | 145.00 | 145.00 |
| SY50M-2-1DA-C6 | MANIFOLD BLOCK ASSY | 1 | 70.00 | 70.00 |
| 2000363 | Lid Tamper Assembly | 1 | 735.00 | 735.00 |
| 25562124 | 18MM PROX SENSOR | 1 | 200.00 | 200.00 |
| Lube Kit | Lube Kit | 1 | 250.00 | 250.00 |
| Freight | Shipping & Handling - UPS Ground (deliver by Thursday) | 1 | 60.00 | 60.00 |
| SY5100-5U1 | VALVE 2-POSITION SOLENOID | 1 | 125.00 | 125.00 |

**Total** $7,500.00

**Palmer Beverage Solutions LLC**
PO Box 57897
Chicago, IL 60657



# Invoice

| Date | Invoice # |
|---|---|
| 5/3/2021 | 1630 |

| Bill To | Ship To |
|---|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>P.O. Box 173<br>Trumbauersville, PA 18970 | T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>118 N Main Street<br>Trumbauersville, PA 18970 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Service | Advance | CAJ | 5/3/2021 | UPS | | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 500765 | Chute Back | 1 | 395.00 | 395.00 |
| 688H-2RS | Bearings | 4 | 55.00 | 220.00 |
| 1000074 | Snifter Plunger | 12 | 19.50 | 234.00 |
| Freight | Shipping & Handling - NDA AM | 1 | 125.00 | 125.00 |
| 500230-A | Vent Tube-Item A | 12 | 74.50 | 894.00 |

**Total** $1,868.00

**Palmer Beverage Solutions LLC**

PO Box 57897
Chicago, IL 60657



# Invoice

| Date | Invoice # |
|---|---|
| 5/4/2021 | 1636 |

| Bill To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>P.O. Box 173<br>Trumbauersville, PA 18970 |

| Ship To |
|---|
| T&O Beverage Manufacturing and Co-Packing<br>Angus Rittenburg<br>118 N Main Street<br>Trumbauersville, PA 18970 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Angus | Advance | CAJ | 5/4/2021 | UPS | Exworks | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2000091 | 12/1-G2/G3 Sleek Can 202/204 Change Parts Filler/Seamer Only | 1 | 18,000.00 | 18,000.00 |
| 310400 | Sleek Can 202/204 12oz. Twist INLINE for SKA DEPAL | 1 | 6,000.00 | 6,000.00 |
| 500020-ASSY | Bowl Height Changeover Clamp Assembly | 2 | 1,500.00 | 3,000.00 |
| 400130 | Over Ride Gauge Assembly | 1 | 1,000.00 | 1,000.00 |
| 400136-355 | Over-Ride Gauge Sleek Base | 1 | 195.00 | 195.00 |
| 500326 | PIN HEIGHT GAUGE - 202/204 X 602 SLEEK CAN | 1 | 250.00 | 250.00 |
| LMR-133016 | IDEM Safety Switch Set | 8 | 250.00 | 2,000.00 |

Please wire funds to Byline Bank Routing # 071001533 - Account # 6291000375

**Total** $30,445.00

# CODI Manufacturing, Inc.

14352 W. 44th Avenue
Golden, CO 80403

Phone: (303) 277-1542
Fax: (303) 271-3894

# Invoice

**Invoice Number:** **8659.02**
Date: 4/16/2021

**Sold To:**
Theobald & Oppenheimer
118 N Main Street
Trumbauersville, PA 18970

**Ship To:**
Theobald & Oppenheimer
118 N Main Street
Trumbauersville, PA 18970

| Order Number | Date Shipped | Shipped Via | FOB | Terms |
|---|---|---|---|---|
|  | tbd | Best Way | Golden, CO | Due on Receipt |

| Item No. | Qty | Description | Total P.O. Amount | 50% of Total P.O. Amount |
|---|---|---|---|---|
| 1 | 1 | Single Filer Infeed on Wheels | $ 7,950.00 | $ 3,975.00 |
| 2 | 1 | Twist Rinse - 1 Can Size (Includes Seamer Pins) | $ 3,850.00 | $ 1,925.00 |
| 3 | 1 | CCL-45 Can Filling System (6 Heads) | $ 110,000.00 | $ 55,000.00 |
| 4 | 1 | Keyence MK-G1000 - Inkjet Printer with Self Cleaning Heads | $ 14,750.00 | $ 7,375.00 |
| 5 | 1 | Date Code Bump Out Rails on Single Filer | $ 850.00 | $ 425.00 |
| 6 | 1 | Tier 1 Spare Parts | $ 2,630.00 | $ 1,315.00 |
| 7 | 1 | Filling System Toolbox | $ 4,850.00 | $ 2,425.00 |
| 8 | 1 | Crating | $ 2,000.00 | $ 1,000.00 |
| 9 | 1 | Installation and Training (7 Days) Includes Travel and Meals | $ 9,450.00 | $ 4,725.00 |
| 10 | 1 | Rush Fee (6 Week Production) | $ 17,500.00 | $ 8,750.00 |
|  |  | **SUB TOTAL** |  | $ 86,915.00 |
|  |  | **SALES TAX** |  | Exempt/Out of Area |
|  |  | **TOTAL DUE USD** |  | $ 86,915.00 |

All amounts expressed in US Dollars

Accounts not paid within terms are subject to a 7.5% APR

PLEASE REFERENCE THE INVOICE NUMBER WHEN SUBMITTING PAYMENTS

All sales made by Codi Manufacturing, Inc. are expressly subject to Codi's Standard Terms and Conditions that can be found at www.codimfg.com/terms-and-conditions and that all terms and conditions that may be contained on any document provided by customer to Codi are null and void and of no effect.

**CODI Manufacturing, Inc.**

14352 W. 44th Avenue
Golden, CO 80403

Phone: (303) 277-1542
Fax: (303) 271-3894

# Invoice

**Invoice Number:** **8660.01**
Date:   3/11/2021

**Sold To:**
Theobald & Oppenheimer
118 N Main Street
Trumbauersville, PA 18970

**Ship To:**
Theobald & Oppenheimer
118 N Main Street
Trumbauersville, PA 18970

| Order Number | Date Shipped | Shipped Via | FOB | Terms |
|---|---|---|---|---|
|  | tbd | Best Way | Golden, CO | Due on Receipt |

| Item No. | Qty | Description | Total P.O. Amount | 50% of Total P.O. Amount |
|---|---|---|---|---|
| 1 | 1 | Single Filer Infeed on Wheels | $ 7,950.00 | $ 3,975.00 |
| 2 | 1 | (7) Twist Rinse - 1 Can Size (Includes Seamer Pins) | $ 26,950.00 | $ 13,475.00 |
| 3 | 1 | CCL-45 Can Filling System (6 Heads) | $ 110,000.00 | $ 55,000.00 |
| 4 | 1 | (2) Rinse Tunnel - Water and Compressed Air | $ 1,500.00 | $ 750.00 |
| 5 | 1 | (2) Mobile Discharge Cart | $ 13,000.00 | $ 6,500.00 |
| 6 | 1 | Keyence MK-G1000 - Inkjet Printer with Self Cleaning Heads | $ 14,750.00 | $ 7,375.00 |
| 7 | 1 | Date Code Bump Out Rails on Single Filer | $ 850.00 | $ 425.00 |
| 8 | 1 | (2) Filler/Seamer Change Parts STD to SLK or SLK to STD | $ 13,000.00 | $ 6,500.00 |
| 9 | 1 | Tier 1 Spare Parts | $ 2,630.00 | $ 1,315.00 |
| 10 | 1 | Crating | $ 3,000.00 | $ 1,500.00 |
| 11 | 1 | Rush Fee (8 Week Production) | $ 20,308.00 | $ 10,154.00 |

All amounts expressed in US Dollars

Accounts not paid within terms are subject to a 7.5% APR

**SUB TOTAL**   $ 106,969.00
**SALES TAX**   Exempt/Out of Area
**TOTAL DUE USD**   $ 106,969.00

PLEASE REFERENCE THE INVOICE NUMBER WHEN SUBMITTING PAYMENTS

All sales made by Codi Manufacturing, Inc. are expressly subject to Codi's Standard Terms and Conditions that can be found at www.codimfg.com/terms-and-conditions and that all terms and conditions that may be contained on any document provided by customer to Codi are null and void and of no effect.