**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING, LLC, | |
| Debtor. | CASE NO. 21-11750 (MDC) |

## **ORDER**

AND NOW, this _____ day of November, 2021, upon consideration of the First and Final Application of Flaster/Greenberg P.C., for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses for the period June 21, 2021 through October 13, 2021, and after notice and opportunity for hearing, it is hereby

ORDERED that Flaster/Greenberg, P.C. counsel for the Debtor, is hereby allowed the sum of $116,139.53 as final compensation and $3,814.49 as final expenses for the time period June 21, 2021 through October 13, 2021; and it is further

ORDERED that Flaster/Greenberg, P.C. is authorized to immediately apply its retainer currently held in its attorney escrow account in the amount of $89,954.02 to pay its approved expenses in full, and to reduce the amount owed by the Debtor's estate for approved fees to $30,000.00; and it is further

ORDERED that Flaster/Greenberg, P.C. shall have an Allowed Chapter 11 Administrative Expense Claim in the amount of $30,000.00 (representing the remaining amount of approved and unpaid fees due and owing to the firm); and it is further

ORDERED that the Chapter 7 Trustee is authorized to make payment of the allowed amount of $30,000.00 to Flaster/Greenberg, P.C. from the Cash Holdback funds provided in

Section 1.09 of the Asset Purchase Agreement approved by Order of this Court on September 17,

2021 [Docket 178].


BY THE COURT:


_____
THE HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE


(Interested parties)

William J. Burnett, Esquire
Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Kevin Callahan, Esquire
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Bonnie B. Finkel, Esq.
P.O. Box 1710
Cherry Hill, NJ 08034

John T. Carroll,III, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801