# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## CERTIFICATE OF NO RESPONSE OR OBJECTION

The undersigned, counsel for the Debtor in the above-captioned case, certifies as follows:

1. On November 3, 2021, the First and Final Application of Flaster Greenberg P.C. for Compensation of Legal Services Rendered to the Debtor and for Reimbursement of Expenses (the "Application") [Docket No. 201] was filed in the above-captioned matter, together with the Notice of Application [Docket No. 203].

2. After resolving informal comments from the Chapter 7 Trustee, and after discovery a calculation error in the original proposed form of Order, the Debtor filed a Revised Proposed Order to the Application on November 24, 2021 [Docket No. 215].

3. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

Date: November 24, 2021

FLASTER/GREENBERG P.C.

By: */s/ Harry J. Giacometti*
Harry J. Giacometti, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5680
Fax: (215) 279-9394

8376331 v1