IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | |
| MIDNIGHT MADNESS DISTILLING, LLC, | * | Case No. 21-11750-MDC<br>Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

## SCHEDULING ORDER

On October 7, 2021, ETOH Worldwide, LLC ("ETOH") filed a Motion for Allowance of Expense Reimbursement and to Compel Payment [Doc. No. 187] (the "Expense Reimbursement Motion"); on November 12, 2021, ETOH and AgTech VI, LLC ("AgTech, and together with ETOH, the "Movants"), filed a Motion for Allowance of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) [Doc. No. 211] (the "503(b) Motion"); Millstone Spirits Group, LLC ("Millstone") has filed an opposition to each of the Expense Reimbursement Motion and the 503(b) Motion, at Doc. Nos. 195 and 214, respectively.

At a status conference held in this matter on November 3, 2021, the parties agreed that it was in the interest of judicial economy to schedule a single hearing date and time on both the Expense Reimbursement Motion and the 503(b) Motion, and the objections thereto, given the commonality of certain issues. The parties have conferred and agreed upon the proposed scheduled set forth herein. Accordingly, and for good cause shown, it is hereby ORDERED:

1.  <u>Discovery</u>. The parties shall serve all written discovery requests, including requests for production of documents, interrogatories and requests for admissions, by January 15, 2022. Written discovery may be taken after the specified time period by agreement of counsel of record, however, completing discovery after the deadline established herein shall not provide a basis for continuance of the trial date. Service of any discovery requests between ETOH, AgTech and Millstone may be made by electronic mail.

2

        2.      All depositions shall be concluded by March 4, 2022. Depositions may be scheduled after the specified time period by agreement of counsel of record, however, completing discovery after the deadline established herein shall not provide a basis for continuance of the trial date.

        3.      <u>Witness and Exhibit Lists</u>.  Counsel of record shall exchange, so as to be received by opposing counsel, seven (7) days before trial a list specifically identifying each exhibit to be introduced at trial, copies of any exhibits not previously supplied in discovery and a list of witnesses proposed to be introduced at trial.

        4.      Trial.  An evidentiary hearing shall be scheduled on _____, 2022, at _____.

        BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**<u>END OF ORDER</u>**

114413\000001\4846-0501-2137.v2
116939\000001\4867-0900-6853.v1