IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11750 (MDC)<br><br>Related Doc. No. 196 |

**CERTIFICATE OF NO RESPONSE OR OBJECTIONS REGARDING APPLICATION OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE OF MIDNIGHT MADNESS DISTILLING, INC. FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COZEN O'CONNOR AS ATTORNEYS**

I, John T. Carroll, III, proposed counsel to Bonnie B. Finkel, chapter 7 trustee in the above matter, the ("Trustee"), hereby certifies as follows:

1. On October 29, 2021 an Application of Bonnie B. Finkel, Chapter 7 Trustee of the Estate of Midnight Madness Distilling, Inc. for an Order Authorizing the Employment and Retention of Cozen O'Connor as Attorneys was filed [Docket No. 196] (the "Application") together with the Notice of Application [Docket No. 197].

2. On November 8, 2021 an objection to the Application was filed by Finland Leasing Company [Docket No. 207] (the "Finland Objection") and the Court set a hearing date of December 8, 2021 to consider the Objection to the Application.

3. On November 17, 2021 a Praecipe to Withdraw the Objection to the Application was filed by Finland Leasing Company [Docket No. 213] (the "Praecipe").

4. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than November 5, 2021. The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and other than the Finland Objection which has been withdrawn, no answer, objection, or other responsive pleading to the Application appears

\55360278\1 00604.3853.000/532457.000

thereon. The undersigned further certifies I have not received nor, to the best of the undersigned's knowledge, been served with any answer, response or objections to the Application.

5. Accordingly, based on the foregoing the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that the proposed Order as originally filed with the Application, a copy of which is attached hereto as Exhibit "A", be entered at the earliest convenience of the Court and the Court cancel the hearing date of December 8, 2021 as it relates to the Application.

Dated: December 1, 2021                              COZEN O'CONNOR

                                                     By:  */s/ John T. Carroll, III*
                                                          John T. Carroll, III (PA 34243)
                                                          One Liberty Place
                                                          1650 Market Street
                                                          Suite 2800
                                                          Philadelphia, PA  19103
                                                          (302) 295-2028 Telephone
                                                          (215) 701-2140 Facsimile
                                                          Email:  jcarroll@cozen.com

                                                          *Proposed Counsel to*
                                                          *Bonnie B. Finkel, Trustee for the*
                                                          *Bankruptcy Estate of Midnight Madness*
                                                          *Distilling, Inc.*

\55360278\1 00604.3853.000/532457.000