### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | **Related Doc. No. 222, 223** |

### CERTIFICATE OF SERVICE REGARDING APPLICATION OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE OF THE ESTATE OF MIDNIGHT MADNESS DISTILLING, INC. FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MILLER COFFEY TATE LLP AS ACCOUNTANTS

I, John T. Carroll, III, Esquire, proposed counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on December 2, 2021 I caused to be served via U.S. First Class Mail a copy of the *Application of Bonnie B. Finkel, Chapter 7 Trustee of the Estate of Midnight Madness Distilling, Inc. for an Order Authorizing the Employment and Retention of Miller Coffey Tate LLP as Accountants* [Docket No. 222] (the "Application") and Notice of Application [Docket No. 223] (the "Notice") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Application and Notice was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case.

Dated:  December 2, 2021       By:    */s/ John T. Carroll, III*
                                      John T. Carroll, III, Esquire
                                      Cozen O'Connor
                                      One Liberty Place
                                      1650 Market Street
                                      Suite 2800
                                      Philadelphia, PA  19103
                                      Phone:  (302) 295-2028
                                      Fax No. (215) 701-2140
                                      Email:  jcarroll@cozen.com