# EXHIBIT "A"

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

**[Doc. No. 222 and 223]**
**Miller Coffey Tate Retention Application**

| | |
|---|---|
| Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034<br>***Chapter 7 Trustee*** | Matthew R. Tomlin<br>Miller Coffey Tate LLP<br>1628 JFK Blvd.<br>Suite 950<br>Philadelphia, PA  19103 |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103<br>***Counsel to the Debtor*** | Harry J. Giacometti, Esquire<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103<br>***Counsel to the Debtor*** |
| Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19106 | Alcohol & Tobacco Tax & Trade Bureau<br>Daniel Peralta<br>Senior Counsel (Field Operations)<br>1301 Clay Street, Suite 650N<br>Oakland, CA 94612 |
| Anthony St. Joseph<br>U.S. Attorneys Office EDPA<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106<br>***Counsel to USA Alcohol, Tobacco, Tax Bureau*** | Ally Bank Department<br>AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 |

| | |
|---|---|
| Andrew W. Bonekemper, Esquire<br>Fox Rothschild, LLP<br>10 Sentry Parkway<br>Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113 |
| Berks Plant Design & Maintenance<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | Bouder Mechanical Services, Inc.<br>1930 N Eden Road<br>Lancaster, PA 17601 |
| Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 | Carol E. Momjian, Senior Deputy Atty<br>Commonwealth of Pennsylvania<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel to Isuzu Finance of America, Inc.*** |
| Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel for Tokyo Century (USA), Inc.*** | Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |

ETOH Worldwide LLC
c/o XO Energy
6501 Red Hook Plaza
Suite 201
St. Thomas, VI 00802

Everett K. Sheintoch, Esquire
Sheintoch Law P.C.
415 Horsham Road
Horsham, PA 19044
**Counsel to  Isuzu Finance of America, Inc.**
**Counsel to  Tokyo Century (USA) Inc.**

Express Employment Professionals
106 Centre Boulevard
Suite 1
Marlton, NJ 08053

Finland Leasing Co. Inc.
P.O. Box 116
Quakertown, PA 18951-0116

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422
**Counsel to PACCAR Financial Corp.**

Jeffrey Kurtzman, Esquire
Kurtzman/Steady, LLC
101 N. Washington Ave., Suite 4A
Margate, NJ 08403
**Counsel to BET Investments**

Jennifer L. Maleski, Esquire
Dilworth Paxson
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
**Counsel to Bancshares Realty, LLC**

Julie A. Callsen, Esquire
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
**Counsel to Berlin Packaging, L.L.C.**

Matthew Hamermesch, Esquire
Hangley Aronshick Segal Pudlin Schiller
One Logan Squire
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933
**Counsel to Agtech VI, LLC**
**Counsel to ETOH**

McMaster-Carr Supply Co
P.O. Box 5285
Princeton, NJ 08543-5282

| | |
|---|---|
| Megan N. Harper, Esquire<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Blvd, 5th Floor<br>Philadelphia, PA 19102-1595<br>**Counsel to City of Philadelphia** | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>**Counsel to Anthony Lorubbio** |
| Millstone Spirits Group LLC<br>c/o Joel L. Perrell Jr., Esquire<br>Patricia B. Jefferson, Esquire<br>Miles & Stockbridge P.C.<br>100 Light St., 10th Fl.<br>Baltimore, MD 21202 | NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 |
| Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 | Office of the Secretary of State<br>302 North Office Building,<br>401 North Street<br>Harrisburg, PA 17120 |
| PA Department of Revenue<br>PO Box 280427<br>Harrisburg PA 17128-0427 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to PNC Bank/PNC Equip. Finance** | Tokyo Century (USA) Inc.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>70 W. Hubbard St.<br>Ste. 200<br>Chicago, IL 60654 |

The Cincinnati Insurance Company
P.O. Box 3496
Allentown, PA 18106

Agtech VI, LLC
c/o XO Energy
6501 Red Hook Plaza
Suite 201
St. Thomas, VI 00802

Whisman Giordano & Associates, LLC
111 Continental Dr.,
Suite 10
Newark, DE 19713

Wm. F. Comly & Son, Inc.
1825 E. Boston Street
Philadelphia, PA 19125-1296

Theodore J. Zeller
Norris McLaughlin
515 West Hamilton
Suite 502
Allentown, PA 18101

**SCHEDULE "D" PARTIES:**

Ally Bank
6985 Union Park Center
Midvale, UT  84047

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

Francis E. Stubbs
Maria Del Carmen Nuno
154 E. Oakland Avenue
Doylestown, PA  18901

Honda Finance
240 Gibraltar Road
#200
Horsham, PA  19044

| | |
|---|---|
| Isuzu Finance of America<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | PACCAR Financial<br>240 Gibraltar Road<br>#200<br>Horsham, PA  19044 |
| PNC Bank NA<br>500 First Avenue<br>Pittsburgh, PA 15219 | PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 |
| Toyota Industries Commercial Finance<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 | **SCHEDULES "E" PARTIES** |
| Department of the Treasury<br>Tax and Trade Bureau<br>1310 G St. NW<br>Washington, DC  20005 | Internal Revenue Service<br>Bankruptcy Specialist<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| **Keystone Collections**<br>**PO Box 559**<br>**Irwin, PA  15642** | Pennsylvania Department of Revenue<br>Department 280946<br>Attn:  Bankruptcy Division<br>Harrisburg, PA  17128-0946 |

**SCHEDULES "F" PARTIES**

ACCU Staffing SVCS
308 W. Main Street
Lansdale, PA 19446

Aftek, Inc.
740 Driving Park Avenue
Rochester, NY 14613-0000

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St. Thomas, VI  00802

Albatrans, Inc.
149-10 183rd Street
Jamaica, NY 11413

American Express
P.O. Box 650448
Dallas, TX 75265

American Supply Company
2411 N. American Street
Philadelphia, PA 19133

BDS Souderton
3443 Bethlehem Pike
Souderton, PA 18964

Bergey's Commercial Tire Centers
3161 Penn Avenue
Hatfield, PA 19440

Berkley Insurance Co.
475 Steamboat Road
Floor 1
Greenwich, CT 06830

| | |
|---|---|
| Berlin Packaging, LLC<br>525 West Monroe Street<br>14th Floor<br>Chicago, IL 60661-0000 | Betsy Moyer Taxes<br>105 Chestnut Drive<br>Quakertown, PA 18951 |
| Blank Rome LLP<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219 | Bouder Mechanical Services, Inc.<br>67 Cooper Ave.<br>Landisville, PA  17538 |
| Capital One<br>PO Box 30285<br>Salt Lake City,UT 84130-0287 | Catskill Marketing, LLC<br>10 North Street<br>Middletown, NY 10940 |
| Classic Staffing Services, Inc.<br>248 W Broad Street<br>Quakertown, PA 18951 | D.J. Whelan & Co.<br>100 S. Summit Street<br>Detroit, MI 48209 |
| Devault Refrigeration<br>731 Wambold Road<br>Souderton, PA 18964 | Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067 |

ETOH Worldwide LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St. Thomas, VI  00802

Express Employment Professionals
19 Jenkins Avenue
Suite 200
Lansdale, PA  19446

Foodarom
5525 West 1730 South
Suite 202
Salt Lake City, UT 84104-0000

Good Plumbing, Heating, Air Conditioning, Inc.
737 Hagey Center Dr. d
Souderton, PA 18964

Grain Processing Corp.
250 Technology Drive W
Clearfield, PA 16830

Greenwood Associates, Inc.
6280 W. Howard Street
Niles, IL 60714

Hoover Materials Handling Group
33 W Higgins Road
Ste 3000 South
Barrington, IL 60010

Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221

KorPack
290 Madsen Dr #101
Bloomingdale, IL 60108

Labelworx
51 Runway Road
Levittown, PA 19057

Landis Pallet & Box Co Inc.
P.O. Box 126
East Greenville, PA 18041

Lane IP Limited
The Forum, First Floor
St. Paul's 33 Gutter Lane
London EC2V 8AS

McCallion Staffing Specialists
601 A Bethlehem Pike
Montgomeryville, PA 18936

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

Merican Mule LLC
150 The Promenade North
Unit 425
Long Beach, CA 90802

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802

Morrison Container
335 West 194th Street
Glenwood, IL  60425

Nationwide Insurance
P.O. Box 742522
Cincinnati, Ohio 45274-2522

Norris McLaughlin
515 West Hamilton Street
Suite 502
Allentown, PA 18101

North Industrial Chemicals
608 E. King Street
P.O. Box 1985
York, PA  17403

NYCO Corporation
1073 S County Line Road #B
Souderton, PA 18964

O-1 Packaging Solutions, LLC
One Michael Owens Way Plaza 2
Perrysburg, OH 43551

OK Kosher Certification
391 Troy Avenue
Brooklyn, NY 11213

Ore Rentals
699 N West End
Quakertown, PA 18951

Penny Power
202 S 3rd Street
Coopersburg, PA 18036

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

Roberts Oxygen Company
614 Westtown Road #C
West Chester, PA 19382

Ronald Frank
1675 Glouchester Court
Sewickley, PA 15143

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

Sunteck
125 Sunteck Lane
Cresco, PA 18326

| | |
|---|---|
| Technical Beverage Services<br>120 Leesburg Road<br>Telford, TN 37690 | The Cincinnati Insurance Company<br>334 Jefferson Ct.<br>Trappe, PA 19426 |
| Trout Brothers<br>164 Badman Road<br>Green Lane PA 18054 | Uline Ship Supply<br>700 Uline Way<br>Allentown, PA 18106 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | UPS<br>258 N. West End Blvd.<br>Quakertown, PA 18951 |
| Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413 | Vanguard/Ascensus<br>P.O. Box 28067<br>New York, NY 10087 |