United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11750-mdc |
| Midnight Madness Distilling LLC | Chapter 7 |
| Midnight Madness Distilling LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Dec 02, 2021 | Form ID: 139 | Total Noticed: 114 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Midnight Madness Distilling LLC, MAILING ADDRESS, PO Box 173, Trumbauersville, PA 18970-0173 |
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| aty | + | PATRICIA B. JEFFERSON, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| cr | + | Alcohol & Tobacco Tax & Trade Bureau, Daniel Peralta, Senior Counsel (Field Operations), 1301 Clay Street, Suite 650N, Oakland, CA 94612-5251 |
| cr | + | BET Investments, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Finland Leasing Company, PO Box 116, Quakertown, PA 18951-0116 |
| cr | + | Isuzu Finance of America, Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| cr | +++ | Millstone Spirits Group LLC, c/o Joel L. Perrell Jr., Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| sp | + | THEODORE J. ZELLER, Norris McLaughlin, 515 West Hamilton Suite 502, Allentown, PA 18101-1513 |
| cr | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| acc | + | Whisman Giordano & Associates, LLC, 111 Continental Dr., Suite 10, Newark, DE 19713-4330 |
| 14616725 | + | Aftek, Inc., 740 Driving Park Ave., Rochester, NY 14613-1578 |
| 14616726 | + | Agtech VI, LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14616727 | + | Albatrans, Inc., 149-10 183rd Street, Springfield Gardens, NY 11413-4035 |
| 14643102 | + | Alcohol and Tobacco Tax and Trade Bureau, United States Department of the Treasury, c/o Daniel Peralta - TTB Counsel Field O, 1301 Clay Street, Suite 650N, Oakland CA 94612-5251 |
| 14616729 | + | Altek Business Systems, Inc., 300 Emien Way, Telford, PA 18969-1722 |
| 14616731 | + | American Supply Company, 2411 N. American Street, Philadelphia, PA 19133-3431 |
| 14617581 | + | Anthony Lorubbio, c/o Michael G. Menkowitz, Esquire, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 14616732 | #+ | Anthony Lorubbio, 3014 Franklin Blvd, Upper Unit, Cleveland, OH 44113-2920 |
| 14616733 | + | BDS Souderton, 3443 Bethlehem Pike, Souderton, PA 18964-1031 |
| 14617728 | + | BET Investments, c/o Jeffrey Kurtzman, Esquire, KURTZMAN STEADY, LLC, 101 N. Washington Avenue, Suite 4A, Margate, NJ 08402-1195 |
| 14630598 | + | Bancshares Realty, LLC, c/o Jennifer L. Maleski, Esq., Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| 14616734 | + | Bergey's Commercial Tire Centers, 3161 Penn Avneue, Hatfield, PA 19440-1728 |
| 14616735 | + | Berkley Insurance Co., 475 Steamboat Rd., Floor 1, Greenwich, CT 06830-7144 |
| 14616736 | | Berlin Packing, LLC, 525 West Monroe Street, 14 Floor, Chicago, IL 60661 |
| 14616737 | + | Betsy Moyer Taxes, 105 Chestnut Drive, Quakertown, PA 18951-2288 |
| 14616738 | + | Blank Rome, 501 Grant Street, Union Trust Building, Suite 850, Pittsburgh, PA 15219-4442 |
| 14616739 | | Bouder Mechanical Services, Inc., 67 Cooper Ave., Landisville, PA 17538 |
| 14628834 | + | Carol E. Momjian, SDAG, PA Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14616740 | + | Casey Parzych, PO Box 173, Trumbauersville, PA 18970-0173 |
| 14620207 | + | Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14616741 | + | Classic Services, Inc., 248 W. Broad Street, Quakertown, PA 18951-1233 |
| 14628898 | + | Commonwealth Of Pennsylvania Department of Revenue, c/o Carol E. Momjian, Esquire, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14629223 | + | Commonwealth of Pennsylvania Department of Revenue, c/o Carol E. Momjian, Office of the Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |

Case 21-11750-mdc   Doc 226   Filed 12/04/21   Entered 12/05/21 00:34:24   Desc
Imaged Certificate of Notice   Page 2 of 7

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Dec 02, 2021 | Form ID: 139 | Total Noticed: 114 |

| | | |
|---|---|---|
| 14616742 | + | D.J. Whelan & Co., 100 S Summit St., Detroit, MI 48209-3286 |
| 14616744 | + | Department of the Treasury, Tax and Trade Bureau, 1310 G St. NW, Washington, DC 20005-3000 |
| 14616745 | + | Devault Refrigeration, 731 Wambold Rd., Souderton, PA 18964-2715 |
| 14616746 | + | Dutch Valley Food Dist, P.O. Box 465, Myerstown, PA 17067-0465 |
| 14616747 | + | ETOH Worldwide LLC, 6115 Estate Smith Bay, East End Plaza Suite 120, St Thomas, VI 00802-1324 |
| 14617042 | + | ETOH Worldwide LLC, and Agtech VI, LLC, c/o Matthew A. Hamermesh, Esquire, Hangley Aronchick Segal Pudlin & Schille, One Logan Square, 27th Floor, Phladelpha, PA 19103-6910 |
| 14616748 | + | Express Employment Professionals, 19 Jenkins Avenue, Suite 200, Lansdale, PA 19446-2559 |
| 14616749 | | Finland Leasing, 2300 Trumbauersville Road, Quakertown, PA 18951 |
| 14616750 | + | First Western Bank & Trust, 100 Prairie Center Drive, Eden Prairie, MN 55344-5391 |
| 14616751 | + | Foodarom USA, Inc, 5525 West 1730 South, Suite 202, Salt Lake City, UT 84104-4882 |
| 14616752 | + | Francis E. Stubbs, Maria Del Carmen Nuno, 154 E. Oakland Avenue, Doylestown, PA 18901-4611 |
| 14643257 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14616753 | + | Good Plumbing, Heating A/C, Inc., 737 Hagey Center Dr. D, Souderton, PA 18964-2404 |
| 14616754 | + | Grain Processing Corp., 250 Technology Drive W, Clearfield, PA 16830-2663 |
| 14616755 | + | Honda Finance, 240 Gibraltar Road, # 200, Horsham, PA 19044-2343 |
| 14616756 | + | Hoover Materials Handling Group, 33 W. Higgins Road, Suite 3000, Barrington, IL 60010-9354 |
| 14616758 | + | Iron Heart Canning Company, LLC, 7130 Golden Ring Road, Essex, MD 21221-3138 |
| 14620673 | + | Isuzu Finance Of America, Inc., c/o Dennis A. Dressler, Esquire, Dressler & Peters, LLC, 70 W. Hubbard Street, Suite 200, Chicago,IL 60654-5677 |
| 14616759 | | Isuzu Finance of America, 2500 Westchester Avenue, Suite 312, Purchase, NY 10577-2578 |
| 14616760 | + | Keystone Collections, PO Box 559, Irwin, PA 15642-0559 |
| 14616761 | + | KorPack, 290 Madsen Dr. #101, Bloomingdale, IL 60108-2675 |
| 14616762 | + | Landis Pallet & Box Co Inc., P.O. Box 126, East Greenville, PA 18041-0126 |
| 14616764 | + | McCallion Staffing Specialists, 601 A Bethlehem Pike, Montgomeryville, PA 18936-9717 |
| 14616765 | + | Merican Mule LLC, 150 The Promenade N, Long Beach, CA 90802-4750 |
| 14616766 | + | Mike Boyer, 4406 Lowell Road, Wilmington, DE 19802-1106 |
| 14616767 | | Milford Business Centre LP, 2641 Township Line Road, Quakertown, PA 18951 |
| 14630691 | + | Millstone Spirits Group LLC, c/o Joel L. Perrell Jr., Esquire, Miles & Stockbridge P.C., 100 Light Street, 10th Floor, Baltimore, Maryland 21202-1153 |
| 14616768 | + | Morrison Container, 335 West 194th Street, Glenwood, IL 60425-1501 |
| 14616770 | + | NIC, 609 E. King Street, P.O. Box 1985, York, PA 17405-1985 |
| 14616772 | + | NYCO Corporation, 1073 S County Lind Road #B, Souderton, PA 18964-1028 |
| 14616769 | | Nationwide, P.O. Box 742522, Cincinnati, OH 45274-2522 |
| 14616771 | + | Norris McLaughlin, 515 West Hamilton Street, Suite 502, Allentown, PA 18101-1513 |
| 14616773 | + | OK Kosher Certification, 391 Tryo Avenue, Brooklyn, NY 11213-5322 |
| 14628587 | + | Office of Unemployment Compensation Tax Services, Commonwealth of Pennsylvania, Dept. of L, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg,PA 17121-0751 |
| 14616774 | + | Ore Rentals, 699 N West End, Quakertown, PA 18951-4101 |
| 14616880 | + | PNC Bank, National Association, c/o Jennifer L. Maleski, Esquire, Dilworth Paxson LLP, 1500 MarketStreet, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14617483 | + | PNC Bank, National Association, c/o Gary A. Best, Vice President, 1600 Market Street - F2-F070-22-8, Philadelphia, PA 19103-7211 |
| 14616781 | + | PNC Equipment Finance, 995 Dalton Avenue, Cincinnati, OH 45203-1100 |
| 14616778 | + | Penny Power, 202 S. 3rd Street, Coopersburg, PA 18036-2150 |
| 14616779 | + | Plantation Candies, Inc., 4224 Old Bethlehem Pike, Telford, PA 18969-1199 |
| 14616782 | | Polebridge, 118 N. Main Street, Trumbauersville, PA 18970 |
| 14616783 | + | Ronald Frank, 1675 Glouchester Court, Sewickley, PA 15143-8518 |
| 14616784 | + | Scott Cars, Inc., 3333 Lehigh Street, Allentown, PA 18103-7036 |
| 14616786 | | Soiree Partners, 3401 Liberty Avenue, Pittsburgh, PA 15201-1322 |
| 14616787 | + | Sunteck, 125 Sunteck Lane, Cresco, PA 18326-7410 |
| 14643153 | + | TTB - NRC (Revenue Accounting), 550 Main Street, 8th Floor, Cincinnati, OH 45202-3222 |
| 14616788 | + | Technical Beverage Services, 120 Leesburg Rd., Telford, TN 37690-2345 |
| 14616789 | + | The Cincinnati Insurance Company, 334 Jefferson Court, Collegeville, PA 19426-2239 |
| 14616790 | | Three Hundred Commerce Drive Associates, 2641 Township Line Road, Quakertown, PA 18951 |
| 14621343 | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Esquire, Dressler & Peters, LLC, 70 W. Hubbard Street, Suite 200, Chicago, IL 60654-5677 |
| 14616791 | + | Toyota Industries Commercial Finance, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3140 |
| 14620208 | + | Toyota Industries Commercial Finance, Inc., Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14616792 | + | Trout Brothers, 164 Badman Road, Green Lane, PA 18054-2403 |
| 14616805 | + | United States trustee for Region 3, c/o Kevin P. Callahan, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pa 19106-2908 |
| 14616793 | + | Utica National Insurance, 180 Genesee Street, New Hartford, NY 13413-2299 |
| 14616794 | + | Vanguard/Ascensus, P.O. Box 28067, New York, NY 10087-8067 |

District/off: 0313-2      User: admin      Page 3 of 6
Date Rcvd: Dec 02, 2021      Form ID: 139      Total Noticed: 114

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14616795 | + | | | Wiggin and Dana, LP, Attn: John Doroghazi, One Century Tower, 265 Church Street, New Haven, CT 06510-7004 |

TOTAL: 92

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| NONE | + | EDI: PENNDEPTREV | Dec 03 2021 04:23:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| NONE | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| br | | Email/Text: auctions@comly.com | Dec 02 2021 23:23:00 | Wm. F. Comly & Son, Inc., 1825 E. Boston Street, Philadelphia, PA 19125-1296 |
| 14643097 | + | Email/Text: ibrahim.hadzihasanovic@firstwesternef.com | Dec 02 2021 23:23:00 | Advance Acceptance, 100 Prairie CTR DR., Eden Prairie, MN 55344-5391 |
| 14616728 | + | EDI: GMACFS.COM | Dec 03 2021 04:23:00 | Ally, 6985 Union Park Center, Midvale, UT 84047-4177 |
| 14619531 | + | EDI: AISACG.COM | Dec 03 2021 04:23:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14640783 | + | EDI: AISACG.COM | Dec 03 2021 04:23:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14616730 | + | EDI: AMEREXPR.COM | Dec 03 2021 04:23:00 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 14626805 | | EDI: BECKLEE.COM | Dec 03 2021 04:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14625013 | | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | City of Philadelphia, Megan Harper, 1401 JFK Blvdd 5th Floor, Philadelphia Pa 19102-1595 |
| 14624804 | | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14616743 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Dec 02 2021 23:23:00 | De Lage Landen Financial Services, 1111 Old Eagle School Road, Wayne, PA 19087 |
| 14616757 | | EDI: IRS.COM | Dec 03 2021 04:23:00 | Internal Revenue Service, Bankruptcy Specialist, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14616776 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Dec 02 2021 23:23:00 | PACCAR Financial, 240 Gibraltar Road, # 200, Horsham, PA 19044 |
| 14616775 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Dec 02 2021 23:23:00 | PACCAR Financial, 240 Gibraltar Road, #200, Horsham, PA 19044 |
| 14616780 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2021 23:23:00 | PNC Bank NA, 500 First Avenue, Pittsburgh, PA 15219 |
| 14616777 | | EDI: PENNDEPTREV | | |

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: 139 | Total Noticed: 114 |

|  |  |  | Dec 03 2021 04:23:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 14616777 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 14628155 | | EDI: PENNDEPTREV | Dec 03 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14628155 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14624803 | + | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14618556 | + | Email/Text: accounts.receivable@uline.com | Dec 02 2021 23:23:00 | Uline, 12575 Uline Drive, Pleasant Prairie WI 53158-3686 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616763 | | LANE IP Limited, The Forum, First Floor, 33 Gutter Lane, London EC2v8AS |
| 14627737 | | PNC Bank, Equipment Finance LLC |
| 14627736 | | PNC Bank, National Association |
| 14616785 | | SEE ATTACHED LIST |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 14625007 | *+ | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14639725 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14643152 | *+ | United States of America, The Alcohol and Tobacco Tax and Trade Bu, Department of Treasury, 550 Main Street - 8th Floor, Cincinnati, OH 45202-5209 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: 139 | Total Noticed: 114 |

ANTHONY ST. JOSEPH
on behalf of Creditor United States of America on behalf of Alcohol Tobacco, Tax and Trade Bureau
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BONNIE B. FINKEL
finkeltrustee@comcast.net   NJ69@ecfcbis.com;Finkeltrustee@comcast.net

BONNIE B. FINKEL
on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net   NJ69@ecfcbis.com;Finkeltrustee@comcast.net

CAROL E. MOMJIAN
on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

EVERETT K. SHEINTOCH
on behalf of Creditor Isuzu Finance of America  Inc. esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

EVERETT K. SHEINTOCH
on behalf of Creditor Tokyo Century (USA) Inc. esheintoch@sheintochlaw.com   ssilenzi@sheintochtodd.com

HARRY J. GIACOMETTI
on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com
harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HOWARD GERSHMAN
on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com   229ecf@glpoc.comcastbiz.net

JEFFREY KURTZMAN
on behalf of Creditor BET Investments Kurtzman@kurtzmansteady.com

JENNIFER L. MALESKI
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI
on behalf of Creditor PNC Equipment Finance  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI
on behalf of Creditor Bancshares Realty  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

JOEL L. PERRELL
on behalf of Creditor Millstone Spirits Group LLC jperrell@MilesStockbridge.com

JOHN T. CARROLL, III
on behalf of Trustee BONNIE B. FINKEL jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JULIE A. CALLSEN
on behalf of Creditor Berlin Packaging  L.L.C. julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW A. HAMERMESH
on behalf of Creditor Agtech VI  LLC mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW A. HAMERMESH
on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com
ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov   Edelyne.Jean-Baptiste@Phila.gov

MICHAEL G. MENKOWITZ
on behalf of Anthony Lorubbio mmenkowitz@frof.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Accountant Whisman Giordano & Associates  LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT

District/off: 0313-2                           User: admin                                Page 6 of 6
Date Rcvd: Dec 02, 2021                        Form ID: 139                         Total Noticed: 114

on behalf of Broker Wm. F. Comly & Son  Inc. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 24

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Midnight Madness Distilling LLC
118 N. Main Street
Trumbauersville, PA 18970

Debtor(s)                                                                                                     Case No: 21−11750−mdc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
45−5493200
45−5493200

___

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 3/5/22

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 12/2/21