# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | |

## ORDER SCHEDULING EXPEDITED HEARING ON MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE

Upon the motion of Bonnie B. Finkel, in her capacity as the chapter 7 trustee (the "Trustee"), for an expedited hearing to consider the *Combined Motion of Chapter 7 Trustee for (I) Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease and (II) Expedited Hearing Thereon* (the "Motion")[1]; and it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED that:

1. The request for expedited treatment of the Motion is GRANTED.

2. A hearing will be held on the Motion on December __, 2021 at _____ (prevailing Eastern time) before the Honorable Magdeline D. Coleman, Chief United States Bankruptcy Judge, presiding at the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, Courtroom No. __.

3. Objections to the Motion, if any, shall be filed with the Court on or before December __, 2021.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

\55508370\1 00604.3853.000/532457.000

4.  Service of the Motion is as set forth in Paragraph 27 of the Motion. Service of this Order shall be made upon the Notice Parties by electronic mail, fax or overnight mail no later than December __, 2021.

Dated: _____, 2021

                                            BY THE COURT:

                                            _____
                                            MAGDELINE D. COLEMAN
                                            CHIEF U.S. BANKRUPTCY JUDGE

\55508370\1 00604.3853.000/532457.000