**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | Related Doc. No. 229 |

**CERTIFICATE OF SERVICE REGARDING COMBINED MOTION OF CHAPTER 7 TRUSTEE FOR (I) ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE AND (II) EXPEDITED HEARING THEREON**

I, John T. Carroll, III, Esquire, counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on December 13, 2021 I caused to be served via U.S. First Class Mail a copy of the Combined Motion of Chapter 7 Trustee for (I) Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease and (II) Expedited Hearing Thereon [Docket No. 229] (the "Motion") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Motion was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case as identified on Exhibit "B".

Dated:  December 13, 2021    By:    */s/ John T. Carroll, III*
John T. Carroll, III, Esquire
Eric L. Scherling, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA  19103
Phone:  (302) 295-2028
Fax No. (215) 701-2140
Email:  jcarroll@cozen.com
escherling@cozen.com

*Counsel to Bonnie B. Finkel,*
*Chapter 7 Trustee*