# Exhibit A

## **VERIFICATION**

I, Micheal W. Bishop verify under penalty of perjury that the facts asserted in the Motion for Admission Pro Hac Vice are true and correct.

Dated: December 14, 2021          By:     */s/ Micheal W. Bishop*
                                                           Micheal W. Bishop