**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 7** |
|  | : |  |
| **MIDNIGHT MADNESS DISTILLING LLC,** | : | **Case No. 21-11750 (MDC)** |
|  | : |  |
| **Debtor.** | : |  |

**ORDER GRANTING VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, this _____ day of _____, 2021, upon consideration of the verified motion of Micheal W. Bishop for admission *pro hac vice* pursuant to L.B.R. 2090-1 (the "Motion"), and it further appearing that good cause exists for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT** the Motion is GRANTED and Micheal W. Bishop is admitted *pro hac vice*.

BY THE COURT

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

1