**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **MIDNIGHT MADNESS DISTILLING LLC,** | : | Case No. 21-11750 (MDC) |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Turner N. Falk, Esquire, counsel to Hoover Materials Handlings Group, Inc. do hereby certify that on December 14, 2021 I caused to be served via U.S. First Class Mail a copy of the foregoing Verified Motion for Admission Pro Hac Vice (the "Motion") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Motion was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case as identified on Exhibit "B".

Dated: December 14, 2021     By:     */s/ Turner N. Falk*
Turner N. Falk, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
P: 215.665.3000
F: 215.665.3165
*Local Counsel*

OMC\4848-6305-8942.v2-10/14/21

## SERVICE LIST "A"

| | |
|---|---|
| Alcohol & Tobacco Tax & Trade Bureau<br>Daniel Peralta<br>Senior Counsel (Field Operations)<br>1301 Clay Street, Suite 650N<br>Oakland, CA 94612 | Finland Leasing Company<br>PO Box 116<br>Quakertown, PA 18951<br>215-536-3089<br>gary@parzychconstruction.com |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 | Aftek, Inc.<br>740 Driving Park Ave.<br>Rochester, NY 14613-1578 |
| Advance Acceptance<br>100 Prairie CTR DR.<br>Eden Prairie, MN 55344-5391 | Albatrans, Inc.<br>149-10 183rd Street<br>Springfield Gardens, NY 11413-4035 |
| Agtech VI, LLC<br>6115 Estate Smith Bay<br>East End Plaza  Suite 120<br>St Thomas, VI 00802-1324 | Altek Business Systems, Inc.<br>300 Emien Way<br>Telford, PA 18969-1722 |
| Ally<br>6985 Union Park Center<br>Midvale, UT 84047-4176 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964-1031 |
| American Supply Company<br>2411 N. American Street<br>Philadelphia, PA 19133-3431 | Berkley Insurance Co.<br>475 Steamboat Rd., Floor 1<br>Greenwich, CT 06830-7144 |
| Bergey's Commercial Tire Centers<br>3161 Penn Avneue<br>Hatfield, PA 19440-1728 | Betsy Moyer Taxes<br>105 Chestnut Drive<br>Quakertown, PA 18951-2288 |

1

OMC\4848-6305-8942.v2-10/14/21

| | |
|---|---|
| Berlin Packing, LLC<br>525 West Monroe Street, 14 Floor<br>Chicago, IL 60661 | Bouder Mechanical Services, Inc.<br>67 Cooper Ave.<br>Landisville, PA 17538 |
| Blank Rome<br>501 Grant Street<br>Union Trust Building, Suite 850<br>Pittsburgh, PA 15219-4442 | Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532-3628 |
| Casey Parzych<br>PO Box 173<br>Trumbauersville, PA 18970-0173 | D.J. Whelan & Co.<br>100 S Summit St.<br>Detroit, MI 48209-3286 |
| Classic Services, Inc.<br>248 W. Broad Street<br>Quakertown, PA 18951-1233 | Department of the Treasury<br>Tax and Trade Bureau<br>1310 G St. NW<br>Washington, DC 20005-3000 |
| DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067-0465 |
| Devault Refrigeration<br>731 Wambold Rd.<br>Souderton, PA 18964-2715 | First Western Bank & Trust<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344-5391 |
| Express Employment Professionals<br>19 Jenkins Avenue, Suite 200<br>Lansdale, PA 19446-2559 | Francis E. Stubbs<br>Maria Del Carmen Nuno<br>154 E. Oakland Avenue<br>Doylestown, PA 18901-4611 |
| Foodarom USA, Inc<br>5525 West 1730 South, Suite 202<br>Salt Lake City, UT 84104-4882 | Grain Processing Corp.<br>250 Technology Drive W<br>Clearfield, PA 16830-2663 |
| Good Plumbing, Heating A/C, Inc.<br>737 Hagey Center Dr. D<br>Souderton, PA 18964-2404 | Honda Finance<br>240 Gibraltar Road, # 200<br>Horsham, PA 19044-2343 |
| GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221-3138 |

2

OMC\4848-6305-8942.v2-10/14/21

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA 19101-7346

Keystone Collections
PO Box 559
Irwin, PA 15642-0559

LANE IP Limited
The Forum, First Floor
33 Gutter Lane
London EC2v8AS

McCallion Staffing Specialists
601 A Bethlehem Pike
Montgomeryville, PA 18936-9717

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802-1106

Morrison Container
335 West 194th Street
Glenwood, IL 60425-1501

NYCO Corporation
1073 S County Lind Road #B
Souderton, PA 18964-1028

Norris McLaughlin
515 West Hamilton Street, Suite 502
Allentown, PA 18101-1513

Office of Unemployment Compensation Tax Serv
Commonwealth of Pennsylvania, Dept. of L
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

KorPack
290 Madsen Dr. #101
Bloomingdale, IL 60108-2675

Landis Pallet & Box Co Inc.
P.O. Box 126
East Greenville, PA 18041-0126

Merican Mule LLC
150 The Promenade N
Long Beach, CA 90802-4750

Milford Business Centre LP
2641 Township Line Road
Quakertown, PA 18951

NIC
609 E. King Street
P.O. Box 1985
York, PA 17405-1985

Nationwide
P.O. Box 742522
Cincinnati, OH 45274-2522

OK Kosher Certification
391 Tryo Avenue
Brooklyn, NY 11213-5322

Ore Rentals
699 N West End
Quakertown, PA 18951-4101

Penny Power
202 S. 3rd Street
Coopersburg, PA 18036-2150

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

3

Plantation Candies, Inc.
4224 Old Bethlehem Pike
Telford, PA 18969-1199

Ronald Frank
1675 Glouchester Court
Sewickley, PA 15143-8518

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

TTB - NRC (Revenue Accounting)
550 Main Street, 8th Floor
Cincinnati, OH 45202-3222

The Cincinnati Insurance Company
334 Jefferson Court
Collegeville, PA 19426-2239

Toyota Industries Commercial Finance, Inc.
Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532-3628

Utica National Insurance
180 Genesee Street
New Hartford, NY 13413-2299

Wiggin and Dana, LP
Attn: John Doroghazi
One Century Tower
265 Church Street
New Haven, CT 06510-7004

Scott Cars, Inc.
3333 Lehigh Street
Allentown, PA 18103-7036

Sunteck
125 Sunteck Lane
Cresco, PA 18326-7410

Technical Beverage Services
120 Leesburg Rd.
Telford, TN 37690-2345

Three Hundred Commerce Drive Associates
2641 Township Line Road
Quakertown, PA 18951

Trout Brothers
164 Badman Road
Green Lane, PA 18054-2403

Vanguard/Ascensus
P.O. Box 28067
New York, NY 10087-8067

THEODORE J. ZELLER
Norris McLaughlin
515 West Hamilton Suite 502
Allentown, PA 18101-1513

4

## SERVICE LIST "B"

WILLIAM J. BURNETT on behalf of Debtor Midnight Madness Distilling LLC
william.burnett@flastergreenberg.com; william.burnett@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; jeanne.valentino@flastergreenberg.com

HARRY J. GIACOMETTI on behalf of Debtor Midnight Madness Distilling LLC
harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; giacometti.flastergreenberg@gmail.com; jeanne.valentino@flastergreenberg.com

KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
kevin.p.callahan@usdoj.gov

JULIE A. CALLSEN on behalf of Creditor Berlin Packaging, L.L.C.
julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com; thomas.fawkes@tuckerellis.com

BONNIE B. FINKEL
finkeltrustee@comcast.net, NJ69@ecfcbis.com; Finkeltrustee@comcast.net

HOWARD GERSHMAN on behalf of Creditor PACCAR Financial Corp.
hg229ecf@gmail.com; 229ecf@glpoc.comcastbiz.net

MATTHEW A. HAMERMESH on behalf of Creditor Agtech VI, LLC
mhamermesh@hangley.com, ecffilings@hangley.com; kem@hangley.com; mjl@hangley.com

MATTHEW A. HAMERMESH on behalf of Creditor ETOH Worldwide LLC
mhamermesh@hangley.com, ecffilings@hangley.com; kem@hangley.com; mjl@hangley.com

MEGAN N. HARPER on behalf of Creditor CITY OF PHILADELPHIA
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

JEFFREY KURTZMAN on behalf of Creditor BET Investments
Kurtzman@kurtzmansteady.com

JENNIFER L. MALESKI on behalf of Creditor Bancshares Realty, LLC
jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com; cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com; cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI on behalf of Creditor PNC Equipment Finance, LLC
jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com; cchapman-tomlin@dilworthlaw.com

MICHAEL G. MENKOWITZ on behalf of Anthony Lorubbio

5

mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com

CAROL E. MOMJIAN on behalf of Commonwealth of Pennsylvania Department of Revenue
cmomjian@attorneygeneral.gov

JOEL L. PERRELL on behalf of Creditor Millstone Spirits Group LLC
jperrell@MilesStockbridge.com

EVERETT K. SHEINTOCH on behalf of Creditor Isuzu Finance of America, Inc.
esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

EVERETT K. SHEINTOCH on behalf of Creditor Tokyo Century (USA) Inc.
esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

ANTHONY ST. JOSEPH on behalf of Creditor United States of America on behalf of Alcohol, Tobacco, Tax and Trade Bureau
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov, CaseView.ECF@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

John T. Carrol, III on behalf of Bonnie B. Finkel
jcarroll@cozen.com

6

OMC\4848-6305-8942.v2-10/14/21