## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                            :        CHAPTER 7

MIDNIGHT MADNESS DISTILLING, INC.,
      DEBTOR            :        BANKRUPTCY NO. 21-11750 MDC

## CERTIFICATE OF NO OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS

**Chapter 7 Trustee Bonnie B. Finkel hereby certifies that:**

**1.     On December 2, 2021, the Chapter 7 Trustee in the above matter filed an Application and a Notice of Application to Employ Miller Coffey Tate LLP as Accountants with the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.**

**2.     A copy of the Application and Notice of Application to Employ Miller Coffey Tate LLP as Accountants was sent to all parties in interest by the Trustee's counsel.**

**3.     No answer, objection, other responsive pleading or request for a hearing has been filed with the Clerk of the United States Bankruptcy Court or with the Trustee as of the date of this Certificate.**

**WHEREFORE, the Trustee requests that the Order approving the Trustee's Application to Employ Miller Coffey Tate LLP as Accountants be entered of record.**

          **Respectfully Submitted,**

          ***By:  /s/ Bonnie B. Finkel***
          Bonnie B. Finkel, Esq.
          Chapter 7 Bankruptcy Trustee
          P.O. Box 1710
          Cherry Hill, New Jersey 08034

Date: **December 15, 2021**