IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                              :         CHAPTER 7

MIDNIGHT MADNESS DISTILLING LLC,
     DEBTOR              :         BANKRUPTCY NO. 21-11750 MDC

### PRAECIPE TO WITHDRAW DOCKET ENTRY NO. 233

**TO THE CLERK OF THE COURT:**

Kindly remove docket entry number 233 which was inadvertently entered by the Chapter 7 Trustee with the incorrect name of the Debtor.

Respectfully,

*/s/ Bonnie B. Finkel*

_____

**Bonnie B. Finkel**

**Chapter 7 Trustee**