# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 21-11750 (MDC) |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF
## WM. F. COMLY & SON, INC. FOR COMPENSATION
## FOR SERVICES RENDERED AS MARKETING BROKER

AND NOW, this 17th day of December, 2021, upon consideration of the First and Final Application to Pay Marketing Broker's Fees and Expenses, and after notice and opportunity for hearing, it is

ORDERED that Wm. F. Comly & Son, Inc., marketing broker for the Debtor, is hereby allowed the sum of $46,500.00 as compensation for fees and expenses.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Interested Parties (on the next page)

8551300 v1

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

7

8551300 v1