IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11750 (MDC) |

**ORDER GRANTING APPLICATION OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE
OF THE ESTATE OF MIDNIGHT MADNESS DISTILLING, INC.
FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
<u>MILLER COFFEY TATE LLP AS ACCOUNTANTS</u>**

Upon consideration of the Application of Bonnie B. Finkel, Chapter 7 Trustee (the "<u>Trustee</u>"),[1] to Employ MILLER COFFEY TATE LLP (herein "<u>MCTLLP</u>") as Accountants to the Trustee Nunc Pro Tunc as of November 18, 2021 (the "<u>Application</u>") for the Estate of Midnight Madness Distilling, Inc., the above-captioned Debtor (the "<u>Debtor</u>" or "<u>Estate</u>"), and pursuant to the Declaration of Matthew R. Tomlin, CPA (the "<u>Declaration</u>") in support of the Application; and the Court being satisfied that (i) MCTLLP is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and does not hold or represent any interest adverse to the Estate, (ii) that retention of MCTLLP as accountants for Trustee is necessary and in the best interest of the Estate; (iii) appropriate notice of the Application has been given; and (iv) sufficient cause appears therefore,

IT IS ORDERED THAT:

1. The Application is approved, as set forth herein.

---

[1] Capitalized terms shall have the same meaning ascribed to them in the Application.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Trustee is hereby authorized to employ and retain MCTLLP as accountants to the Trustee, nunc pro tunc as of November 18, 2021.

3. MCTLLP shall file applications and be compensated and reimbursed for expenses in accordance with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

Dated:  December 17, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE