United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 21-11750-mdc

Midnight Madness Distilling LLC                                                Chapter 7

Midnight Madness Distilling LLC

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| db | + | Midnight Madness Distilling LLC, MAILING ADDRESS, PO Box 173, Trumbauersville, PA 18970-0173 |
| aty | + | BONNIE B. FINKEL, Bonnie B. Finkel, P.O. Box 1710, Cherry Hill, NJ 08034-0091 |
| aty | + | JOHN T. CARROLL, III, Cozen O'Connor, One Liberty Place, 1650 Market Street Suite 2800, Philadelphia, PA 19103-7325 |
| aty | + | PATRICIA B. JEFFERSON, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| cr | + | Alcohol & Tobacco Tax & Trade Bureau, Daniel Peralta, Senior Counsel (Field Operations), 1301 Clay Street, Suite 650N, Oakland, CA 94612-5251 |
| cr | + | BET Investments, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Finland Leasing Company, PO Box 116, Quakertown, PA 18951-0116 |
| intp | + | Hoover Materials Handlings Group, Inc., c/o Turner N. Falk, Esq., Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |
| cr | + | Isuzu Finance of America, Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| cr | +++ | Millstone Spirits Group LLC, c/o Joel L. Perrell Jr., Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| sp | + | THEODORE J. ZELLER, Norris McLaughlin, 515 West Hamilton Suite 502, Allentown, PA 18101-1513 |
| cr | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| acc | + | Whisman Giordano & Associates, LLC, 111 Continental Dr., Suite 10, Newark, DE 19713-4330 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 18 2021 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2021 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 18 2021 00:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2021 00:19:48 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 18 2021 00:06:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| NONE | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2021 00:06:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| cr | + | Email/Text: accounts.receivable@uline.com | Dec 18 2021 00:06:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Dec 17, 2021                       Form ID: pdf900                         Total Noticed: 23

53158-3686

br                    Email/Text: auctions@comly.com

                                              Dec 18 2021 00:06:00    Wm. F. Comly & Son, Inc., 1825 E. Boston Street,
                                                                      Philadelphia, PA 19125-1296

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of Alcohol  Tobacco, Tax and Trade Bureau anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BONNIE B. FINKEL | finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| CAROL E. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| EVERETT K. SHEINTOCH | on behalf of Creditor Isuzu Finance of America  Inc. esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com |
| EVERETT K. SHEINTOCH | on behalf of Creditor Tokyo Century (USA) Inc. esheintoch@sheintochlaw.com  ssilenzi@sheintochtodd.com |
| HARRY J. GIACOMETTI | on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com |
| HOWARD GERSHMAN | on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JEFFREY KURTZMAN | on behalf of Creditor BET Investments Kurtzman@kurtzmansteady.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC Equipment Finance  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Creditor Bancshares Realty  LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com |

District/off: 0313-2                                          User: admin                                          Page 3 of 3
Date Rcvd: Dec 17, 2021                                  Form ID: pdf900                                  Total Noticed: 23

JOEL L. PERRELL
on behalf of Creditor Millstone Spirits Group LLC jperrell@MilesStockbridge.com

JOHN T. CARROLL, III
on behalf of Trustee BONNIE B. FINKEL jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

JULIE A. CALLSEN
on behalf of Creditor Berlin Packaging  L.L.C. julie.callsen@tuckerellis.com,
brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW A. HAMERMESH
on behalf of Creditor Agtech VI  LLC mhamermesh@hangley.com,
ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW A. HAMERMESH
on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com
ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL G. MENKOWITZ
on behalf of Anthony Lorubbio mmenkowitz@frof.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

TURNER N. FALK
on behalf of Interested Party Hoover Materials Handlings Group  Inc. turner.falk@obermayer.com,
coleen.schmidt@obermayer.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Accountant Whisman Giordano & Associates  LLC william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Broker Wm. F. Comly & Son  Inc. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 24

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

MIDNIGHT MADNESS DISTILLING, LLC,

Debtor.

CHAPTER 11

CASE NO. 21-11750 (MDC)

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
WM. F. COMLY & SON, INC. FOR COMPENSATION
FOR SERVICES RENDERED AS MARKETING BROKER**

AND NOW, this 17th day of _____December_____, 2021, upon consideration of the First and

Final Application to Pay Marketing Broker's Fees and Expenses, and after notice and

opportunity for hearing, it is

ORDERED that Wm. F. Comly & Son, Inc., marketing broker for the Debtor, is hereby

allowed the sum of $46,500.00 as compensation for fees and expenses.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Interested Parties (on the next page)

8551300 v1

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

7