## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | **Related Doc. No. 231** |

**CERTIFICATE OF SERVICE REGARDING ORDER SCHEDULING EXPEDITED HEARING ON MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE**

I, John T. Carroll, III, Esquire, counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on December 15, 2021 I caused to be served via electronic mail and/or overnight mail a copy of the Order Scheduling Expedited Hearing on Motion of Chapter 7 Trustee for Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease [Docket No. 231] (the "Order") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Order was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case as identified on Exhibit "B".

Dated: December 21, 2021    By:    */s/ John T. Carroll, III*
　　　　　　　　　　　　　　　　　　John T. Carroll, III, Esquire
　　　　　　　　　　　　　　　　　　Eric L. Scherling, Esquire
　　　　　　　　　　　　　　　　　　Cozen O'Connor
　　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　　1650 Market Street
　　　　　　　　　　　　　　　　　　Suite 2800
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　Phone:   (302) 295-2028
　　　　　　　　　　　　　　　　　　Fax No. (215) 701-2140
　　　　　　　　　　　　　　　　　　Email:  jcarroll@cozen.com
　　　　　　　　　　　　　　　　　　escherling@cozen.com

　　　　　　　　　　　　　　　　　　*Counsel to Bonnie B. Finkel,*
　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*