# EXHIBIT "A"

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

Service List:  Order Scheduling Expedited Hearing on Motion of Chapter 7 Trustee for Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease
**[Docket No. 231]**

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034
*Chapter 7 Trustee*
finkeltrustee@comcast.net

Patricia Jefferson, Esquire
Miles & Stockbridge
100 Light Street
Baltimore, MD  21202
*Counsel to Millstone Spirits Group LLC*
pjefferson@milesstockbridge.com

Mike W. Bishop, Esquire
Gray Reed
1601 Elm Street
Suite 4600
Dallas, TX 75201
*Counsel to Hoover Materials Handling Group, Inc.*
mbishop@grayreed.com

Turner N. Falk, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street
Suite 3400
Philadelphia, PA  19102
*Counsel to Hoover Materials Handling Group, Inc.*
turner.falk@obermayer.com

AgTech PA LLC
138 N. Main Street
Trumbauersville, PA 18970
**VIA FEDERAL EXPRESS**

Can Man, LLC
2512 Quakertown Road
Pennsburg, PA 18073
**VIA FEDERAL EXPRESS**

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*
william.burnett@flastergreenberg.com

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*
harry.giacometti@flastergreenberg.com

| | |
|---|---|
| Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>kevin.p.callahan@usdoj.gov | Alcohol & Tobacco Tax & Trade Bureau<br>Daniel Peralta<br>Senior Counsel (Field Operations)<br>1301 Clay Street, Suite 650N<br>Oakland, CA 94612<br>**VIA FEDERAL EXPRESS** |
| Anthony St. Joseph<br>U.S. Attorneys Office EDPA<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106<br>***Counsel to USA Alcohol, Tobacco, Tax Bureau***<br>anthony.stjoseph@usdoj.gov | Ally Bank Department<br>c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave.,<br>Dept. APS<br>Oklahoma City, OK 73118<br>acg.acg.ebn@aisinfo.com |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>**VIA FEDERAL EXPRESS** | Carol E. Momjian, Senior Deputy Atty<br>Commonwealth of Pennsylvania<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103<br>cmomjian@attorneygeneral.gov |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>Dept. 280946<br>Harrisburg, PA 17128-0001<br>RVSVCBICNOTICE1@state.pa.us | |
| Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel for Tokyo Century (USA), Inc.***<br>ddressler@dresslerpeters.com | Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel to Isuzu Finance of America, Inc.***<br>ddressler@dresslerpeters.com |

| | |
|---|---|
| Everett K. Sheintoch, Esquire<br>Sheintoch Law P.C.<br>415 Horsham Road<br>Horsham, PA 19044<br>**Counsel to Isuzu Finance of America, Inc.**<br>**Counsel to Tokyo Century (USA) Inc.**<br>esheintoch@sheintochlaw.com | Finland Leasing Co. Inc.<br>P.O. Box 116<br>Quakertown, PA 18951-0116<br>gary@parzychconstruction.com |
| Howard Gershman, Esquire<br>Gershman Law Offices, PC<br>610 York Road<br>Suite 200<br>Jenkintown, PA 19422<br>**Counsel to PACCAR Financial Corp.**<br>hg229ecf@gmail.com | Matthew Hamermesh, Esquire<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933<br>**Counsel to Agtech VI, LLC**<br>**Counsel to ETOH**<br>mhamermesh@hangley.com |
| Jeffrey Kurtzman, Esquire<br>Kurtzman Steady LLC<br>555 City Avenue<br>Ste 480<br>Bala Cynwyd, PA 19004<br>**Counsel to BET Investments**<br>kurtzman@kurtzmansteady.com | Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403<br>**Counsel to BET Investments**<br>kurtzman@kurtzmansteady.com |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to Bancshares Realty, LLC**<br>jmaleski@dilworthlaw.com | Julie A. Callsen, Esquire<br>Tucker Ellis LLP<br>950 Main Avenue<br>Suite 1100<br>Cleveland, OH 44113-7213<br>**Counsel to Berlin Packaging, L.L.C.**<br>julie.callsen@tuckerellis.com |
| Megan N. Harper, Esquire<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Blvd, 5th Floor<br>Philadelphia, PA 19102-1595<br>**Counsel to City of Philadelphia**<br>megan.harper@phila.gov | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>**Counsel to Anthony Lorubbio**<br>mmenkowitz@frof.com |

| | |
|---|---|
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>***Counsel to PNC Bank/PNC Equip. Finance***<br>jmaleski@dilworthlaw.com | Theodore J. Zeller<br>Norris McLaughlin<br>515 West Hamilton<br>Suite 502<br>Allentown, PA 18101<br>tzeller@norris-law.com |
| Whisman Giordano & Associates, LLC<br>Joseph V. Giordano, President<br>111 Continental Dr.,<br>Suite 10<br>Newark, DE 19713<br>**VIA FEDERAL EXPRESS** | Wm. F. Comly & Son, Inc.<br>1825 E. Boston Street<br>Philadelphia, PA 19125-1296<br>auctions@comly.com |
| Uline Ship Supply<br>700 Uline Way<br>Allentown, PA 18106<br>accounts.receivable@uline.com | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158<br>accounts.receivable@uline.com |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946<br>RVSVCBICNOTICE1@state.pa.us | |