# EXHIBIT "B"

# EXHIBIT "B"

- WILLIAM J. BURNETT on behalf of Debtor Midnight Madness Distilling LLC
  william.burnett@flastergreenberg.com; william.burnett@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; jeanne.valentino@flastergreenberg.com

- HARRY J. GIACOMETTI on behalf of Debtor Midnight Madness Distilling LLC
  harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

- KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
  kevin.p.callahan@usdoj.gov

- JULIE A. CALLSEN on behalf of Creditor Berlin Packaging, L.L.C.
  julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com

- BONNIE B. FINKEL
  finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net

- HOWARD GERSHMAN on behalf of Creditor PACCAR Financial Corp.
  hg229ecf@gmail.com; 229ecf@glpoc.comcastbiz.net

- MATTHEW A. HAMERMESH on behalf of Creditor Agtech VI, LLC
  mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

- MATTHEW A. HAMERMESH on behalf of Creditor ETOH Worldwide LLC
  mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

- MEGAN N. HARPER on behalf of Creditor CITY OF PHILADELPHIA
  megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

- JEFFREY KURTZMAN on behalf of Creditor BET Investments
  Kurtzman@kurtzmansteady.com

- JENNIFER L. MALESKI on behalf of Creditor Bancshares Realty, LLC
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- JENNIFER L. MALESKI on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- JENNIFER L. MALESKI on behalf of Creditor PNC Equipment Finance, LLC
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- MICHAEL G. MENKOWITZ on behalf of Anthony Lorubbio
  mmenkowitz@frof.com,
  brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com

- CAROL E. MOMJIAN on behalf of Commonwealth of Pennsylvania Department of Revenue
  cmomjian@attorneygeneral.gov

- JOEL L. PERRELL on behalf of Creditor Millstone Spirits Group LLC
  jperrell@MilesStockbridge.com

- EVERETT K. SHEINTOCH on behalf of Creditor Isuzu Finance of America, Inc.
  esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

- EVERETT K. SHEINTOCH on behalf of Creditor Tokyo Century (USA) Inc.
  esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

- ANTHONY ST. JOSEPH on behalf of Creditor United States of America on behalf of Alcohol, Tobacco, Tax and Trade Bureau
  anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

- United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

LEGAL\55608524\1 00604.3853.000/532457.000