IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | Related Doc. No. 229, 231 |

**CERTIFICATE OF NO RESPONSE OR OBJECTIONS REGARDING COMBINED MOTION OF CHAPTER 7 TRUSTEE FOR (I) ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE AND (II) EXPEDITED HEARING**

I, John T. Carroll, III, counsel to Bonnie B. Finkel, chapter 7 trustee in the above matter, the ("Trustee"), hereby certifies as follows:

1. On December 13, 2021 a Combined Motion of Chapter 7 Trustee for (I) Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease and (II) Expedited Hearing Thereon was filed [Doc. No. 229] (the "Motion").[1]

2. On December 14, 2021 an Order was entered by the Court Scheduling an Expedited Hearing on the Motion [Doc. No. 231] (the "Expedited Order").

3. Service of the Motion and the Expedited Order was made on the Notice Parties as defined in the Motion.

4. Pursuant to the Expedited Order objections to the Motion were to be filed and served no later than December 20, 2021. The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. The undersigned further certifies I have not received nor, to the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

\55609435\1 00604.3853.000/532457.000

best of the undersigned's knowledge, been served with any answer, response or objections to the Motion.

5.    Accordingly, based on the foregoing the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that the proposed Order as originally filed with the Motion, a copy of which is attached hereto as Exhibit "A", be entered at the earliest convenience of the Court.

Dated: December 21, 2021                          COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
       John T. Carroll, III (PA 34243)
       One Liberty Place
       1650 Market Street
       Suite 2800
       Philadelphia, PA 19103
       (302) 295-2028 Telephone
       (215) 701-2140 Facsimile
       Email: jcarroll@cozen.com

*Counsel to Bonnie B. Finkel, Trustee for the Bankruptcy Estate of Midnight Madness Distilling, Inc.*