**EXHIBIT C**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



# Recovery of Real Property Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-07-2-05 |
| MDJ Name: | Honorable Lisa J. Gaier |
| Address: | 281 California Rd<br>Quakertown, PA 18951-2482 |
| Telephone: | 215-536-9650 |

Finland Leasing Co, Inc
v.
Millstone Spirits Group, LLC

Millstone Spirits Group, LLC
2300 Tmbauersville Rd
Quakertown, PA 18951

Docket No: MJ-07205-LT-0000109-2021
Case Filed: 12/16/2021

Your Role: Defendant

A Recovery of Real Property Hearing has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| Date: **Tuesday, December 28, 2021** | Place: Magisterial District Court 07-2-05, Quakertown<br>281 California Rd<br>Quakertown, PA 18951-2482<br>215-536-9650 |
| Time: **10:45 AM** | |

## Notice To Defendant

A landlord/tenant complaint has been filed against you for the recovery of possession of real property, and or money and damages associated with the above captioned case.

If you have a defense to this complaint, you may present it at the hearing.

If you have a claim against the plaintiff arising out of the occupancy of the premises, which is within the jurisdiction of the magisterial district judge and which you intend to assert at the hearing, you must file it on a complaint form at this office before the time set for the hearing.

If you do not appear at the hearing, a judgment for possession and costs, and for damages and rent if claimed, may nevertheless be entered against you. A judgment against you for possession may result in your eviction from the premises.

December 16, 2021
Date

_Lisa J. Gaier_
Magisterial District Judge Gaier

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS

# LANDLORD/TENANT COMPLAINT

| Mag. Dist. No: 07-2-05 | |
|---|---|
| MDJ Name: Lisa J. Gaier | |
| Address: 281 California Road | |
| Quakertown    PA    18951 | |
| Telephone: (215) 536-9650 | |

**LANDLORD:** NAME and ADDRESS
Finland Leasing Co., Inc.
2300 Trumbauersville Road, P.O. Box 48
Trumbauersville, PA 18970

v.

**TENANT:** NAME and ADDRESS
Millstone Spirits Group, LLC
2300 Trumbauersville Road
Quakertown, PA 18951

Docket No: LT-109-21
Case Filed: 12-16-21

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 180.25 | 12-16-21 |
| POSTAGE | $ 3.50 | 12-16-21 |
| SERVICE COSTS | $ 21.10 | 12-16-21 |
| CONSTABLE ED. | $ 5.00 | 12-16-21 |
| TOTAL | $ | |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

TO THE TENANT: The above named landlord(s) asks judgment together with costs against you for the possession of real property and for:

Lease is ☐ Residential ☑ Nonresidential    Monthly Rent $ 9,750.42    Security Deposit $ 0.00

☐ A determination that the manufactured home and property have been abandoned.
☐ A Request for Determination of Abandonment (Form MDJS 334) must be completed and submitted with this complaint.
☐ Damages for injury to the real property, to wit: _____
    in the amount of:  $ _____

☐ Damages for the unjust detention of the real property in the amount of    $ _____
☑ Rent remaining due and unpaid on filing date in the amount of    $ 25,151.26
☑ And additional rent remaining due and unpaid on hearing date    $ 3,358.71
☐ Attorney fees in the amount of    $ _____

THE LANDLORD FURTHER ALLEGES THAT:    Total: $ 12,000.00

1. The location and the address, if any, of the real property is: **portion of 2300 Trumbauersville Road, Milford Twp.**
2. The party filing the complaint is the landlord of that property.
3. The landlord leased or rented the property to you or to _____ under whom you claim.
4. ☑ Notice to quit was given in accordance with law, or
   ☐ No notice is required under the terms of the lease.
5. ☑ The term for which the property was leased or rented is fully ended, or
   ☐ A forfeiture has resulted by reason of a breach of the conditions of the lease, to wit: _____ or,

   ☑ Rent reserved and due has, upon demand, remained unsatisfied.
6. You retain the real property and refuse to give up to its possession.

I, **Gary Parzych, for Finland Leasing Co., Inc.** verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

I certify this filing complies with the UJS Case Records Public Access Policy.

(Signature of Landlord)

The landlord's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. No. 207.1

IF YOU HAVE A DEFENSE to this complaint you may present it at the hearing. IF YOU HAVE A CLAIM against the landlord arising out of the occupancy of the premises, which is in the magisterial district judge jurisdiction and which you intend to assert at the hearing, YOU MUST FILE it on the complaint form at the office BEFORE THE TIME set for the hearing. IF YOU DO NOT APPEAR AT THE HEARING, a judgment for possession and costs, and for damages and rent if claimed, may nevertheless be entered against you. A judgment against you for possession may result in your EVICTION from the premises.
If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 310A    1    FREE INTERPRETER    www.pacourts.us/language-rights

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



# ENTRY OF APPEARANCE PURSUANT TO PARCPMDJ 207.1(A)

| | |
|---|---|
| Mag. Dist. No: 07-2-05 | |
| MDJ Name: Lisa J. Gaier | |
| Address: 281 California Road | |
| Quakertown   PA   18951 | |
| Telephone: (215) 536-9650 | |

Finland Leasing Co., Inc.
v.

Millstone Spirits Group, LLC

Docket No: LT 109-21
Case Filed: 12-16-21

TO THE MAGISTERIAL DISTRICT COURT:

Please enter my appearance on behalf of   Finland Leasing Co., Inc.
In the above captioned matter.

Attorney Name:   Gavin R. Laboski

Supreme Court of Pennsylvania Attorney Identification Number:  78302

Firm Name:   Laboski Law, PC

Address:   314 West Broad Street, Suite 124

City, ST, Zip:   Quakertown, PA 18951

Telephone Number:   (215) 536-3800

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____   12/2/2021
Signature of Applicant                Date



# Bucks Emergency Rental Assistance (BERA) Program

## Tenants and Landlords Can Apply

Are you having trouble paying rent and/or utilities?
Is there an eviction filed against you?
Are you a landlord seeking assistance for tenant?

### The BERA program may be able to help!

申请 BUCKS 紧急租赁援助 (BERA) 计划

બક્સ ઇમર્જન્સી રેન્ટલ આસિસ્ટન્સ (બેરા) પ્રોગ્રામ માટે અરજી કરો

ПОДАТЬ ЗАЯВКУ НА ПРОГРАММУ ПОМОЩИ В АВАРИЙНОЙ АРЕНДЕ BUCKS (BERA)

SOLICITE EL PROGRAMA DE ASISTENCIA DE ALQUILER DE EMERGENCIA (BERA) DE BUCKS

## Start Your BERA Application Today
## www.buckscounty.org/renthelp
## 888-50-BUCKS

**Additional Resources**
Legal Aid of Southeastern PA: 877-429-5994, www.lasp.org
Bucks County Consumer Protection: 215-348-6060,
consumerprotection@buckscounty.org




Opening Doors—Ending Homelessness

# Notice of Language Rights



Language Access Coordinator
122 E. Court St. Doylestown, PA 18902
215-348-6057
requestaninterpreter@buckscounty.org

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية:** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan/پاکستان:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ/India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.