IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               *

**MIDNIGHT MADNESS DISTILLING, LLC,**    *    Case No. 21-11750-MDC
                                                     Chapter 11
Debtor.                                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING
MOTION OF MILLSTONE SPIRITS GROUP, LLC TO ENFORCE TERMS
OF SALE ORDER AND TERMS OF NON-RESIDENTIAL REAL PROPERTY
<u>LEASE ASSUMED AND ASSIGNED UNDER SALE ORDER</u>

Upon consideration of the Motion of Millstone Spirits Group, LLC to Enforce Terms of Sale Order and Terms of Non-Residential Real Property Lease Assumed and Assigned Under Sale Order (the "Motion"), any response to the Motion, and this Court having found sufficient cause to grant the relief in the Motion, it is hereby

**ORDERED**, that the obligations of Millstone Spirits Group, LLC ("Millstone") under the Warehouse Lease (as defined in, and attached as an exhibit to, the Motion) are limited to the express terms of the Warehouse Lease; and it is further

**ORDERED**, that Millstone's monthly rental obligation is no more than $2,050.00 under the terms of the Warehouse Lease.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

<u>**END OF ORDER**</u>

1