UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 7 |
| | : | |
| **MIDNIGHT MADNESS DISTILLING LLC,** | : | Case No. 21-11750 (MDC) |
| | : | |
| | : | |
| **Debtor.** | : | |

**ORDER GRANTING VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, this __28th__ day of ____December____ 2021, upon consideration of the verified motion of Micheal W. Bishop for admission *pro hac vice* pursuant to L.B.R. 2090-1 (the "Motion"), and it further appearing that good cause exists for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT** the Motion is GRANTED and Micheal W. Bishop is admitted *pro hac vice*.

BY THE COURT

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

1

OMC\4848-6305-8942.v2-10/14/21