**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | * | |
| **MIDNIGHT MADNESS DISTILLING, LLC,** | * | **Case No. 21-11750-MDC** |
| | | **Chapter 11** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF MOTION OF MILLSTONE SPIRITS GROUP, LLC TO
ENFORCE TERMS OF SALE ORDER AND TERMS OF NON-RESIDENTIAL
REAL PROPERTY LEASE ASSUMED AND ASSIGNED UNDER SALE
ORDER, RESPONSE DEADLINE AND HEARING DATE**

Millstone Spirits Group, LLC ("Millstone"), by and through its undersigned counsel, has filed a Motion to Enforce Terms of Sale Order and Terms of Non-Residential Real Property Lease Assumed and Assigned under Sale Order (Dkt. No. 248), which seeks to enforce the terms of the sale order and a non-residential real property lease with Finland Leasing Co., which was assumed by Millstone.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **January 13, 2022, you or your attorney must file a response to the Motion.** (see Instructions on next page).

3. **A hearing on the Motion** is scheduled to be held telephonically on **January 26, 2022, at 11:30 a.m.** before the United States Bankruptcy Court**. The dial in number for the hearing is 877-336-1828, access code 7855846.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. A copy of the Motion was previously mailed to you. A further copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

116939\000001\4870-4423-3224.v1

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

   > U.S. Bankruptcy Court for the Eastern District of Pennsylvania
   > 900 Market Street, Suite 400
   > Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    > Patricia B. Jefferson
    > Miles & Stockbridge P.C.
    > 100 Light Street, 10th Floor
    > Baltimore, Maryland 21202
    > Tel: (410) 385-3406
    > Fax: (410) 698-1354
    > Email: pjefferson@milesstockbridge.com

    and to counsel for the Chapter 7 Trustee at:

    > John T. Carroll, III
    > Cozen O'Connor
    > One Liberty Place
    > 1650 Market Street Suite 2800
    > Philadelphia, PA 19103
    > Tel: (302) 295-2028
    > Fax : (215) 701-2140
    > Email: jcarroll@cozen.com

DATE:  December 29, 2021                Respectfully submitted:

                                        */s/ Joel L. Perrell Jr.*
                                        Joel L. Perrell Jr (PA Bar No. 204803)
                                        Patricia B. Jefferson (*Admitted Pro Hac Vice)*
                                        Miles & Stockbridge P.C.
                                        100 Light Street, 10th Floor
                                        Baltimore, Maryland 21202
                                        Tel: (410) 385-3406
                                        Fax: (410) 698-1354
                                        Email: pjefferson@milesstockbridge.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2021, a true and correct copy of the foregoing Notice of Motion of Millstone Spirits Group, LLC to Enforce Terms of Sale Order and Terms of Non-Residential Real Property Lease Assumed and Assigned Under Sale Order was served via this Court's CM ECF system upon:

- **WILLIAM J. BURNETT**   william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com
- **KEVIN P. CALLAHAN**   kevin.p.callahan@usdoj.gov
- **JULIE A. CALLSEN**   julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com
- **JOHN T. CARROLL**   jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **TURNER N. FALK**   turner.falk@obermayer.com, coleen.schmidt@obermayer.com
- **BONNIE B. FINKEL**   finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
- **HOWARD GERSHMAN**   hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
- **HARRY J. GIACOMETTI**   harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com
- **MATTHEW A. HAMERMESH**   mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com
- **MEGAN N. HARPER**   megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov
- **JEFFREY KURTZMAN**   Kurtzman@kurtzmansteady.com
- **JENNIFER L. MALESKI**   jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com
- **MICHAEL G. MENKOWITZ**   mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
- **CAROL E. MOMJIAN**   cmomjian@attorneygeneral.gov
- **JOEL L. PERRELL**   jperrell@MilesStockbridge.com
- **EVERETT K. SHEINTOCH**   esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com
- **ANTHONY ST. JOSEPH**   anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
- **United States Trustee**   USTPRegion03.PH.ECF@usdoj.gov

and via first class mail, postage prepaid, upon:

Finland Leasing Company
P.O. Box 116
Quakertown, PA 18951

116939\000001\4870-4423-3224.v1

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Miller Coffey Tate LLP
1628 JFK Blvd., Suite 950
Philadelphia, PA 19103

Theodore J. Zeller, Esquire
Norris McLaughlin
515 West Hamilton Suite 502
Allentown, PA 18101

Mike W. Bishop, Esquire
Gray Reed
1601 Elm Street, Suite 4600
Dallas, TX 75201

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

*/s/ Joel L. Perrell, Jr.*
Joel L. Perrell, Jr.

116939\000001\4870-4423-3224.v1