**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11750 (MDC)<br><br>**Hearing Date:**<br>**February 2, 2022 at 10:30 a.m.**<br><br>**Objection Deadline:**<br>**January 26, 2022** |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER
ESTABLISHING CHAPTER 11 ADMINISTRATIVE BAR DATE AND
APPROVING FORM AND MANNER OF NOTICE THEREOF**

Bonnie B. Finkel, Chapter 7 Trustee for the Estate of Midnight Madness Distilling, Inc. has filed a Motion of Chapter 7 Trustee for Order Establishing Chapter 11 Administrative Bar Date and Approving Form and Manner of Notice Thereof (the "Motion") with the court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Application, then on or before **January 26, 2022 (the "Objection Deadline") you or your attorney must file a response to the Motion.** (*See instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held telephonically on **February 2, 2022, at 10:30 a.m. (ET)** before the United States Bankruptcy Court. **The dial in number for the hearing is 877-336-1828, access code 7855846**.

4. **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

6. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed a response.

1

LEGAL\55592543\3 00604.3853.000/532457.000

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

> Clerk
> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> The Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street
> Suite 400
> Philadelphia, PA 19106

9. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> John T. Carroll, III, Esquire
> Eric L. Scherling, Esquire
> Cozen O'Connor
> One Liberty Place
> 1650 Market Street
> Suite 2800
> Philadelphia, PA  19103
> Phone:  (302) 295-2028
> Fax No. (215)701-2140
> Email:  jcarroll@cozen.com
> Email:  escherling@cozen.com

Dated:  January 6, 2022