**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | Related Doc. No. 253, 254 |

**CERTIFICATE OF SERVICE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER ESTABLISHING CHAPTER 11 ADMINISTRATIVE BAR DATE AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

I, John T. Carroll, III, Esquire, counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on January 6, 2022 I caused to be served via U.S. First Class Mail a copy of the Motion of Chapter 7 Trustee for Order Establishing Chapter 11 Administrative Bar Date and Approving Form and Manner of Notice Thereof [Docket Nos. 253/254] (the "Motion") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Motion was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case as identified on Exhibit "B".

Dated:  January 6, 2022          By:     */s/ John T. Carroll, III*
                                          John T. Carroll, III, Esquire
                                          Eric L. Scherling, Esquire
                                          Cozen O'Connor
                                          One Liberty Place
                                          1650 Market Street
                                          Suite 2800
                                          Philadelphia, PA  19103
                                          Phone:   (302) 295-2028
                                          Fax No. (215) 701-2140
                                          Email:  jcarroll@cozen.com
                                          Email:  escherling@cozen.com

                                          *Counsel to Bonnie B. Finkel,*
                                          *Chapter 7 Trustee*

# EXHIBIT "A"

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

**Service List: Motion of Chapter 7 Trustee for Order Establishing Chapter 11 Administrative Bar Date and Approving form and Manner of Notice Thereof [Docket No. 253/254]**

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034
*Chapter 7 Trustee*

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Custom House
200 Chestnut Street
Suite 500
Philadelphia, PA 19106

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

Anthony St. Joseph
U.S. Attorneys Office EDPA
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Counsel to USA Alcohol, Tobacco, Tax Bureau*

Ally Bank Department
AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Andrew W. Bonekemper, Esquire
Fox Rothschild, LLP
10 Sentry Parkway
Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001

Anthony Lorubbio
3014 Franklin Blvd
Upper Unit
Cleveland, OH 44113

| | |
|---|---|
| Berks Plant Design & Maintenance<br>150 Birch Hill Road<br>Shoemakersville, PA 19555 | Bouder Mechanical Services, Inc.<br>1930 N Eden Road<br>Lancaster, PA 17601 |
| Brian A. Berkley, Esq<br>Fox Rothschild, LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, PA 19422-3001 | Carol E. Momjian, Senior Deputy Atty<br>Commonwealth of Pennsylvania<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121 | Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel to Isuzu Finance of America, Inc.*** |
| Dennis A. Dressler<br>Dressler & Peters, LLC<br>70 W. Hubbard Street, Ste 200<br>Chicago, IL 60654<br>***Counsel for Tokyo Century (USA), Inc.*** | Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220 |
| ETOH Worldwide LLC<br>c/o XO Energy<br>6501 Red Hook Plaza<br>Suite 201<br>St. Thomas, VI 00802 | Everett K. Sheintoch, Esquire<br>Sheintoch Law P.C.<br>415 Horsham Road<br>Horsham, PA 19044<br>***Counsel to Isuzu Finance of America, Inc.***<br>***Counsel to Tokyo Century (USA) Inc.*** |

| | |
|---|---|
| Express Employment Professionals<br>106 Centre Boulevard<br>Suite 1<br>Marlton, NJ 08053 | Finland Leasing Co. Inc.<br>P.O. Box 116<br>Quakertown, PA 18951-0116 |
| Howard Gershman, Esquire<br>Gershman Law Offices, PC<br>610 York Road<br>Suite 200<br>Jenkintown, PA 19422<br>**Counsel to PACCAR Financial Corp.** | Jeffrey Kurtzman, Esquire<br>Kurtzman/Steady, LLC<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08403<br>**Counsel to BET Investments** |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to Bancshares Realty, LLC** | Julie A. Callsen, Esquire<br>Tucker Ellis LLP<br>950 Main Avenue<br>Suite 1100<br>Cleveland, OH 44113-7213<br>**Counsel to Berlin Packaging, L.L.C.** |
| Matthew Hamermesch, Esquire<br>Hangley Aronshick Segal Pudlin Schiller<br>One Logan Squire<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933<br>**Counsel to Agtech VI, LLC**<br>**Counsel to ETOH** | McMaster-Carr Supply Co<br>P.O. Box 5285<br>Princeton, NJ 08543-5282 |
| Megan N. Harper, Esquire<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Blvd, 5th Floor<br>Philadelphia, PA 19102-1595<br>**Counsel to City of Philadelphia** | Michael G. Menkowitz, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>**Counsel to Anthony Lorubbio** |

| | |
|---|---|
| Millstone Spirits Group LLC<br>c/o Joel L. Perrell Jr., Esquire<br>Patricia B. Jefferson, Esquire<br>Miles & Stockbridge P.C.<br>100 Light St., 10th Fl.<br>Baltimore, MD 21202 | NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17403 |
| Office of Chief Counsel<br>Pennsylvania Liquor Control Board<br>401 Northwest Office Building<br>Harrisburg, PA 17124-0001 | Office of the Secretary of State<br>302 North Office Building,<br>401 North Street<br>Harrisburg, PA 17120 |
| PA Department of Revenue<br>PO Box 280427<br>Harrisburg PA 17128-0427 | Pennsylvania Treasury Department<br>613 North Street<br>Harrisburg, PA 17120 |
| Jennifer L. Maleski, Esquire<br>Dilworth Paxson<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102<br>**Counsel to PNC Bank/PNC Equip. Finance** | Tokyo Century (USA) Inc.<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>70 W. Hubbard St.<br>Ste. 200<br>Chicago, IL 60654 |
| The Cincinnati Insurance Company<br>P.O. Box 3496<br>Allentown, PA 18106 | Agtech VI, LLC<br>c/o XO Energy<br>6501 Red Hook Plaza<br>Suite 201<br>St. Thomas, VI 00802 |

Whisman Giordano & Associates, LLC
111 Continental Dr.,
Suite 10
Newark, DE 19713

Wm. F. Comly & Son, Inc.
1825 E. Boston Street
Philadelphia, PA 19125-1296

Theodore J. Zeller
Norris McLaughlin
515 West Hamilton
Suite 502
Allentown, PA 18101

**CREDITORS APPEARING ON THE DEBTOR'S FILED LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1101

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802

PNC Bank NA
500 First Avenue
Pittsburgh, PA 15219

American Express
P.O. Box 650448
Dallas, TX 75265

Department of the Treasury
Tax and Trade Bureau
1310 G St. NW
Washington, DC 20005

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza
Suite 120
St Thomas, VI 00802

Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221

Merican Mule LLC
150 The Promenade N
Long Beach, CA 90802

Berlin Packing, LLC
525 West Monroe Street
14 Floor
Chicago, IL 60661

Express Employment Professionals
19 Jenkins Avenue
Suite 200
Lansdale, PA 19446

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

ETOH Worldwide LLC
6115 Estate Smith Bay
East End Plaza
Suite 120
St Thomas, VI 00802

Classic Services, Inc.
248 W. Broad Street
Quakertown, PA 18951

Foodarom USA, Inc
5525 West 1730 South
Suite 202
Salt Lake City, UT 84104

Ore Rentals
699 N West End
Quakertown, PA 18951

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA 19101-7346

Sunteck
125 Sunteck Lane
Cresco, PA 18326

# EXHIBIT "B"

- WILLIAM J. BURNETT on behalf of Debtor Midnight Madness Distilling LLC
  william.burnett@flastergreenberg.com; william.burnett@ecf.inforuptcy.com;
  jennifer.vagnozzi@flastergreenberg.com; jeanne.valentino@flastergreenberg.com

- HARRY J. GIACOMETTI on behalf of Debtor Midnight Madness Distilling LLC
  harry.giacometti@flastergreenberg.com,
  harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

- KEVIN P. CALLAHAN on behalf of U.S. Trustee United States Trustee
  kevin.p.callahan@usdoj.gov

- JULIE A. CALLSEN on behalf of Creditor Berlin Packaging, L.L.C.
  julie.callsen@tuckerellis.com,
  brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com

- BONNIE B. FINKEL
  finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net

- HOWARD GERSHMAN on behalf of Creditor PACCAR Financial Corp.
  hg229ecf@gmail.com; 229ecf@glpoc.comcastbiz.net

- MATTHEW A. HAMERMESH on behalf of Creditor Agtech VI, LLC
  mhamermesh@hangley.com,
  ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

- MATTHEW A. HAMERMESH on behalf of Creditor ETOH Worldwide LLC
  mhamermesh@hangley.com,
  ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

- MEGAN N. HARPER on behalf of Creditor CITY OF PHILADELPHIA
  megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

- JEFFREY KURTZMAN on behalf of Creditor BET Investments
  Kurtzman@kurtzmansteady.com

- JENNIFER L. MALESKI on behalf of Creditor Bancshares Realty, LLC
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- JENNIFER L. MALESKI on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- JENNIFER L. MALESKI on behalf of Creditor PNC Equipment Finance, LLC
  jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

- MICHAEL G. MENKOWITZ on behalf of Anthony Lorubbio
  mmenkowitz@frof.com,
  brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com

- CAROL E. MOMJIAN on behalf of Commonwealth of Pennsylvania Department of Revenue
  cmomjian@attorneygeneral.gov

- JOEL L. PERRELL on behalf of Creditor Millstone Spirits Group LLC
  jperrell@MilesStockbridge.com

- EVERETT K. SHEINTOCH on behalf of Creditor Isuzu Finance of America, Inc.
  esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

- EVERETT K. SHEINTOCH on behalf of Creditor Tokyo Century (USA) Inc.
  esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

- ANTHONY ST. JOSEPH on behalf of Creditor United States of America on behalf of Alcohol, Tobacco, Tax and Trade Bureau
  anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

- United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov