IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MIDNIGHT MADNESS DISTILLING, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-11750 (MDC) <br><br> Related Doc. No. 229, 231 |

**ORDER GRANTING COMBINED MOTION OF CHAPTER 7 TRUSTEE FOR
(I) ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF UNEXPIRED LEASE AND
(II) EXPEDITED HEARING THEREON**

Upon consideration of the Combined Motion of Bonnie B. Finkel, Chapter 7 Trustee, for (I) Entry of an Order Authorizing the Assumption and Assignment of Unexpired Lease and (II) Expedited Hearing Thereon (the "Motion") [1], any response to the Motion, and this Court having found sufficient cause to grant the relief in the Motion, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Trustee is authorized to assume and assign the Lease to Millstone effective as of December 1, 2021 on the terms and conditions set forth in the Motion, which are hereby approved; and it is further

**ORDERED**, that the Allowed Chapter 11 Administrative Claim is hereby approved and allowed, and with the exception of the Allowed Chapter 11 Administrative Claim, any and all claims Hoover has or may have against the Debtor, the Estate and the Trustee related to or arising from the Lease are hereby deemed waived and released; and it is further

**ORDERED**, that the Estate shall pay the Allowed Chapter 11 Administrative Claim within three business days after entry of this Order, from funds Millstone left in the Debtor-In-Possession account; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

116939\000001\4891-9122-2790.v1

**ORDERED**, that Millstone shall pay Hoover the sum of $15,000 as a cure amount of the Debtor's defaults under the Lease pursuant to 11 U.S.C. § 365(b) within three business days after entry of this Order; and it is further

**ORDERED**, that the fourteen (14) day stay pursuant to Rule 6004(g) of the Bankruptcy Rules is hereby deemed **WAIVED**.

Dated: _____ January 12 , 2022

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**END OF ORDER**