**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | (converted from chapter 11) |
| Midnight Madness Distilling, Inc. | : | Case No. 21-11750 (MDC) |
| Debtor | : | |

**ORDER**

AND NOW, this ___ day of _____, 2022, upon Millstone Spirits Group, LLC's Motion to Enforce Terms of Sale Order and Terms of Non-Residential Real Property Lease Assumed and Assigned Under Sale Order and the Objection of Finland Leasing, Inc thereto, it is hereby ORDERED and DECREED that said Motion is DENIED.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge