IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | Related Doc. No. 253, 254 |

**CERTIFICATE OF NO RESPONSE OR OBJECTIONS
REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER ESTABLISHING
CHAPTER 11 ADMINISTRATIVE BAR DATE AND APPROVING FORM AND
MANNER OF NOTICE THEREOF**

I, John T. Carroll, III, counsel to Bonnie B. Finkel, chapter 7 trustee in the above matter, the ("Trustee"), hereby certifies as follows:

1. On January 6, 2022 the Trustee by the Trustee's undersigned counsel filed the *Motion of Chapter 7 Trustee for Order Establishing Chapter 11 Administrative Bar Date and Approving Form and Manner of Notice Thereof* [Doc. No. 253] (the "Motion").[1]

2. Service of the Motion was made on the Notice Parties as defined in the Motion.

3. Pursuant to the Notice of Motion [Doc. No. 254] objections to the Motion were to be filed and served no later than January 26, 2022. The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon as having been filed. The undersigned further certifies I have not received nor, to the best of the undersigned's knowledge, been served with any answer, response or objections to the Motion.

4. Accordingly, based on the foregoing the undersigned certifies that the Motion is uncontested.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

\56099790\1 00604.3853.000/532457.000

WHEREFORE, the undersigned respectfully requests that the proposed Order as originally filed with the Motion, a copy of which is attached hereto as Exhibit "A", be entered at the earliest convenience of the Court.

Dated: January 27, 2022                                COZEN O'CONNOR

                                                By:    */s/ John T. Carroll, III*
                                                       John T. Carroll, III (PA 34243)
                                                       One Liberty Place
                                                       1650 Market Street
                                                       Suite 2800
                                                       Philadelphia, PA 19103
                                                       (302) 295-2028 Telephone
                                                       (215) 701-2140 Facsimile
                                                       Email: jcarroll@cozen.com

                                                       *Counsel to Bonnie B. Finkel, Trustee for the Bankruptcy Estate of Midnight Madness Distilling, Inc.*

\56099790\1 00604.3853.000/532457.000