United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 21-11750-mdc
Midnight Madness Distilling LLC                           Chapter 7
Midnight Madness Distilling LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                         Page 1 of 3
Date Rcvd: Feb 04, 2022                  Form ID: pdf900                Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++       Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Midnight Madness Distilling LLC, MAILING ADDRESS, PO Box 173, Trumbauersville, PA 18970-0173 |
| db | | Midnight Madness Distilling LLC, 118 N. Main Street, Trumbauersville, PA 18970 |
| aty | + | JOHN T. CARROLL, III, Cozen O'Connor, One Liberty Place, 1650 Market Street Suite 2800, Philadelphia, PA 19103-7325 |
| aty | + | MICHAEL W. BISHOP, 1601 Elm St., Suite 4600, Dallas, TX 75201-7212 |
| aty | + | PATRICIA B. JEFFERSON, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| cr | + | Alcohol & Tobacco Tax & Trade Bureau, Daniel Peralta, Senior Counsel (Field Operations), 1301 Clay Street, Suite 650N, Oakland, CA 94612-5251 |
| cr | + | BET Investments, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Finland Leasing Company, PO Box 116, Quakertown, PA 18951-0116 |
| intp | + | Hoover Materials Handlings Group, Inc., c/o Turner N. Falk, Esq., Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |
| cr | + | Isuzu Finance of America, Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| acc | + | Miller Coffey Tate LLP, 1628 JFK Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| cr | +++ | Millstone Spirits Group LLC, c/o Joel L. Perrell Jr., Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202-1153 |
| sp | + | THEODORE J. ZELLER, Norris McLaughlin, 515 West Hamilton Suite 502, Allentown, PA 18101-1513 |
| cr | + | Tokyo Century (USA) Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200 Chicago, IL 60654-5677 |
| acc | + | Whisman Giordano & Associates, LLC, 111 Continental Dr., Suite 10, Newark, DE 19713-4330 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2022 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2022 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2022 23:47:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: megan.harper@phila.gov | Feb 04 2022 23:39:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| NONE | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 23:39:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Feb 04, 2022 | Form ID: pdf900 | | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: accounts.receivable@uline.com | Feb 04 2022 23:39:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| br | | Email/Text: auctions@comly.com | Feb 04 2022 23:39:00 | Wm. F. Comly & Son, Inc., 1825 E. Boston Street, Philadelphia, PA 19125-1296 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

**Name** | **Email Address**

ANTHONY ST. JOSEPH
on behalf of Creditor United States of America on behalf of Alcohol Tobacco, Tax and Trade Bureau anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BONNIE B. FINKEL
finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net

CAROL E. MOMJIAN
on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

DAVID B. SMITH
on behalf of Creditor Finland Leasing Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

EVERETT K. SHEINTOCH
on behalf of Creditor Isuzu Finance of America Inc. esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com

EVERETT K. SHEINTOCH
on behalf of Creditor Tokyo Century (USA) Inc. esheintoch@sheintochlaw.com ssilenzi@sheintochtodd.com

HARRY J. GIACOMETTI
on behalf of Debtor Midnight Madness Distilling LLC harry.giacometti@flastergreenberg.com harry.giacometti@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;giacometti.flastergreenberg@gmail.com;jeanne.valentino@flastergreenberg.com

HOWARD GERSHMAN
on behalf of Creditor PACCAR Financial Corp. hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JEFFREY KURTZMAN
on behalf of Creditor BET Investments Kurtzman@kurtzmansteady.com

JENNIFER L. MALESKI
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

JENNIFER L. MALESKI
on behalf of Creditor PNC Equipment Finance LLC jmaleski@dilworthlaw.com,

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: pdf900 | Total Noticed: 24 |

mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

**JENNIFER L. MALESKI**

on behalf of Creditor Bancshares Realty LLC jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com

**JOEL L. PERRELL**

on behalf of Creditor Millstone Spirits Group LLC jperrell@MilesStockbridge.com

**JOHN T. CARROLL, III**

on behalf of Trustee BONNIE B. FINKEL jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

**JULIE A. CALLSEN**

on behalf of Creditor Berlin Packaging L.L.C. julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com;thomas.fawkes@tuckerellis.com

**KEVIN P. CALLAHAN**

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**MATTHEW A. HAMERMESH**

on behalf of Creditor Agtech VI LLC mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

**MATTHEW A. HAMERMESH**

on behalf of Creditor ETOH Worldwide LLC mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

**MEGAN N. HARPER**

on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

**MICHAEL G. MENKOWITZ**

on behalf of Anthony Lorubbio mmenkowitz@frof.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

**TURNER N. FALK**

on behalf of Interested Party Hoover Materials Handlings Group Inc. turner.falk@obermayer.com, coleen.schmidt@obermayer.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM J. BURNETT**

on behalf of Debtor Midnight Madness Distilling LLC william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

**WILLIAM J. BURNETT**

on behalf of Accountant Whisman Giordano & Associates LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

**WILLIAM J. BURNETT**

on behalf of Broker Wm. F. Comly & Son Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11750 (MDC) |

### ORDER ESTABLISHING CHAPTER 11 ADMINISTRATIVE BAR DATE AND APPROVING FORM AND MANNER OF NOTICE THEREOF

Upon the motion of the Bonnie B. Finkel, in her capacity as the Chapter 7 trustee for the estate of the above-captioned Debtor (the "Trustee"), for an order (a) fixing a bar date for filing requests for payment, or applications for compensation and reimbursement of expenses, with respect to Chapter 11 administrative claims; and (b) approving the form and sufficiency of notice of the bar date for filing request for payment of administrative claims (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(7); and the Court having determined that the relief requested in the Motion is in the best interest of the Estate, creditors and other parties in interest; and it appearing that due notice of the Motion has been given to the Notice Parties and that no further notice need be given; and sufficient cause appearing therefor, it is hereby ORDERED that:

    1.    The Motion is GRANTED.

    2.    All requests for payment, or applications for compensation and reimbursement of expenses, for Chapter 11 Administrative Claims, other than those expressly excluded from such requirement under paragraph 3 of this Order, shall be filed in this Court in writing in accordance

---

[1] Capitalized terms shall have the meanings set forth in the Motion unless otherwise defined herein.

LEGAL\55630404\2 00604.3853.000/532457.000

with section 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9013 on or before **MARCH 5, 2022** (the "Chapter 11 Administrative Bar Date"), and served on counsel for the Trustee, Eric L. Scherling, Esq. at Cozen O'Connor, 1650 Market Street, Suite 2800, Philadelphia, PA 19103. All Chapter 11 Administrative Claims not filed and served on or before the Chapter 11 Administrative Bar Date shall be forever barred, and the holder of any such Chapter 11 Administrative Claim shall be forever estopped and enjoined, from asserting such Chapter 11 Administrative Claim against the Estate or receiving a distribution or payment on account of such Chapter 11 Administrative Claim from the Estate.

3.  The following persons and entities may, but are not required to, file and serve requests for payment, or applications for compensation and reimbursement of expenses, with respect to Chapter 11 Administrative Claims:

>   (a) Any person who, or entity which, has already filed with the Court a proper request for payment, or application for compensation and reimbursement of expenses, for its entire Chapter 11 Administrative Claim in the Chapter 11 Case or this Chapter 7 Case; and
>
>   (b) Any person or entity whose entire Chapter 11 Administrative Claim has been allowed by order of this Court;

4.  Within five (5) business days of the date of this Order, the Trustee or her designee shall make service by mailing a copy of this Order via first class mail to (i) the Office of the United States Trustee, (ii) all creditors with claims appearing on the claims docket of the Court in the above-captioned case, (iii) all creditors listed in Schedules D, E and F of the Debtor's bankruptcy schedules, (iv) all creditors and parties to executory leases and contracts listed in

Schedule G of the Debtor's bankruptcy schedules, and (v) all parties having filed a request for notice and service of papers pursuant to Federal Rule of Bankruptcy Procedure 2002.

5. Service of this Order upon the parties identified in paragraph 4 above shall constitute good and sufficient notice of the Chapter 11 Administrative Bar Date upon all parties in interest. No further or other notice need be provided.

Dated: <u>          February 3</u>, 2022

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**<u>END OF ORDER</u>**