**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | **Related Doc. No. 262** |

**CERTIFICATE OF SERVICE REGARDING**
**ORDER ESTABLISHING CHAPTER 11 ADMINISTRATIVE BAR DATE AND**
**APPROVING FORM AND MANNER OF NOTICE THEREOF**

I, John T. Carroll, III, Esquire, counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on February 4, 2022 I caused to be served via U.S. First Class Mail a copy of the *Order Establishing Chapter 11 Administrative Bar Date and Approving Form and Manner of Notice Thereof* [Docket No. 262] (the "Order") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Order was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case as identified on Exhibit "B".

Dated: February 8, 2022   By:   */s/ John T. Carroll, III*
John T. Carroll, III, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA  19103
Phone:  (302) 295-2028
Fax No. (215) 701-2140
Email:  jcarroll@cozen.com

*Counsel to Bonnie B. Finkel,*
*Chapter 7 Trustee*

LEGAL\56308153\1 00604.3853.000/532457.000