# EXHIBIT "A"

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

**2002 Service Parties**
**Schedules, D, E, F, & G**
**Parties Having Filed a Proof of Claim**

 **Service:  Chapter 11 Administrative Bar Date Order**
 **[Doc. No. 262]**

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034
*Chapter 7 Trustee*

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
*Counsel to the Debtor*

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Custom House
200 Chestnut Street
Suite 500
Philadelphia, PA 19106

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

Anthony St. Joseph
U.S. Attorneys Office EDPA
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Counsel to USA Alcohol, Tobacco, Tax Bureau*

Ally Bank Department
AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Andrew W. Bonekemper, Esquire
Fox Rothschild, LLP
10 Sentry Parkway
Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001

Anthony Lorubbio
3014 Franklin Blvd
Upper Unit
Cleveland, OH 44113

Berks Plant Design & Maintenance
150 Birch Hill Road
Shoemakersville, PA 19555

Bouder Mechanical Services, Inc.
1930 N Eden Road
Lancaster, PA 17601

Brian A. Berkley, Esq
Fox Rothschild, LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001

Carol E. Momjian, Senior Deputy Atty
Commonwealth of Pennsylvania
Office of Attorney General
The Phoenix Building
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

Dennis A. Dressler
Dressler & Peters, LLC
70 W. Hubbard Street, Ste 200
Chicago, IL 60654
***Counsel to  Isuzu Finance of America, Inc.***

Dennis A. Dressler
Dressler & Peters, LLC
70 W. Hubbard Street, Ste 200
Chicago, IL 60654
***Counsel for Tokyo Century (USA), Inc.***

Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

ETOH Worldwide LLC
c/o XO Energy
6501 Red Hook Plaza
Suite 201
St. Thomas, VI 00802

Everett K. Sheintoch, Esquire
Sheintoch Law P.C.
415 Horsham Road
Horsham, PA 19044
***Counsel to  Isuzu Finance of America, Inc.***
***Counsel to  Tokyo Century (USA) Inc.***

Express Employment Professionals
106 Centre Boulevard
Suite 1
Marlton, NJ 08053

Finland Leasing Co. Inc.
P.O. Box 116
Quakertown, PA 18951-0116

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road
Suite 200
Jenkintown, PA 19422
**Counsel to PACCAR Financial Corp.**

Jeffrey Kurtzman, Esquire
Kurtzman/Steady, LLC
101 N. Washington Ave., Suite 4A
Margate, NJ 08403
**Counsel to BET Investments**

Jennifer L. Maleski, Esquire
Dilworth Paxson
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
**Counsel to Bancshares Realty, LLC**

Julie A. Callsen, Esquire
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
**Counsel to Berlin Packaging, L.L.C.**

Matthew Hamermesch, Esquire
Hangley Aronshick Segal Pudlin Schiller
One Logan Squire
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933
**Counsel to Agtech VI, LLC**
**Counsel to ETOH**

McMaster-Carr Supply Co
P.O. Box 5285
Princeton, NJ 08543-5282

Megan N. Harper, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595
**Counsel to City of Philadelphia**

Michael G. Menkowitz, Esq.
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
**Counsel to Anthony Lorubbio**

Millstone Spirits Group LLC
c/o Joel L. Perrell Jr., Esquire
Patricia B. Jefferson, Esquire
Miles & Stockbridge P.C.
100 Light St., 10th Fl.
Baltimore, MD 21202

NIC
609 E. King Street
P.O. Box 1985
York, PA 17403

Office of Chief Counsel
Pennsylvania Liquor Control Board
401 Northwest Office Building
Harrisburg, PA 17124-0001

Office of the Secretary of State
302 North Office Building,
401 North Street
Harrisburg, PA 17120

PA Department of Revenue
PO Box 280427
Harrisburg PA 17128-0427

Pennsylvania Treasury Department
613 North Street
Harrisburg, PA 17120

Jennifer L. Maleski, Esquire
Dilworth Paxson
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
**Counsel to PNC Bank/PNC Equip. Finance**

Tokyo Century (USA) Inc.
c/o Dennis A. Dressler
Dressler Peters, LLC
70 W. Hubbard St.
Ste. 200
Chicago, IL 60654

The Cincinnati Insurance Company
P.O. Box 3496
Allentown, PA 18106

Agtech VI, LLC
c/o XO Energy
6501 Red Hook Plaza
Suite 201
St. Thomas, VI 00802

Whisman Giordano & Associates, LLC
Attn:  Joseph V. Giordano, President
111 Continental Drive
Suite 10
Newark, DE 19713

Wm. F. Comly & Son, Inc.
Attn:  James W. Comly, VP
1825 E. Boston Street
Philadelphia, PA 19125-1296

Theodore J. Zeller
Norris McLaughlin P.A.
515 West Hamilton
Suite 502
Allentown, PA 18101

Turner N. Falk, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West,
Suite 3400
1500 Market Street
Philadelphia, PA 19102
*Counsel to Hoover Materials Handlings Group, Inc.*

Micheal W. Bishop
Gray Reed LLP
1601 Elm St.,
Suite 4600
Dallas, TX 75201
*Counsel to Hoover Materials Handlings Group, Inc.*

Matthew R. Tomlin
Miller Coffey Tate LLP
1628 JFK Blvd.
Suite 950
Philadelphia, PA  19103

**SCHEDULE "D" PARTIES:**

Ally Bank
6985 Union Park Center
Midvale, UT  84047

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

Francis E. Stubbs
Maria Del Carmen Nuno
154 E. Oakland Avenue
Doylestown, PA  18901

Honda Finance
240 Gibraltar Road
#200
Horsham, PA  19044

Isuzu Finance of America
2500 Westchester Avenue
Suite 312
Purchase, NY 10577-2578

PACCAR Financial
240 Gibraltar Road
#200
Horsham, PA  19044

PNC Bank NA
500 First Avenue
Pittsburgh, PA 15219

PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1101

Toyota Industries Commercial Finance
1999 Bryan Street
Suite 900
Dallas, TX 75201

**SCHEDULES "E" PARTIES**

Department of the Treasury
Tax and Trade Bureau
1310 G St. NW
Washington, DC  20005

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA  19101-7346

Keystone Collections
PO Box 559
Irwin, PA  15642

Pennsylvania Department of Revenue
Department 280946
Attn:  Bankruptcy Division
Harrisburg, PA  17128-0946

**SCHEDULES "F" PARTIES**

ACCU Staffing SVCS
308 W. Main Street
Lansdale, PA 19446

Aftek, Inc.
740 Driving Park Avenue
Rochester, NY 14613-0000

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St. Thomas, VI  00802

Albatrans, Inc.
149-10 183rd Street
Jamaica, NY 11413

American Express
P.O. Box 650448
Dallas, TX 75265

American Supply Company
2411 N. American Street
Philadelphia, PA 19133

BDS Souderton
3443 Bethlehem Pike
Souderton, PA 18964

Bergey's Commercial Tire Centers
3161 Penn Avenue
Hatfield, PA 19440

Berkley Insurance Co.
475 Steamboat Road
Floor 1
Greenwich, CT 06830

Berlin Packaging, LLC
525 West Monroe Street
14th Floor
Chicago, IL 60661-0000

Betsy Moyer Taxes
105 Chestnut Drive
Quakertown, PA 18951

Blank Rome LLP
501 Grant Street
Union Trust Building
Suite 850
Pittsburgh, PA 15219

Bouder Mechanical Services, Inc.
67 Cooper Ave.
Landisville, PA  17538

Capital One
PO Box 30285
Salt Lake City,UT 84130-0287

Catskill Marketing, LLC
10 North Street
Middletown, NY 10940

Classic Staffing Services, Inc.
248 W Broad Street
Quakertown, PA 18951

D.J. Whelan & Co.
100 S. Summit Street
Detroit, MI 48209

Devault Refrigeration
731 Wambold Road
Souderton, PA 18964

Dutch Valley Food Dist
P.O. Box 465
Myerstown, PA 17067

ETOH Worldwide LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St. Thomas, VI  00802

Express Employment Professionals
19 Jenkins Avenue
Suite 200
Lansdale, PA  19446

Foodarom
5525 West 1730 South
Suite 202
Salt Lake City, UT 84104-0000

Good Plumbing, Heating, Air Conditioning, Inc.
737 Hagey Center Dr. d
Souderton, PA 18964

Grain Processing Corp.
250 Technology Drive W
Clearfield, PA 16830

Greenwood Associates, Inc.
6280 W. Howard Street
Niles, IL 60714

Hoover Materials Handling Group
33 W Higgins Road
Ste 3000 South
Barrington, IL 60010

Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221

KorPack
290 Madsen Dr #101
Bloomingdale, IL 60108

Labelworx
51 Runway Road
Levittown, PA 19057

Landis Pallet & Box Co Inc.
P.O. Box 126
East Greenville, PA 18041

Lane IP Limited
The Forum, First Floor
St. Paul's 33 Gutter Lane
London EC2V 8AS

McCallion Staffing Specialists
601 A Bethlehem Pike
Montgomeryville, PA 18936

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

Merican Mule LLC
150 The Promenade North
Unit 425
Long Beach, CA 90802

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802

Morrison Container
335 West 194th Street
Glenwood, IL  60425

Nationwide Insurance
P.O. Box 742522
Cincinnati, Ohio 45274-2522

Norris McLaughlin
515 West Hamilton Street
Suite 502
Allentown, PA 18101

North Industrial Chemicals
608 E. King Street
P.O. Box 1985
York, PA  17403

NYCO Corporation
1073 S County Line Road #B
Souderton, PA 18964

O-1 Packaging Solutions, LLC
One Michael Owens Way Plaza 2
Perrysburg, OH 43551

OK Kosher Certification
391 Troy Avenue
Brooklyn, NY 11213

Ore Rentals
699 N West End
Quakertown, PA 18951

Penny Power
202 S 3rd Street
Coopersburg, PA 18036

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

Roberts Oxygen Company
614 Westtown Road #C
West Chester, PA 19382

Ronald Frank
1675 Glouchester Court
Sewickley, PA 15143

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

Sunteck
125 Sunteck Lane
Cresco, PA 18326

Technical Beverage Services
120 Leesburg Road
Telford, TN 37690

The Cincinnati Insurance Company
334 Jefferson Ct.
Trappe, PA 19426

Trout Brothers
164 Badman Road
Green Lane PA 18054

Uline Ship Supply
700 Uline Way
Allentown, PA 18106

Uline
Attn: Sara Johnson
12575 Uline Drive
Pleasant Prairie, WI 53158

UPS
258 N. West End Blvd.
Quakertown, PA 18951

Utica National Insurance
180 Genesee Street
New Hartford, NY 13413

Vanguard/Ascensus
P.O. Box 28067
New York, NY 10087

**SCHEDULE "G" PARTIES:**

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St Thomas, VI 00802

Altek Business Systems, Inc.
300 Emien Way
Telford, PA 18969

Church Street Beverage LLC
39 Church Street
Suite 3A
New Haven, CT 06510

Craft Beer Guild Distributing of NY, LLC
1214 South Putt Corners
New Paltz, NY 12561

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

DPG Management LLC
1425 West Schaumburg Road
# 123
Schaumburg, IL 60194

ETOH Worldwide LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St Thomas, VI 00802

Finland Leasing
2300 Trumbauersville Road
Quakertown, PA 18951

Hoover Materials Handling Group
33 W Higgins Road
Ste 3000 South
Barrington, IL 60010

Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221

Isuzu Finance of America
2500 Westchester Avenue
Suite 312
Purchase, NY 10577-2578

LACO Technologies, Inc.
1418 Bloomingdale Road
Queenstown, MD 21658

Merican Mule LLC
150 The Promenade N
Long Beach, CA 90802

Milford Business Centre LP
2641 Township Line Road
Quakertown, PA 18951

OK Kosher Certification
391 Tryo Avenue
Brooklyn, NY 11213

Plantation Candies, Inc.
4224 Old Bethlehem Pike
Telford, PA 18969

Que Onda Beverage, Inc.
853 Broadway
Suite 905
New York, NY 10003

Scott Cars, Inc.
3333 Lehigh Street
Allentown, PA 18103

SMG
300 Four Falls Corporate Center
300 Conshohocken State Road
Conshohocken, PA 19428

SmuttyNose Brewing Company
105 Towle Farm Road
Hampton, NH 03842

Three Hundred Commerce Drive Associates
2641 Township Line Road
Quakertown, PA 18951

TJ Sheehan Distributing Inc.
225 Commerce Blvd
Liverpool, NY 13088

Tri-Valley Beverage Inc.
4925 Route 233
Westmoreland, NY 13490

UB Distributors, LLC
1213-1217 Grand Street
Brooklyn, NY 11211

Yard Ramps, Inc.
19818 W. West Shore Drive
Mundelein, IL 60060

Iron Heart Canning Company, LLC
c/o Wiggin and Dana, LP
Attn: John Doroghazi
One Century Tower
265 Church Street
New Haven, CT 06510

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road,
STE 300
Malvern, Pa 19355
***Counsel to Finland Leasing Company***

**SERVICE LIST:   CREDITORS HAVING FILED A PROOF OF
CLAIM**

PNC Bank, National Association
c/o Gary A. Best, Vice President
1600 Market Street
F2-F070-22-8
Philadelphia, PA 19103

Uline
12575 Uline Drive
Pleasant Prairie WI 5315

Toyota Industries Commercial Finance, Inc.
Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

Technical Beverage Services
120 Leesburg Rd.
Telford, TN 37690

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA 19101-7346

City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bancshares Realty LLC
c/o Jennifer L. Maleski, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Pennsylvania Department of Revenue (ADMINISTRATIVE)
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

Isuzu Finance Of America, Inc.
c/o Dennis A. Dressler, Esquire
Dressler & Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago,IL 60654

Tokyo Century (USA) Inc.
c/o Dennis A. Dressler, Esquire
Dressler & Peters, LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654

Ally Bank c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Advance Acceptance
100 Prairie CTR DR.
Eden Prairie, MN 55344

Alcohol and Tobacco Tax and Trade Bureau
United States Department of the Treasury
c/o Daniel Peralta - TTB Counsel Field O
1301 Clay Street, Suite 650N
Oakland CA 94612

United States of America
The Alcohol and Tobacco Tax and Trade Bu
Department of Treasury
550 Main Street - 8th Floor
Cincinnati, OH 45202

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
P.O. Box 609
Cedar Rapids, IA 52406

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

Dutch Valley Food Dist
P.O. Box 465
Myerstown, PA 17067

NYCO Corporation
1073 S County Lind Road #B
Souderton, PA 18964

D.J. Whelan & Co.
100 S Summit St.
Detroit, MI 48209

United States of America
The Alcohol and Tobacco Tax and Trade Bu
Department of Treasury
550 Main Street - 8th Floor
Cincinnati, OH 45202

North Industrial Chemicals (NIC)
609 E King Street
PO Box 1985
York, PA 17405

U. S. Trustee (ADMINISTRATIVE)
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Sunteck Transport Co., LLC
4500 Salisbury Road
Suite 305
Jacksonville, FL 32216