### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Midnight Madness Distilling LLC

        Debtor(s)

Case No: 21−11750−mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Trial (zoom) RESCHEDULED
Motion for Allowance of Expense Reimbursement and to Compel Payment Filed by ETOH Worldwide LLC Represented by MATTHEW A. HAMERMESH

on: 4/29/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Date:  3/1/22