IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | * | |
| **MIDNIGHT MADNESS DISTILLING, LLC,** | * | Case No. 21-11750-MDC<br>Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING, IN PART, AND DENYING, IN PART MOTION OF MILLSTONE SPIRITS GROUP, LLC TO ENFORCE TERMS OF SALE ORDER AND TERMS OF NON-RESIDENTIAL REAL PROPERTY LEASE ASSUMED AND ASSIGNED UNDER SALE ORDER

Upon consideration of the Motion of Millstone Spirits Group, LLC to Enforce Terms of Sale Order and Terms of Non-Residential Real Property Lease Assumed and Assigned Under Sale Order (the "Motion"), the response to the Motion filed by Finland Leasing, Inc., and this Court having held a hearing on the Motion on January 26, 2022, it is hereby

**ORDERED**, that this Court's consideration of its jurisdiction over any disputes between Millstone Spirits Group, LLC and Finland Leasing, Inc. arising from or related to (a) the period prior to September 30, 2021; and/or (b) the monthly rental obligation due to Finland Leasing, Inc. under the Lease (the "Monthly Rent") be stayed pending further order of this Court; and it is further

**ORDERED**, that this Court shall not exercise jurisdiction over any disputes between Millstone Spirits Group, LLC and Finland Leasing, Inc. arising from the period beginning on or after September 30, 2021 other than the Monthly Rent; and it is further

**ORDERED**, that the Court shall hold a status conference on this matter on March 30, 2022 at 11:30 a.m.

1

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**END OF ORDER**

116939\000001\4894-0772-2756.v1