IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | |

**ORDER AUTHORIZING THE TRUSTEE TO PAY THE DEBTOR'S MARKETING BROKER, WM. F. COMLY & SON, INC., APPROVED COMPENSATION FROM SALE PROCEEDS**

Upon the motion of the Bonnie B. Finkel, in her capacity as the Chapter 7 trustee (the "Trustee") for the estate of the above-captioned Debtor, for an order authorizing the Trustee to pay the Approved Comly Compensation to Comly from the Sale Proceeds (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(7); and it appearing that due notice of the Motion has been given to the Notice Parties and that no further notice need be given; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

---

[1] Capitalized terms shall have the meanings set forth in the Motion unless otherwise defined herein.

1

LEGAL\57364935\2 00604.3853.000/532457.000

2.  The Trustee is hereby authorized to pay the Approved Comly Compensation in the amount of $46,500.00 to Comly from the Sale Proceeds.

Dated: _____, 2022

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**END OF ORDER**