**EXHIBIT A**

# Invoice

**Faber Distilling**

Faber Distilling
Po Box 173

| Date | Invoice # |
|---|---|
| 9/15/2021 | 261365 |

| E-mail | Web Site |
|---|---|
| kelly@theoandopp.com | www.theobaldandoppenheimer.com |

| Customer's Contact | Customer Phone |
|---|---|
| | |

**Ship To**

Onda
853 Broadway, Suite 905
New York, NY 10003

| Terms | Rep | Delivery Day | Truck | Preferred Delivery Time |
|---|---|---|---|---|
| Net 30 | | | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 15,407 | Blending & Pack... | Blending and Packing of 15407 cases from September 1-15 | | 4.75 | 73,183.25 |
| 11,000 | Trays | *5 pallets of trays replacing V1 Onda Trays | | 0.60 | 6,600.00 |

| | |
|---|---|
| **Total** | $79,783.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $79,783.25 |