## Jefferson, Patricia B.

| | |
|---|---|
| **From:** | Taryd Makal - IronClad <taryd.makal@drinkonda.com> |
| **Sent:** | Wednesday, December 29, 2021 9:56 AM |
| **To:** | Max Dworin; Jefferson, Patricia B. |
| **Cc:** | Onda Accounting; Devon Ponds |
| **Subject:** | [EXTERNAL] Re: Midnight Madness - Que Onda Beverage (Church Street) |

**EXTERNAL**

Hi Max and Patricia. I can confirm that the only bill outstanding on our books is invoice 261377. Below are the payment confirmations for the other two invoices. Please let me know if you need anything else.

**OTHER**  **PROCESSED**

## USD 193,890.02 Other to Faber Distilling

PAYMENT OUT # P21092801 - 1737053

| PROCESS DATE | ARRIVAL DATE | TOTAL PAYMENT AMOUNT |
|---|---|---|
| 09/28/21 | Not applicable - offline payment | USD 193,890.02 |
| **PAID FROM** | **MEMO** | **TOTAL VENDOR CREDITS APPLIED** |
| -- | # 261323 | USD 0.00 |
| **ACCOUNT** | | |
| Chase Checking 9312 | | |

| | | |
|---|---|---|
| 09/28 | Online ACH Payment 5304490943 To Midnight Madness Distilling LLC (_######1541) | 100,000.00 |
| 09/29 | Online ACH Payment 5304492872 To Midnight Madness Distilling LLC (_######1541) | 93,890.02 |

1

**EPAYMENT**  **CLEARED**

## USD 79,783.25 ePayment to Faber Distilling

PAYMENT OUT # P21101201 - 5559961

| | | |
|---|---|---|
| **PROCESS DATE** | **ARRIVAL DATE** | **TOTAL PAYMENT AMOUNT** |
| 10/13/21 | 10/18/21 | USD 79,783.25 |
| **PAID FROM** | **MEMO** | **TOTAL VENDOR CREDITS APPLIED** |
| Chase*****9312 | Inv #261365 | USD 0.00 |
| **ACCOUNT** | | |
| Bill.com Money Out Clearing | | |
| **REFERENCE ID** | | |
| 016CDTRVU1Z916O | | |

Warm Regards,

Taryd Makal

---

**From:** Max Dworin <max@drinkonda.com>
**Sent:** Tuesday, December 28, 2021 4:10 PM
**To:** pjefferson@milesstockbridge.com <pjefferson@milesstockbridge.com>
**Cc:** Onda Accounting <accounting@drinkonda.com>; Devon Ponds <devon@go-ironclad.com>
**Subject:** FW: Midnight Madness - Que Onda Beverage (Church Street)

Patricia,

Thank you for this. I am adding in our accounting team – Devon, Rodney, and Taryd.

I believe the only bill we have not paid here is 261377, but I will let them confirm.

Should we be working directly with you to sort this through?

Best,
Max

P.S. Aaron Barker is on BCC here just for awareness that we connected.