**EXHIBIT C**

## Jefferson, Patricia B.

| | |
|---|---|
| **From:** | Maleski, Jennifer L. <jmaleski@dilworthlaw.com> |
| **Sent:** | Wednesday, December 29, 2021 2:14 PM |
| **To:** | Jefferson, Patricia B. |
| **Subject:** | [EXTERNAL] Re: Outstanding Invoices - Midnight Madness |

**EXTERNAL**

Hi Patti,

I have the bank statements and was able to confirm that a wire transfer posted on 10/18 for $79,783.25 from Que Onda Beverage.

Bonnie also has the statements so her accountants can confirm.

Hope you had a great holiday!

Jennifer L. Maleski | Dilworth Paxson LLP | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7263 | Fax: (215) 575-7200 | jmaleski@dilworthlaw.com | www.dilworthlaw.com

On Dec 29, 2021, at 1:27 PM, Jefferson, Patricia B. <pjefferson@milesstockbridge.com> wrote:


Jen,
Hope you had a great holiday!

Are you able to confirm with PNC whether the DIP Account received an additional $79,783.25 after 10/12 that wasn't part of the DIP Account balance below? It looks like one of the vendors, whose AR we thought was still outstanding, says they initiated a wire to the DIP Account on 10/13, that arrived on 10/18, in the amount of $79,783.25. I'm trying to figure out if we already received that money, or if it went to bonnie.

Thanks!
Patti

<http://www.mslaw.com/>
<image001.png>



Patricia Jefferson

Miles & Stockbridge

direct: +1 (410) 385-3406 | cell: +1 (443) 520-4133


For COVID-19 information and resources, please visit our Coronavirus Task Force page<https://www.mslaw.com/coronavirus-task-force>.