IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | |
| **MIDNIGHT MADNESS DISTILLING, LLC,** | * | Case No. 21-11750-MDC |
| | * | Chapter 11 |
| Debtor. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF MILLSTONE SPIRITS GROUP, LLC FOR ORDER
AUTHORIZING CHAPTER 7 TRUSTEE TO TURNOVER PROCEEDS OF
CERTAIN <u>ACCOUNTS RECEIVABLE SOLD PURSUANT TO SALE ORDER</u>**

Upon consideration of the motion of Millstone Spirits Group, LLC ("Millstone") for an order authorizing Bonnie B. Finkel, the Chapter 7 Trustee in the above-captioned case, to turnover to Millstone the proceeds of certain accounts receivable (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334, and that this matter is a core matter pursuant to 28 U.S.C. § 157; and it appearing that due notice of the Motion has been given to the Notice Parties and that no further notice need be given; and sufficient cause appearing therefor, it is hereby Ordered that

1. The Motion is GRANTED;

---

[1] Capitalized terms shall have the meanings set forth in the Motion unless otherwise defined herein.

2. The Trustee is hereby authorized to pay the proceeds of the Onda Receivable in the amount of $79,783.25 to Millstone.

Dated: _____June 3\_\_, 2022

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE