# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Midnight Madness Distilling LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11750-mdc |

## CONSENT ORDER RESOLVING ECF 211

AND NOW, this 27th day of July 2022, upon consideration of the Motion of ETOH Worldwide, LLC ("ETOH") and AgTech VI, LLC for Allowance of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) (ECF 211, the "Lease Payment Motion"); after notice and opportunity for a hearing thereon; and the parties having advised the Court that they have resolved all disputes relating to the Expense Reimbursement as set forth in a Settlement Agreement and Mutual Release dated as of July 20, 2022 (the "Settlement Agreement"), it is hereby ORDERED that:

1. The Lease Payment Motion is granted to the extent provided herein.

2. ETOH is allowed an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $58,364.64.

3. AGVI is allowed an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $319,331.52.

4. Millstone Spirits, LLC shall pay ETOH and AGVI the amounts set forth in the Settlement Agreement by the deadlines provided therein; provided, however, that if Millstone fails to make any of the payments specified in the Settlement Agreement by

the deadlines set forth therein, ETOH and AGVI may immediately enforce the full amount of the administrative claims allowed herein.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge