**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Midnight Madness Distilling LLC,** | : | **Case No. 21-11750-mdc** |
| **Debtor.** | : | |

**CONSENT ORDER RESOLVING ECF 187**

AND NOW, this 27th day of July 2022, upon consideration of the Motion of ETOH Worldwide, LLC ("ETOH") for Allowance of Expense Reimbursement and to Compel Payment (ECF 187, the "Expense Reimbursement Motion"); after notice and opportunity for a hearing thereon; and the parties having advised the Court that they have resolved all disputes relating to the Expense Reimbursement as set forth in a Settlement Agreement and Mutual Release dated as of July 20, 2022 (the "Settlement Agreement"), it is hereby ORDERED that:

1.     The Expense Reimbursement Motion is granted to the extent provided herein.

2.     The Expense Reimbursement (as defined in the Expensed Reimbursement Motion) is allowed in the amount of $75,000.

3.     Millstone Spirits, LLC shall pay ETOH the allowed amount of the Expense Reimbursement in accordance with the terms of the Settlement Agreement.

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge