# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| MIDNIGHT MADNESS DISTILLING LLC, | : | Case No. 21-11750 (MDC) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under Local Bankruptcy Rule 2091-1, the undersigned notifies the Court that Edmond M. George, Esq. will be substituted as attorney of record for Hoover Materials Handling Group, Inc. in the above-captioned case.

Date: November 10, 2022         /s/ Turner N. Falk
                                Signature of Withdrawing Attorney


Date: November 10, 2022         /s/ Edmond M. George
                                Signature of Entering Attorney

4894-4004-2302 v1