# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MIDNIGHT MADNESS DISTILLING LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11750 (MDC) |

**ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS**

Upon the motion of the Bonnie B. Finkel, in her capacity as the Chapter 7 trustee (the "Trustee") for the estate of the above-captioned Debtor, for an order pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 directing the production of documents from American Express National Bank (the "Motion")[1]; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(7); and it appearing that due notice of the Motion has been given to the relevant parties and that no further notice need be given; and sufficient cause appearing therefor, it is hereby ORDERED that:

1.   The Motion is GRANTED.

2.   AmEx shall be, and hereby is, directed to produce all documents and information within AmEx's possession, custody, or control that are responsive to the categories set forth in Exhibit B to the Motion (the "Document Requests") following the entry of this Order.  AmEx shall be, and hereby is, further directed to complete the production of documents and information in full compliance with the Document Requests no later than seven (7) calendar days after the

---

[1] Capitalized terms shall have the meanings set forth in the Motion unless otherwise defined herein.

1

date a hearing was held on the Motion or, if no hearing was held, then seven (7) calendar days after the entry of this Order.

3. Nothing in this Order shall be deemed to limit or restrict the Trustee's right to seek further discovery, including but not limited to other or additional examinations under Bankruptcy Rule 2004.

4. The Trustee is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2023

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**END OF ORDER**

LEGAL\62400709\2 6043853/00532457