**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | Related Doc. No. 304, 305 |

**CERTIFICATE OF SERVICE REGARDING**
**MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER PURSUANT TO**
**BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1 DIRECTING**
**THE PRODUCTION OF DOCUMENTS**

I, Marla S. Benedek, counsel to Bonnie B. Finkel, Chapter 7 Trustee do hereby certify that on April 14, 2023 I caused to be served via U.S. First Class Mail a copy of the *Notice of Motion* [Doc. No. 305] *and Motion of Chapter 7 Trustee for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents* [Doc. No. 304] (collectively, the "Motion") upon the parties identified on the service list attached hereto as Exhibit "A".

I further certify notice of filing of the Motion was received by way of electronic service via a Notice of Electronic filing through the Court's CM/ECF System to all registered CM/ECF users appearing in this case.

Dated: April 14, 2023               By:     */s/ Marla S. Benedek*
                                                    Marla S. Benedek, Esquire
                                                    Cozen O'Connor
                                                    One Liberty Place
                                                    1650 Market Street, Suite 2800
                                                    Philadelphia, PA  19103
                                                    Phone:  (302) 295-2000
                                                    Email:  mbenedek@cozen.com

                                                    *Counsel to Bonnie B. Finkel,*
                                                    *Chapter 7 Trustee*

LEGAL\62971251\1

# EXHIBIT "A"

LEGAL\62971251\1

**Midnight Madness Distilling LLC**
**Case No. 21-11750 (MDC)**

**Service List:**
**[Doc. No. 304] 2004 Motion American Express**
**[Doc. No. 305] Notice of Motion**

| | |
|---|---|
| Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034<br>***Chapter 7 Trustee*** | Natalie M. McGhee, Esquire<br>Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355<br>***Counsel to American Express*** |
| American Express/DATAMARK<br>Attn:  Subpoena Compliance<br>43 Butterfield Circle<br>El Paso, TX  79906 | Law Enforcement/Government Agency Subpoenas<br>Attn: American Express<br>Subpoena Response Unit (SRU)<br>43 Butterfield Circle<br>El Paso, TX 79906 |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103<br>***Counsel to the Debtor*** | Harry J. Giacometti, Esquire<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103<br>***Counsel to the Debtor*** |
| Kevin P. Callahan, Esquire<br>Office of the U.S. Trustee<br>Custom House<br>200 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19106 | |