**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, LLC | Case No. 21-11750 (MDC) |
| Debtor. | |

**ORDER PURSUANT TO 11 U.S.C. §§ 327(e) & 328 AUTHORIZING
EMPLOYMENT AND RETENTION OF COREN & RESS, P.C. AS SPECIAL
LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE TO PURSUE LITIGATION
CLAIMS EFFECTIVE AS OF MARCH 10, 2023**

Upon the Application of the Chapter 7 Trustee for an Order Authorizing the Retention and Employment of Coren & Ress, P.C. as Special Counsel to Pursue Litigation Claims (the "Application");[1] and upon consideration of the Coren Declaration; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and this Court having found that venue of the Chapter 7 Case and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that due and sufficient notice of the Application has been given under the particular circumstances and that no other or further notice of the Application need be given; and this Court having found and determined that the relief sought in the Application is in the best interest of the Debtor, the estate, its creditors, and all other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Application.

62749303\1 6043853\00532457

## IT IS HEREBY ORDERED THAT:

1.      The Application is APPROVED effective as of March 10, 2023, as set forth herein.

2.      Pursuant to sections 327(e) and 328 of the Bankruptcy Code, the Trustee is authorized to employ and retain C&R as special litigation counsel to the Trustee pursuant to the terms and conditions set forth in the Fee Agreement attached to the Application and the terms of compensation set forth in the Fee Agreement are hereby preapproved under 11 U.S.C. Section 328(a).

3.      Compensation to be paid to C&R for services to be rendered to the Trustee, plus reimbursement of disbursements incurred in connection with the services provided to the Trustee as set forth in the Fee Agreement shall be determined by this Court upon appropriate application therefore in accordance with Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and Orders of this Court.

4.      The Trustee is authorized and empowered to take all actions necessary or appropriate to implement the relief granted herein.

5.      Notice of the Application shall be deemed good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

6.      In the event of an inconsistency between the Application, the Fee Agreement, and this Order, this Order shall govern.

62749303\1 6043853/00532457

7.     This Court retains jurisdiction with respect to all matters arising from or related

to the Application or the implementation of this Order.


Dated:   April 21, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

62749303\1 6043853/00532457