IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 21-11750-MDC |
|---|---|---|
|  | : |  |
| MIDNIGHT MADNESS DISTILLING, LLC | : | Chapter 11 |
|  | : |  |
| Debtor | : |  |

## WITHDRAWAL AND NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Carol E. Momjian, Senior Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list

Kindly enter the appearance of Christopher R. Momjian, Senior Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Christopher R. Momjian.

MICHELLE A. HENRY
ATTORNEY GENERAL

| WITHDRAWAL | ENTRY |
|---|---|
| BY: /s/ Carol E. Momjian | BY: /s/ Christopher R. Momjian |
| Carol E. Momjian | Christopher R. Momjian |
| Senior Deputy Attorney General | Senior Deputy Attorney General |
| PA Attorney No. 49219 | PA Attorney No. 57482 |
| Office of Attorney General | Office of Attorney General |
| 1600 Arch Street, Suite 300 | 1600 Arch Street, Suite 300 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (215) 560-2128 | Tel: (215) 560-2424 |
| Fax: (717) 772-4526 | Fax: (717) 772-4526 |
| Email: cmomjian@attorneygeneral.gov | Email: crmomjian@attorneygeneral.gov |

DATED: August 2, 2023