**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 21-11750-MDC |
| | : | |
| MIDNIGHT MADNESS | : | Chapter 11 |
| DISTILLING, LLC | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that *Withdrawal and Notice of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

**MICHELLE A. HENRY**
**ATTORNEY GENERAL**

DATED:    August 2, 2023          BY:    /s/ Christopher R. Momjian
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA I.D. No. 57482
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov