# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## ORDER DIRECTING THE TRUSTEE TO PAY FLASTER/GREENBERG P.C. APPROVED COMPENSATION

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion for an Order Directing the Chapter 7 Trustee to Pay Flaster/Greenberg P.C. Approved Compensation (the "Motion"); and after notice and opportunity for hearing, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Chapter 7 Trustee is authorized and directed to immediately pay $30,000 to Flaster/Greenberg P.C. pursuant to this prior Court's Order authorizing such payment entered on December 17, 2021 [Docket No. 237].

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

10616932 v1