**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of August, 2023, I caused a true and correct copy of the foregoing Motion of Flaster/Greenberg P.C. for an Order Directing the Trustee to Pay Approved Compensation to be served via ECF to parties entitled to electronic notice and regular first-class mail, postage prepaid, upon the parties on the attached list.

Dated: August 15, 2023                    /s/ *Jennifer Vagnozzi*
                                          Jennifer Vagnozzi, Paralegal

10621559 v1

Label Matrix for local noticing
0313-2
Case 21-11750-mdc
Eastern District of Pennsylvania
Philadelphia
Tue Jun 22 11:58:40 EDT 2021

Midnight Madness Distilling LLC
118 N. Main Street
Trumbauersville, PA 18970

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Aftek, Inc.
740 Driving Park Ave.
Rochester, NY 14613-1578

Agtech VI, LLC
6115 Estate Smith Bay
East End Plaza  Suite 120
St Thomas, VI 00802-1324

Albatrans, Inc.
149-10 183rd Street
Springfield Gardens, NY 11413-4035

Ally
6985 Union Park Center
Midvale, UT 84047-4177

Altek Business Systems, Inc.
300 Emien Way
Telford, PA 18969-1722

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Supply Company
2411 N. American Street
Philadelphia, PA 19133-3431

Anthony Lorubbio
3014 Franklin Blvd
Upper Unit
Cleveland, OH 44113-2920

BDS Souderton
3443 Bethlehem Pike
Souderton, PA 18964-1031

Bergey's Commercial Tire Centers
3161 Penn Avneue
Hatfield, PA 19440-1728

Berkley Insurance Co.
475 Steamboat Rd.
Floor 1
Greenwich, CT 06830-7144

Berlin Packing, LLC
525 West Monroe Street
14 Floor
Chicago, IL 60661

Betsy Moyer Taxes
105 Chestnut Drive
Quakertown, PA 18951-2288

Blank Rome
501 Grant Street
Union Trust Building
Suite 850
Pittsburgh, PA 15219-4442

Bouder Mechanical Services, Inc.
67 Cooper Ave.
Landisville, PA 17538

Casey Parzych
PO Box 173
Trumbauersville, PA 18970-0173

Classic Services, Inc.
248 W. Broad Street
Quakertown, PA 18951-1233

D.J. Whelan & Co.
100 S Summit St.
Detroit, MI 48209-3286

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Department of the Treasury
Tax and Trade Bureau
1310 G St. NW
Washington, DC 20005-3000

Devault Refrigeration
731 Wambold Rd.
Souderton, PA 18964-2715

Dutch Valley Food Dist
P.O. Box 465
Myerstown, PA 17067-0465

ETOH Worldwide LLC
6115 Estate Smith Bay
East End Plaza Suite 120
St Thomas, VI 00802-1324

Express Employment Professionals
19 Jenkins Avenue
Suite 200
Lansdale, PA 19446-2559

Finland Leasing
2300 Trumbauersville Road
Quakertown, PA 18951

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344-5391

Foodarom USA, Inc
5525 West 1730 South
Suite 202
Salt Lake City, UT 84104-4882

Francis E. Stubbs
Maria Del Carmen Nuno
154 E. Oakland Avenue
Doylestown, PA 18901-4611

Good Plumbing Heating A/C Inc.
737 Hagey Center Dr. D
Souderton, PA 18964-2404

Grain Processing Corp.
250 Technology Drive W
Clearfield, PA 16830-2663


Honda Finance
240 Gibraltar Road
# 200
Horsham, PA 19044-2343

Hoover Materials Handling Group
33 W. Higgins Road
Suite 3000
Barrington, IL 60010-9354

Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA 19101-7346


Iron Heart Canning Company, LLC
7130 Golden Ring Road
Essex, MD 21221-3138

Isuzu Finance of America
2500 Westchester Avenue
Suite 312
Purchase, NY 10577-2578

Keystone Collections
PO Box 559
Irwin, PA 15642-0559


KorPack
290 Madsen Dr. #101
Bloomingdale, IL 60108-2675

Landis Pallet & Box Co Inc.
P.O. Box 126
East Greenville, PA 18041-0126

McCallion Staffing Specialists
601 A Bethlehem Pike
Montgomeryville, PA 18936-9717


Merican Mule LLC
150 The Promenade N
Long Beach, CA 90802-4750

Mike Boyer
4406 Lowell Road
Wilmington, DE 19802-1106

Milford Business Centre LP
2641 Township Line Road
Quakertown, PA 18951


Morrison Container
335 West 194th Street
Glenwood, IL 60425-1501

NIC
609 E. King Street
P.O. Box 1985
York, PA 17405-1985

NYCO Corporation
1073 S County Lind Road #B
Souderton, PA 18964-1028


Nationwide
P.O. Box 742522
Cincinnati, OH 45274-2522

Norris McLaughlin
515 West Hamilton Street
Suite 502
Allentown, PA 18101-1513

OK Kosher Certification
391 Tryo Avenue
Brooklyn, NY 11213-5322


Ore Rentals
699 N West End
Quakertown, PA 18951-4101

(p)PACCAR FINANCIAL CORP
P O BOX 1518
BELLEVUE WA 98009-1518

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982


PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1100

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Penny Power
202 S. 3rd Street
Coopersburg, PA 18036-2150


Plantation Candies, Inc.
4224 Old Bethlehem Pike
Telford, PA 18969-1199

Polebridge
118 N. Main Street
Trumbauersville, PA 18970

Ronald Frank
1675 Glouchester Court
Sewickley, PA 15143-8518

Scott Cars, Inc.
3333 Lehigh Street
Allentown, PA 18103-7036

Soiree Partners
3401 Liberty Avenue
Pittsburgh, PA 15201-1322

Sunteck
125 Sunteck Lane
Cresco, PA 18326-7410

Technical Beverage Services
120 Leesburg Rd.
Telford, TN 37690-2345

The Cincinnati Insurance Company
334 Jefferson Court
Collegeville, PA 19426-2239

Three Hundred Commerce Drive Associates
2641 Township Line Road
Quakertown, PA 18951

Toyota Industries Commercial Finance
1999 Bryan Street
Suite 900
Dallas, TX 75201-3140

Trout Brothers
164 Badman Road
Green Lane, PA 18054-2403

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

United States trustee for Region 3
c/o Kevin P. Callahan, Trial Attorney
Office of the United States trustee
200 Chestnut Street, Suite 502
Philadelphia, Pa 19106-2908

Utica National Insurance
180 Genesee Street
New Hartford, NY 13413-2299

Vanguard/Ascensus
P.O. Box 28067
New York, NY 10087-8067

Wiggin and Dana, LP
Attn: John Doroghazi
One Century Tower
265 Church Street
New Haven, CT 06510-7004

HARRY J. GIACOMETTI
Flaster/Greenberg, P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103-2913

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

PACCAR Financial
240 Gibraltar Road
# 200
Horsham, PA 19044

(d)PACCAR Financial
240 Gibraltar Road
#200
Horsham, PA 19044

PNC Bank NA
500 First Avenue
Pittsburgh, PA 15219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Agtech VI, LLC

(u)ETOH Worldwide LLC

(u)PNC BANK, NATIONAL ASSOCIATION

(u)PNC Equipment Finance, LLC

(u)LANE IP Limited
The Forum, First Floor
33 Gutter Lane
London EC2v8AS

(u)SEE ATTACHED LIST

End of Label Matrix
Mailable recipients    73
Bypassed recipients     6
Total                  79