# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

On August 15, 2023, the Motion of Flaster/Greenberg P.C. for an Order Directing the Trustee to Pay Approved Compensation (the "Motion") was filed.

If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **September 6, 2023**, you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:
Office of the Clerk
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorneys:
William J. Burnett, Esquire
Harry J. Giacometti, Esquire
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Phone: 215-279-9383

2. If you or your attorney do not take the steps described in the above paragraphs and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A telephonic hearing on the Motion is scheduled to be held before the Honorable Chief Judge Magdeline D. Coleman on **Wednesday, September 13, 2023 at 10:30 a.m. The DIAL IN NUMBER IS 877-336-1828 - Access Code 7855846.**

10621559 v1

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**FLASTER/GREENBERG P.C.**

Dated: August 15, 2023      By: */s/ William J. Burnett*
      William J. Burnett, Esquire
      Harry J. Giacometti, Esquire
      1717 Arch Street, Suite 3300
      Philadelphia, PA 19103
      Telephone 215-279-9383
      Facsimile 215-279-9394