# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| MIDNIGHT MADNESS DISTILLING LLC, | CASE NO. 21-11750 (MDC) |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of August, 2023, I caused a true and correct copy of the foregoing Motion of Flaster/Greenberg P.C. for an Order Directing the Trustee to Pay Approved Compensation to be served via ECF to parties entitled to electronic notice and regular first-class mail, postage prepaid, upon the parties on the attached list.

Dated: August 15, 2023       /s/ *Jennifer Vagnozzi*
                             Jennifer Vagnozzi, Paralegal

10621559 v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 21-11750-mdc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Tue Jun 22 11:58:40 EDT 2021 | Midnight Madness Distilling LLC<br>118 N. Main Street<br>Trumbauersville, PA 18970 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 |
| Aftek, Inc.<br>740 Driving Park Ave.<br>Rochester, NY 14613-1578 | Agtech VI, LLC<br>6115 Estate Smith Bay<br>East End Plaza  Suite 120<br>St Thomas, VI 00802-1324 | Albatrans, Inc.<br>149-10 183rd Street<br>Springfield Gardens, NY 11413-4035 |
| Ally<br>6985 Union Park Center<br>Midvale, UT 84047-4177 | Altek Business Systems, Inc.<br>300 Emien Way<br>Telford, PA 18969-1722 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| American Supply Company<br>2411 N. American Street<br>Philadelphia, PA 19133-3431 | Anthony Lorubbio<br>3014 Franklin Blvd<br>Upper Unit<br>Cleveland, OH 44113-2920 | BDS Souderton<br>3443 Bethlehem Pike<br>Souderton, PA 18964-1031 |
| Bergey's Commercial Tire Centers<br>3161 Penn Avneue<br>Hatfield, PA 19440-1728 | Berkley Insurance Co.<br>475 Steamboat Rd.<br>Floor 1<br>Greenwich, CT 06830-7144 | Berlin Packing, LLC<br>525 West Monroe Street<br>14 Floor<br>Chicago, IL 60661 |
| Betsy Moyer Taxes<br>105 Chestnut Drive<br>Quakertown, PA 18951-2288 | Blank Rome<br>501 Grant Street<br>Union Trust Building<br>Suite 850<br>Pittsburgh, PA 15219-4442 | Bouder Mechanical Services, Inc.<br>67 Cooper Ave.<br>Landisville, PA 17538 |
| Casey Parzych<br>PO Box 173<br>Trumbauersville, PA 18970-0173 | Classic Services, Inc.<br>248 W. Broad Street<br>Quakertown, PA 18951-1233 | D.J. Whelan & Co.<br>100 S Summit St.<br>Detroit, MI 48209-3286 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Department of the Treasury<br>Tax and Trade Bureau<br>1310 G St. NW<br>Washington, DC 20005-3000 | Devault Refrigeration<br>731 Wambold Rd.<br>Souderton, PA 18964-2715 |
| Dutch Valley Food Dist<br>P.O. Box 465<br>Myerstown, PA 17067-0465 | ETOH Worldwide LLC<br>6115 Estate Smith Bay<br>East End Plaza Suite 120<br>St Thomas, VI 00802-1324 | Express Employment Professionals<br>19 Jenkins Avenue<br>Suite 200<br>Lansdale, PA 19446-2559 |
| Finland Leasing<br>2300 Trumbauersville Road<br>Quakertown, PA 18951 | First Western Bank & Trust<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344-5391 | Foodarom USA, Inc<br>5525 West 1730 South<br>Suite 202<br>Salt Lake City, UT 84104-4882 |

| | | |
|---|---|---|
| Francis E. Stubbs<br>Maria Del Carmen Nuno<br>154 E. Oakland Avenue<br>Doylestown, PA 18901-4611 | Good Plumbing Heating A/C Inc.<br>737 Hagey Center Dr. D<br>Souderton, PA 18964-2404 | Grain Processing Corp.<br>250 Technology Drive W<br>Clearfield, PA 16830-2663 |
| Honda Finance<br>240 Gibraltar Road<br># 200<br>Horsham, PA 19044-2343 | Hoover Materials Handling Group<br>33 W. Higgins Road<br>Suite 3000<br>Barrington, IL 60010-9354 | Internal Revenue Service<br>Bankruptcy Specialist<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Heart Canning Company, LLC<br>7130 Golden Ring Road<br>Essex, MD 21221-3138 | Isuzu Finance of America<br>2500 Westchester Avenue<br>Suite 312<br>Purchase, NY 10577-2578 | Keystone Collections<br>PO Box 559<br>Irwin, PA 15642-0559 |
| KorPack<br>290 Madsen Dr. #101<br>Bloomingdale, IL 60108-2675 | Landis Pallet & Box Co Inc.<br>P.O. Box 126<br>East Greenville, PA 18041-0126 | McCallion Staffing Specialists<br>601 A Bethlehem Pike<br>Montgomeryville, PA 18936-9717 |
| Merican Mule LLC<br>150 The Promenade N<br>Long Beach, CA 90802-4750 | Mike Boyer<br>4406 Lowell Road<br>Wilmington, DE 19802-1106 | Milford Business Centre LP<br>2641 Township Line Road<br>Quakertown, PA 18951 |
| Morrison Container<br>335 West 194th Street<br>Glenwood, IL 60425-1501 | NIC<br>609 E. King Street<br>P.O. Box 1985<br>York, PA 17405-1985 | NYCO Corporation<br>1073 S County Lind Road #B<br>Souderton, PA 18964-1028 |
| Nationwide<br>P.O. Box 742522<br>Cincinnati, OH 45274-2522 | Norris McLaughlin<br>515 West Hamilton Street<br>Suite 502<br>Allentown, PA 18101-1513 | OK Kosher Certification<br>391 Tryo Avenue<br>Brooklyn, NY 11213-5322 |
| Ore Rentals<br>699 N West End<br>Quakertown, PA 18951-4101 | (p)PACCAR FINANCIAL CORP<br>P O BOX 1518<br>BELLEVUE WA 98009-1518 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PNC Equipment Finance<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1100 | Pennsylvania Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Penny Power<br>202 S. 3rd Street<br>Coopersburg, PA 18036-2150 |
| Plantation Candies, Inc.<br>4224 Old Bethlehem Pike<br>Telford, PA 18969-1199 | Polebridge<br>118 N. Main Street<br>Trumbauersville, PA 18970 | Ronald Frank<br>1675 Glouchester Court<br>Sewickley, PA 15143-8518 |

| | | |
|---|---|---|
| Scott Cars, Inc.<br>3333 Lehigh Street<br>Allentown, PA 18103-7036 | Soiree Partners<br>3401 Liberty Avenue<br>Pittsburgh, PA 15201-1322 | Sunteck<br>125 Sunteck Lane<br>Cresco, PA 18326-7410 |
| Technical Beverage Services<br>120 Leesburg Rd.<br>Telford, TN 37690-2345 | The Cincinnati Insurance Company<br>334 Jefferson Court<br>Collegeville, PA 19426-2239 | Three Hundred Commerce Drive Associates<br>2641 Township Line Road<br>Quakertown, PA 18951 |
| Toyota Industries Commercial Finance<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201-3140 | Trout Brothers<br>164 Badman Road<br>Green Lane, PA 18054-2403 | United States Trustee<br>Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| United States trustee for Region 3<br>c/o Kevin P. Callahan, Trial Attorney<br>Office of the United States trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, Pa 19106-2908 | Utica National Insurance<br>180 Genesee Street<br>New Hartford, NY 13413-2299 | Vanguard/Ascensus<br>P.O. Box 28067<br>New York, NY 10087-8067 |
| Wiggin and Dana, LP<br>Attn: John Doroghazi<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510-7004 | HARRY J. GIACOMETTI<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103-2913 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | PACCAR Financial<br>240 Gibraltar Road<br># 200<br>Horsham, PA 19044 | (d)PACCAR Financial<br>240 Gibraltar Road<br>#200<br>Horsham, PA 19044 |
| PNC Bank NA<br>500 First Avenue<br>Pittsburgh, PA 15219 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Agtech VI, LLC | (u)ETOH Worldwide LLC | (u)PNC BANK, NATIONAL ASSOCIATION |

(u)PNC Equipment Finance, LLC

(u)LANE IP Limited
The Forum, First Floor
33 Gutter Lane
London EC2v8AS

(u)SEE ATTACHED LIST

End of Label Matrix
Mailable recipients    73
Bypassed recipients     6
Total                  79