**Millstone Spirits Group LLC**
1431 N Cadwallader St
Philadelphia, PA  19122 US
robert.cassell@newlibertydistillery.com
www.newlibertydistillery.com

# Invoice
## MILPA22002.F

| BILL TO | SHIP TO |
|---|---|
| PLCB Comptroller Operations | PLCB Comptroller Operations |
| PLCB | PLCB |
| P.O. Box 12025 | SW Distribution Center |
| Harrisburg, PA  17108-2025 | 100 Papercraft Park |
| | Pittsburgh, PA  15238 |

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/12/2022 | $641.52 | 03/13/2022 |

**PO #**
66927

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Off the Rail Triple Sec; SCC # 10659682957378; PLCB Code # 000009773; Unit Cost $2.43; 12pk Case Cost $29.16 | 22 | 29.16 | 641.52 |

**TOTAL DUE** **$641.52**

THANK YOU.



**Millstone Spirits Group LLC**
1431 N Cadwallader St
Philadelphia, PA  19122 US
robert.cassell@newlibertydistillery.com
www.newlibertydistillery.com

# Invoice
## MILPA22003.F

| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| PLCB Comptroller Operations | PLCB Comptroller Operations | **DATE** | **PLEASE PAY** | **DUE DATE** |
| PLCB | PLCB | 01/12/2022 | **$1,829.52** | 03/13/2022 |
| P.O. Box 12025 | SW Distribution Center | | | |
| Harrisburg, PA  17108-2025 | 100 Papercraft Park | | | |
| | Pittsburgh, PA  15238 | | | |

**PO #**
66931

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Off the Rail White Rum 80 Proof; SCC # 10659682957347; PLCB Code # 000009627; Unit Cost $4.62; 12pk Case Cost $55.44 | 33 | 55.44 | 1,829.52 |

**TOTAL DUE**    **$1,829.52**

THANK YOU.



**Millstone Spirits Group LLC**
1431 N Cadwallader St
Philadelphia, PA  19122 US
robert.cassell@newlibertydistillery.com
www.newlibertydistillery.com

**Invoice**
**MILPA22004.F**

| BILL TO | SHIP TO | | | |
|---|---|---|---|---|
| PLCB Comptroller Ops-Phila | PLCB Comptroller Ops-Phila | **DATE** | **PLEASE PAY** | **DUE DATE** |
| PLCB | 11601 Roosevelt Blvd | 01/12/2022 | **$962.28** | 03/13/2022 |
| P.O. Box 12025 | Philadelphia, PA  19154 | | | |
| Harrisburg, PA  17108-2025 | | | | |

**PO #**
66928

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Off the Rail Triple Sec; SCC # 10659682957378; PLCB Code # 000009773; Unit Cost $2.43; 12pk Case Cost $29.16 | 33 | 29.16 | 962.28 |

**TOTAL DUE**          **$962.28**

THANK YOU.



**Millstone Spirits Group LLC**
1431 N Cadwallader St
Philadelphia, PA 19122 US
robert.cassell@newlibertydistillery.com
www.newlibertydistillery.com

**Invoice**

**MILPA22005.F**

| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|---|
| PLCB Comptroller Ops-Phila PLCB P.O. Box 12025 Harrisburg, PA 17108-2025 | PLCB Comptroller Ops-Phila 11601 Roosevelt Blvd Philadelphia, PA 19154 | 01/12/2022 | $1,829.52 | 03/13/2022 |

**PO #**

66935

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Off the Rail White Rum 80 Proof; SCC # 10659682957347; PLCB Code # 000009627; Unit Cost $4.62; 12pk Case Cost $55.44 | 33 | 55.44 | 1,829.52 |

**TOTAL DUE**          **$1,829.52**

THANK YOU.



**Millstone Spirits Group LLC**
1431 N Cadwallader St
Philadelphia, PA  19122 US
robert.cassell@newlibertydistillery.com
www.newlibertydistillery.com

**Invoice**

**MILPA22008.F**

| BILL TO | SHIP TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|---|
| PLCB Comptroller Ops-Taylor PLCB P.O. Box 12025 Harrisburg, PA  17108-2025 | PLCB Comptroller Ops-Taylor Kane Warehouse Inc. 24 Stauffer Industrial Park Distribution Center # 6 Taylor, PA  18517 | 01/27/2022 | **$15,144.36** | 03/28/2022 |

**SHIP DATE**
01/25/2022

**PO #**
66930

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Off the Rail Vodka 80 proof 1L; SCC # 10644042573053; PLCB Code # 000009804; Unit Cost $4.05; 12pk Case Cost $48.60 | 143 | 48.60 | 6,949.80 |
| Off the Rail Gin 80 proof 1L; SCC # 10659682957330; PLCB Code # 000009771; Unit Cost $4.10; 12pk Case Cost $49.20 | 55 | 49.20 | 2,706.00 |
| Off the Rail White Rum 80 proof 1L; SCC # 10659682957347; PLCB Code # 000009627; Unit Cost $4.62; 12pk Case Cost $55.44 | 99 | 55.44 | 5,488.56 |

**TOTAL DUE**          **$15,144.36**

THANK YOU.