**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | * | |
| **MIDNIGHT MADNESS DISTILLING, LLC,** | * | **Case No. 21-11750-MDC** |
| Debtor. | * | **Chapter 11** |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING MOTION OF MILLSTONE SPIRITS GROUP, LLC TO ENFORCE SALE ORDER AND COMPEL TURNOVER OF FUNDS ERRONEOUSLY SENT TO CRUTCH, LLC BY THE PENNSYLVANIA LIQUOR CONTROL BOARD**

Upon consideration of the Motion of Millstone Spirits Group, LLC to Enforce Terms of Sale Order and Compel Turnover of Funds Erroneously Sent to Crutch, LLC by the Pennsylvania Liquor Control Board (the "Motion"), any response to the Motion, and this Court having found sufficient cause to grant the relief requested in the Motion, it is hereby

**ORDERED**, that the funds deposited into the Penn Community Bank account held in the name of Crutch, LLC in the amount of $20,407.20 (the "PLCB Funds") are property of Millstone Spirits Group, LLC; and it is further

**ORDERED**, that Penn Community Bank shall remit the PLCB Funds in Crutch, LLC's account at Penn Community Bank to Millstone Spirits Group, LLC within three (3) business days from entry of this Order; and it is further

**ORDERED**, that Crutch, LLC or anyone acting on its behalf, shall remit to Millstone Spirits Group, LLC any portion of the PLCB Funds that have been removed or withdrawn from the Crutch, LLC account at Penn Community Bank, within three (3) business days from entry of this Order.

1

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**END OF ORDER**