IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          *

**MIDNIGHT MADNESS DISTILLING,**                *         Case No. 21-11750-MDC
**LLC,**                                                  Chapter 7
                                                *
Debtor.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION OF MILLSTONE SPIRITS GROUP, LLC TO
ENFORCE SALE ORDER AND COMPEL TURNOVER OF FUNDS
ERRONEOUSLY SENT TO CRUTCH, LLC BY THE PENNSYLVANIA
LIQUOR CONTROL BOARD**

Millstone Spirits Group, LLC ("Millstone"), by and through its undersigned counsel, has filed a Motion for Order to Enforce Sale Order and Compel Turnover of Funds Erroneously sent to Crutch, LLC by the Pennsylvania Liquor Control Board (Dkt. No. 323).

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 14, 2023, you or your attorney must file a response to the Motion.** (see Instructions on next page).

3. **A hearing on the Motion** is scheduled to be held telephonically on **September 27, 2023, at 10:30 a.m.** before the United States Bankruptcy Court. **The dial in number for the hearing is 877-336-1828, access code 7855846.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. A copy of the Motion was previously mailed to you. A further copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

7.

1

116939\000001\4858-5505-0877.v1

**Filing Instructions**

8. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

9. **If you are not required to file electronically**, you must file your response at:

    U.S. Bankruptcy Court for the Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

10. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

11. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Patricia B. Jefferson
    Miles & Stockbridge P.C.
    100 Light Street, 10th Floor
    Baltimore, Maryland 21202
    Tel: (410) 385-3406
    Fax: (410) 698-1354
    Email: pjefferson@milesstockbridge.com

    and to counsel for the Chapter 7 Trustee at:

    John T. Carroll, III
    Cozen O'Connor
    One Liberty Place
    1650 Market Street Suite 2800
    Philadelphia, PA 19103
    Tel: (302) 295-2028
    Fax : (215) 701-2140
    Email: jcarroll@cozen.com

2

116939\000001\4858-5505-0877.v1

| | |
|---|---|
| DATE:  September 1, 2023 | Respectfully submitted:<br><br>*/s/ Rebecca Leaf*<br>Rebecca Leaf<br>  PA Bar No. 325589<br>Patricia B. Jefferson-*Admitted Pro Hac Vice*<br>Miles & Stockbridge P.C.<br>100 Light Street, 10th Floor<br>Baltimore, Maryland 21202<br>Tel: (410) 385-3406<br>Email: pjefferson@milesstockbridge.com<br><br>*Counsel for Millstone Spirit Group, LLC* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 1, 2023, a true and correct copy of the foregoing Notice of Motion of Millstone Spirits Group, LLC to Enforce Terms of Sale Order was served via this Court's CM ECF system upon:

- WILLIAM J. BURNETT    william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com; jennifer.vagnozzi@flastergreenberg.com; nicole.pettit@flastergreenberg.com; nicole.pettit@flastergreenberg.com; jeanne.valentino@flastergreenberg.com
- KEVIN P. CALLAHAN    kevin.p.callahan@usdoj.gov
- JULIE A. CALLSEN    julie.callsen@tuckerellis.com, brittany.falkner@tuckerellis.com; thomas.fawkes@tuckerellis.com
- JOHN T. CARROLL    jcarroll@cozen.com, jdeeney@cozen.com; pgiordano@cozen.com; john-carroll-2735@ecf.pacerpro.com
- BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com; Finkeltrustee@comcast.net
- EDMOND M. GEORGE    michael.vagnoni@obermayer.com; turner.falk@obermayer.com; Lucille.acello@obermayer.com; helen.belair@obermayer.com; coleen.schmidt@obermayer.com
- HOWARD GERSHMAN    hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
- HARRY J. GIACOMETTI    harry.giacometti@flastergreenberg.com, harry.giacometti@ecf.inforuptcy.com; nicole.pettit@flastergreenberg.com; jennifer.vagnozzi@flastergreenberg.com; giacometti.flastergreenberg@gmail.com; jeanne.valentino@flastergreenberg.com
- MATTHEW A. HAMERMESH    mhamermesh@hangley.com, ecffilings@hangley.com; kem@hangley.com; mjl@hangley.com
- MEGAN N. HARPER    megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov
- JEFFREY KURTZMAN    Kurtzman@kurtzmansteady.com
- JENNIFER L. MALESKI    jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com; ctomlin@dilworthlaw.com
- MICHAEL G. MENKOWITZ    mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com; jdistanislao@foxrothschild.com
- CAROL E. MOMJIAN    cmomjian@attorneygeneral.gov
- JOEL L. PERRELL    jperrell@MilesStockbridge.com
- EVERETT K. SHEINTOCH    esheintoch@sheintochlaw.com, ssilenzi@sheintochtodd.com
- DAVID B. SMITH    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- ANTHONY ST. JOSEPH    anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov, CaseView.ECF@usdoj.gov
- United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

And via first class mail, postage prepaid, upon:

Penn Community Bank
3969 Durham Road
Doylestown, PA 18902
Attn: Stephanie Schwartzberg, Chief Legal Officer

116939\000001\4858-5505-0877.v1

Crutch, LLC
2305 Trumbauersville Road
PO Box 116
Quakertown, PA 18951


Pennsylvania Liquor Control Board
Northwest Office Building, Room 301
Harrisburg, PA 17124

                                                */s/ Rebecca A. Leaf*
                                                Rebecca A. Leaf

116939\000001\4858-5505-0877.v1