**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| MIDNIGHT MADNESS DISTILLING, INC. | Case No. 21-11750 (MDC) |
| Debtor. | **Related Doc. No.** |

**ORDER DENYING THE MOTION OF FLASTER/GREENBERG P.C. FOR AN
<u>ORDER DIRECTING THE TRUSTEE TO PAY APPROVED COMPENSATION</u>**

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion for an Order Directing the Chapter 7 Trustee to Pay Flaster/Greenberg P.C. Approved Compensation (the "<u>Motion</u>") and the Chapter 7 Trustee's Response to the Motion, and after notice and opportunity for hearing, it is hereby ORDERED that:

1. The Motion is DENIED.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

LEGAL\65742373\2 6043853/00532457