*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Midnight Madness Distilling LLC

  Debtor(s)

Case No: 21–11750–mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED – Motion to Compel Turnover of Funds Erroneously Remitted to Crutch, LLC by the Pennsylvania Liquor Control Board, and to Enforce Sale Order Filed by Millstone Spirits Group LLC Represented by REBECCA A. LEAF (Counsel). Hearing scheduled 10/4/2023 at 10:30 AM at Courtroom #2. (telephonic hrg the number to call is 877–336–1828 access 7855846)

 on: 10/4/23

 at: 10:30 AM

 in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/14/23

Timothy B. McGrath
Clerk of Court

327 – 323
Form 167