IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | * | |
| **MIDNIGHT MADNESS DISTILLING, LLC,** | * | Case No. 21-11750-MDC |
| | | Chapter 11 |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF
MILLSTONE SPIRITS GROUP, LLC TO ENFORCE SALE ORDER AND
COMPEL TURNOVER OF FUNDS ERRONEOUSLY SENT TO CRUTCH,
LLC BY THE PENNSYLVANIA LIQUOR CONTROL BOARD**

I, Patricia B. Jefferson, counsel to Millstone Spirits Group, LLC ("Millstone"), hereby certify as follows:

1. On April 14, 2022, Millstone, by undersigned counsel, filed its Motion To Enforce Sale Order and Compel Turnover of Funds Erroneously Sent to Crutch, LLC by the Pennsylvania Liquor Control Board [Dkt. No. 323] (the "Motion").

2. Service of the Motion was made on all parties listed in the Certificate of Service attached to the Motion [Dkt. No. 323]. Notice of the Motion was served upon all parties listed in the Certificate of Service attached to the Notice [Dkt. No. 324].

3. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 14, 2023. The undersigned certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon as having been filed. The undersigned further certifies that I have not received, nor to the best my knowledge, been served with any answer, response or objection to the Motion.

1

4. Accordingly, based on the following, the undersigned certifies that the Motion is unopposed.

WHEREFORE, the undersigned respectfully requests that the proposed Order, as originally filed with the Motion, be entered at the earliest convenience of the Court.

DATE:  September 26, 2023	Respectfully submitted:

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson
  *Admitted Pro Hac Vice*
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3406
Email: pjefferson@milesstockbridge.com