*Form 263* (3/24)–doc 334

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Midnight Madness Distilling LLC ) | Case No. 21–11750–pmm |
|    dba Faber Distilling ) | |
|    fka Theobald and Oppenheimer, LLC ) | |
| ) | Chapter: 7 |
|    Midnight Madness Distilling LLC ) | |
|    dba Faber Distilling ) | |
|    fka Theobald & Oppenheimer LLC | |
|    Debtor(s). | |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

This matter is reassigned to the calendar of the Honorable Patricia M. Mayer from the calendar of the Honorable Magdeline D. Coleman.

Date: August 5, 2024                                                                                             For The Court

                                                                                                             Timothy B. McGrath
                                                                                                             Clerk of Court