IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Midnight Madness Distilling LLC | ) | Case No. 21-11750-pmm |
| | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF COUNSEL

Rebecca A. Leaf hereby provides notice of her withdrawal as counsel for Creditor Millstone Spirits Group LLC. Millstone Spirits Group LLC continues to be represented in this matter by Patricia B. Jefferson, Esq. of Miles & Stockbridge, P.C.

Date: August 7, 2024

*/s/ Rebecca A. Leaf*
Rebecca A. Leaf
Ballard Spahr LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Phone:  410-528-5549
Facsimile:  410-528-5650
Email:  leafr@ballardspahr.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties via the Court's CM/ECF filing system.

*/s/ Rebecca A. Leaf*
Rebecca A. Leaf
