# EXHIBIT B

Created: 11/9/2023 3:00:31 PM
Page 1 of 1



5/26/2022 ItmNbr 10012790 Chk #9099  Amt $20,398.52



Back of 5/26/2022 ItmNbr 10012790 Chk #9099  Amt $20,398.52