IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | * | |
| MIDNIGHT MADNESS DISTILLING, LLC, | * | Case No. 21-11750-PCC |
| | | Chapter 7 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT ORDER GRANTING MOTION OF MILLSTONE SPIRITS GROUP, LLC FOR TURNOVER OF FUNDS LEVIED BY UNITED STATES ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**

Upon consideration of the Motion of Millstone Spirits Group, LLC for Turnover of Funds Levied by United States Alcohol and Tobacco Tax and Trade Bureau (the "Motion"), any response to the Motion, and this Court having found sufficient cause to grant the relief requested in the Motion, it is hereby

**ORDERED**, that the United States Alcohol and Tobacco Tax and Trade Bureau shall issue a check payable to Millstone Spirits Group, LLC for $20,398.52 within ten (10) business days from entry of this Order.

                                  MILES & STOCKBRIDGE P.C.

By:    /s/ Patricia B. Jefferson
          Patricia B. Jefferson, Esquire
          Counsel for Millstone Spirits Group, LLC


                                  NELSON S.T. THAYER, JR.
                                  Acting United States Attorney

By:    /s/ Anthony St. Joseph
          Anthony St. Joseph, Esquire
          Assistant United States Attorney

1

IT IS SO ORDERED THIS __ day of _____ 2025

                                      BY THE COURT:

                                      _____
                                      JUDGE PATRICIA M. MAYER
                                      CHIEF U.S. BANKRUPTCY JUDGE

**<u>END OF ORDER</u>**